**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TNT AMUSEMENTS, INC., d/b/a PLAY-MOR COIN-OP, | ) | |
| **Plaintiff (s),** | ) | |
| | ) | |
| v. | ) | Case No. 4:23-cv-330 |
| | ) | |
| TORCH ELECTRONICS, LLC, et al., | ) | |
| **Defendant(s).** | ) | |

**NOTICE OF INTENT TO USE PROCESS SERVER**

Comes now __Plaintiff__ and notifies the court of the intent to use
**(Plaintiff or Defendant)**

Larry McDowell, Clayton Willis

**(name and address of process server)**

1031 Lami Street

St. Louis, MO 63104

**To serve:** Steven A. Miltenberger and Sondra K. Miltenberger **in the**
**(name of defendants to be served by this process server)**

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

| | |
|---|---|
| 03/15/2023 | /s/ Sasha Riedisser |
| **(date)** | **(attorney for Plaintiff)** |
| | |
| | **(attorney for Defendant)** |