UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

TNT AMUSEMENTS, INC., d/b/a PLAY-MOR COIN-OP,
    Plaintiff(s),

v.

TORCH ELECTRONICS, LLC, et al.,
    Defendant(s).

Case No. 4:23-cv-330

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now __Plaintiff__ and notifies the court of the intent to use
(Plaintiff or Defendant)

__Rufus Harmon__
(name and address of process server)

__311 Jackson St__

__Jefferson City, MO 65101__

To serve: __Torch Electronics, LLC__ in the
(name of defendants to be served by this process server)

above-styled cause.  The process server listed above possesses the

requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

__03/15/2023__                         __/s/ Sasha Riedisser__
(date)                                 (attorney for Plaintiff)

                                             (attorney for Defendant)