# Exhibit 4
# Missouri Gaming Commission
*Problem Gambling List*
*Frequently Asked Questions*

Casino Gaming

Charitable Games

Fantasy Sports

Problem Gambling

# Problem Gambling List Frequently Asked Questions

## What is the Problem Gambling List?

The List of Disassociated Persons (also referred to as "the Problem Gambling List") is Missouri's voluntary self-exclusion list and was designed in 1996 as a recovery tool that could be used by compulsive gamblers in their overall recovery program. It provides a way for recovering problem gamblers to acknowledge and take responsibility for their problem, and to take some positive steps in managing their gambling problem. The Problem Gambling List consists of those persons who have voluntarily declared that they desire to self-exclude from ALL licensed casinos in the State of Missouri because they are problem gamblers.

## What is the difference between the Problem Gambling List and the "Exclusion List"?

It is important to understand that the Missouri Gaming Commission maintains two very different lists that pertain to the exclusion of individuals from casinos in the State of Missouri. The List of Disassociated Persons (also referred to as "the Problem Gambling List") is Missouri's voluntary self-exclusion list available for problem or compulsive gamblers to use as a tool in their overall recovery program. Before the Missouri Gaming Commission developed the statewide voluntary self-exclusion list for problem gamblers, it already maintained a much smaller involuntary "Exclusion List", which contains the names of persons who have been excluded by the Commission from casinos in Missouri in order to protect the integrity of gaming in Missouri.

The Commission's power to exclude persons from our licensed casinos emanates from the Missouri Gaming Statutes and the Code of State Regulations (particularly Sections **313.805** and **313.813**, RSMo and

**11 CSR 45-15**). Under these provisions, the Commission has the power to exclude persons who have committed crimes of moral turpitude or gambling-related crimes, as well as persons of unsavory reputation or persons on a valid and current exclusion list from another jurisdiction in the United States.

The **Involuntary Exclusion List** (also known as the List of Excluded Persons) is available on our website and can be accessed by the general public and by gaming regulatory agencies in other jurisdictions.

## Where can I sign up?

If you want to participate, you will need to complete an application for placement on the Problem Gambling List. You can apply online at: **Disassociated Persons Online Application** , or visit one of our offices to fill out an **application**. Our **offices** are located at each licensed Missouri casino property and applications for placement on the Problem Gambling List can be processed at these offices during the hours of casino operation.

Applications for placement on the Problem Gambling List can also be processed at the Missouri Gaming Commission Jefferson City office during standard business hours (Monday-Friday).

Jefferson City office: **(573)526-4080**

## What kind of information is on the application?

To view what information will be required to complete the application process, please review the **Application for Placement** on the Problem Gambling List. If an interpreter is required, the **interpreter form** must be completed and included with your application. The Application and interpreter form must be opened with Acrobat Reader.

## I have a friend or family member who has a gambling problem – can I place him/her on the Problem Gambling List?

A person may not place another person on the Problem Gambling List. This is a voluntary list for the problem gambler to use in his/her personal recovery program. The decision of whether or not to place

his/her name on the Problem Gambling List belongs to that individual, and may be a pivotal element in their recovery process. A recent study reports many of the benefits experienced by the problem gambling program participants may be more related to the individual's decision to self-exclude and to the act of enrollment in the program than to the restricted access to gambling venues of the program itself.

The casinos are only one of many forms of gambling activity available to a problem gambler. Addressing a gambling problem isn't just about the gambling – it is about taking control of your life, accepting responsibility for your actions (and the consequences of those actions), identifying (and managing) triggers, building a personal recovery plan/program, and working that recovery program.

### Can I still work at a Missouri casino if I place myself on the Problem Gambling List?

Casino employees, and other individuals on the Problem Gambling List may access a Missouri casino to perform duties of their job. They must first notify the Missouri Gaming Commission office of the nature of their duties. Self-excluded individuals are not allowed to engage in gaming activities while in a gaming facility to perform their duties of employment.

### What happens after I submit my application to the Missouri Gaming Commission?

Missouri Gaming Commission staff members will review and verify the application. Valid applications are entered into the database and notification is given to the Missouri casinos and licensed fantasy sports contest operators. Upon notification of an individual's placement on the Problem Gambling List, Missouri fantasy sports contest operators must remove the individual from their direct marketing lists, and casino operators are required to remove the individual from their direct marketing lists, invalidate his/her player's club account, and deny check-cashing privileges to those individuals.

### What happens if I violate my pledge to visit a Missouri Casino?

If you have voluntarily placed your name on the Problem Gambling List and you are observed on the premises of a Missouri casino, you will be charged with criminal trespassing, a class B misdemeanor, and will be immediately removed from the casino premises.

Additionally, all chips, tokens and electronic credits in your possession at the time of discovery may be subject to forfeiture.

### If I place my name on the Problem Gambling List, does this exclude me from casinos in other states or Native American casinos?

The Missouri Gaming Commission sets standards for the conduct of casinos within the State of Missouri, but the Commission does not have jurisdiction to affect the business decisions of casinos that operate outside of Missouri.

### How do I obtain help and resources?

If you are concerned your gambling activity or the gambling activity of a loved one is causing problem(s) in your life, but you are not sure about the next step, consider the following options:

Missouri's problem gambling help line is available 24 hours a day.  You may reach a help line counselor by calling 1-888-BETS-OFF **(1-888-238-7633)** or by **email.**

Visit **BETSOFF** to locate a certified compulsive gambling counselor. This service is free for problem gamblers and their loved ones.

### How do I let you know my information has changed?

If the information you provided on the application changes, please fill out the **Change of Information** form within 30 days of the change. Once completed, the form may be mailed or faxed back us. Our mailing and fax information can be found in the instructions section of the form.

### How can I get my qualified date to get off the Problem Gambling List?

Please do not call the Missouri Gaming Commission to confirm the length of time you have been on the list. Due to confidentiality concerns we will not confirm names or years on the list over the telephone or by email.

If you believe you are close to five years, you may go to any **Missouri Gaming Commission office** in person to confirm your time on the list. Please take a photo ID with you for verification. Another way of obtaining confirmation on the length of time you have been on the list is to submit a **Request for Removal** Form, a clear/legible copy of a valid driver's license or other state government-issued photo identification card, and the Missouri Gaming Commission will send you a letter containing the date in which you may reapply to remove your name.

## How can I remove myself from the Problem Gambling List?

A Problem Gambler who has been on the Problem Gambling List for AT LEAST 5 years may formally request removal from the Problem Gambling List by properly completing the **Request for Removal** form, including a photo in the application packet, and submitting the completed removal application

The Commission provides written notification of whether the Request for Removal was approved or invalid. If the minimum 5 years on the Problem Gambling List have not been completed, the notification will include the date the individual will be eligible to request removal from the Problem Gambling List.

For more information about being removed from the Problem Gambling List, please visit our **How Do I Get off of the Problem Gamblers List** page.



Executive Director Peggy D. Richardson     Governor Michael L. Parson

**Online Services** | **Privacy Policy** | **State Agencies**