John R. Ashcroft Secretary of State
# 2023 ANNUAL REGISTRATION REPORT
BUSINESS

**00374383**
**Date Filed: 4/26/2023**
**John R. Ashcroft**
**Missouri Secretary of State**

*SECTION 1, 3 & 4 ARE REQUIRED

REPORT DUE BY:   **4/30/2023**

00374383
TNT AMUSEMENTS, INC.
JAMES D. TURNTINE
138 HIGHWAY WW P.O. BOX 40
SULLIVAN MO  63080

RENEWAL MONTH:
**JANUARY**

☐ I OPT TO CHANGE THE CORPORATION'S RENEWAL MONTH TO  FOR A $25.00 FEE

**1** PRINCIPAL PLACE OF BUSINESS OR CORPORATE HEADQUARTERS:  *

196 Hwy FF                              (Required)
STREET
Sullivan      MO           63080
CITY / STATE          ZIP

**2** If changing the registered agent and/or registered office address, please check the appropriate box(es) and fill in the necessary information.
☐ The new registered agent _____
IF CHANGING THE REGISTERED AGENT, AN ORIGINAL WRITTEN CONSENT FROM THE NEW REGISTERED AGENT MUST BE ATTACHED AND FILED WITH THIS REGISTRATION REPORT.
☐ The new registered office address _____
Must be a Missouri address, PO Box alone is not acceptable. This section is not applicable for Banks, Trusts and Foreign Insurance.

**3**

**A** OFFICERS
NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE).
MUST LIST PRESIDENT AND SECRETARY BELOW

| | |
|---|---|
| **PRESIDENT** | TURNTINE, JIM |
| STREET | 138 HWY WW |
| CITY/STATE/ZIP | SULLIVAN MO 63080 |
| **SECRETARY** | TURNTINE, MARLA |
| STREET | 138 HIGHWAY WW |
| CITY/STATE/ZIP | SULLIVAN MO 63080 |
| **VICE PRESIDENT** | TURNTINE, MARLA |
| STREET | 138 HIGHWAY WW |
| CITY/STATE/ZIP | SULLIVAN MO 63080 |
| STREET | |
| CITY/STATE/ZIP | |

**B** BOARD OF DIRECTORS   *
NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE).
MUST LIST AT LEAST ONE DIRECTOR BELOW

| | |
|---|---|
| **NAME** | TURNTINE, JIM |
| STREET | 138 HWY WW |
| CITY/STATE/ZIP | SULLIVAN MO 63080 USA |
| **NAME** | |
| STREET | |
| CITY/STATE/ZIP | |
| **NAME** | |
| STREET | |
| CITY/STATE/ZIP | |
| **NAME** | |
| STREET | |
| CITY/STATE/ZIP | |

NAMES AND ADDRESSES OF ALL OTHER OFFICERS AND DIRECTORS ARE ATTACHED

**4** The undersigned understands that false statements made in this report are punishable for the crime of making a false declaration under Section 575.060 RSMo. Photocopy or stamped signature not acceptable.   *

Authorized party or officer sign here    James  Turntine                           (Required)

Please print name and title of signer:   James  Turntine          /          President
                                          NAME                               TITLE

REGISTRATION REPORT FEE IS:
__$20.00 If filed on or before 4/30/2023
__$35.00 If filed on or before  5/31/2023
__$50.00 If filed on or before 6/30/2023
__$65.00 If filed on or before 7/31/2023
ADD AN ADDITIONAL $25.00 FEE IF CHANGING THE RENEWAL MONTH.

WHEN THIS FORM IS ACCEPTED BY THE SECRETARY OF STATE, BY LAW IT WILL BECOME A PUBLIC DOCUMENT AND ALL INFORMATION PROVIDED IS SUBJECT TO PUBLIC DISCLOSURE

E-MAIL ADDRESS (OPTIONAL):

**REQUIRED INFORMATION MUST BE COMPLETE OR THE REGISTRATION REPORT WILL BE REJECTED**
RETURN COMPLETED REGISTRATION REPORT AND PAYMENT TO: Secretary of State, P.O. Box 778, Jefferson City, MO 65102