**In the**
# CIRCUIT COURT
**of St. Louis County, Missouri**



| | | |
|---|---|---|
| JIM TURNTINE | 03/28/2023 | **FILED** 03/28/23 JOAN M. GILMER CIRCUIT CLERK ST. LOUIS COUNTY, MO |
| Plaintiff(s) | Date | |
| vs. | 20SL-CC03000 | |
| | Case Number | |
| TORCH ELECTRONICS LLC ET AL | 14 | |
| Defendant(s) | Division | |

For File Stamp Only

## COURT ORDER

Before the court is defendant Torch Electronics, LLC ("Torch")'s motion to stay proceedings for the reasons cited in its motion. Also before the court is the memo of plaintiff in opposition thereto.

The court takes judicial notice of this file.

Being advised, over plaintiff's opposition, the court GRANTS Torch's motion to stay proceedings in this cause pending further related proceedings in Torch Electronics, LLC, et al. v. The Missouri Department of Public Safety, et al., [Cole County Circuit Court Case Number 21ACCC00044].

The court sets this matter for further status conference and announcement of counsel in this case for: AUGUST 11, 2023, at 12:30 pm (WebEx).

WebEx meeting information:

Meeting No. 146 113 8079, or via telephone at 408-418-9388; enter code 146 113 8079.

☐ This Memo/Order was entered at a hearing conducted using interactive video technology. Therefore, the party and attorney signatures are not reflected on this Memo/Order. Unless the matter was taken under submission, the Court read the contents of this Memo/Order, and all other Memos/Orders entered herewith, to the parties at the hearing.

**SO ORDERED**

*/s/ Kris Kerr*
Judge        Division 14
March 28, 2023

_____
Judge
**ENTERED:** _____
                    (Date)

CCOPR47-WS   Rev. 02/14

_____
Attorney                                      Bar No.
_____
Address
_____
Phone No.                                    Fax No.
_____
Attorney                                      Bar No.
_____
Address
_____
Phone No.                                    Fax No.