

Search for Cases by: Select Search Method...

Judicial Links | eFiling | Help | Contact Us | Print    Logon

**19CF-CC00065 - TNT AMUSEMENTS INC V TORCH ELECTRONICS INC ET AL (E-CASE)**

Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/Execution

Sort Date Entries: ◉ Descending ○ Ascending    Display Options: All Entries

| | |
|---|---|
| **03/11/2020** | **Judge/Clerk - Note**<br>Entire case file sent via electronic email to St Louis County Circuit Clerk on this the 11th day of March, 2020. jee |
| **03/10/2020** | **Order for Change of Venue**<br>See docket entry DCOV for Order. jee<br><br>**Change of Venue**<br>Cause called. Parties stipulate to change of venue to the 21st Judicial Circuit. Venue is transferred to the 21st Judicial Circuit, St. Louis County. /Judge Kelly Parker by general assignment for Division 1 TRANSFERRED TO COUNTY - St. Louis County. jee<br>　　**Associated Entries:** 01/31/2020 - Motion Hearing Scheduled<br>　　**Scheduled For:** 03/10/2020;  9:00 AM ;  MEGAN KATE SEAY;  Crawford Circuit Division |
| **03/09/2020** | **Motion to Withdraw**<br>Withdrawal of Notice of Hearing; Electronic Filing Certificate of Service.<br>　　**Filed By:** JONATHAN CARROLL BROWNING<br>　　**On Behalf Of:** TORCH ELECTRONICS, LLC<br><br>**Stipulation Filed**<br>JOINT STIPULATION AS TO CHANGE OF VENUE; Electronic Filing Certificate of Service.<br>　　**Filed By:** WILLIAM KISTNER<br>　　**On Behalf Of:** TNT AMUSEMENTS, INC, TORCH ELECTRONICS, LLC, MIDWEST PETROLEUM COMPANY |
| **02/24/2020** | **Order**<br>Honorable Kelly Wayne Parker, Circuit Judge, Division II, 42nd Judicial Circuit, be assigned generally to the Crawford County Circuit Court, Division I, on March 10, 2020 in the temporary absence of Honorable Megan K. Seay, Circuit Judge, Division I, 42nd, Judicial Circuit. /Judge Megan K. Seay sm<br>　　**Filed By:** MEGAN KATE SEAY |
| **02/13/2020** | **Response Filed**<br>PLAINTIFFS RESPONSE TO DEFENDANTS JOINT REPLY AND SUGGESTIONS AS TO VENUE; Electronic Filing Certificate of Service.<br>　　**Filed By:** WILLIAM KISTNER<br>　　**On Behalf Of:** TNT AMUSEMENTS, INC |
| **02/07/2020** | **Reply**<br>Defendants Torch Electronics LLCs and Midwest Petroleum Cos Joint Reply to Plaintiffs Suggestions as to Appropriate New Venue; Electronic Filing Certificate of Service.<br>　　**Filed By:** RYAN OCONNOR CORRIGAN |

