

Search for Cases by: Select Search Method...

Judicial Links | eFiling | Help | Contact Us | Print                                Logon

## 20SL-CC03002 - TNT AMUSEMENTS INC V TORCH ELECTRONICS LLC ET AL (E-CASE)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

Sort Date Entries:  ● Descending  ○ Ascending     Display Options: All Entries

---

**03/21/2023**   **Judge/Clerk - Note**
NO TAX

**03/20/2023**   **Dismissed by Parties**
**Order of Dismissal**
PLTF HEREBY DISMISSES THIS CAUSE OF ACTION WITHOUT PREJUDICE APPROVED AS PER ORDER FILED. SO ORDERED: JUDGE DAVID LEE VINCENT III

**03/15/2023**   **Notice of Dismissal**
Notice of Voluntary Dismissal; Electronic Filing Certificate of Service.
  **Filed By:** WILLIAM KISTNER
  **On Behalf Of:** TNT AMUSEMENTS INC

**10/31/2022**   **Order**
DEFENDANTS APPEAR THROUGH COUNSEL FOR CASE MANAGEMENT CONFERENCE. PLAINTIFF DOES NOT APPEAR. COURT TO SET CASE ON DISMISSAL DOCKET. SO ORDERED: JUDGE DAVID LEE VINCENT, III
  **Associated Entries:** 04/08/2022 - Hearing Continued/Rescheduled
  **Associated Entries:** 04/08/2022 - Case Mgmt Conf Scheduled
  **Scheduled For:** 10/31/2022;  9:00 AM ;  DAVID L VINCENT III;  St Louis County

**04/08/2022**   **Notice**
**Case Mgmt Conf Scheduled**
  **Associated Entries:** 10/31/2022 - Order
  **Scheduled For:** 10/31/2022;  9:00 AM ;  DAVID L VINCENT III;  St Louis County
**Hearing Continued/Rescheduled**
JUDGE UNAVAILABLE ON APRIL 15, 2022
  **Hearing Continued From:** 04/15/2022;  9:00 AM Case Management Conference

**04/01/2022**   **Notice**

**03/31/2022**   **Case Mgmt Conf Scheduled**
  **Associated Entries:** 04/08/2022 - Hearing Continued/Rescheduled
  **Scheduled For:** 04/15/2022;  9:00 AM ;  DAVID L VINCENT III;  St Louis County

**08/12/2021**   **Notice**
**Judge Assigned**

| | |
|---|---|
| | The Above Cause is Assigned to Division _9_, By Order of the Presiding Judge, For Hearing and Determination. Notice Mailed This Day to Parties of Record and Copy Filed. |
| **08/09/2021** | **Judge Recuses**<br>**Associated Entries:** 07/19/2021 - Motion Hearing Scheduled<br>**Scheduled For:** 08/13/2021;  8:30 AM ;  NANCY WATKINS MCLAUGHLIN;  St Louis County |
| **07/19/2021** | **Notice of Hearing Filed**<br>Notice of Hearing; Electronic Filing Certificate of Service.<br>   **Filed By:** WILLIAM KISTNER<br>   **On Behalf Of:** TNT AMUSEMENTS INC<br><br>**Motion Hearing Scheduled**<br>   **Associated Entries:** 08/09/2021 - Judge Recuses<br>   **Scheduled For:** 08/13/2021;  8:30 AM ;  NANCY WATKINS MCLAUGHLIN;  St Louis County |
| **07/16/2021** | **Suggestions in Opposition**<br>Plaintiffs Suggestions in Opposition to Defendants Motions for More Definite Statement; Electronic Filing Certificate of Service.<br>   **Filed By:** WILLIAM KISTNER<br>   **On Behalf Of:** TNT AMUSEMENTS INC |
| **06/02/2020** | **Notice**<br>NOTICE OF CHANGE OF VENUE |
| **03/11/2020** | **Confid Filing Info Sheet Filed**<br><br>**Change of Venue Received**<br>All pleadings filed and received from the originating or alternate case file is attached to this docket code. The related case number is: 19CF-CC00065<br><br>**Judge Assigned**<br>DIV 21 |