**In the**
# CIRCUIT COURT
## of St. Louis County, Missouri

Plaintiff(s): TNT Amusements Inc.

vs.

Defendant(s): Torch Electronics LLC et al.

Date: 10/31/22

Case Number: 20SL-CC03002

Division: 9

For File Stamp Only

**FILED**
OCT 3 1 2022
JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

## Memorandum

Defendants appear through counsel for Case Management Conference. Plaintiff does not appear. Court to set case on Dismissal Docket.

**SO ORDERED**

Judge: [signature]

ENTERED: 10/31/22 (Date)

Attorney: Tim Sigmund   Bar No. 40682
Address: 573-635-7699   ATTY FOR Δ TORCH
Phone No.                    Fax No.

Attorney: [signature]   Bar No. #70925
Address: 314-392-5200   Atty for Defendant Midwest
Phone No.                    Fax No.

CCOPR47-WS   Rev. 02/14