## IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
## STATE OF MISSOURI

| | |
|---|---|
| TNT AMUSEMENTS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No.   20SL-CC03002 |
| TORCH ELECTRONICS, LLC, et al., | ) |
| Defendants. | ) |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff TNT Amusements, Inc., hereby dismisses all of its claims in this lawsuit without prejudice.

**KISTNER, HAMILTON, ELAM & MARTIN, LLC**

By: /s/ Elkin L. Kistner
Elkin L. Kistner                  #35287
William E. Kistner              #70540
1406 N. Broadway Blvd.
St. Louis, Missouri 6310
Telephone:  (314) 783-9873
Facsimile:   (314) 944-0950
E-mail: elkinkis@law-fort.com
E-mail: bill@law-fort.com
*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 15th day of March, 2023, a copy of the foregoing document was served via the Court's electronic filing system to all counsel of record.

/s/ Elkin L. Kistner