FILED
03/20/23
JOAN M. GILMER
CIRCUIT CLERK
ST. LOUIS COUNTY, MO

Electronically Filed - St Louis County - March 15, 2023 - 02:50 PM

## IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
## STATE OF MISSOURI

| | |
|---|---|
| TNT AMUSEMENTS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No.   20SL-CC03002 |
| TORCH ELECTRONICS, LLC, et al., | ) |
| Defendants. | ) |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff TNT Amusements, Inc., hereby dismisses all of its claims in this lawsuit without prejudice.

**SO ORDERED:**

/s/ Daniel Richmond
Judge   Division 09
Mon Mar 20 2023 13:53:36 GMT-0500

**KISTNER, HAMILTON, ELAM & MARTIN, LLC**

By: /s/ Elkin L. Kistner
    Elkin L. Kistner           #35287
    William E. Kistner         #70540
    1406 N. Broadway Blvd.
    St. Louis, Missouri 6310
    Telephone:  (314) 783-9873
    Facsimile:  (314) 944-0950
    E-mail: elkinkis@law-fort.com
    E-mail: bill@law-fort.com
    *Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 15th day of March, 2023, a copy of the foregoing document was served via the Court's electronic filing system to all counsel of record.

/s/ Elkin L. Kistner