

Search for Cases by: Select Search Method...

Judicial Links  |  eFiling  |  Help  |  Contact Us  |  Print                                                                                                             Logon

### 21AC-CC00044 - TORCH ELECTRONICS, ET V MO DPT PUBLIC SAFETY ET AL (E-CASE)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/Execution |

---

**TORCH ELECTRONICS, LLC , Plaintiff**

1124 SARA MATHEWS LANE
WILDWOOD, MO 63005

represented by

**HATFIELD , CHARLES WILLIAM , Attorney for Plaintiff**
STINSON LLP
230 W MCCARTY STREET
JEFFERSON CITY, MO 65101
**Business:** (573) 636-6263

co-counsel

**BARRETT , ALEXANDER CLARK , Attorney for Plaintiff**
STINSON LLP
230 W MCCARTY STREET
JEFFERSON CITY, MO 65101
**Business:** (573) 636-6263

co-counsel

**COSSETTE , ALIXANDRA , Attorney for Plaintiff**
STINSON LLP
230 W MCCARTY STREET
JEFFERSON CITY, MO 65101
**Business:** (573) 636-6263

co-counsel

**SIGMUND , TIMOTHY TODD , Co-Counsel for Plaintiff**
SIGMUND BROWNING LLC
305 EAST MCCARTY STREET
SUITE 300
JEFFERSON CITY, MO 65101
**Business:** (573) 635-7699

**WARRENTON OIL COMPANY , Plaintiff**

2299 S. SPOEDE LN
TRUESDALE, MO 63380

represented by

**HATFIELD , CHARLES WILLIAM , Attorney for Plaintiff**
STINSON LLP
230 W MCCARTY STREET
JEFFERSON CITY, MO 65101
**Business:** (573) 636-6263

co-counsel

**BARRETT , ALEXANDER CLARK , Attorney for Plaintiff**
STINSON LLP
230 W MCCARTY STREET
JEFFERSON CITY, MO 65101
**Business:** (573) 636-6263

| | co-counsel | **COSSETTE , ALIXANDRA , Attorney for Plaintiff**<br>STINSON LLP<br>230 W MCCARTY STREET<br>JEFFERSON CITY, MO 65101<br>**Business:** (573) 636-6263 |
|---|---|---|
| | co-counsel | **SIGMUND , TIMOTHY TODD , Co-Counsel for Plaintiff**<br>SIGMUND BROWNING LLC<br>305 EAST MCCARTY STREET<br>SUITE 300<br>JEFFERSON CITY, MO 65101<br>**Business:** (573) 635-7699 |
| **MISSOURI DEPARTMENT OF PUBLIC SAFETY , Defendant**<br>1101 RIVERSIDE DRIVE<br>LEWIS AND CLARK BUILDING 4TH<br>JEFFERSON CITY, MO 65101<br>**Business:** (573) 751-4905 | represented by | **LEWIS , JASON KROL , Assistant Attorney General**<br>OFFICE OF THE ATTORNEY GENERAL<br>PO BOX 899<br>JEFFERSON CITY, MO 65102 |
| | co-counsel | **POOL , SCOTT RICHARDSON , Attorney for Defendant**<br>GIBBS POOL & TURNER PC<br>3225-A EMERALD LANE<br>JEFFERSON CITY, MO 65109 |
| **THE MISSOURI STATE HIGHWAY PATROL , Defendant**<br>1510 EAST ELM STREET<br>JEFFERSON CITY, MO 65101<br>**Business:** (573) 751-3313 | represented by | **LEWIS , JASON KROL , Assistant Attorney General**<br>OFFICE OF THE ATTORNEY GENERAL<br>PO BOX 899<br>JEFFERSON CITY, MO 65102 |
| | co-counsel | **POOL , SCOTT RICHARDSON , Attorney for Defendant**<br>GIBBS POOL & TURNER PC<br>3225-A EMERALD LANE<br>JEFFERSON CITY, MO 65109 |
| **MISSOURI DIVISION OF ALCOHOL AND CRIME CONTROL , Defendant**<br>1738 EAST ELM, LOWER LEVEL<br>PO BOX 837<br>JEFFERSON CITY, MO 65101 | represented by | **LEWIS , JASON KROL , Assistant Attorney General**<br>OFFICE OF THE ATTORNEY GENERAL<br>PO BOX 899<br>JEFFERSON CITY, MO 65102 |
| | co-counsel | **POOL , SCOTT RICHARDSON , Attorney for Defendant** |

