IN THE CIRCUIT COURT OF HENRY COUNTY
ASSOCIATE DIVISION

STATE OF MISSOURI,                          )
                                            )
                          Plaintiff,        )
                                            )
                                            )
vs.                                         )  Case No. 20HE-CR00629
                                            )
IJAZ HUSSAIN,                               )
                                            )
                          Defendant.        )

## TRANSCRIPT OF PRELIMINARY HEARING
## HELD ON APRIL 22, 2022

BEFORE THE HONORABLE HAROLD L. DUMP, II

APPEARANCES:

Richard Mark Shields
Attorney at Law
100 W. Franklin
Linton, MO 64735
    For:  Defendant

Joseph Passanise
Travis Lavern Noble
Attorney at Law
2974 E. Battlefield
Springfield, MO 65804
    For:  Defendant

Transcribed by
Elizabeth S. Belden
Legal Transcriber
Telephone:  417-343-1809

**INDEX**
**FRIDAY, APRIL 22, 2022**

PAGE

Opening Statements by Judge and Counsel .......................................................2

STATE'S EVIDENCE

JEFF BICSHEL
    Direct Examination by Mr. Shields ...............................................8
    Cross-Examination by Mr. Noble....................................................17

JASON TRAMMELL
    Direct Examination by Mr. Shields ...............................................18
    Cross-Examination by Mr. Noble....................................................27
    Redirect Examination by Mr. Shields ...........................................42

CODY CANAVON
    Direct Examination by Mr. Shields ...............................................44
    Cross-Examination by Mr. Noble....................................................51
    Redirect Examination by Mr. Shields ...........................................58
    Recross-Examination by Mr. Noble ...............................................58
    Further Redirect Examination by Mr. Shields ...............................60
    Further Recross-Examination by Mr. Noble ..................................60
    Further Redirect Examination by Mr. Shields ...............................61
    Further Recross-Examination by Mr. Noble ..................................62

State Rests...............................................................................63

Defense Rests..........................................................................63

Court Orders Written Legal Arguments ............................................64

State of Missouri v. Ijaz Hussain
Case No: 20HE-CR00629.04.22.2022

| | | |
|---|---|---|
| 1 | (Friday, April 22, 2022) | |
| 2 | | |
| 3 | | |
| 4 | MR. PASSANISE: | Your Honor, this is Travis Noble.  He'll be lead today. |
| 5 | | |
| 6 | JUDGE: | All right. |
| 7 | | |
| 8 | JUDGE: | All right. This is the case of State of Missouri v. Ijaz Hussain, |
| 9 | | Case No. 20HE-CR00629. I'm Judge Harold Dump sitting in the |
| 10 | | Associate Division of the Circuit Court of Henry County, |
| 11 | | Missouri.  We are here today for a preliminary hearing.  State of |
| 12 | | Missouri appears by Prosecuting Attorney Richard Shields.  The |
| 13 | | Defendant appears in person and with Attorney Joe Passanise |
| 14 | | and, I'm sorry.  Mr. Noble. |
| 15 | | |
| 16 | MR. NOBLE: | Yes, Your Honor.  Travis Noble. |
| 17 | | |
| 18 | MR. PASSANISE: | Yes, Your Honor. |
| 19 | | |
| 20 | JUDGE: | Travis Noble.  All right.  State of Missouri has indicated they are |
| 21 | | ready to proceed.   Defendant has indicated he's ready to |
| 22 | | proceed.  Mr. Shields, you may proceed. |
| 23 | | |
| 24 | MR. SHIELDS: | Well, before I proceed with calling witnesses and presenting |
| 25 | | evidence, I was going to inquire of counsel about the possibility |
| 26 | | of any stipulations to fact.  I hadn't spoken to Mr. Noble at all. |
| 27 | | but I also did have another, a couple of other issues that I |
| 28 | | wanted to raise before the Court in the form of kind of a Frye |
| 29 | | proceeding.  Because there had been a plea offer made in this |
| 30 | | case for the Defendant to have the opportunity to plead guilty to |
| 31 | | a misdemeanor charge.  And I was going to ask the Court to |
| 32 | | inquire of the Defendant about his knowledge of that plea offer. |
| 33 | | |
| 34 | | And then, also -- I wanted to raise an issue about a possible |
| 35 | | conflict of interest by counsel in this case. So, I guess to start |
| 36 | | out with, the discussions that I have had with Mr. Passanise -- |
| 37 | | and again, I've never spoken to Mr. Noble that I can recall, nor |
| 38 | | do I believe we ever met.  Have we met or? |
| 39 | | |
| 40 | MR. NOBLE: | No. |
| 41 | | |
| 42 | MR. SHIELDS: | I don't -- I didn't think that we had had any correspondence.  I've |
| 43 | | been dealing with Mr. Passanise, and the -- and the emphasis |
| 44 | | has been pretty much 100 percent on the Defense's contention |

