IN THE CIRCUIT COURT OF PLATTE COUNTY, MISSOURI
SIXTH JUDICIAL CIRCUIT

| | |
|---|---|
| STATE OF MISSOURI, ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | Case No. 21AE-CC00070 |
| ) | Division II |
| INTEGRITY VENDING, LLC, AND ) | |
| ) | |
| FIVE (5) GAMBLING DEVICES ) | |
| Defendant, ) | |

## MOTION FOR JUDGMENT UNDER 513.660 RSMo

COMES NOW, the State of Missouri, by and through Blake C. Sherer, Assistant Prosecuting Attorney, and files this motion requesting this Court, pursuant to Missouri Revised Statute Section 513.660 to order the destruction of five (5) gambling devices. The State offers the following in support thereof:

1. Section 513.660, RSMo. authorizes the seizure and forfeiture of gambling devices. Such gambling devices are to be publicly destroyed.
2. On October 18, 2018, officers of the Parkville Police Department seized two gambling devices, from Fast Stop Store, located at 9932 NW Missouri 45 Highway Parkville, MO.
3. On October 18, 2018, officers of the Parkville Police Department seized three gambling devices, from Please Stop Store, located at 7500 NW River Park Drive Parkville, MO.
4. On August 25, 2020 trial was held in the Circuit Court of Platte County, Division I in case number, 19AE-CR00948-01 (State v. Integrity Vending, LLC).
5. On December 04, 2020 Judge Thomas Fincham rendered a guilty verdict, finding Integrity Vending guilty and thus the five (5) devices (property of Integrity Vending, LLC) to be gambling devices.

6. Assistant Prosecuting Attorney Blake Sherer corresponded with counsel for Integrity Vending, Tom Bath, regarding the destruction of the five (5) gambling devices in March 2021 (see enclosed correspondence).

7. Integrity Vending accepted service on March 18, 2021 and does not oppose the State's request for destruction.

8. Counsel for Integrity Vending does not intend to enter his appearance in this case.

9. The gambling devices are not needed in connection with any proceedings under Chapter 513 of the Revised Statutes of Missouri and have no legitimate use. The State therefore requests an order authorizing the devices be destroyed as required under 513.660 RSMo.

**RESPECTFULLY SUBMITTED,**

**ERIC G. ZAHND**
**PLATTE COUNTY PROSECUTING ATTORNEY**

/s/ Blake C. Sherer
Blake C. Sherer #66223
Assistant Prosecuting Attorney
415 Third Street, Suite 60
Platte City, Missouri 64079
(816) 858-3476
(816) 858-3472 FAX