# Exhibit 9

Timeline of Removal of TNT Machines

## Timeline of Removal of TNT Machines

| No. | Date of Removal | Name of Location | Number of TNT Machines Removed |
|---|---|---|---|
| 1. | August 17, 2018 | Breaktime Bar & Grill<br>Hazelwood, Missouri | 1 |
| 2. | August 21, 2018 | Midwest Petroleum Truck Stop<br>Cuba, Missouri | 5 |
| 3. | December 13, 2018 | Daugherty's Pub<br>Richland, Missouri | 1 |
| 4. | April 19, 2019 | Tater Patch<br>Rolla, Missouri | 1 |
| 5. | June 20, 2019 | Midwest Petroleum Truck Stop<br>Cuba, Missouri | 1 |
| 6. | June 20, 2019 | Tater Patch<br>Rolla, Missouri | 1 |
| 7. | July 11, 2019 | The Tap<br>St. Roberts, Missouri | 1 |
| 8. | January 8, 2021 | Tater Patch<br>Rolla, Missouri | 1 |
| 9. | February 12, 2021 | Slingers<br>House Springs, Missouri | 4 |
| 10. | February 24, 2021 | The Tap<br>St. Roberts, Missouri | 1 |
| 11. | January 14, 2022 | Joe Momma's Bar<br>Florissant, Missouri | 1 |
| 12. | December 13, 2022 | Sand Bar<br>Washington, Missouri | 1 |
| | **Total Number of Machines Removed** | | **19** |