## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| TNT AMUSEMENTS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:23-CV-00330-JAR |
| TORCH ELECTRONICS, LLC, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

As discussed with counsel for the parties during oral argument on Plaintiff's motion for a hearing (Doc. 28) on its motion for preliminary injunction (Doc. 15),

**IT IS HEREBY ORDERED** that the parties shall have seven days to submit briefs on the issue of consolidating preliminary and permanent injunction proceedings.

Dated this 15th day of June 2023.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE