# Exhibit 3

Torch Electronics, LLC's First Discovery Requests
to Defendant Missouri Highway Patrol
*Torch Electronics, LLC, et al. v. Missouri Department of Public Safety, et al.*
21AC-CC00044

## THE CIRCUIT COURT OF COLE COUNTY, MISSOURI

| | |
|---|---|
| TORCH ELECTRONICS, LLC, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 21AC-CC00044 |
| ) | |
| THE MISSOURI DEPARTMENT OF ) | |
| PUBLIC SAFETY, et al. ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of May, 2023, Plaintiffs Torch Electronics LLC, Warrenton Oil Company, and Dhaliwal LLC served their First Requests for Production to Defendant Missouri State Highway Patrol and First Set of Interrogatories to Defendant Missouri State Highway Patrol via email in PDF and Word format to:

Marc H. Ellinger
Stephanie Bell
Ellinger Bell, LLC
308 East High Street, Suite 300
Jefferson City, MO 65101
mellinger@ellingerlaw.com
sbell@ellingerlaw.com

Scott Pool
Gibbs, Pool, and Turner, P.C.
3225 Emerald Lane, Suite A
Jefferson City, MO 65109
pool@gptlaw.net

1

        Respectfully submitted,

        STINSON LLP

        */s/ Alixandra S. Cossette*
        Charles W. Hatfield, No. 40363
        Alexander C. Barrett, No. 68695
        Alixandra S. Cossette, No. 68114
        230 W. McCarty Street
        Jefferson City, MO 65101
        Phone: 573.636.6263
        Fax: 573.636.6231
        chuck.hatfield@stinson.com
        alexander.barrett@stinson.com
        alixandra.cossette@stinson.com

        *Attorneys for Plaintiffs Torch Electronics, LLC, Warrenton Oil Company, and Dhaliwal, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2023, the foregoing was filed using the Court's electronic filing system, which will serve a copy of the same on all counsel of record.

        */s/ Alixandra S. Cossette*
        Attorney for Plaintiffs

2