# Exhibit 4

Docket
*Torch Electronics, LLC, et al. v. Missouri Department of*
*Public Safety, et al.*
21AC-CC00044

**Click here to Respond to Selected Documents**

**Sort Date Entries:** Descending Ascending

**Display Options:** All Entries ⌄

**08/10/2023**

    **Subpoena Issued**

    Subpoena prepared. Returned to requesting attorney for printing number of copies needed for completion and providing for service. ter

    **Cert Serv Resp Req Prod Doc Th**

    Certificate of Service; Electronic Filing Certificate of Service. ter

**08/09/2023**

    **Cert Serv Req Prod Docs Things**

    Certificate of Service; Electronic Filing Certificate of Service. ter
        **Filed By:** ALIXANDRA COSSETTE
        **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY

    **Subpoena Requested**

    Redacted Subpoena Request for Corp Rep; Electronic Filing Certificate of Service. ter
        **Filed By:** MARC HENRY ELLINGER
        **On Behalf Of:** MISSOURI GAMING ASSOCIATION

    **Subpoena Requested**

    Confidential Unredacted Subpoena Request for Corp Rep; Electronic Filing Certificate of Service. ter
        **Filed By:** MARC HENRY ELLINGER
        **On Behalf Of:** MISSOURI GAMING ASSOCIATION

**08/08/2023**

    **Subpoena Issued**

    Subpoena prepared. Returned to requesting attorney for printing number of copies needed for completion and providing for service. ter

    **Subpoena Issued**

    Subpoena prepared. Returned to requesting attorney for printing number of copies needed for completion and providing for service. ter

    **Notice to Take Deposition**

    Amended Notice of Deposition - Sandy Karsten; Electronic Filing Certificate of Service. ter
        **Filed By:** ALIXANDRA COSSETTE
        **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY

    **Subpoena Requested**

    Redacted Subpoena Request for KM; Electronic Filing Certificate of Service. ter
        **Filed By:** MARC HENRY ELLINGER
        **On Behalf Of:** MISSOURI GAMING ASSOCIATION

    **Subpoena Requested**

    Confidential Unredacted Subpoena Request for KM; Electronic Filing Certificate of Service. ter
        **Filed By:** MARC HENRY ELLINGER
        **On Behalf Of:** MISSOURI GAMING ASSOCIATION

    **Subpoena Requested**

    Redacted Subpoena Request for JS; Electronic Filing Certificate of Service. ter
        **Filed By:** MARC HENRY ELLINGER
        **On Behalf Of:** MISSOURI GAMING ASSOCIATION

    **Subpoena Requested**

    Confidential Unredacted Subpoena Request for JS; Electronic Filing Certificate of Service. ter
        **Filed By:** MARC HENRY ELLINGER
        **On Behalf Of:** MISSOURI GAMING ASSOCIATION

**08/07/2023**

    **Proposed Order Filed**

    Proposed Joint Scheduling Order; Electronic Filing Certificate of Service. ter
        **Filed By:** CHARLES WILLIAM HATFIELD
        **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY

**08/04/2023**

**Subpoena Served**

Return of Subpoena to Missouri Lottery Commission; Electronic Filing Certificate of service. ter

    **Filed By:** ALIXANDRA COSSETTE

    **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY

**08/03/2023**

    **Notice to Take Deposition**

    Notice of Deposition of Sandy Karsten; Electronic Filing Certificate of Service. ter

        **Filed By:** ALIXANDRA COSSETTE

        **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY

    **Notice to Take Deposition**

    Notice of Deposition of Jason Trammell; Electronic Filing Certificate of Service. ter

        **Filed By:** ALIXANDRA COSSETTE

        **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY

    **Notice to Take Deposition**

    Notice of Deposition of Nicholas Mathews; Electronic Filing Certificate of Service. ter

        **Filed By:** ALIXANDRA COSSETTE

        **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY

    **Subpoena Served**

    Return of Service for Tim McGrail; Electronic Filing Certificate of Service. ter

        **Filed By:** ALIXANDRA COSSETTE

        **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY

    **Subpoena Served**

    Return of Service for James Horrom; Electronic Filing Certificate of Service. ter

        **Filed By:** ALIXANDRA COSSETTE

        **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY

    **Subpoena Served**

    Return of Service for Cody Hanavan; Electronic Filing Certificate of Service. ter

        **Filed By:** ALIXANDRA COSSETTE

        **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY

**08/01/2023**

    **Subpoena Issued**

    Subpoena prepared. Returned to requesting attorney for printing number of copies needed for completion and providing for service. sb

    **Bench Trial Scheduled**

        **Scheduled For:** 10/06/2023; 9:00 AM; DANIEL RICHARD GREEN; Cole Circuit

    **Bench Trial Scheduled**

        **Scheduled For:** 10/05/2023; 9:00 AM; DANIEL RICHARD GREEN; Cole Circuit

    **Bench Trial Scheduled**

        **Scheduled For:** 10/04/2023; 9:00 AM; DANIEL RICHARD GREEN; Cole Circuit

    **Bench Trial Scheduled**

        **Scheduled For:** 10/03/2023; 9:00 AM; DANIEL RICHARD GREEN; Cole Circuit

    **Pre-trial Conference Scheduled**

        **Scheduled For:** 09/29/2023; 2:00 PM; DANIEL RICHARD GREEN; Cole Circuit

    **Hearing/Trial Cancelled**

        **Associated Entries:** 03/14/2023 - Bench Trial Scheduled

        **Scheduled For:** 08/02/2023; 9:00 AM; DANIEL RICHARD GREEN; Cole Circuit

    **Note to Clerk eFiling**

        **Filed By:** ALIXANDRA COSSETTE

    **Subpoena Requested**

    Subpoena for Signature and Seal; Electronic Filing Certificate of Service. sb

        **Filed By:** ALIXANDRA COSSETTE

        **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY

**07/31/2023**

    **Amended Notice of Hrng Filed**

    Amended Notice of Hearing; Electronic Filing Certificate of Service. sb*

        **Filed By:** ALIXANDRA COSSETTE

        **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY

**07/28/2023**

**Certification Filed**

Certificate of Deposition. ter

**Cert Serv Resp Req Prod Doc Th**

Certificate of Service; Electronic Filing Certificate of Service. sb

**Hearing/Trial Cancelled**

    **Associated Entries: 03/14/2023 - Bench Trial Scheduled**

    **Scheduled For:** 08/04/2023; 9:00 AM; DANIEL RICHARD GREEN; Cole Circuit

**Hearing/Trial Cancelled**

    **Associated Entries: 03/14/2023 - Bench Trial Scheduled**

    **Scheduled For:** 08/03/2023; 9:00 AM; DANIEL RICHARD GREEN; Cole Circuit

**Hearing/Trial Cancelled**

    **Associated Entries: 03/14/2023 - Bench Trial Scheduled**

    **Scheduled For:** 08/01/2023; 9:00 AM; DANIEL RICHARD GREEN; Cole Circuit

**Hearing/Trial Cancelled**

    **Associated Entries: 03/14/2023 - Pre-trial Conference Scheduled    +**

    **Scheduled For:** 07/31/2023; 9:00 AM; DANIEL RICHARD GREEN; Cole Circuit

**Hearing Held**

    **Associated Entries: 07/26/2023 - Motion Hearing Scheduled**

    **Scheduled For:** 07/28/2023; 1:30 PM; DANIEL RICHARD GREEN; Cole Circuit

**Suggestions in Opposition**

Defendants MSHP and DPS Suggestions in Opposition to Plaintiffs Motion for Continuance of Trial; Electronic Filing Certificate of Service. sb

