# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| TNT AMUSEMENTS, INC., d/b/a <br> PLAY-MOR COIN-OP, <br><br>       Plaintiff, <br><br> v. <br><br> TORCH ELECTRONICS, LLC, <br> STEVEN MILTENBERGER, and <br> SONDRA MILTENBERGER <br><br>       Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )    Case No. 4:23-cv-00330-JAR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **DEFENDANTS' PROPOSED SCHEDULING PLAN**

In accordance with this Court's August 24, 2023 Memorandum and Order (Doc. #38), Defendants Torch Electronics, LLC, Steven Miltenberger, and Sondra Miltenberger (collectively "Torch") respectfully submit the following proposed Scheduling Plan to govern this case.

**1. TRIAL:** This case is set for trial on **Monday, August 19, 2024,** at **9:00 a.m.** for **10 days** at the Thomas F. Eagleton U.S. Courthouse in Saint Louis, Missouri.

**2. FINAL PRETRIAL CONFERENCE:** This case is set for final pretrial teleconference on **Thursday, August 15, 2024**.

**3. DISPOSITIVE MOTIONS:** Any dispositive motion, except those under Fed. R. Civ. P. Rule 12(h)(2) or (3), shall be filed on or before **Friday, June 14, 2024.**

**4. DAUBERT MOTIONS:** All motions to strike expert designations or preclude expert testimony premised on *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) shall be filed on or before **May 31, 2024.** Failure to file a Daubert motion by this deadline constitutes waiver of any argument based on Daubert. Note: this deadline does not apply to motions *in limine* related to expert witness testimony.

**5. MOTIONS TO AMEND PLEADINGS:** The parties shall amend all pleadings on or before **September 29, 2023**, seeking leave to amend when required**. Notwithstanding the foregoing, this deadline shall automatically extend thirty (30) days from the date of any order by the Court necessitating any party amend an existing or file a new pleading (only the party or parties who has/have been ordered to file or amend a pleading shall receive said extension).**

**6. MOTION TO ADD PARTIES: September 29, 2023. Notwithstanding the foregoing, this deadline shall automatically extend thirty (30) days from the date of any order by the Court necessitating any party amend an existing or file a new pleading (only the party or parties who has/have been ordered to file or amend a pleading shall receive said extension).**

**7. EXPERT WITNESS DESIGNATIONS:** This paragraph applies to all witnesses from whom expert opinions will be elicited, regardless of whether the witness is specially retained to provide trial testimony. Each plaintiff shall designate any expert witness it intends to call at trial on or before **February 14, 2024.** Each defendant shall designate any expert witness it intends to call at trial on or before **March 15, 2024.** Any rebuttal expert witness, if any, shall be designated on or before **April 15, 2024.** At the time of designation, each party shall ensure compliance with Fed. R. Civ. P. 26(a)(2)(B).

**8. RULE 26(f) CONFERENCE:** The parties shall complete the Rule 26(f) conference and submit the joint discovery plan pursuant to Rule 26(f)(3) on or before **September 15, 2023**.

**9. DISCOVERY CLOSURE DEADLINE:** All pretrial discovery authorized by the Federal Rules of Civil Procedure shall be completed on or before **Tuesday, April 30, 2024** ("Closure Date"). Discovery requests shall be served, and depositions shall be scheduled, in a manner that allows sufficient time for completion within the time specified by the Federal Rules

2

of Civil Procedure, the Local Rules, and orders of this Court. Discovery shall not be conducted after the Closure Date, except by order of the Court for good cause shown.

**10. FINAL PRETRIAL CONFERENCE PREPARATION:**

**a.** Each party shall complete the following at least **ten (10) business days before** the final pretrial conference:

    **i.** File any motion *in limine*;

    **ii.** File and serve witness list; and

    **iii.** Serve deposition designations on the opposing party.

**b.** Each party shall complete the following at least **five (5) business days before** the final pretrial conference:

    **i.** Serve counter deposition designations and objections on the asserting party.

**c.** Each party shall complete the following at least **three (3) business days before** the final pretrial conference:

    **i.** File any response to a motion *in limine*; and

    **ii.** File and serve list of all exhibits which might be offered at trial.

Dated:  August 31, 2023

Respectfully submitted,

GRAVES GARRETT LLC,

By:   /s/ J. Aaron Craig
    Todd P. Graves #41319 (MO)
    J. Aaron Craig #62041 (MO)
    1100 Main Street, Suite 2700
    Kansas City, MO 64105
    Phone: (816) 256-3181
    Fax: (816) 256-5958
    tgraves@gravesgarrett.com
    acraig@gravesgarrett.com

**Attorneys for Defendants Torch Electronics, LLC, Steven Miltenberger, and Sondra Miltenberger**