# EXHIBIT B

- TNT's Proposed Scheduling Plan Sent to Torch's Counsel on 8/31/2023 -

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| TNT AMUSEMENTS, INC., d/b/a PLAY-MOR COIN-OP, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 4:23-cv-00330-JAR ) |
| TORCH ELECTRONICS, LLC, STEVEN MILTENBERGER, and SONDRA MILTENBERGER | ) ) ) ) |
| Defendants. | ) ) |

## JOINT PROPOSED SCHEDULING PLAN

Plaintiff TNT Amusements, Inc. ("TNT") and Defendants Torch Electronics, Steven Miltenberger, and Sondra Miltenberger (together, the "Parties") respectfully submit their Proposed Scheduling Plan in response to the Court's August 24, 2023 Memorandum and Order (Doc. #38). In that Order, the Court designated this matter as Track 1 (Expedited) under Local Rule 5.01. Accordingly, the Parties submit the following Proposed Scheduling Plan for the Court's consideration.

1. **TRIAL:** This case is set for trial on **Monday**, **March 18, 2024,** at **9:00 a.m.** at the Thomas F. Eagleton U.S. Courthouse in Saint Louis, Missouri. The trial is estimated to last no longer than five (5) days.

2. **FINAL PRETRIAL CONFERENCE:** This case is set for final pretrial teleconference on **Monday, March 11, 2024**.

3. **DISPOSITIVE MOTIONS:** Any dispositive motion shall be filed on or before **Friday, December 15, 2023**.

4. **DAUBERT MOTIONS:** All motions to strike expert designations or preclude expert testimony premised on *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) shall be filed on or before **Friday, December 29, 2023**. Failure to file a *Daubert* motion by this deadline constitutes forfeiture of any argument based on *Daubert*. This deadline does not apply to motions *in limine* relating to expert witness testimony.

5. **MOTIONS TO AMEND PLEADINGS:** The parties shall amend all pleadings on or before **Friday, September 29, 2023**. Notwithstanding the foregoing, this deadline shall automatically extend fourteen (14) days from the date of any order by the Court requiring or permitting a party to amend an existing pleading or file a new pleading. That extension applies only to the party or parties ordered or permitted to file or amend a pleading.

6. **DEFENDANTS' ANSWER:** Defendants shall have until **Monday, September 18, 2023** to file their answer to the Complaint, or until fourteen (14) days after the Court's ruling on Defendants' Motion to Dismiss, whichever is later. *See* Fed. R. Civ. P. 12(a)(4)(A).

7. **MOTIONS TO ADD PARTIES:** The Parties shall file any motion to add parties on or before **Monday, September 18, 2023**. Notwithstanding the foregoing, this deadline shall automatically extend fourteen (14) days from the date of any order by the Court requiring or permitting a party to amend an existing pleading or file a new pleading. That extension applies only to the party or parties ordered or permitted to file or amend a pleading.

8. **EXPERT WITNESS DESIGNATIONS:** This paragraph applies to all witnesses from whom expert opinions will be elicited, regardless of whether the witness is specially retained to provide trial testimony. Plaintiff shall designate any expert witness it intends to call at trial on or before **Wednesday**, **September 6, 2023.** Defendants shall designate any expert witness they intend to call at trial on or before **Wednesday**, **September 20, 2023.** The parties shall designate a

rebuttal expert witness, if any, on or before **Wednesday**, **October 4, 2023.** At the time of designation, each party shall ensure compliance with Fed. R. Civ. P. 26(a)(2)(B). Notwithstanding the forgoing, to the extent that either party seeks to present expert testimony on the issue of damages, any such expert must be designated by **Monday, November 6, 2023**.

6.   **RULE 26(f) CONFERENCE**: The parties shall complete the Rule 26(f) conference and submit the joint discovery plan pursuant to Fed. R. Civ. P. 26(f)(3) on or before **Friday, September 15, 2023**.

7.   **DISCOVERY CLOSURE DEADLINE**: All pretrial discovery authorized by the Federal Rules of Civil Procedure shall be completed on or before **Friday, December 1, 2023** (the "Closure Date"). The Parties shall serve discovery requests and schedule depositions in a manner that allows sufficient time for completion within the time specified by the Federal Rules of Civil Procedure, the Local Rules, and orders of this Court. Discovery shall not be conducted after the Closure Date except by order of the Court for good cause shown.

8.   **FINAL PRETRIAL CONFERENCE PREPARATION**:

   a. Each party shall complete the following at least **ten (10) business days before** the final pretrial conference:

      i. File any motion *in limine*;

      ii. file and serve witness list; and

      iii. serve deposition designations on the opposing party.

   b. Each party shall complete the following at least **five (5) business days before** the final pretrial conference:

      i. Serve counter deposition designations and objections on the asserting party.

    c.  Each party shall complete the following at least **three (3) business days before** the final pretrial conference:

        i.  File a response to a motion *in limine*; and

        ii.  file and serve a list of all exhibits that might be offered at trial.

Respectfully submitted,

BRYAN CAVE LEIGHTON PAISNER LLP

*/s/ Richard E. Finneran*
RICHARD E. FINNERAN, #60768MO
MARY GRACE WARREN, #73147MO
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Tel: (314) 259-2000
Fax: (314) 259-2020
*richard.finneran@bryancave.com*
*marygrace.warren@bryancave.com*

*Attorneys for TNT Amusements, Inc. d/b/a Play-Mor Coin-Op*

## CERTIFICATE OF SERVICE

    I hereby certify that on August 31, 2023, a copy of the foregoing was served on all counsel of record by operation of the Court's electronic filing system.

                                                                   */s/ Richard E. Finneran*

DRAFT