# EXHIBIT C

DRAFT

# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF MISSOURI
# EASTERN DISTRICT

| | |
|---|---|
| TNT AMUSEMENTS, INC., d/b/a PLAY-MOR COIN-OP, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  Case No. 4:23-cv-00330-JAR |
| TORCH ELECTRONICS, LLC, STEVEN MILTENBERGER, and SONDRA MILTENBERGER | ) ) ) ) ) |
| Defendants. | ) |

## PROPOSED JOINT SCHEDULING PLAN

In accordance with this Court's August 24, 2023 Memorandum and Order (Doc. #38), the parties respectfully submit the following proposed Joint Scheduling Plan to govern this case. Pursuant to that Memorandum and Order, this is a Track 1 – Expedited Scheduling Plan under Local Rule 5.01.

**1. TRIAL:** This case is set for trial on **May 13, 2024** at **9:00 a.m.** for **10 days** at the Thomas F. Eagleton U.S. Courthouse in Saint Louis, Missouri.

**2. FINAL PRETRIAL CONFERENCE:** This case is set for final pretrial teleconference on **May 9, 2024**.

**3. DISPOSITIVE MOTIONS:** Any dispositive motion, except those under Fed. R. Civ. P. Rule 12(h)(2) or (3), shall be filed on or before **March 15, 2024.**

**4. DAUBERT MOTIONS:** All motions to strike expert designations or preclude expert testimony premised on Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993) shall be filed on or before **March 1, 2024.** Failure to file a Daubert motion by this deadline constitutes

waiver of any argument based on Daubert. Note: this deadline does not apply to motions *in limine* related to expert witness testimony.

**5. MOTIONS TO AMEND PLEADINGS:** The parties shall amend all pleadings on or before **September 29, 2023. Notwithstanding the foregoing, this deadline shall automatically extend thirty (30) days from the date of any order by the Court necessitating any party amend an existing or file a new pleading (only the party or parties who has/have been ordered to file or amend a pleading shall receive said extension).**

**6. MOTION TO ADD PARTIES: September 29, 2023. Notwithstanding the foregoing, this deadline shall automatically extend thirty (30) days from the date of any order by the Court necessitating any party amend an existing or file a new pleading (only the party or parties who has/have been ordered to file or amend a pleading shall receive said extension).**

**7. EXPERT WITNESS DESIGNATIONS:** This paragraph applies to all witnesses from whom expert opinions will be elicited, regardless of whether the witness is specially retained to provide trial testimony. Each plaintiff shall designate any expert witness it intends to call at trial on or before **December 15, 2023.** Each defendant shall designate any expert witness it intends to call at trial on or before **January 19, 2024.** Any rebuttal expert witness, if any, shall be designated on or before **February 2, 2024.** At the time of designation, each party shall ensure compliance with Fed. R. Civ. P. 26(a)(2)(B).

**8. RULE 26(f) CONFERENCE:** The parties shall complete the Rule 26(f) conference and submit the joint discovery plan pursuant to Rule 26(f)(3) on or before **September 15, 2023**.

**9. DISCOVERY CLOSURE DEADLINE:** All pretrial discovery authorized by the Federal Rules of Civil Procedure shall be completed on or before **March 15, 2024** ("Closure Date"). Discovery requests shall be served, and depositions shall be scheduled, in a manner that

DRAFT

allows sufficient time for completion within the time specified by the Federal Rules of Civil Procedure, the Local Rules, and orders of this Court. Discovery shall not be conducted after the Closure Date, except by order of the Court for good cause shown.

**10. FINAL PRETRIAL CONFERENCE PREPARATION:**

    **a.** Each party shall complete the following at least **ten (10) business days before** the final pretrial conference:

        **i.** File any motion *in limine*;

        **ii.** File and serve witness list; and

        **iii.** Serve deposition designations on the opposing party.

    **b.** Each party shall complete the following at least **five (5) business days before** the final pretrial conference:

        **i.** Serve counter deposition designations and objections on the asserting party.

    **c.** Each party shall complete the following at least **three (3) business days before** the final pretrial conference:

        **i.** File any response to a motion *in limine*; and

        **ii.** File and serve list of all exhibits which might be offered at trial.

# Craig, Aaron

| | |
|---|---|
| **From:** | Richard Finneran <Richard.Finneran@bclplaw.com> |
| **Sent:** | Thursday, August 31, 2023 11:36 AM |
| **To:** | Craig, Aaron; Carr, Chandler |
| **Cc:** | Mary Grace Warren; Graves, Todd P. |
| **Subject:** | RE: TNT v. Torch |

Aaron, I understand. Although we believe the timeline is realistic and faithful to the Court's order, I understand the basis for your disagreement. Given your email, it does not seem a conversation would be fruitful, but I appreciate your candor. We'll file ours later today as well.



