UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TNT AMUSEMENTS, INC., <br> d/b/a PLAY-MOR COIN-OP, <br><br> Plaintiff, <br><br> v. <br><br> TORCH ELECTRONICS, LLC, *et al.,* <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 4:23CV330 JAR <br> ) <br> ) <br> ) <br> ) |

**ORDER**

This matter is before the Court regarding the proposed scheduling plans filed by the parties. The Court previously indicated it intends to schedule this case on Track 1 (Expedited). Because the parties could not agree on a joint scheduling plan after they met and conferred, both sides filed their respective proposed scheduling plan. Defendants argue Plaintiff's scheduling plan is too expedited and requests additional time to file its answer or assert counterclaims in its responsive pleading. The Court will allow Defendants seven days to file its answer and any counterclaims. The Court will reserve ruling on its Case Management Order until those are filed by Defendants.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants are given seven (7) days from the date of this Order to file its answer and assert any counterclaims in its responsive pleading.

Dated this 6th day of September, 2023.

                                                                **JOHN A. ROSS**
                                                                **UNITED STATES DISTRICT JUDGE**