# Exhibit A
## Agreed Locations

1. **Bottoms Up**, Saint Robert, Missouri 65584
2. **Break Time Bar & Grill**, Hazelwood, Missouri 63042
3. **Daugherty's Pub**, Richland, Missouri 65556
4. **East Office Bar & Grill**, Cuba, Missouri 65453
5. **Joe Mamma's**, Florissant, Missouri 63031
6. **Judy's Place**, Devils Elbow, Missouri 65457
7. **Leslie Depot**, Leslie, Missouri 63056
8. **Locker Room**, Rolla, Missouri 65401
9. **Meramec Valley**, Cuba, Missouri 65453
10. **Midwest Petroleum**, Cuba, Missouri 65453
11. **Rehab**, Saint Louis, Missouri 63110
12. **Sand Bar**, Washington, Missouri 63090
13. **Slinger's**, House Springs, Missouri 63501
14. **South 94 Bistro**, Saint Charles, Missouri 63303
15. **Tater Patch**, Rolla, Missouri
16. **The Hub Restaurant**, Saint Robert, Missouri 65584
17. **The Rose**, Cuba, Missouri 65453
18. **The Sand Trap Indoor Golf Club**, Park Hills, Missouri 63601
19. **The Tap On 66**, Saint Robert, Missouri 65584
20. **VFW - St Robert**, Saint Robert, Missouri 65584
21. **Whoa Nellie's Gravel Bar**, Waynesville, Missouri 65583
22. **Woody's Pub & Grill**, Osage Beach, Missouri 65065