IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TNT AMUSEMENTS, INC., d/b/a PLAY-MOR COIN-OP,<br><br>Plaintiff,<br><br>v.<br><br>TORCH ELECTRONICS, LLC, *et al.*,<br><br>Defendants. | Case No. 4:23-cv-00330-JAR |

**DEFENDANTS'** ***DAUBERT*** **MOTION TO EXCLUDE EXPERT
TESTIMONY AND OPINIONS OF STACY FRIEDMAN**

Defendants Torch Electronics, LLC, Steven Miltenberger, and Sondra Miltenberger respectfully move the Court to exclude the expert testimony and opinions of Stacy Friedman under Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993). In support of this Motion, Defendants respectfully incorporate their contemporaneously filed Memorandum in Support.

WHEREFORE, Defendants Torch Electronics, LLC, Steven Miltenberger, and Sondra Miltenberger respectively move the Court for an order excluding the expert testimony and opinions of Stacy Friedman, and granting any further relief to Defendants the Court deems just and equitable.

Dated: January 12, 2024

Respectfully submitted,

GRAVES GARRETT LLC,

By: /s/ J. Aaron Craig
    Todd P. Graves #41319 (MO)
    J. Aaron Craig #62041 (MO)
    Chandler E. Carr #68836 (MO)
    1100 Main Street, Suite 2700

Kansas City, MO 64105
Phone: (816) 256-3181
Fax: (816) 256-5958
tgraves@gravesgarrett.com
acraig@gravesgarrett.com
ccarr@gravesgarrett.com

**Attorneys for Defendants Torch Electronics, LLC, Steven Miltenberger, and Sondra Miltenberger**

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 12, 2024, I caused the foregoing was filed with the Court's electronic CM/ECF filing system, which automatically served counsel for Plaintiff TNT Amusements, Inc., d/b/a Play-Mor Coin-Op with a notice of filing the same.

                                                                    /s/ J. Aaron Craig
                                                       Attorney for Defendants Torch Electronics, LLC, Steven Miltenberger, and Sondra Miltenberger