# EXHIBIT I

**From:** "Jim Turntine" <jturntine@playmor.com>
**Sent:** Sunday, January 19, 2020 5:07 PM
**To:** "'Tom Cobb'" <tomcobb@acmemusic.us>
**Cc:** "'Casey Wasser'" <casey@swaingroup.biz>; "'Scott Swain'" <scott@swaingroup.biz>
**Subject:** RE: Weekly Update

Tom,

You're contradicting what I've said.

I'll try reinforcing my comments, stating it another way!    I'll use fish for this analogy.

I want to catch more illegal kinds of fish with a bigger "broader net"!   Not a narrower net that only catches one kind of fish…. i.e, gambling device.

Jim

**From:** Tom Cobb <tomcobb@acmemusic.us>
**Sent:** Sunday, January 19, 2020 11:05 AM
**To:** Jim Turntine <jturntine@playmor.com>
**Cc:** Casey Wasser <casey@swaingroup.biz>; Scott Swain <scott@swaingroup.biz>
**Subject:** Re: Weekly Update

Broad language is always a bad idea. Leave no room for interpretation.  Thanks.

Sent from my iPhone


On Jan 19, 2020, at 12:29 AM, Jim Turntine <jturntine@playmor.com> wrote:

After receiving your text and email replies to my texts and the email below, with my blood pressure back to normal and in light of this discovery of the failure of GC to address the illegal gambling issue in a broad and proper manner – as needed to actually solve the complete illegal gambling plague Missouri is in; I had the following revelations that I feel should be added to the language of last year to succeed in accomplishing our real goals for this change in law.

When I asked GC agent Nelson if they had made sure the Missouri e-Raffle problem was addressed he admitted they had not done anything to help on that.   As you know, Tom and I believe this is a stupid mistake if we kill one bad apple only to create a vacuum to be filled by another that is already here and known to be abusing the weakness of the current laws as it is.   Tom and I know the tricks of this trade as mush as anyone and we know there is nothing gained if we do not deal with them all.

Please see the ==highlighted words in yellow== below.   I am not strong on the use of proper punctuations and need help in placing proper punctuation so as to ensure the

**EXHIBIT 40**

words when read together do not conflict with each other or the obvious intent of the words.   Let me know your thoughts.   Please.
(5)  "Gambling device", any device, machine, paraphernalia 13 or equipment that: 14 (a)

"Is not approved by the Missouri gaming commission or 15 state lottery commission under the provisions of chapter 313; 16 (b) Contains a random number generator where prize payout 17 percentages are controlled or adjustable; 18 (c)  Is used in any scenario where coins or cash prizes are involved 19 or any scenario where a prize is converted to cash or monetary credit of any kind 20 related to the use of the gambling device; and"……. any electronic or non-electronic device used in an otherwise legal raffle or sweepstakes contest other than paper tickets and any electronic or non-electronic device where the outcome is predetermined by the device or any other control system the device may be connected to.

**I truly believe this language will kill the Missouri e-raffle machines, the Torch machines, coin pushers and all of the gray machines too; as long as someone will prosecute!**   Given our current plight of apathy and weakness in prosecuting, as I recall there is other language in this bill to cause the AG to get involved like never before…. so maybe that will cover this part of the problems.  But, if there is an idea to make it more certain for prosecutions to happen, at a level other than a county level, we should certainly consider urging that idea/language to be added too.

Leaving in the language that the GC offered specific to Torch does not hurt at all because it attacks the Torch machines independently which is fine - to make sure.   In my opinion and from all I have been told repeatedly by GC the "pre-determined outcome" language kills Torch anyway, but again who cares, let's get them both ways.  Broad language is better than narrow….

If you have any questions or if you have any ideas for changes or added words to help better achieve our goals please ask or share.

**Please let me know if this is possible to add too.**

Thank you,

Jim

---

**From:** Jim Turntine
**Sent:** Saturday, January 18, 2020 2:58 PM
**To:** Casey Wasser <casey@swaingroup.biz>; Tom Cobb <tomcobb@acmemusic.us>; Scott Swain <scott@swaingroup.biz>
**Subject:** RE: Weekly Update

Casey, Scott, Kathi,

IN reading the bill you sent with your weekly update, I do not see our language….

What happened to the language we helped write last year???

(5) "Gambling device", any device, machine, paraphernalia 13 or equipment that: 14 (a)

"Is not approved by the Missouri gaming commission or 15 state lottery commission under the provisions of chapter 313; 16 (b) Contains a random number generator where prize payout 17 percentages are controlled or adjustable; 18 (c) Is used in any scenario where cash prizes are involved 19 or any prize is converted to cash or monetary credit of any kind 20 related to the use of the gambling device; and"…….

I am gravely concerned and beyond upset if this has been dropped! Please let me know what I am missing and what we can do to ensure we actually get language to kill all of the illegal machines…. Not just Torch's.

Jim

**From:** Casey Wasser <casey@swaingroup.biz>
**Sent:** Saturday, January 18, 2020 5:22 AM
**To:** Jim Turntine <jturntine@playmor.com>; Tom Cobb <tomcobb@acmemusic.us>; Scott Swain <scott@swaingroup.biz>
**Subject:** Weekly Update

Attached is a quick review of the week. Also noted is Monday is a holiday and there will be no legislative session.