| | | |
|---|---|---|
| | | **On Behalf Of:** MIDWEST PETROLEUM COMPANY |
| 02/06/2020 | **Response Filed** | |
| | RESPONSE TO MOTION FOR CHANGE OF VENUE AND SUGGESTIONS AS TO APPROPRIATE NEW VENUE; Electronic Filing Certificate of Service. | |
| | **Filed By:** ELKIN L KISTNER | |
| | **On Behalf Of:** TNT AMUSEMENTS, INC | |
| 02/05/2020 | **Motion Filed** | |
| | Defendant Midwest Petroleum Cos Motion for More Definite Statement; Electronic Filing Certificate of Service. Emailed to the Judge for review. jee | |
| | **Filed By:** RYAN OCONNOR CORRIGAN | |
| | **On Behalf Of:** MIDWEST PETROLEUM COMPANY | |
| | **Motion for Change of Venue** | |
| | Defendant Midwest Petroleum Cos Motion for Change of Venue; Electronic Filing Certificate of Service. Emailed to Judge for review. jee | |
| | **Filed By:** RYAN OCONNOR CORRIGAN | |
| 01/31/2020 | **Motion Hearing Scheduled** | |
| | **Associated Entries:** 03/10/2020 - Change of Venue | |
| | **Scheduled For:** 03/10/2020;  9:00 AM ;  MEGAN KATE SEAY;  Crawford Circuit Division | |
| | **Notice of Hearing Filed** | |
| | Notice of Hearing; Electronic Filing Certificate of Service. | |
| | **Filed By:** JONATHAN CARROLL BROWNING | |
| | **On Behalf Of:** TORCH ELECTRONICS, LLC | |
| | **Motion Filed** | |
| | Motion for More Definite Statement; Electronic Filing Certificate of Service. | |
| | **Filed By:** JONATHAN CARROLL BROWNING | |
| | **Motion for Change of Venue** | |
| | Motion for Change of Venue; Electronic Filing Certificate of Service. | |
| | **Filed By:** JONATHAN CARROLL BROWNING | |
| | **Entry of Appearance Filed** | |
| | Entry of Appearance; Electronic Filing Certificate of Service. | |
| | **Filed By:** JONATHAN CARROLL BROWNING | |
| 01/21/2020 | **Entry of Appearance Filed** | |
| | Entry of Appearance; Electronic Filing Certificate of Service. | |
| | **Filed By:** RYAN OCONNOR CORRIGAN | |
| | **Entry of Appearance Filed** | |
| | Entry of Appearance; Electronic Filing Certificate of Service. | |
| | **Filed By:** ANDREW MICHAEL LAMMERT | |
| 01/13/2020 | **Corporation Served** | |
| | Document ID - 19-SMCC-576; Served To - TORCH ELECTRONICS, LLC; Server - SO COLE COUNTY-JEFFERSON CITY; Served Date - 02-JAN-20; Served Time - 09:30:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - Served Rachel Patton - Designee (Sheriff fee $30.00) | |
| 01/07/2020 | **Corporation Served** | |

| | |
|---|---|
| | Document ID - 19-SMCC-577; Served To - MIDWEST PETROLEUM COMPANY; Server - SO ST LOUIS COUNTY-CLAYTON; Served Date - 06-JAN-20; Served Time - 16:49:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - Served Jean = Clerk |
| | **Notice of Service**<br>19-SMCC-577; Electronic Filing Certificate of Service. |
| 12/18/2019 | **Summons Issued-Circuit**<br>Document ID: 19-SMCC-577, for MIDWEST PETROLEUM COMPANY. (Both summons are attached for counsel to print and have served) rp |
| | **Summons Issued-Circuit**<br>Document ID: 19-SMCC-576, for TORCH ELECTRONICS, LLC. |
| | **Note to Clerk eFiling**<br>    **Filed By:** WILLIAM KISTNER |
| | **Amend Pet/Mot to Modfy Filed**<br>FIRST AMENDED PETITION.<br>    **Filed By:** WILLIAM KISTNER<br>    **On Behalf Of:** TNT AMUSEMENTS, INC |
| | **Memorandum Filed**<br>Memorandum for Clerk.<br>    **Filed By:** WILLIAM KISTNER |
| 12/02/2019 | **Judge/Clerk - Note**<br>Please e-file correspondence when you are ready for summons to be generated. klc |
| 11/26/2019 | **Filing Info Sheet eFiling**<br>    **Filed By:** WILLIAM KISTNER |
| | **Pet Filed in Circuit Ct**<br>Petition.<br>    **Filed By:** WILLIAM KISTNER<br>    **On Behalf Of:** TNT AMUSEMENTS, INC |
| | **Judge Assigned** |

Case.net Version 5.14.62           [Return to Top of Page](#)           Released 02/03/2023