|  |  |  |
|---|---|---|
|  |  | GIBBS POOL & TURNER PC<br>3225-A EMERALD LANE<br>JEFFERSON CITY, MO 65109 |
| **MISSOURI GAMING ASSOCIATION**, Intervenor<br><br>101 E HIGH ST<br>JEFFERSON CITY, MO 65101 | represented by | **ELLINGER , MARC HENRY , Attorney for Intervenor**<br>ELLINGER & ASSOCIATES, LLC<br>308 E HIGH ST, SUITE 300<br>JEFFERSON CITY, MO 65101<br>**Business:** (573) 750-4100 |
|  | co-counsel | **BELL , STEPHANIE , Attorney for Intervenor**<br>ELLINGER & ASSOCIATES, LLC<br>308 E HIGH ST, SUITE 300<br>JEFFERSON CITY, MO 65101 |
|  | co-counsel | **RYNARD , THOMAS WILLIAM , Co-Counsel for Intervenor**<br>ATTORNEY AT LAW<br>308 E. HIGH<br>SUITE 301<br>JEFFERSON CITY, MO 65101<br>**Business:** (573) 634-2500 |
| **SOUTHFORK SPIRIT CO LLC**, Plaintiff<br><br>C/O JOHN W. BRUFFETT<br>301 SE 2ND AVENUE<br>AVA, MO 65608<br><br>**Party End Date:** 02/18/2022<br>**Party End Reason:** Party Dismissed | represented by | **HATFIELD , CHARLES WILLIAM , Attorney for Plaintiff**<br>STINSON LLP<br>230 W MCCARTY STREET<br>JEFFERSON CITY, MO 65101<br>**Business:** (573) 636-6263 |
|  | co-counsel | **BARRETT , ALEXANDER CLARK , Attorney for Plaintiff**<br>STINSON LLP<br>230 W MCCARTY STREET<br>JEFFERSON CITY, MO 65101<br>**Business:** (573) 636-6263 |
|  | co-counsel | **COSSETTE , ALIXANDRA , Attorney for Plaintiff**<br>STINSON LLP<br>230 W MCCARTY STREET<br>JEFFERSON CITY, MO 65101<br>**Business:** (573) 636-6263 |
|  | co-counsel | **SIGMUND , TIMOTHY TODD , Co-Counsel for Plaintiff**<br>SIGMUND BROWNING LLC<br>305 EAST MCCARTY STREET<br>SUITE 300<br>JEFFERSON CITY, MO 65101<br>**Business:** (573) 635-7699 |

| | | |
|---|---|---|
| **DHALIWAL LLC D/B/A FOODMART , Plaintiff**<br><br>C/O KIRAN SAHOTA<br>209 N BELCREST AVE<br>APT C204<br>SPRINGFIELD, MO 65802 | represented by | **HATFIELD , CHARLES WILLIAM , Attorney for Plaintiff**<br>STINSON LLP<br>230 W MCCARTY STREET<br>JEFFERSON CITY, MO 65101<br>**Business:** (573) 636-6263 |
| | co-counsel | **BARRETT , ALEXANDER CLARK , Attorney for Plaintiff**<br>STINSON LLP<br>230 W MCCARTY STREET<br>JEFFERSON CITY, MO 65101<br>**Business:** (573) 636-6263 |
| | co-counsel | **COSSETTE , ALIXANDRA , Attorney for Plaintiff**<br>STINSON LLP<br>230 W MCCARTY STREET<br>JEFFERSON CITY, MO 65101<br>**Business:** (573) 636-6263 |
| | co-counsel | **SIGMUND , TIMOTHY TODD , Co-Counsel for Plaintiff**<br>SIGMUND BROWNING LLC<br>305 EAST MCCARTY STREET<br>SUITE 300<br>JEFFERSON CITY, MO 65101<br>**Business:** (573) 635-7699 |

Case.net Version 5.14.62                      Return to Top of Page                      Released 02/03/2023