1
2    JUDGE:                    -- subjective intention, it will be as a requirement.
3
4    MR. SHIELDS:              I'll withdraw the question.
5
6    JUDGE:                    Okay.
7
8    MR. SHIELDS:              I have nothing further.
9
10   JUDGE:                    Recross?
11
12   MR. NOBLE:                Nothing further.
13
14   JUDGE:                    I have no other -- I have no questions for you, sir.  If this witness
15                             is under subpoena, is he free to come and go?
16
17   MR. SHELDS:               Well, I prefer that he stick around out in the hallway because I'd
18                             want to speak to him and then, would you speak Mr. Canavon
19                             in, please?
20
21   JUDGE:                    Sir, if you would, please step forward and raise your right hand.
22
23                             (Witness sworn.)
24
25   JUDGE:                    Have a seat.  Mr. Shields.
26
27                             DIRECT EXAMINATION BY MR. SHIELDS:
28
29   MR. SHIELDS:              Thank you, Judge.  Would you tell the Court your name, please?
30
31   MR. CANAVON:              My name is Cody Canavon.
32
33   MR. SHIELDS:              Where are you employed?
34
35   MR. CANAVON:              I work for the Missouri Gaming Commission.
36
37   MR. SHIELDS:              And what's your position with the Missouri Gaming
38                             Commission?
39
40   MR. CANAVON:              I'm an electronic gaming device specialist.
41
42   MR. SHIELDS:              And what does an electronic gaming device specialist do?
43
44   MR. CANAVON:              We're  responsible  for  regulating  casino  electronic  gaming

44

1           equipment, slot machines, shufflers, accounting systems; all the
2           various aspects of that.  Investigating customer complaints and
3           disputes and issues with non-functioning devices.
4

5    MR. SHIELDS:        Okay.  Now, slot machine.  What is a slot machine?
6

7    MR. CANAVON:       A slot machine?  Basically, a device that -- it's just a regulated
8           casino environment in the State of Missouri that you can place
9           money into, and it will counter, or it will convert those into a
10          credit on the device. You can select a game if that's what it will
11          do, select a wager, place that wager and then the game will
12          provide an outcome -- winning or losing.  And then, if you so
13          choose, you can cash out and get currency for that.
14

15   MR. SHIELDS:        Okay.  And -- and are those gambling device?
16

17   MR. CANAVON:       Yeah.
18

19   MR. SHIELDS:        Slot machines?
20

21   MR. CANAVON:       Yeah.
22

23   MR. SHIELDS:        Okay.  And you said they're in regulated casinos; is that right?
24

25   MR. CANAVON:       Correct.
26

27   MR. SHIELDS:        Have you had the occasion to be involved in some
28          investigations regarding slot machines that are not in regulated
29          casinos?
30

31   MR. CANAVON:       We've investigated -- yeah, what were believed to be, as you
32          call it -- we call them gray gaming devices.  We don't
33          necessarily call them slot machines.  But the gray devices that
34          have been found around the state.  Yes.
35

36   MR. SHIELDS:        Okay.  Is that essentially what they are, though?
37

38   MR. CANAVON:       They -- they have a similar functionality.  Yes.  You place money
39          in them and pick a game, place a wager and cash out of them.
40

41   MR. SHIELDS:        Okay.  Look -- before I go on to talking about these particular
42          machines, you indicated that you have -- you -- you investigate
43          complaints.  Is that complaints about the machines that are in
44          casinos, machines that are outside casinos or both?

45

MR. CANAVON:    My staff are charged with investigating complaints inside casinos. I believe that there are complaints that are directed to our organization about things outside of the casino. But they are referred to the Missouri State Highway Patrol.

MR. SHIELDS:    Okay.  And what sorts of complaints are those?

MR. CANAVON:    Those are generally with these gray gaming devices, locations and -- and issues that people have with them.

MR. SHIELDS:    Okay.  So, the -- the slot machines that are in the casinos, what sort of complaints do you get about those?

MR. CANAVON:    A good number of them are about not winning anything; been playing for a considerable amount of time and not winning enough to be satisfied.  They want to be investigated for those reasons.

MR. SHIELDS:    Is it the expectation of these complainants that they were playing to -- to win some money?

MR. CANAVON:    Yeah.

MR. SHIELDS:    Did any of them complain about the colors of the fruit that's spinning around or not being --?

MR NOBLE:    Judge -- Judge -- I would object as to relevance about gaming devices of casinos unless you want it's relevant to whether or not these are gaming devices?

MR. SHIELDS:    Well, it's a state's contention that these are essentially the same thing.  I mean, describing them as gray machines.  But I'll get into some -- I'll -- I'll withdraw that question for now.  But I'll come back to it.

MR NOBLE:    Hold on.  You say that it's the state's contention they are the same thing?  I'll -- then I'll withdraw my objection.  I'll let you inquire about that.

MR. SHIELDS:    Well, we're not on the record for one.  And that's not exactly what I said.  But --

MR. NOBLE:    That is what you said, and we are on the record, aren't we?

46

MR. SHIELDS:        It's not a record proceeding, but --

MR. NOBLE:          Huh?

MR. SHIELDS:        -- whatever.

JUDGE:              Move forward.

MR. SHIELDS:        So, are you familiar with Clinton Convenience Store here in Henry County?

MR. CANAVON:        Yes.

MR. SHIELDS:        Have you been there before?

MR. CANAVON:        Yes.

MR. SHIELDS:        When were you there?

MR. CANAVON:        I was in September of 2019.