    **Filed By:** SCOTT RICHARDSON POOL

    **On Behalf Of:** MISSOURI DEPARTMENT OF PUBLIC SAFETY, THE MISSOURI STATE HIGHWAY PATROL

**07/27/2023**

    **Cert Serv of Prod of Docs, etc**

Certificate of Service; Electronic Filing Certificate of Service. sb

    **Filed By:** ALIXANDRA COSSETTE

    **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY

**07/26/2023**

    **Cert Serv Answers Interrog Fil**

Certificate of Service; Electronic Filing Certificate of Service. sb

    **Filed By:** ALIXANDRA COSSETTE

    **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY

**Motion Hearing Scheduled**

    **Associated Entries: 07/28/2023 - Hearing Held**

    **Scheduled For:** 07/28/2023; 1:30 PM; DANIEL RICHARD GREEN; Cole Circuit

**Note to Clerk eFiling**

    **Filed By:** CHARLES WILLIAM HATFIELD

**Motion for Continuance**

Motion to Continue Trial; Affidavit of Chuck Hatfield; Exhibit A; Exhibit B; Exhibit C; Exhibit D; Exhibit E; Exhibit F; Exhibit G; Exhibit H; Electronic Filing Certificate of Service. sb*

    **Filed By:** CHARLES WILLIAM HATFIELD

    **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY

**Subpoena Issued**

Subpoena prepared. Returned to requesting attorney for printing number of copies needed for completion and providing for service. sb

**Subpoena Issued**

Subpoena prepared. Returned to requesting attorney for printing number of copies needed for completion and providing for service. sb

**Note to Clerk eFiling**

    **Filed By:** CHARLES WILLIAM HATFIELD

**Subpoena Requested**

Confidential Filing SPOETA UNREDACTED Subpoena; Electronic Filing Certificate of Service. sb
    **Filed By:** CHARLES WILLIAM HATFIELD
    **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY

**Subpoena Requested**

Redacted Subpoena for Trial; Electronic Filing Certificate of Service. sb
    **Filed By:** CHARLES WILLIAM HATFIELD
    **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY

**Subpoena Requested**

Subpoena for Trial; Electronic Filing Certificate of Service. sb
    **Filed By:** CHARLES WILLIAM HATFIELD
    **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY

**07/25/2023**

    **Certificate of Service**

Certificate of Service; Electronic Filing Certificate of Service. sb
    **Filed By:** MARC HENRY ELLINGER
    **On Behalf Of:** MISSOURI GAMING ASSOCIATION

**Cert Serv of Prod of Docs, etc**

COS - 4th Supp Answers and 5th Supp Responses; Electronic Filing Certificate of Service. ter
    **Filed By:** MARC HENRY ELLINGER
    **On Behalf Of:** MISSOURI GAMING ASSOCIATION

**Subpoena Issued**

Subpoena prepared. Returned to requesting attorney for printing number of copies needed for completion and providing for service. sb

**Subpoena Issued**

Subpoena prepared. Returned to requesting attorney for printing number of copies needed for completion and providing for service. sb

**07/24/2023**

    **Certificate of Service**

Certificate of Service; Electronic Filing Certificate of Service. sb
    **Filed By:** MARC HENRY ELLINGER
    **On Behalf Of:** MISSOURI GAMING ASSOCIATION

**Cert Serv Resp Req Prod Doc Th**

Certificate of Service re supplemental document production; Electronic Filing Certificate of Service. sb
    **Filed By:** ALIXANDRA COSSETTE
    **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY

**Subpoena Issued**

Subpoena prepared. Returned to requesting attorney for printing number of copies needed for completion and providing for service. ter

**Subpoena Issued**

Subpoena prepared. Returned to requesting attorney for printing number of copies needed for completion and providing for service. ter

**Certificate of Service**

COS - Business Records Affidavits 2; Electronic Filing Certificate of Service.
    **Filed By:** MARC HENRY ELLINGER
    **On Behalf Of:** MISSOURI GAMING ASSOCIATION

**Order**

Cause set 7/31/23 at 1:30 pm for Pre-Trial Conference; Trial to commence 8/1/23 thru 8/3/23 at 9:00 am in Division I. DRG/jeb
    **Filed By:** DANIEL RICHARD GREEN

**07/21/2023**

    **Cert Serv Answers Interrog Fil**

COM of MSHP 2nd Supplemental Answers and DPS 3rd Supplemental Answers expert disclosures to Plaintiffs First Rogs; Electronic Filing Certificate of Service. sb
    **Filed By:** SCOTT RICHARDSON POOL
    **On Behalf Of:** MISSOURI DEPARTMENT OF PUBLIC SAFETY, THE MISSOURI STATE HIGHWAY PATROL

**Cert Serv Resp Req Prod Doc Th**

COM of Missouri Department of Public Safetys Fifth Supplemental Responses to Plaintiffs First RFP; Electronic Filing Certificate of Service. sb

    **Filed By:** SCOTT RICHARDSON POOL
    **On Behalf Of:** MISSOURI DEPARTMENT OF PUBLIC SAFETY, THE MISSOURI STATE HIGHWAY PATROL

**Cert Serv Resp Req Prod Doc Th**

COM of MSHP Sixth Supplemental Responses to Plaintiffs First RFP; Electronic Filing Certificate of Service. sb

    **Filed By:** SCOTT RICHARDSON POOL
    **On Behalf Of:** MISSOURI DEPARTMENT OF PUBLIC SAFETY, THE MISSOURI STATE HIGHWAY PATROL

**Cert Serv Resp Req Prod Doc Th**

Certificate of Service - MGA 3rd Supp Answers and 4th Supp Responses to Plaintiffs; Electronic Filing Certificate of Service. sb

    **Filed By:** MARC HENRY ELLINGER
    **On Behalf Of:** MISSOURI GAMING ASSOCIATION

**Subpoena Requested**

Unredacted subpoena for TM; Electronic Filing Certificate of Service. ter

    **Filed By:** SCOTT RICHARDSON POOL
    **On Behalf Of:** MISSOURI DEPARTMENT OF PUBLIC SAFETY, THE MISSOURI STATE HIGHWAY PATROL

**Subpoena Requested**

Redacted Subpoena for TM; Electronic Filing Certificate of Service.

    **Filed By:** SCOTT RICHARDSON POOL
    **On Behalf Of:** MISSOURI DEPARTMENT OF PUBLIC SAFETY, THE MISSOURI STATE HIGHWAY PATROL

**Subpoena Requested**

Redacted Subpoena; Electronic Filing Certificate of Service. sb

    **Filed By:** MARC HENRY ELLINGER
    **On Behalf Of:** MISSOURI GAMING ASSOCIATION

**Subpoena Requested**

Confidential Redacted Information Filing Sheet AND Unredacted Subpoena; Electronic Filing Certificate of Service. sb

    **Filed By:** MARC HENRY ELLINGER
    **On Behalf Of:** MISSOURI GAMING ASSOCIATION

**Subpoena Requested**

Redacted Subpoena; Electronic Filing Certificate of Service. sb

    **Filed By:** MARC HENRY ELLINGER
    **On Behalf Of:** MISSOURI GAMING ASSOCIATION

**Subpoena Requested**

Confidential Redacted Information Filing Sheet AND Unredacted Subpoena; Electronic Filing Certificate of Service. sb

    **Filed By:** MARC HENRY ELLINGER

**07/20/2023**

    **Subpoena Requested**

Subpoena unredacted; Electronic Filing Certificate of Service. ter

    **Filed By:** SCOTT RICHARDSON POOL
    **On Behalf Of:** MISSOURI DEPARTMENT OF PUBLIC SAFETY, THE MISSOURI STATE HIGHWAY PATROL

    **Subpoena Requested**

Redacted request for subpoena; Electronic Filing Certificate of Service. ter

    **Filed By:** SCOTT RICHARDSON POOL
    **On Behalf Of:** MISSOURI DEPARTMENT OF PUBLIC SAFETY, THE MISSOURI STATE HIGHWAY PATROL