RICHARD E. FINNERAN
Partner
BRYAN CAVE LEIGHTON PAISNER LLP - St. Louis, MO USA
richard.finneran@bclplaw.com
T: +1 314 259 2080

**From:** Craig, Aaron <ACraig@gravesgarrett.com>
**Sent:** Thursday, August 31, 2023 11:13 AM
**To:** Richard Finneran <Richard.Finneran@bclplaw.com>; Carr, Chandler <CCarr@gravesgarrett.com>
**Cc:** Mary Grace Warren <MaryGrace.Warren@bclplaw.com>; Graves, Todd P. <TGraves@gravesgarrett.com>
**Subject:** RE: TNT v. Torch

Rich,

I appreciate the attempt, but we cannot come to an agreement here. You've proposed a discovery window of 2 months and 16 days to allow the parties to engage in written discovery (eating up 30 days for a response and another 30 days minimum if there's even one round of motions to compel), take depositions, secure multiple expert witnesses, depose numerous witnesses, and depose probably 4 experts at a minimum. It strikes me has highly unreasonable. But I guess we shall see.

I agree with the 7-day count. We'll get our proposed schedule on file later today.

Take care,

Aaron

**From:** Richard Finneran <Richard.Finneran@bclplaw.com>
**Sent:** Thursday, August 31, 2023 2:34 AM
**To:** Craig, Aaron <ACraig@gravesgarrett.com>; Carr, Chandler <CCarr@gravesgarrett.com>
**Cc:** Mary Grace Warren <MaryGrace.Warren@bclplaw.com>
**Subject:** RE: TNT v. Torch

1

Aaron, Chandler, thanks again to you both for your time today. Again, my apologies for not reviewing your proposed schedule before the call, but I still appreciated the opportunity for a conversation. Also, my apologies for the lateness of this email, but it was not until late this evening that I was able to get my client's reaction to the points raised in our discussion. As I expected, however, based upon that discussion, we are not amenable at this stage to any proposal that would take us off the Track 1 placement that the Court specified in its consolidation order.

Therefore, as we discussed, I'm attaching a proposed schedule that adheres to the Court's Track 1 placement by setting trial for March 18, 2024. We have tried to cue the other dates as reasonably as we can off of that trial date and to allow discovery to proceed expeditiously. In particular, we've proposed early expert disclosure deadlines for our respective experts on liability questions (since it appears we both already know who they are), while also allowing for a longer length of time for experts on damages (since we will need to first complete fact discovery on damages before they will be able render opinions).

Upon review of Rule 6, we are also fairly confident that Thursday 8/31, not Friday 9/1, is the deadline under the Court's order for us to file our proposal. (Even excluding the date of the order, as Rule 6(a)(1)(A) requires, Thursday is the seventh day after the issuance of the order.) Therefore, if you think there is a possibility of reaching common ground on any of the dates in our proposal, or that it is at least worth discussing, please let me know as soon as you can. I can be available for a call Thursday afternoon other than 2-3pm. Failing that, we will file the attached as our proposed schedule.

Thanks again, and looking forward to continuing to work with you as this matter progresses.