MR. SHIELDS:        Why were you there?

MR. CANAVON:        I was there to evaluate some devices that had been identified by the Missouri Highway Patrol.

MR. SHIELDS:        And some devices; what sort of devices are they?

MR. CANAVON:        These gray gaming devices.

MR. SHIELDS:        Okay. And when you say a gray gaming device, could you describe what that is?

MR. CANAVON:        The machines, the vast majority of them have been these gray cabinet, although they tend to be more black cabinet nowadays. They were a gray cabinet device that had a digital display that had reels on it, like a slot machine in a casino. You could place money in them, select your game, select a wager, play the game where you having winning or losing outcome, cash out, take that ticket up to the counter and redeem it for cash.

MR. SHIELDS:        Okay. And those -- those types of machines were seized by the highway patrol at the Clinton Convenience Store in 2019?

47

MR. CANAVON:          Yes.

MR. SHIELDS:          Are you familiar with their investigation then of some machines that were taken in -- in 2020?

MR. CANAVON:          I'm aware of it. I was not involved in that investigation.

MR. SHIELDS:          Okay  But you're aware of the types of machines that were taken in -- in 2020; is that right?

MR. CANAVON:          They were described as being the same type of machines.  Yes.

MR. SHIELDS:          Okay.  Well, let's talk about those games in general.   What is a pre-reveal button?  Have you heard that terminology before?

MR. CANAVON:          Yes.

MR. SHIELDS:          Could you explain to the Court what that means?

MR. CANAVON:          The pre-reveal button on the machine that I investigated in 2019, was an option for a player to get a peak at what the outcome of the next play was going to be in credits, in currency. So, it will tell you if you are going to win or lose.

MR. SHIELDS:          Okay.   And the instruments or machines that were taken in 2019, did they have those?

MR. CANAVON:          Yes.

MR. SHIELDS:          And the ones that were taken in 2020, did they have those as well?

MR. CANAVON:          I can't say for sure.  I had not put hands on those devices. If they were -- if they were described -- the way they were described, they would have it.

MR. SHIELDS:          Okay. Well, I'll represent to you that -- that the Sergeant from the Highway Patrol that just testified, essentially said that they were the same kind of machines.  So, the pre-reveal button, does -- does that change the Gaming Commission's opinion about whether or not those are a gambling device?

MR. CANAVON:          The Gaming Commission doesn't necessarily hold an opinion

|   |   |   |
|---|---|---|
| 1 | | on-- on how these are classified. We are just providing |
| 2 | | assistance to prosecutors or any counties that want it to explain |
| 3 | | what the device is capable of doing. |
| 4 | | |
| 5 | MR. SHIELDS: | All right.  Well, let's talk about what the capable -- what these |
| 6 | | pre-reveal type of games are capable of doing and how they |
| 7 | | operate.  Is it your understanding that the use of a pre-reveal |
| 8 | | button -- well, let me -- back up.  A slot machine, you've |
| 9 | | explained how that works.  These machines that you're talking |
| 10 | | about that you've described as gray market machines.  Do they |
| 11 | | operate similar to a slot machine? |
| 12 | | |
| 13 | MR. CANAVON: | In the basic functions of them, yes.  I mean, you place money in |
| 14 | | them, you place a wager, you (indiscernible)[14:40:46] that |
| 15 | | creates an entertaining display and (indiscernible)[14:40:52] an |
| 16 | | outcome. |
| 17 | | |
| 18 | MR. SHIELDS: | Okay.  Do you know what a random number generator is? |
| 19 | | |
| 20 | MR. CANAVON: | I do. |
| 21 | | |
| 22 | MR. SHIELDS: | Does that make any difference of whether or not one of these |
| 23 | | gray machines has a random number generator in it? |
| 24 | | |
| 25 | MR. CANAVON: | It -- in a casino environment, a random number generator is |
| 26 | | something that we would see in a slot machine.  Yes. |
| 27 | | |
| 28 | MR. SHIELDS: | Okay.  Now, these gray market machines, do they have a set |
| 29 | | number of potential outcomes? |
| 30 | | |
| 31 | MR. CANAVON: | Yes. |
| 32 | | |
| 33 | MR. SHIELDS: | How many, typically, possible outcomes are there? |
| 34 | | |
| 35 | MR. CANAVON: | I believe it's around 100,000 on each game that's been |
| 36 | | (indiscernible) (14:41:35). |
| 37 | | |
| 38 | MR. SHIELDS: | Okay.  So, does -- does a player, if a player wants to play the |
| 39 | | game for purposes of winning some money -- well, let me ask |
| 40 | | you this.  Do these games as you understand them, provide any |
| 41 | | display other than just numbers or pieces of fruit or whatever is |
| 42 | | spinning round and round? |
| 43 | | |
| 44 | MR. CANAVON: | No.  Just symbols and bars, numbers, whatever they have |