    **Notice of Hearing Filed**

Notice of Hearing; Electronic Filing Certificate of Service. ter*

    **Filed By:** ALIXANDRA COSSETTE
    **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY

    **Motion to Dismiss**

Motion to Dismiss Counterclaim; Electronic Filing Certificate of Service. ter*

    **Filed By:** ALIXANDRA COSSETTE
    **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY

**07/19/2023**

**Cert Serv Resp Req Prod Doc Th**

COM of Defendant MSHPs Fifth Supplemental Responses to Plaintiffs RFP; Electronic Filing Certificate of Service. sb
> **Filed By:** SCOTT RICHARDSON POOL
> **On Behalf Of:** MISSOURI DEPARTMENT OF PUBLIC SAFETY, THE MISSOURI STATE HIGHWAY PATROL

**Certification Filed**

Certificate of Deposition of Kylie Dickneite. ter

**Certification Filed**

Certificate of Officer and Statement of Cost. ter

**07/17/2023**

**Cert Serv Resp Req Prod Doc Th**

COM of Department of Public Safetys Fourth Supp Response to Pltfs First RFP; Electronic Filing Certificate of Service. sb
> **Filed By:** ADAM TIMOTHY HERRMANN
> **On Behalf Of:** MISSOURI DEPARTMENT OF PUBLIC SAFETY, THE MISSOURI STATE HIGHWAY PATROL

**Cert Serv Resp Req Prod Doc Th**

COM of Missouri State Highway Patrols Fourth Supp Responses to Plaintiffs RFP; Electronic Filing Certificate of Service. sb
> **Filed By:** ADAM TIMOTHY HERRMANN
> **On Behalf Of:** MISSOURI DEPARTMENT OF PUBLIC SAFETY, THE MISSOURI STATE HIGHWAY PATROL

**Cert Serv Resp Req Prod Doc Th**

COM of Missouri State Highway Patrols Third Supp Responses to Plaintiffs RFP; Electronic Filing Certificate of Service. sb
> **Filed By:** ADAM TIMOTHY HERRMANN
> **On Behalf Of:** MISSOURI DEPARTMENT OF PUBLIC SAFETY, THE MISSOURI STATE HIGHWAY PATROL

**Cert Serv Resp Req Prod Doc Th**

Certificate of Service re Responses and Objections to Second RFPs; Electronic Filing Certificate of Service. sb
> **Filed By:** ALIXANDRA COSSETTE
> **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY

**07/14/2023**

**Cert Serv of Prod of Docs, etc**

Certificate of Service - 3rd Supplemental Responses; Electronic Filing Certificate of Service. ter
> **Filed By:** MARC HENRY ELLINGER
> **On Behalf Of:** MISSOURI GAMING ASSOCIATION

**Cert Serv Resp Req Prod Doc Th**

COM of DPS Third Supp Responses to Plaintiffs First RFP; Electronic Filing Certificate of Service. ter
> **Filed By:** SCOTT RICHARDSON POOL
> **On Behalf Of:** MISSOURI DEPARTMENT OF PUBLIC SAFETY

**07/12/2023**

**Cert Serv Resp Req Prod Doc Th**

COM of Missouri State Highway Patrols Responses and Objections to MGAs First RFP; Electronic Filing Certificate of Service. sb
> **Filed By:** SCOTT RICHARDSON POOL
> **On Behalf Of:** THE MISSOURI STATE HIGHWAY PATROL

**07/07/2023**

**Cert Serv Resp Req Prod Doc Th**

Certificate of Service; Electronic Filing Certificate of Service. ter

**Cert Serv of Prod of Docs, etc**

Certificate of Service re supplemental document production; Electronic Filing Certificate of Service. sb
> **Filed By:** ALIXANDRA COSSETTE
> **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY

**07/05/2023**

**Subpoena Served**

Subpoena - Missouri Gaming Commission; Electronic Filing Certificate of Service. sb

    **Filed By:** ALIXANDRA COSSETTE

    **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY

**Request Filed**

Request for Inspection; Electronic Filing Certificate of Service. sb*

    **Filed By:** STEPHANIE BELL

    **On Behalf Of:** MISSOURI GAMING ASSOCIATION

**07/03/2023**

    **Cert Serv of Prod of Docs, etc**

    COS re supplemental document production; Electronic Filing Certificate of Service. ter

        **Filed By:** ALIXANDRA COSSETTE

        **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY

    **Subpoena Served**

    Subpoena - Missouri Gaming Commission; Electronic Filing Certificate of Service. sb

        **Filed By:** ALIXANDRA COSSETTE

        **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY

**06/28/2023**

    **Notice to Take Deposition**

    Notice of Deposition of Corporate Designee for the Mo State Highway Patrol; Electronic Filing Certificate of Service. ter

        **Filed By:** ALIXANDRA COSSETTE

        **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY

    **Cert Serv Answers Interrog Fil**

    COM of Missouri State Highway Patrols First Supp Answers to ROGS and Second Supplemental Responses to RFP; Electronic Filing Certificate of Service. ter

        **Filed By:** SCOTT RICHARDSON POOL

        **On Behalf Of:** MISSOURI DEPARTMENT OF PUBLIC SAFETY, THE MISSOURI STATE HIGHWAY PATROL

    **Cert Serv Answers Interrog Fil**

    COM of Department of Public Safetys 2nd Supp Answers to ROGS and 2nd Supp Resp to RFP; Electronic Filing Certificate of Service. ter

        **Filed By:** SCOTT RICHARDSON POOL

**06/23/2023**

    **Notice to Take Deposition**

    Second Amended Notice of Deposition of Corporate Designee for the Mo Dept of Public Safety; Electronic Filing Certificate of Service. sb

        **Filed By:** CHARLES WILLIAM HATFIELD

        **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY

**06/22/2023**

    **Subpoena Issued**

    Subpoena prepared. Returned to requesting attorney for printing number of copies needed for completion and providing for service. ter

    **Notice to Take Deposition**

    Amended Notice of Deposition of Corporate Designee for the Mo Dept of Public Safety; Electronic Filing Certificate of Service. ter

        **Filed By:** CHARLES WILLIAM HATFIELD

        **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY

    **Summ Req-Circuit Pers Serv**

    Request for Subpoena; Electronic Filing Certificate of Service. ter

        **Filed By:** ALIXANDRA COSSETTE

        **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY

**06/21/2023**

    **Notice to Take Deposition**

    Notice of Deposition of Corporate Designee for the Mo Dept of Public Safety; Electronic Filing Certificate of Service. ter

        **Filed By:** CHARLES WILLIAM HATFIELD

        **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY

Certificate of Deposition of Mike Winter. ter

**06/20/2023**

    **Cert Serv Resp Req Prod Doc Th**

    COM of MSHPs First Supplemental Responses to Plaintiffs First RFP; Electronic Filing Certificate of Service. ter
        **Filed By:** SCOTT RICHARDSON POOL
        **On Behalf Of:** MISSOURI DEPARTMENT OF PUBLIC SAFETY, THE MISSOURI STATE HIGHWAY PATROL

**06/19/2023**

    **Cert Serv Resp Req Prod Doc Th**

    COM of Defendant MO Dept of Public Safetys First Supp Responses to Plaintiffs First RFP; Electronic Filing Certificate of Service. ter
        **Filed By:** SCOTT RICHARDSON POOL
        **On Behalf Of:** MISSOURI DEPARTMENT OF PUBLIC SAFETY, THE MISSOURI STATE HIGHWAY PATROL