RICHARD E. FINNERAN
Partner
BRYAN CAVE LEIGHTON PAISNER LLP - St. Louis, MO USA
richard.finneran@bclplaw.com
T: +1 314 259 2080

**From:** Craig, Aaron <ACraig@gravesgarrett.com>
**Sent:** Wednesday, August 30, 2023 8:11 AM
**To:** Richard Finneran <Richard.Finneran@bclplaw.com>
**Cc:** Mary Grace Warren <MaryGrace.Warren@bclplaw.com>; Graves, Todd P. <TGraves@gravesgarrett.com>
**Subject:** RE: TNT v. Torch

Richard,

I've attached our current working draft with dates for consideration and discussion this afternoon. Judge Ross appears to typically try to peg 12 months from filing as the trial timeframe for "Track 1" cases, but here that means we're both dealing with an onslaught of deadlines, scheduling issues, expert work, and briefing through the holiday seasons of Thanksgiving, Christmas, and the New Year to target a March trial date. I assume the Court will be amenable to a May trial date considering the difficulties that always come with scheduling for counsel and witnesses around the holidays, the fact the case wasn't designated for Track 1 until 5 months from filing, Torch has yet to file a pleading, and there will need to be a fair amount of discovery workup for a full trial on the merits. If you've worked up something similar, I'd be happy to take a look and consider it in advance of the call. But hopefully this helps get the ball rolling.

Take care,

Aaron

2

**From:** Richard Finneran <Richard.Finneran@bclplaw.com>
**Sent:** Tuesday, August 29, 2023 10:12 AM
**To:** Craig, Aaron <ACraig@gravesgarrett.com>; Graves, Todd P. <TGraves@gravesgarrett.com>
**Cc:** Mary Grace Warren <MaryGrace.Warren@bclplaw.com>
**Subject:** RE: TNT v. Torch

Great. How about 2pm?



RICHARD E. FINNERAN
Partner
BRYAN CAVE LEIGHTON PAISNER LLP - St. Louis, MO USA
richard.finneran@bclplaw.com
T: +1 314 259 2080

**From:** Craig, Aaron <ACraig@gravesgarrett.com>
**Sent:** Tuesday, August 29, 2023 9:38 AM
**To:** Richard Finneran <Richard.Finneran@bclplaw.com>; Graves, Todd P. <TGraves@gravesgarrett.com>
**Cc:** Mary Grace Warren <MaryGrace.Warren@bclplaw.com>
**Subject:** Re: TNT v. Torch

I'm free tomorrow afternoon any time after 1:00.

Take care,

Aaron

Get Outlook for iOS

Aaron Craig
**Office:** (816) 256-3181 | **Direct:** (816) 285-3883



www.gravesgarrett.com

1100 Main Street, Suite 2700
Kansas City, MO 64105

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments. IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

**From:** Richard Finneran <Richard.Finneran@bclplaw.com>
**Sent:** Tuesday, August 29, 2023 9:34:31 AM
**To:** Craig, Aaron <ACraig@gravesgarrett.com>; Graves, Todd P. <TGraves@gravesgarrett.com>
**Cc:** Mary Grace Warren <MaryGrace.Warren@bclplaw.com>
**Subject:** TNT v. Torch

Aaron, Todd,

Hope you've been well. I'm writing to see if we can find a time to meet today or tomorrow to meet and confer on a potential joint scheduling proposal for the above-referenced matter. Please let me know!



RICHARD E. FINNERAN
Partner
richard.finneran@bclplaw.com
T: +1 314 259 2080

BRYAN CAVE LEIGHTON PAISNER LLP
One Metropolitan Square, 211 North Broadway, Suite 3600, St. Louis, MO 63102

bclplaw.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

We may monitor and record electronic communications in accordance with applicable laws and regulations. Where appropriate we may also share certain information you give us with our other offices (including in other countries) and select third parties. For further information (including details of your privacy rights and how to exercise them), see our updated Privacy Notice at www.bclplaw.com.

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

We may monitor and record electronic communications in accordance with applicable laws and regulations. Where appropriate we may also share certain information you give us with our other offices (including in other countries) and select third parties. For further information (including details of your privacy rights and how to exercise them), see our updated Privacy Notice at www.bclplaw.com.

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

We may monitor and record electronic communications in accordance with applicable laws and regulations. Where appropriate we may also share certain information you give us with our other offices (including in other countries) and select third parties. For further information (including details of your privacy rights and how to exercise them), see our updated Privacy Notice at www.bclplaw.com.

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

We may monitor and record electronic communications in accordance with applicable laws and regulations. Where appropriate we may also share certain information you give us with our other offices (including in other countries) and select third parties. For further information (including details of your privacy rights and how to exercise them), see our updated Privacy Notice at www.bclplaw.com.