|   |   |   |
|---|---|---|
| 1 | | chosen to use for their pay table as far as to determine winning, |
| 2 | | losing outcomes.  It's. |
| 3 | | |
| 4 | MR. SHIELDS: | Okay.  Is that what slot machines in a casino do as well? |
| 5 | | |
| 6 | MR. CANAVON: | Yes. |
| 7 | | |
| 8 | MR. SHIELDS: | Do people go to a casino to play slot machines just for the |
| 9 | | entertainment value of watching those things spin around? |
| 10 | | |
| 11 | MR. NOBLE: | Objection, Your Honor.  He -- he doesn't know why people play. |
| 12 | | |
| 13 | MR. SHIELDS: | Well, I think it's common sense, Judge.  But. |
| 14 | | |
| 15 | JUDGE: | Sustained. |
| 16 | | |
| 17 | MR. SHIELDS: | Well, I think I asked you earlier, did -- was there ever any |
| 18 | | complaint that you ever heard about the sufficient number of |
| 19 | | pieces of fruit or the colors of them not being entertainment |
| 20 | | enough? |
| 21 | | |
| 22 | MR. CANAVON: | Not -- not specifically not entertaining.  No. |
| 23 | | |
| 24 | MR. SHIELDS: | Okay.  So, these machines,  how long do -- does -- does this |
| 25 | | display last?  Is it minutes and minutes, or is it just a few |
| 26 | | seconds, typically? |
| 27 | | |
| 28 | MR. CANAVON: | On a spin? |
| 29 | | |
| 30 | MR. SHIELDS: | Yes. |
| 31 | | |
| 32 | MR. CANAVON: | As generally, just a few seconds. |
| 33 | | |
| 34 | MR. SHIELDS: | Okay.  Is that something you find, would find entertaining? |
| 35 | | |
| 36 | MR. CANAVON: | Myself? |
| 37 | | |
| 38 | MR. SHIELDS: | Yes. |
| 39 | | |
| 40 | MR. CANAVON: | At one time. I've seen enough of it now, no. |
| 41 | | |
| 42 | MR. SHIELDS: | Would you pay a dollar for -- without any expectation of winning |
| 43 | | anything at all just for the entertainment value of watching some |
| 44 | | pieces of fruit spin around? |

State of Missouri v. Ijaz Hussain
Case No: 20HE-CR00629.04.22.2022

1
2    MR. CANAVON:          No.
3
4    MR. SHIELDS:          At any time?
5
6    MR. CANAVON:          Personally, no.
7
8    MR. SHIELDS:          Okay.  Would your expectation, then, of playing a slot machine
9                          would be to win some money?
10
11   MR. CANAVON:          That's probably the general reason people go. Yes.
12
13   MR. SHIELDS:          Now, these pre-reveal machines, does it, absent the use of the
14                         pre-reveal button, does it essentially play just like a slot
15                         machine?
16
17   MR. CANAVON:          Yeah.
18
19   MR. SHIELDS:          So, does the pre-reveal button, is it required for use in order to
20                         play the machine?
21
22   MR. CANAVON:          No.
23
24   MR. SHIELDS:          So, a player can walk in with $10, put this $10 in the machine,
25                         totally blow by the pre-reveal button and just start playing just
26                         like a slot machine --
27
28   MR. CANAVON:          Yes.
29
30   MR. SHIELDS:          -- is that right?
31
32   MR. CANAVON:          Yes.
33
34   MR. SHIELDS:          That's all the questions I have.
35
36   JUDGE:                Mr. Noble.
37
38                        <u>CROSS-EXAMINATION BY MR. NOBLE</u>
39
40   MR. NOBLE:            Thank you, Judge.  What's your last name?
41
42   MR. CANAVON:          Canavon.
43
44   MR. NOBLE:            Canavon?

51

1
2    MR. CANAVON:          Yes.
3
4    MR. NOBLE:            And who do you work for?
5
6    MR. CANAVON:          The Missouri Gaming Commission.
7
8    MR. NOBLE:            Okay.  And in terms of the Missouri Gaming Commission, your
9                         task with your jurisdiction is casinos and Bingo parlors; right?
10
11   MR. CANAVON:          Yes.
12
13   MR. NOBLE:            That's it; right?
14
15   MR. CANAVON:          Yeah.
16
17   MR. NOBLE:            Okay.  So, you have no enforcement authority outside of those
18                         two locations; correct?
19
20   MR. CANAVON:          Correct.
21
22   MR. NOBLE:            Okay.   But you were brought in as an expert, I guess on
23                         electronic gaming devices; is that right?
24
25   MR. CANAVON:          Yes.
26
27   MR. NOBLE:            You're a specialist; right?
28
29   MR. CANAVON:          Yes.
30
31   MR. NOBLE:            So, you actually know how --  how slot machines in casinos
32                         work; right?
33
34   MR. CANAVON:          Yeah.
35
36   MR. NOBLE:            And the slot machines in casinos are called slot machines;
37                         right?
38
39   MR. CANAVON:          Correct.
40
41   MR. NOBLE:            All right?  And these devices that you took out of the store here
42                         in Clinton, or that you looked at, those aren't called slot
43                         machines.  You call them gray gaming devices; right?
44