**06/15/2023**

    **Cert Serv Req Prod Docs Things**

    Certificate of Service - First Request for Production of Documents; Electronic Filing Certificate of Service. sb
        **Filed By:** MARC HENRY ELLINGER
        **On Behalf Of:** MISSOURI GAMING ASSOCIATION

    **Cert Serv Req Prod Docs Things**

    Certificate of Service - Second Request for Production of Documents; Electronic Filing Certificate of Service. ter
        **Filed By:** MARC HENRY ELLINGER
        **On Behalf Of:** MISSOURI GAMING ASSOCIATION

**06/08/2023**

    **Cert Serv Answers Interrog Fil**

    COM of Defendant Missouri Dept of Public Safetys First Supp Answers to Plaintiffs First Interrogatories; Electronic Filing Certificate of Service. sb
        **Filed By:** SCOTT RICHARDSON POOL
        **On Behalf Of:** MISSOURI DEPARTMENT OF PUBLIC SAFETY

**06/07/2023**

    **Entry of Appearance Filed**

    Entry of Appearance - Adam Herrmann; Electronic Filing Certificate of Service. sb
        **Filed By:** ADAM TIMOTHY HERRMANN
        **On Behalf Of:** MISSOURI DEPARTMENT OF PUBLIC SAFETY, THE MISSOURI STATE HIGHWAY PATROL

**06/06/2023**

    **Cert Serv of Prod of Docs, etc**

    Certificate of Service - Second Supplemental Responses and Answers; Electronic Filing Certificate of Service. ter
        **Filed By:** MARC HENRY ELLINGER
        **On Behalf Of:** MISSOURI GAMING ASSOCIATION

**06/05/2023**

    **Cert Serv Answers Interrog Fil**

    COM of Missouri State Highway Patrols Answers and Objections to ROGS and Responses and Objections to RFP; Electronic Filing Certificate of Service. ter
        **Filed By:** SCOTT RICHARDSON POOL
        **On Behalf Of:** MISSOURI DEPARTMENT OF PUBLIC SAFETY, THE MISSOURI STATE HIGHWAY PATROL

    **Cert Serv of Prod of Docs, etc**

    Certificate of Service; Electronic Filing Certificate of Service. ter
        **Filed By:** ALIXANDRA COSSETTE
        **On Behalf Of:** TORCH ELECTRONICS, LLC

**05/30/2023**

**Notice to Take Deposition**

Notice of Deposition; Electronic Filing Certificate of Service. ter
> **Filed By:** STEPHANIE BELL
> **On Behalf Of:** MISSOURI GAMING ASSOCIATION

**05/24/2023**

**Notice**

Ds NOD of Corporate Representative to Warrenton Oil Company; Warrenton Oil Company Exhibit A; Electronic Filing Certificate of Service. ter
> **Filed By:** SCOTT RICHARDSON POOL
> **On Behalf Of:** MISSOURI DEPARTMENT OF PUBLIC SAFETY, THE MISSOURI STATE HIGHWAY PATROL

**Notice**

Ds NOD of Corporate Representative to Torch Electronics LL; Torch Electronics Exhibit A; Electronic Filing Certificate of Service. ter
> **Filed By:** SCOTT RICHARDSON POOL
> **On Behalf Of:** MISSOURI DEPARTMENT OF PUBLIC SAFETY, THE MISSOURI STATE HIGHWAY PATROL

**Notice to Take Deposition**

Notice of Deposition; Electronic Filing Certificate of Service. ter
> **Filed By:** CHARLES WILLIAM HATFIELD
> **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY

**05/23/2023**

**Cert Serv of Prod of Docs, etc**

Certificate of Service; Electronic Filing Certificate of Service. ter
> **Filed By:** ALIXANDRA COSSETTE
> **On Behalf Of:** WARRENTON OIL COMPANY

**05/16/2023**

**Voluntary Dismissal Filed**

Voluntary Dismissal of Plaintiff Counter-Claim Defendant Dhaliwal, LLC; Electronic Filing Certificate of Service. sb
> **Filed By:** CHARLES WILLIAM HATFIELD
> **On Behalf Of:** DHALIWAL LLC D/B/A FOODMART

**05/09/2023**

**Cert Serv Answers Interrog Fil**

Certificate of Service - Supplemental Responses and Answers; Electronic Filing Certificate of Service. sb
> **Filed By:** MARC HENRY ELLINGER
> **On Behalf Of:** MISSOURI GAMING ASSOCIATION

**Notice to Take Deposition**

Notice of Deposition - Torch Electronics, LLC; Electronic Filing Certificate of Service. ter
> **Filed By:** MARC HENRY ELLINGER
> **On Behalf Of:** MISSOURI GAMING ASSOCIATION

**Notice to Take Deposition**

Notice of Deposition - Warrenton Oil Company; Electronic Filing Certificate of Service. ter
> **Filed By:** MARC HENRY ELLINGER

**05/05/2023**

**Notice to Take Deposition**

Notice of Deposition; Electronic Filing Certificate of Service. ter
> **Filed By:** CHARLES WILLIAM HATFIELD
> **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY, DHALIWAL LLC D/B/A FOODMART

**Cert Serv Req Prod Docs Things**

Certificate of Service; Electronic Filing Certificate of Service. sb
> **Filed By:** ALIXANDRA COSSETTE
> **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY, DHALIWAL LLC D/B/A FOODMART

**04/20/2023**
Motion of Withdrawl of Counsel

Motion to Withdraw; Electronic Filing Certificate of Service. ter*
**Filed By:** JASON KROL LEWIS
**On Behalf Of:** MISSOURI DEPARTMENT OF PUBLIC SAFETY, THE MISSOURI STATE HIGHWAY PATROL

**04/19/2023**
**Motion of Withdrawl of Counsel**

Motion to Withdraw as Counsel; Electronic Filing Certificate of Service. ter
**Filed By:** DAVID LEE MCCAIN JR
**On Behalf Of:** MISSOURI DEPARTMENT OF PUBLIC SAFETY, THE MISSOURI STATE HIGHWAY PATROL
**Entry of Appearance Filed**

Entry of Appearance - Scott Pool; Electronic Filing Certificate of Service. ter
**Filed By:** SCOTT RICHARDSON POOL
**On Behalf Of:** MISSOURI DEPARTMENT OF PUBLIC SAFETY, THE MISSOURI STATE HIGHWAY PATROL

**04/17/2023**
**Certificate of Service**

Certificate of Service Response to Plaintiffs 1st RFPs and Interrogatories; Electronic Filing Certificate of Service.
**Filed By:** DAVID LEE MCCAIN JR
**On Behalf Of:** MISSOURI DEPARTMENT OF PUBLIC SAFETY
**Certificate of Service**

Certificate of Service; Electronic Filing Certificate of Service.
**Filed By:** ALIXANDRA COSSETTE
**On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY, DHALIWAL LLC D/B/A FOODMART
**Certificate of Service**

Certificate of Service; Electronic Filing Certificate of Service.
**Filed By:** ALIXANDRA COSSETTE
**Certificate of Service**

Certificate of Service; Electronic Filing Certificate of Service.
**Filed By:** MARC HENRY ELLINGER
**On Behalf Of:** MISSOURI GAMING ASSOCIATION

**03/31/2023**
**Subpoena Served**

Return of Service; Electronic Filing Certificate of Service. ter
**Filed By:** MARC HENRY ELLINGER
**On Behalf Of:** MISSOURI GAMING ASSOCIATION

**03/30/2023**
**Certificate of Service**

Certificate of Service; Electronic Filing Certificate of Service.cm
**Filed By:** MARC HENRY ELLINGER
**On Behalf Of:** MISSOURI GAMING ASSOCIATION

**03/28/2023**
**Subpoena Issued**

Subpoena Issued w/ attachments to Corporate Rep, Banilla Games. jeb
**Order**

Commission to Serve Subpoena for the Production of Documents. DRG/jeb
**Filed By:** DANIEL RICHARD GREEN