| | | |
|---|---|---|
| 1 | MR. CANAVON: | That's a term coined by the organization. |
| 2 | | |
| 3 | MR. NOBLE: | Right. |
| 4 | | |
| 5 | MR. CANAVON: | In -- in general use.  Yes. |
| 6 | | |
| 7 | MR. NOBLE: | But I'm saying you guys don't even call them slot machines; |
| 8 | | right? |
| 9 | | |
| 10 | MR. CANAVON: | Correct. |
| 11 | | |
| 12 | MR. NOBLE: | Okay.  And within the slot machine in a casino,  a person puts |
| 13 | | their dollar in, they have no idea whether the next play is a |
| 14 | | winner or a loser; right? |
| 15 | | |
| 16 | MR. CANAVON: | Correct. |
| 17 | | |
| 18 | MR. NOBLE: | And they have no way of knowing; right? |
| 19 | | |
| 20 | MR. CANAVON: | Correct. |
| 21 | | |
| 22 | MR. NOBLE: | Okay.  And they put their dollar in and if the random number |
| 23 | | generator goes through, stops, maybe it's a winner; maybe it's |
| 24 | | not; correct? |
| 25 | | |
| 26 | MR. CANAVON: | Correct. |
| 27 | | |
| 28 | MR. NOBLE: | All right. The next dollar put in, the random number generator |
| 29 | | spins again; right? |
| 30 | | |
| 31 | MR. CANAVON: | Correct. |
| 32 | | |
| 33 | MR. NOBLE: | And it could land on any number of -- of possibilities, whether it |
| 34 | | may or may not be a winner; correct? |
| 35 | | |
| 36 | MR. CANAVON: | Yes. |
| 37 | | |
| 38 | MR. NOBLE: | Okay.  And have you looked at -- did you look at the Torch |
| 39 | | machines? |
| 40 | | |
| 41 | MR. CANAVON: | Yes. |
| 42 | | |
| 43 | MR. NOBLE: | Okay.  Torch machines do not have random number generators |
| 44 | | in them, do they? |

53

State of Missouri v. Ijaz Hussain
Case No: 20HE-CR00629.04.22.2022

| | | |
|---|---|---|
| MR. CANAVON: | No. | |
| MR. NOBLE: | Okay.  They're called a fixed algorithm outcome; right?  Have you heard of that? | |
| MR. CANAVON: | I believe so.  I believe I've read it. Yes. | |
| MR. NOBLE: | Okay. In other words, within the Torch machine, it actually knows that each position at any point when they're may -- when there will be a payout; right? | |
| MR. CANAVON: | Correct. | |
| MR. NOBLE: | There's nothing random about it; right? | |
| MR. CANAVON: | Right. | |
| MR. NOBLE: | Right.  Nothing by chance about when it's going to pay out.  It's going to do the exact same every time until it runs back through the sequence; correct? | |
| MR. CANAVON: | Correct. | |
| MR. NOBLE: | All right.  And then it goes back through the exact same winning spot.  Nothing random about it.  Nothing by chance about it; correct? | |
| MR. CANAVON: | Correct. | |
| MR. NOBLE: | Like a -- like a casino slot machine; right? | |
| MR. CANAVON: | Yeah.  It -- | |
| MR. NOBLE: | Totally opposite. | |
| MR. CANAVON: | -- yes. | |
| MR. NOBLE: | Right.  So, these machines, in terms of the way they work, there's nothing similar about them at all in terms of how they pay out.  One's a random number generator.  The numbers are set sequence.  It's the same way every time; right? | |
| MR. CANAVON: | Correct. | |

54

State of Missouri v. Ijaz Hussain
Case No: 20HE-CR00629.04.22.2022

1

2 MR. NOBLE:         All right.  And that's really -- now, we're not talking about the
3                    lights that are on the machine or how it's painted or whether it's
4                    fruit that spins around or what have it.  That's not what makes a
5                    good gaming device.  It's how it pays out is what makes it a
6                    good gaming device; right?

7

8 MR. CANAVON:       Consideration, chance and prize.

9

10 MR. NOBLE:        Consideration, chance and prize.  All right.  A person walks into
11                    a gas station.  They have one dollar.  That's all they got.  It's a
12                    one-dollar minimum play. And the walk up and they hit the
13                    number, they hit the pre-reveal button.  It says 0.00.  They know
14                    they've got zero chance of winning on that next play; correct?

15

16 MR. CANAVON:      Correct.

17

18 MR. NOBLE:        They put their dollar in, hit the button, it's 0.00.  At that time, that
19                    -- that machine is not a gaming device; correct?  There was no
20                    chance; right?

21

22 MR. CANAVON:      I don't know that I'm qualified to say whether or not that's
23                    chance. I think that a player that sees a zero would very much
24                    be curious what the next outcome may be.

25

26 MR. NOBLE:        I'm talking about this play.  Well, they may be curious all they
27                    want.  That doesn't make it a gaming device. What I'm saying is
28                    because there's no chance to it.  They got zero chance of
29                    winning, do they; correct?

30

31 MR. SHIELDS:      Judge, I'm going to object to the compound nature of the
32                    question, and.

33

34 JUDGE:            He answered it.

35

36 MR. NOBLE:        I'll break it down.  I'll break it down.  So, there has to be some
37                    sense of chance for the player to make it a gaming device;
38                    right?

39

40 MR. CANAVON:      Yes.

41

42 MR. NOBLE:        All right.  And if the guy knows, he hits the pre-reveal button and
43                    it says 0.00, he knows.  The machine has told him he has zero
44                    chance of winning if he puts a dollar in it; correct?