**03/24/2023**

**Motion Filed**

Motion for Commission to Serve Subpoena for Production of Documents and for Testimony; Commission to Serve Subpoena for the Production of Documents; Electronic Filing Certificate of Service. ter*

    **Filed By:** MARC HENRY ELLINGER

    **On Behalf Of:** MISSOURI GAMING ASSOCIATION

**03/17/2023**

    **Cert Serv Req Prod Docs Things**

    Certificate of Service Ps First IROGS and RFPDs to MGA; Electronic Filing Certificate of Service. ter

        **Filed By:** ALIXANDRA COSSETTE

        **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY, DHALIWAL LLC D/B/A FOODMART

    **Cert Serv Req Prod Docs Things**

    Certificate of Service Ps First IROGS and RFPDS to DPS; Electronic Filing Certificate of Service. ter

        **Filed By:** ALIXANDRA COSSETTE

        **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY, DHALIWAL LLC D/B/A FOODMART

**03/14/2023**

    **Bench Trial Scheduled**

        **Associated Entries: 07/28/2023 - Hearing/Trial Cancelled**

        **Scheduled For:** 08/04/2023; 9:00 AM; DANIEL RICHARD GREEN; Cole Circuit

    **Bench Trial Scheduled**

        **Associated Entries: 07/28/2023 - Hearing/Trial Cancelled**

        **Scheduled For:** 08/03/2023; 9:00 AM; DANIEL RICHARD GREEN; Cole Circuit

    **Bench Trial Scheduled**

        **Associated Entries: 08/01/2023 - Hearing/Trial Cancelled**

        **Scheduled For:** 08/02/2023; 9:00 AM; DANIEL RICHARD GREEN; Cole Circuit

    **Bench Trial Scheduled**

        **Associated Entries: 07/28/2023 - Hearing/Trial Cancelled**

        **Scheduled For:** 08/01/2023; 9:00 AM; DANIEL RICHARD GREEN; Cole Circuit

    **Pre-trial Conference Scheduled**

    Revised Event Information: New Event: Pre-trial Conference;

        **Associated Entries: 07/28/2023 - Hearing/Trial Cancelled**

        **Scheduled For:** 07/31/2023; 9:00 AM; DANIEL RICHARD GREEN; Cole Circuit

**03/13/2023**

    **Hearing Held**

    Cause set 7/31/23 at 9:00 am for 5 day Bench Trial. DRG/jeb

        **Associated Entries: 03/14/2023 - Pre-trial Conference Scheduled   +**

        **Scheduled For:** 07/31/2023; 9:00 AM; DANIEL RICHARD GREEN; Cole Circuit

**01/31/2023**

    **Counsel Status Hrng Scheduled**

        **Associated Entries: 03/13/2023 - Hearing Held   +**

        **Scheduled For:** 03/13/2023; 1:30 PM; DANIEL RICHARD GREEN; Cole Circuit

    **Hearing Continued/Rescheduled**

    Due to Court's unavailability, cause continued to 3/13/23 at 1:30 pm. DRG/jeb

        **Associated Entries: 03/13/2023 - Hearing Held   +**

        **Hearing Continued From:** 01/31/2023; 1:30 PM Counsel Status Hearing

**11/30/2022**

    **Counsel Status Hrng Scheduled**

        **Associated Entries: 01/31/2023 - Hearing Continued/Rescheduled   +**

        **Scheduled For:** 02/27/2023; 1:30 PM; DANIEL RICHARD GREEN; Cole Circuit

**11/28/2022**

    **Hearing Continued/Rescheduled**

    Cause continued to 2/27/23 at 1:30 pm. DRG/jeb

        **Associated Entries: 01/31/2023 - Hearing Continued/Rescheduled   +**

        **Hearing Continued From:** 11/28/2022; 1:30 PM Counsel Status Hearing

**10/06/2022**

    **Counsel Status Hrng Scheduled**

        **Associated Entries: 11/28/2022 - Hearing Continued/Rescheduled   +**

        **Scheduled For:** 11/28/2022; 1:30 PM; DANIEL RICHARD GREEN; Cole Circuit

**Hearing Continued/Rescheduled**

    **Associated Entries:** 11/28/2022 - Hearing Continued/Rescheduled  +

    **Hearing Continued From:** 10/06/2022; 1:30 PM Counsel Status Hearing

**08/23/2022**

    **Counsel Status Hrng Scheduled**

        **Associated Entries:** 10/06/2022 - Hearing Continued/Rescheduled  +

        **Scheduled For:** 11/14/2022; 1:30 PM; DANIEL RICHARD GREEN; Cole Circuit

**08/22/2022**

    **Hearing Continued/Rescheduled**

Cause continued to 11/14/22 at 1:30 pm. DRG/jeb

        **Associated Entries:** 10/06/2022 - Hearing Continued/Rescheduled  +

        **Hearing Continued From:** 08/22/2022; 1:30 PM Counsel Status Hearing

**08/09/2022**

    **Motion Granted/Sustained**

Attorney Rynard granted leave to withdraw. DRG/jeb

    **Filed By:** DANIEL RICHARD GREEN

**08/08/2022**

    **Motion of Withdrawl of Counsel**

Motion for Leave to Withdraw as Counsel of Thomas W. Rynard; Proposed Order Granting Leave to Withdraw; Electronic Filing Certificate of Service. sb*

    **Filed By:** THOMAS WILLIAM RYNARD

    **On Behalf Of:** MISSOURI GAMING ASSOCIATION

**07/14/2022**

    **Cert Serv Req Prod Docs Things**

Certificate of Service; Electronic Filing Certificate of Service. sb

    **Filed By:** ALIXANDRA COSSETTE

    **On Behalf Of:** WARRENTON OIL COMPANY, DHALIWAL LLC D/B/A FOODMART

**06/30/2022**

    **Cert Serv of Prod of Docs, etc**

Certificate of Service; Electronic Filing Certificate of Service. sb

    **Filed By:** ALIXANDRA COSSETTE

    **On Behalf Of:** TORCH ELECTRONICS, LLC

**06/16/2022**

    **Counsel Status Hrng Scheduled**

        **Associated Entries:** 08/22/2022 - Hearing Continued/Rescheduled  +

        **Scheduled For:** 08/22/2022; 1:30 PM; DANIEL RICHARD GREEN; Cole Circuit

    **Order**

    **Filed By:** DANIEL RICHARD GREEN

    **Hearing Continued/Rescheduled**

        **Associated Entries:** 03/29/2022 - Hearing Scheduled

        **Hearing Continued From:** 06/16/2022; undefined Hearing

**06/14/2022**

    **Cert Serv of Prod of Docs, etc**

Certificate of Service; Electronic Filing Certificate of Service.cm

    **Filed By:** CHARLES WILLIAM HATFIELD

    **On Behalf Of:** TORCH ELECTRONICS, LLC

**04/18/2022**

    **Motion to Compel**

Motion to Compel Discovery; Exhibit A - Torch Electronics Responses; Exhibit B - Warrenton Oil Responses; Exhibit C - Dhaliwal Responses; Electronic Filing Certificate of Service. ter*

    **Filed By:** MARC HENRY ELLINGER

    **On Behalf Of:** MISSOURI GAMING ASSOCIATION

**04/06/2022**

**Entry of Appearance Filed**
Entry of Appearance; Electronic Filing Certificate of Service. ter
    **Filed By:** STEPHANIE BELL
    **On Behalf Of:** MISSOURI GAMING ASSOCIATION

**03/29/2022**
    **Hearing Scheduled**
        **Associated Entries: 06/16/2022 - Hearing Continued/Rescheduled**
        **Scheduled For:** 06/16/2022; 1:30 PM; DANIEL RICHARD GREEN; Cole Circuit
    **Motion of Withdrawl of Counsel**