55

| | | |
|---|---|---|
| 1 | | |
| 2 | MR. CANAVON: | Correct. |
| 3 | | |
| 4 | MR. NOBLE: | All right.  If he puts his dollar in, hits the button, 0.00, and he |
| 5 | | walks out the door.  There was zero chance, was there? |
| 6 | | |
| 7 | MR. CANAVON: | On that play.  Correct. |
| 8 | | |
| 9 | MR. NOBLE: | On that play.  Okay.  And so, at that time, that machine is not a |
| 10 | | gaming device under that scenario; correct? |
| 11 | | |
| 12 | MR. CANAVON: | That's -- that's a court decision. |
| 13 | | |
| 14 | MR. NOBLE: | You don't have the -- you don't have -- you said there has to be |
| 15 | | three elements; right? |
| 16 | | |
| 17 | MR. CANAVON: | Correct. |
| 18 | | |
| 19 | MR. NOBLE: | And you agree one of them is missing at that point; right? |
| 20 | | |
| 21 | MR. CANAVON: | I think that the player knows what the outcome is going to be. |
| 22 | | That's -- yeah, they're making a decision. |
| 23 | | |
| 24 | MR. NOBLE: | Right.  And zero chance.  All right?  So, let me ask you this.  You |
| 25 | | were saying the next play in the player's mind, they may put a |
| 26 | | dollar in to get to the next play to maybe take a chance; right? |
| 27 | | |
| 28 | MR. CANAVON: | I think that's the ultimate goal of any player is the element of |
| 29 | | chance and the fact -- |
| 30 | | |
| 31 | MR. NOBLE: | Got you. |
| 32 | | |
| 33 | MR. CANAVON: | -- that they don't know what the next outcome is going to be. |
| 34 | | |
| 35 | MR. NOBLE: | Well, it's not -- it -- it's not whether or not what the player knows. |
| 36 | | It's whether they do or don't have a chance; right?  You would |
| 37 | | agree with that; right? |
| 38 | | |
| 39 | MR. CANAVON: | I think so.  I mean, I -- I think in this -- in this environment, the -- |
| 40 | | |
| 41 | MR. NOBLE: | What does that mean; this environment? |
| 42 | | |
| 43 | MR. SHIELDS: | Judge, I'm going to object.  He's interrupted the witness in the |
| 44 | | middle of his answer. |

56

State of Missouri v. Ijaz Hussain
Case No: 20HE-CR00629.04.22.2022

1
2    MR. NOBLE:              I apologize.  Go -- I apologize, go ahead.  Finish.  I'm sorry.
3
4    MR. CANAVON:           I think in -- in gaming, in the gaming industry, that players see
5                           these machines.  They don't know the inside and outside like I
6                           do or like somebody who has investigated them would.  So, they
7                           look at a -- a machine that they can place money in; they can
8                           see an entertaining display and may or may not win some
9                           money.
10
11   MR. NOBLE:              Nowhere in the Missouri statute does it say that; does it?
12
13   MR. CANAVON:           No.
14
15   MR. NOBLE:              Okay.  There's nothing in the Missouri statute as to what makes
16                           something a gaming device that talks about the subjective
17                           intentions of a player; does it?
18
19   MR. CANAVON:           No.
20
21   MR. NOBLE:              It's all about the machine; isn't it?
22
23   MR. CANAVON:           Yes.
24
25   MR. NOBLE:              All right.  I know they're trying to fix that right now.  But as of the
26                           state of the law right now, the subjective intention of the player
27                           just doesn't matter as far as the statute is concerned; correct?
28
29   MR. CANAVON:           You are correct.
30
31   MR. NOBLE:              All right.  And then the truth is, they may not know what the
32                           internal workings of the machine are.  But even then, within the
33                           internal working of the machine, there's no chance because
34                           here's a pre-set number of when it's going to pay out each time
35                           it works with a sequence; right?
36
37   MR. CANAVON:           Correct.
38
39   MR. NOBLE:              Zero chance; right?  It's either going -- not like in a slot machine
40                           where you may have a chance because it changes every time;
41                           right?
42
43   MR. CANAVON:           Yeah.
44