    Withdrawal of Counsel; Electronic Filing Certificate of Service. sb
        **Filed By:** JAMES HERMAN KLAHR
        **On Behalf Of:** MISSOURI DEPARTMENT OF PUBLIC SAFETY, THE MISSOURI STATE HIGHWAY PATROL

**03/28/2022**
    **Hearing Held**
    Cause set 6/16/22 at 1:30 pm for hearing. DRG/jeb
        **Associated Entries: 03/29/2022 - Hearing Scheduled**
        **Scheduled For:** 06/16/2022; 1:30 PM; DANIEL RICHARD GREEN; Cole Circuit

**02/22/2022**
    **Cert Serv Answers Interrog Fil**

    Certificate of Service; Electronic Filing Certificate of Service. ter
        **Filed By:** CHARLES WILLIAM HATFIELD
        **On Behalf Of:** TORCH ELECTRONICS, LLC

**02/18/2022**
    **Voluntary Dismissal Filed**

    Voluntary Dismissal of Southfork Spirits; Electronic Filing Certificate of Service. sb*
        **Filed By:** MARC HENRY ELLINGER
        **On Behalf Of:** MISSOURI GAMING ASSOCIATION

**12/14/2021**
    **Counsel Status Hrng Scheduled**
        **Associated Entries: 03/28/2022 - Hearing Held   +**
        **Scheduled For:** 03/28/2022; 1:30 PM; DANIEL RICHARD GREEN; Cole Circuit

**12/13/2021**
    **Hearing Continued/Rescheduled**
    Cause continued to 3/28/22 at 1:30 pm. DRG/jeb
        **Associated Entries: 03/28/2022 - Hearing Held   +**
        **Hearing Continued From:** 12/13/2021; 1:30 PM Counsel Status Hearing

**11/11/2021**
    **Cert Serv of Prod of Docs, etc**

    Certificate of Service; Electronic Filing Certificate of Service. ter
        **Filed By:** CHARLES WILLIAM HATFIELD
        **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY, DHALIWAL LLC D/B/A FOODMART

**11/08/2021**
    **Certificate of Service**

    Certificate of Service; Electronic Filing Certificate of Service. ter
        **Filed By:** CHARLES WILLIAM HATFIELD
        **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY, DHALIWAL LLC D/B/A FOODMART

**10/20/2021**
    **Counsel Status Hrng Scheduled**
        **Associated Entries: 12/13/2021 - Hearing Continued/Rescheduled   +**
        **Scheduled For:** 12/13/2021; 1:30 PM; DANIEL RICHARD GREEN; Cole Circuit
    **Hearing Continued/Rescheduled**
    Due to Court's unavailability, cause continued to 12/13/21 at 1:30 pm. DRG/jeb
        **Associated Entries: 12/13/2021 - Hearing Continued/Rescheduled   +**
        **Hearing Continued From:** 10/20/2021; 1:30 PM Counsel Status Hearing

**09/21/2021**

**Order**

Protective Order. DRG/jeb

**Filed By:** DANIEL RICHARD GREEN

**09/13/2021**

**Motion Filed**

Joint Motion for Entry of Protective Order; Exhibit A - Proposed Protective Order; Electronic Filing Certificate of Service. tr*

**Filed By:** CHARLES WILLIAM HATFIELD

**On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY, DHALIWAL LLC D/B/A FOODMART

**08/30/2021**

**Notice of Dismissal**

Plaintiff Southfork Spirit Co's Notice of Voluntary Dismissal as to all Defendants and Electronic Filing Certificate of Service, filed. dd

**Filed By:** CHARLES WILLIAM HATFIELD

**On Behalf Of:** SOUTHFORK SPIRIT CO LLC

**08/27/2021**

**Certificate of Service**

Plaintiff's Certificate of Service and Electronic Filing Certificate of Service, filed. dd

**Filed By:** CHARLES WILLIAM HATFIELD

**On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY, DHALIWAL LLC D/B/A FOODMART

**08/24/2021**

**Entry of Appearance Filed**

Entry of Appearance and Request for Notices; Electronic Filing Certificate of Service. sb

**Filed By:** TIMOTHY TODD SIGMUND

**On Behalf Of:** TORCH ELECTRONICS, LLC

**08/23/2021**

**Counsel Status Hrng Scheduled**

**Associated Entries: 10/20/2021 - Hearing Continued/Rescheduled   +**

**Scheduled For:** 11/08/2021; 1:30 PM; DANIEL RICHARD GREEN; Cole Circuit

**Hearing Continued/Rescheduled**

Cause continued to 11/8/21 at 1:30 pm. DRG/jeb

**Associated Entries: 10/20/2021 - Hearing Continued/Rescheduled   +**

**Hearing Continued From:** 08/23/2021; 1:30 PM Counsel Status Hearing

**08/20/2021**

**Cert Serv Answers Interrog Fil**

Certificate of Service; Electronic Filing Certificate of Service. sb

**Filed By:** CHARLES WILLIAM HATFIELD

**On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY, DHALIWAL LLC D/B/A FOODMART

**07/30/2021**

**Amended Answer Filed**

P First Amended Answer to I MGA Counterclaim; Electronic Filing Certificate of Service. sb

**Filed By:** ALIXANDRA COSSETTE

**On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY, SOUTHFORK SPIRIT CO LLC, DHALIWAL LLC D/B/A FOODMART

**07/20/2021**

**Motion of Withdrawl of Counsel**

Withdrawal of Counsel; Electronic Filing Certificate of Service. sb

**Filed By:** ROSS AARON KAPLAN

**On Behalf Of:** MISSOURI DEPARTMENT OF PUBLIC SAFETY, THE MISSOURI STATE HIGHWAY PATROL, MISSOURI DIVISION OF ALCOHOL AND CRIME CONTROL

**07/12/2021**

**Entry of Appearance Filed**

Entry of Appearance; Electronic Filing Certificate of Service. sb
    **Filed By:** JAMES HERMAN KLAHR
    **On Behalf Of:** MISSOURI DEPARTMENT OF PUBLIC SAFETY, THE MISSOURI STATE HIGHWAY PATROL

**07/09/2021**

    **Entry of Appearance Filed**

Entry of Appearance; Electronic Filing Certificate of Service. sb
    **Filed By:** DAVID LEE MCCAIN JR
    **On Behalf Of:** MISSOURI DEPARTMENT OF PUBLIC SAFETY, THE MISSOURI STATE HIGHWAY PATROL, MISSOURI DIVISION OF ALCOHOL AND CRIME CONTROL

    **Entry of Appearance Filed**

Entry of Appearance; Electronic Filing Certificate of Service. sb
    **Filed By:** JASON KROL LEWIS
    **On Behalf Of:** MISSOURI DEPARTMENT OF PUBLIC SAFETY, THE MISSOURI STATE HIGHWAY PATROL, MISSOURI DIVISION OF ALCOHOL AND CRIME CONTROL

**06/28/2021**

    **Order Granting Ext of Time**

Plantinff's Motion for Extension of Time to Respond to Discovery Requests is granted. DRG/jeb
    **Filed By:** DANIEL RICHARD GREEN

    **Notice of Hearing Filed**

Notice of Hearing; Electronic Filing Certificate of Service. kdh*
    **Filed By:** CHARLES WILLIAM HATFIELD
    **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY, SOUTHFORK SPIRIT CO LLC, DHALIWAL LLC D/B/A FOODMART