57

| | | |
|---|---|---|
| 1 | MR. NOBLE: | Okay.  All right.  Did you ever receive a complaint on these |
| 2 | | machines that were taken from Mr. Hussain's store? |
| 3 | | |
| 4 | MR. CANAVON: | I don't know if we did or not. |
| 5 | | |
| 6 | MR. NOBLE: | You don't know.  Okay.  So, we have no element of the chance |
| 7 | | with regard to the Torch machines that were taken from Mr. |
| 8 | | Hussain.  And you're saying especially if the pre-reveal button is |
| 9 | | used; right?  Because the player know before they play; right? |
| 10 | | |
| 11 | MR. CANAVON: | The player would know what the outcome is going to be. |
| 12 | | |
| 13 | MR. NOBLE: | Okay. And then, also, even if they didn't use the pre-reveal |
| 14 | | button.  They just walk up and put their dollar in, there's no |
| 15 | | actual sense of chance because it's a pre-determined number |
| 16 | | as to when it's going to pay out; right?  Based on the sequence; |
| 17 | | right? |
| 18 | | |
| 19 | MR. CANAVON: | Based on the sequence.  Yeah. |
| 20 | | |
| 21 | MR. NOBLE: | I have no further questions.  Thank you very much. |
| 22 | | |
| 23 | | <u>REDIRECT EXAMINATION BY MR. SHIELDS</u> |
| 24 | | |
| 25 | MR. SHIELDS: | But the player can't influence that by standing in a particular way |
| 26 | | or pushing the button in a particular way; is that right? |
| 27 | | |
| 28 | MR. CANAVON: | Correct. |
| 29 | | |
| 30 | MR. SHIELDS: | There's not a skill involved; right? |
| 31 | | |
| 32 | MR. CANAVON: | No.  Not a skill. |
| 33 | | |
| 34 | MR. SHIELDS: | And past round one, the player doesn't really know what the |
| 35 | | outcome is going to be? |
| 36 | | |
| 37 | MR. CANAVON: | Correct. |
| 38 | | |
| 39 | MR. SHIELDS: | So, okay.  That's all there is. |
| 40 | | |
| 41 | | <u>RECROSS-EXAMINATION BY MR. NOBLE</u> |
| 42 | | |
| 43 | MR. NOBLE: | Just briefly.  If the player could configure, and -- and change it |
| 44 | | some way, then it would make it a potentially, a game of chance |

|  |  |  |
|---|---|---|
| 1 | | because they're changing the outcome.  The player has no way |
| 2 | | of doing that, do they? It's only the set number of -- of payouts |
| 3 | | at that -- at that specific number of plays; right? |
| 4 | | |
| 5 | MR. CANAVON: | I'm not sure what you mean by the player influencing. |
| 6 | | |
| 7 | MR. NOBLE: | In other words, the -- well, when he asked you couldn't the |
| 8 | | player influence it, you said no.  What did -- what did you mean |
| 9 | | by that? |
| 10 | | |
| 11 | MR. CANAVON: | In the skill base, he may even have the ability to change where |
| 12 | | a symbol lands after -- |
| 13 | | |
| 14 | MR. NOBLE: | Got you. And -- and this is not a game of skill.  You would agree |
| 15 | | with that; right? |
| 16 | | |
| 17 | MR. CANAVON: | Correct. |
| 18 | | |
| 19 | MR. NOBLE: | Okay.  All right.  And -- and the pre-reveal button takes all of that |
| 20 | | guesswork out for both the subjective intention of the player; |
| 21 | | right? |
| 22 | | |
| 23 | MR. CANAVON: | Sure. |
| 24 | | |
| 25 | MR. NOBLE: | And then with -- then even forgetting the subjective intention of |
| 26 | | the player, there's no sense of chance within the algorithm |
| 27 | | within the machine because it's a set payout each time; right? |
| 28 | | |
| 29 | MR. CANAVON: | Correct. |
| 30 | | |
| 31 | MR. NOBLE: | And, in fact, if a person were to sit and watch the machine and |
| 32 | | they could figure out it's going to be a hit on this play, it's going |
| 33 | | to be a hit on this play, they could potentially do that.  Because it |
| 34 | | runs through the same sequence every time; right? |
| 35 | | |
| 36 | MR. CANAVON: | Correct. |
| 37 | | |
| 38 | MR. NOBLE: | Okay. All right.  Taking out the -- the possibility of any chance; |
| 39 | | right? |
| 40 | | |
| 41 | MR. CANAVON: | If they were -- yeah.  If they -- |
| 42 | | |
| 43 | MR. NOBLE: | Yeah. |
| 44 | | |

59

1   MR. CANAVON:          -- figured it out.  Yeah.
2
3   MR. NOBLE:            All right.  So, under the -- under the definition of the statute, not
4                        a gaming device based on those two issues.  Right?
5
6   MR. CANAVON:          As the -- the definition of the -- of a gaming device, as you say, if
7                        you say it has no chance, it would not be.  Yes.  That's correct.
8
9   MR. NOBLE:            And you've agreed it doesn't have a chance if you use both the
10                       pre-reveal button and because it's a set, pre-set determinative
11                       outcome; right?  You've said that.
12
13  MR. CANAVON:          I think I would say that.  Yes.  If you're using the pre-reveal
14                       button, that on that play, that particular play (indiscernible)
15                       [14:54:24].
16
17  MR. NOBLE:            Right.  Okay.  All right.  I have no further questions.
18
19                       <u>FURTHER REDIRECT BY MR. SHIELDS</u>
20
21  MR. SHIELDS:          But to get past that particular play, in order to have a chance of
22                       winning, you have to continue playing.
23
24  MR. CANAVON:          Correct.
25
26  MR. SHIELDS:          And you mentioned that there was 100,000 possibilities.  So, in
27                       order to predict the outcome, someone would have to be able to
28                       memorize 100,000 outcomes.
29
30  MR. CANAVON:          Yes.
31
32  MR. SHIELDS:          Nothing further.
33
34                       <u>FURTHER RECROSS-EXAMINATION BY MR. NOBLE</u>
35
36  MR. NOBLE:            Just briefly.  That's only for that individual to know whether or
37                       not they're going to win; right?  They'd have to memorize all
38                       that; right?
39
40  MR. CANOVAN:          Yes.
41
42  MR. NOBLE:            All right.  But taking the pre-reveal button out and taking their
43                       ability to memorize. When you play those machines, those
44                       machines are only going to have very specific outcomes at very