**06/24/2021**

    **Response Filed**

Defendants Response to Plaintiffs Motion for Extension of Time to Respond to Discovery Requests; Electronic Filing Certificate of Service. kdh
    **Filed By:** ROSS AARON KAPLAN
    **On Behalf Of:** MISSOURI DEPARTMENT OF PUBLIC SAFETY, THE MISSOURI STATE HIGHWAY PATROL, MISSOURI DIVISION OF ALCOHOL AND CRIME CONTROL

**06/23/2021**

    **Proposed Order Filed**

Proposed Order; Electronic Filing Certificate of Service. kdh*
    **Filed By:** CHARLES WILLIAM HATFIELD
    **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY, SOUTHFORK SPIRIT CO LLC, DHALIWAL LLC D/B/A FOODMART

    **Motion for Extension of Time**

First Motion for Extension of Time to Respond to Discovery Requests; Exhibit A; Exhibit B; Electronic Filing Certificate of Service. kdh*
    **Filed By:** CHARLES WILLIAM HATFIELD

**06/15/2021**

    **Cert Serv Req Prod Docs Things**

Certificate of Service; Electronic Filing Certificate of Service. sb
    **Filed By:** MARC HENRY ELLINGER
    **On Behalf Of:** MISSOURI GAMING ASSOCIATION

    **Cert Serv Req Prod Docs Things**

Certificate of Service; Electronic Filing Certificate of Service. sb
    **Filed By:** MARC HENRY ELLINGER
    **On Behalf Of:** MISSOURI GAMING ASSOCIATION

**Cert Serv Req Prod Docs Things**
Certificate of Service; Electronic Filing Certificate of Service. sb
   **Filed By:** MARC HENRY ELLINGER
   **On Behalf Of:** MISSOURI GAMING ASSOCIATION
**Cert Serv Req Prod Docs Things**

Certificate of Service; Electronic Filing Certificate of Service. sb
   **Filed By:** MARC HENRY ELLINGER
   **On Behalf Of:** MISSOURI GAMING ASSOCIATION

**06/07/2021**
   **Answer Filed**

   PlaintiffsCounter-Claim Defendants Torch Electronics, LLC and Warrenton Oil Co.s Answer to Missouri Gaming Associations
   Counter-Claim for Declaratory and Inj; Electronic Filing Certificate of Service. sb
      **Filed By:** CHARLES WILLIAM HATFIELD
      **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY

**05/25/2021**
   **Counsel Status Hrng Scheduled**
      **Associated Entries: 08/23/2021 - Hearing Continued/Rescheduled   +**
      **Scheduled For:** 08/23/2021; 1:30 PM; DANIEL RICHARD GREEN; Cole Circuit

**05/24/2021**
   **Certificate of Service**

   Certificate of Service; Electronic Filing Certificate of Service. kdh
      **Filed By:** ROSS AARON KAPLAN
      **On Behalf Of:** MISSOURI DEPARTMENT OF PUBLIC SAFETY, THE MISSOURI STATE HIGHWAY PATROL
   **Order Granting Ext of Time**

   Platinfil's Motion for Extension of Time to File Answer sustained. DRG/jeb
      **Filed By:** DANIEL RICHARD GREEN
   **Hearing Continued/Rescheduled**
   Cause continued to 8/23/21 at 1:30 pm. DRG/jeb
      **Associated Entries: 08/23/2021 - Hearing Continued/Rescheduled   +**
      **Hearing Continued From:** 05/24/2021; 1:30 PM Counsel Status Hearing

**05/21/2021**
   **Note to Clerk eFiling**
      **Filed By:** ALIXANDRA COSSETTE
   **Motion for Extension of Time**

   Unopposed Motion for Extension of Time to File Answer to Intervenor Missouri Gaming Associations Counter-Claim for
   Declaratory and Injunctive Relief; Electronic Filing Certificate of Service. filed. sb*
      **Filed By:** ALIXANDRA COSSETTE
      **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY

**05/03/2021**
   **Answer Filed**

   Defendants Answer to Plaintiffs First Amended Petition for Declaratory and Injunctive Relief; Electronic Filing Certificate of
   Service. kdh
      **Filed By:** ROSS AARON KAPLAN
      **On Behalf Of:** MISSOURI DEPARTMENT OF PUBLIC SAFETY, THE MISSOURI STATE HIGHWAY PATROL

**04/22/2021**
   **Motion Hearing Held**
   Petitioner appears by Attorney Hatfield; Respondent appears by Attorney Kaplan; Attorney Ellinger appears; Third Party
   Intervener Missouri Gaming Association granted leave to intervene as a matter of right. Defendant's Motion to Dismiss argued and
   overruled. Cause set for status 5/24/21 at 1:30 pm. DRG/jeb
      **Associated Entries: 03/31/2021 - Motion Hearing Scheduled**
      **Scheduled For:** 04/22/2021; 11:00 AM; DANIEL RICHARD GREEN; Cole Circuit
   **Note to Clerk eFiling**
      **Filed By:** MARC HENRY ELLINGER

**Entry of Appearance Filed**
    **Filed By:** MARC HENRY ELLINGER
**Note to Clerk eFiling**
    **Filed By:** MARC HENRY ELLINGER
**Answer Filed**

Intervenors Answer to Amended Petition; Electronic Filing Certificate of Service. sb
    **Filed By:** MARC HENRY ELLINGER

**04/21/2021**
    **Suggestions Filed**

Plaintiffs Suggestions in Opposition to Motion to Intervene; Electronic Filing Certificate of Service. kdh
    **Filed By:** CHARLES WILLIAM HATFIELD
    **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY
    **Suggestions in Opposition**

Plaintiffs Suggestions in Opposition to Defendants Motion to Dismiss; Electronic Filing Certificate of Service. kdh
    **Filed By:** CHARLES WILLIAM HATFIELD

**04/16/2021**
    **Motion to Shorten Time**

Motion to Shorten Time and Notice of Hearing; Electronic Filing Certificate of Service.
    **Filed By:** ROSS AARON KAPLAN
    **On Behalf Of:** MISSOURI DEPARTMENT OF PUBLIC SAFETY, THE MISSOURI STATE HIGHWAY PATROL
    **Motion to Dismiss**

Motion to Dismiss Plaintiffs First Amended Petition; Electronic Filing Certificate of Service. filed. sb*
    **Filed By:** ROSS AARON KAPLAN

**04/12/2021**
    **Note to Clerk eFiling**
    **Filed By:** CHARLES WILLIAM HATFIELD
    **Petition:**

First Amended Petition for Declaratory and Injunctive Relief; Exhibit A; Exhibit B; Exhibit C; Electronic Filing Certificate of Service. sb
    **Filed By:** CHARLES WILLIAM HATFIELD
    **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY

**03/31/2021**
    **Motion Hearing Scheduled**
        **Associated Entries: 04/22/2021 - Motion Hearing Held   +**
        **Scheduled For:** 04/22/2021; 11:00 AM; DANIEL RICHARD GREEN; Cole Circuit
    **Notice of Hearing Filed**

Notice of Hearing; Electronic Filing Certificate of Service. sb
    **Filed By:** ROSS AARON KAPLAN
    **On Behalf Of:** MISSOURI DEPARTMENT OF PUBLIC SAFETY, THE MISSOURI STATE HIGHWAY PATROL, MISSOURI DIVISION OF ALCOHOL AND CRIME CONTROL
    **Note to Clerk eFiling**
    **Notice of Hearing Filed**

Notice of Hearing; Electronic Filing Certificate of Service. sb
    **Filed By:** MARC HENRY ELLINGER

**03/29/2021**
    **Counsel Status Hrng Scheduled**
        **Associated Entries: 05/24/2021 - Hearing Continued/Rescheduled   +**
        **Scheduled For:** 05/24/2021; 1:30 PM; DANIEL RICHARD GREEN; Cole Circuit