60
State of Missouri v. Ijaz Hussain
Case No: 20HE-CR00629.04.22.2022

| | | |
|---|---|---|
| 1 | | specific sequences as that are pre-set in the algorithm; correct? |
| 2 | | |
| 3 | MR. CANOVAN: | Correct. |
| 4 | | |
| 5 | MR. NOBLE: | So, there's no chance -- |
| 6 | | |
| 7 | MR. SHIELDS: | Judge, I -- I think this has been asked and -- |
| 8 | | |
| 9 | MR. NOBLE: | -- that you could win if -- |
| 10 | | |
| 11 | MR. SHIELDS: | -- answered enough times.  I mean. |
| 12 | | |
| 13 | MR. NOBLE: | Well, that's a follow-up based on what you just asked. |
| 14 | | |
| 15 | JUDGE: | Continue. |
| 16 | | |
| 17 | MR. NOBLE: | Thank you.  In other words, even taking the pre-reveal button |
| 18 | | out and even taking the person's subjective intention out to try to |
| 19 | | continue to play, there's no chance -- it's not left to chance, if |
| 20 | | you will, that they're going to win because it's predetermined as |
| 21 | | on which spots within the sequence is going to hit, which is just |
| 22 | | unlike a casino slot machine; correct? |
| 23 | | |
| 24 | MR. CANAVON: | Correct.  I think, though, with -- |
| 25 | | |
| 26 | MR. NOBLE: | Thank you. |
| 27 | | |
| 28 | MR. CANAVON: | -- to expand on that, I think you have to take into consideration, |
| 29 | | and you were right, the -- the law itself does not specifically call |
| 30 | | out the player.  But the player's -- what the player is seeing is -- |
| 31 | | is important in that they don't know.  You know, in a casino |
| 32 | | environment, they don't know the outcome.  In this environment, |
| 33 | | they don't -- they may know the outcome of this game, but they |
| 34 | | will not know the outcome of the next. |
| 35 | | |
| 36 | MR. NOBLE: | If the third play is not going to -- if the third pull, if you will, or the |
| 37 | | press of a button, because of the algorithm isn't going to pay |
| 38 | | out, then they have no chance of winning.  Whether they know |
| 39 | | that or not doesn't change that, does it? |
| 40 | | |
| 41 | MR. CANAVON: | It does not. |
| 42 | | |
| 43 | MR. NOBLE: | Right.  And so, what we're talking about whether or not this is an |
| 44 | | illegal gambling device, not an illegal gambler; right? |

61

1
2    MR. CANAVON:        Correct.
3
4    MR. NOBLE:          I have no further questions.
5
6                        FURTHER REDIRECT EXAMINATION BY MR. SHIELDS
7
8    MR. SHIELDS:        Did you testify for the State in the Platte County case?
9
10   MR. CANAVON:        Yes.
11
12   MR. SHIELDS:        And that was a different company; is that right?
13
14   MR. CANAVON:        (Indiscernible)[14:56:36].  Yes.
15
16   MR. SHIELDS:        But it's essentially the same kind of machines?
17
18   MR. CANAVON:        Yes.
19
20   MR. SHIELDS:        Nothing further.
21
22                        FURTHER RECROSS-EXAMINATION BY MR. NOBLE
23
24   MR. NOBLE:          Briefly. Platte County case. There were differences in the
25                       machine, weren't there?  You had to put money in to be able to
26                       get to the pre-reveal button; right?
27
28   MR. CANAVON:        You did have to place money.  It had -- the settings were
29                       configured a little differently for certain.
30
31   MR. NOBLE:          Totally different configurations; right?  So, they weren't the same
32                       machines, were they?
33
34   MR. CANAVON:        Exactly.  No.
35
36   MR. NOBLE:          No.  No further questions.
37
38   MR. SHIELDS:        Nothing further.
39
40   JUDGE:              I have no questions for you, sir. Thank you.  You may step
41                       down.  Any other evidence on behalf of the State?
42
43   MR. SHIELDS:        No, Your Honor.  Well, given the -- I would like to ask the Court
44                       to take judicial notice of that Platte County case that I just made

COUNTY OF WEBSTER            )
                            )  SS
STATE OF MISSOURI           )

    I, Elizabeth Belden, a private legal transcriber, being duly sworn, hereby state as follows:

    1.    I, Elizabeth Belden, do hereby certify that the foregoing is a true and correct transcription, to the best of my ability, of the sound recording provided to me by For the Record on behalf of Attorney Joseph Passanise.

    2.    I am neither related to, nor employed by any of the parties to the action in which this audio was taken, and further, I am not a relative or employee of any attorney or counsel employed by the parties thereto, nor financially or otherwise interested in the outcome of the action.

    3.    The transcript attached hereto, consisting of 65 pages is a true and accurate writing of the audio provided, as heard by me.

                                /s/ Elizabeth Belden, Legal Transcriber.