**03/24/2021**
    **Note to Clerk eFiling**

**Motion to Intervene**

Motion to Intervene by the Missouri Gaming Association and Suggestions in Support; Affidavit of Michael Winter; Answer and Counterclaim for Declaratory Judgment and Injunctive Relief of Intervenor Missouri Gaming Association; Electronic Filing Certificate of Service. filed. sb*

**03/11/2021**

**Motion to Dismiss**

Motion to Dismiss; Electronic Filing Certificate of Service. kdh
    **Filed By:** ROSS AARON KAPLAN
    **On Behalf Of:** MISSOURI DEPARTMENT OF PUBLIC SAFETY, THE MISSOURI STATE HIGHWAY PATROL, MISSOURI DIVISION OF ALCOHOL AND CRIME CONTROL

**03/08/2021**

**Hearing/Trial Cancelled**
    Scheduled For: 05/06/2021; 8:30 AM; JON EDWARD BEETEM; Cole Circuit

**03/05/2021**

**Judge Assigned**
**Order for Change of Judge**

Attorney Barrett for petitioner. Attorney Kaplan for respondent. Application for judge sustained. Case assigned to Div 2. /s/DRG/rlo
    **Associated Entries: 02/19/2021 - Motion Hearing Scheduled**
    Scheduled For: 03/05/2021; 9:00 AM; JON EDWARD BEETEM; Cole Circuit

**03/04/2021**

**Entry of Appearance Filed**

Entry of Appearance; Electronic Filing Certificate of Service. sb
    **Filed By:** ROSS AARON KAPLAN
    **On Behalf Of:** MISSOURI DEPARTMENT OF PUBLIC SAFETY

**Entry of Appearance Filed**

Entry of Appearance; Electronic Filing Certificate of Service. sb
    **Filed By:** ROSS AARON KAPLAN
    **On Behalf Of:** THE MISSOURI STATE HIGHWAY PATROL

**Entry of Appearance Filed**

Entry of Appearance; Electronic Filing Certificate of Service. sb
    **Filed By:** ROSS AARON KAPLAN
    **On Behalf Of:** MISSOURI DIVISION OF ALCOHOL AND CRIME CONTROL

**03/03/2021**

**Order**

The 3-5-2021 9:00 am law day will be conducted by WEBEX. Invitations will been sent the Thursday evening prior. The times are staggered and the Court will attempt to initiate the WEBEX within one (1) hour of the scheduled time, but not before. If you have multiple schedulings at the same time, please join the case with the lowest case number as that is the order in which the Court will initiate. Because of the resources needed for WEBEX, one screen for the video and one screen for the calendar, we will not likely see any emails that you send until after law day. If you do not have access to WEBEX video conferencing, please use the telephone log-in instructions. If the meeting is not in progress when you call in, you will get an "invalid" code message and should try again in a few minutes. We will use the e-mails from the electronic filing system, so advise in advance if you need an invitation sent to a different e-mail address or you are not represented by counsel. If you know you are going to use the telephone log in, please send a memo with your phone number in case we try and contact you. While we are operating under COVID procedures, we will not be having in-person uncontested hearings. This will need to be submitted via verified pleadings, affidavits and the like. As with regular law days, we will not be entertaining extended arguments on motions at that time. Please schedule those as special settings. If the case is to be passed, please submit a memo to that effect by 3-4-2021 at noon so that it has time to be accepted and forwarded to the Court and the case removed from the docket. If you are not represented by counsel, you will need to provide the court with your email or telephone number where you can be contacted between 9am and 12 noon on 3-5-2021. Please do so prior to 3pm on 3-4-2021, so an electronic invitation may be issued to you. If you have not down loaded the WEBEX application, it is suggested that you do so prior to law day. /s/JEB/rlo

**02/19/2021**

**Motion Hearing Scheduled**

Associated Entries 03/05/2021

Order for Change of Judge

+

    **Scheduled For: 03/05/2021; 9:00 AM; JON EDWARD BEETEM; Cole Circuit**

**Order**

Case placed on 3-5-2021 at 9 am unless presentment is waived by respondents. /s/JEB/rlo

**Corporation Served**

Document ID - 21-SMCC-62; Served To - THE MISSOURI STATE HIGHWAY PATROL; Server - HARMON, RUFUS R; Served Date - 10-FEB-21; Served Time - 09:40:00; Service Type - Special Process Server; Reason Description - Served; Service Text - Served to Mary Rodel, Designated Agent. kdh

**Corporation Served**

Document ID - 21-SMCC-63; Served To - MISSOURI DIVISION OF ALCOHOL AND CRIME CONTROL; Server - HARMON, RUFUS R; Served Date - 10-FEB-21; Served Time - 11:50:00; Service Type - Special Process Server; Reason Description - Served; Service Text - Served to Dottie Taylor, Director. kdh

**Corporation Served**

Document ID - 21-SMCC-61; Served To - MISSOURI DEPARTMENT OF PUBLIC SAFETY; Server - HARMON, RUFUS R; Served Date - 10-FEB-21; Served Time - 11:50:00; Service Type - Special Process Server; Reason Description - Served; Service Text - Served to JM. Designated Agent. kdh

**Notice of Service**

Return of Summons Missouri State Highway Patrol; Electronic Filing Certificate of Service. kdh
    **Filed By:** CHARLES WILLIAM HATFIELD
    **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY

**Notice of Service**

Return of Summons Missouri Division of Alcohol and Crime Control; Electronic Filing Certificate of Service. kdh
    **Filed By:** CHARLES WILLIAM HATFIELD

**Notice of Service**

Return of Summons Missouri Department of Public Safety; Electronic Filing Certificate of Service. kdh
    **Filed By:** CHARLES WILLIAM HATFIELD

02/10/2021

    **Judge/Clerk - Note**

Request completed, paid and emailed to requestor. cs

02/09/2021

    **Motion for Change of Judge**

Application for Change of Judge; Proposed Order Granting Application for Change of Judge; Electronic Filing Certificate of Service. kdh*
    **Filed By:** CHARLES WILLIAM HATFIELD
    **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY

    **Order - Special Process Server**

Order for special process server. kdh

02/08/2021

    **Entry of Appearance Filed**

Entry of Appearance; Electronic Filing Certificate of Service. kdh
    **Filed By:** ALIXANDRA COSSETTE
    **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY

    **Entry of Appearance Filed**

Entry of Appearance; Electronic Filing Certificate of Service. kdh
    **Filed By:** ALEXANDER CLARK BARRETT
    **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY

**Motion Special Process Server**

Motion for Approval and Appointment of Private Process Server. kdh
    **Filed By:** CHARLES WILLIAM HATFIELD
    **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY
**Summons Issued-Circuit**

Document ID: 21-SMCC-63, for MISSOURI DIVISION OF ALCOHOL AND CRIME CONTROL. Attorney to print two copies of service document created to issue for service and return. Service copy to include filings to serve, if applicable. sb
**Summons Issued-Circuit**

Document ID: 21-SMCC-62, for THE MISSOURI STATE HIGHWAY PATROL. Attorney to print two copies of service document created to issue for service and return. Service copy to include filings to serve, if applicable. sb
**Summons Issued-Circuit**

Document ID: 21-SMCC-61, for MISSOURI DEPARTMENT OF PUBLIC SAFETY. Attorney to print two copies of service document created to issue for service and return. Service copy to include filings to serve, if applicable. sb

**02/05/2021**

    **Filing Info Sheet eFiling**
        **Filed By:** CHARLES WILLIAM HATFIELD
    **Pet Filed in Circuit Ct**

    Verified Petition for Declaratory and Injunctive Relief; Exhibit A; Exhibit B; Exhibit C. sb
        **Filed By:** CHARLES WILLIAM HATFIELD
        **On Behalf Of:** TORCH ELECTRONICS, LLC, WARRENTON OIL COMPANY
    **Judge Assigned**