**Exhibit 2**

Excerpts of Personal Deposition of S. Miltenberger
December 15, 2023

Page 1

1            IN THE UNITED STATES DISTRICT COURT

2                EASTERN DISTRICT OF MISSOURI

3                     EASTERN DIVISION

4

5       TNT AMUSEMENTS, INC.,                    )

6                                                )

7          Plaintiff,                            )

8                                                ) Cause No.

9       vs.                                      ) 4:23-cv-330

10                                               ) JAR

11      TORCH ELECTRONICS, LLC, et al.,          )

12                                               )

13         Defendants.                           )

14

15            VIDEO DEPOSITION OF STEVEN MILTENBERGER

16               Taken on behalf of the Plaintiff

17                   December 15, 2023

18

19                 Sheryl A. Pautler, RPR,

20             MO-CCR 871, IL-CSR 084-004585

21

22

23           (The proceedings began at 9:21 a.m.)

24

25

Page 19

1  me -- tell me what your wife's role --

2       A.   That is correct.

3       Q.   -- prior -- prior to Torch Electronics.

4       A.   Prior to Torch Electronics, she was -- she

5  sold 31, which is a product that -- sells bags.  So

6  she did that.

7       Q.   Okay.  So when you started Torch

8  Electronics, I presume you -- well, what's the first

9  thing you did when you started Torch Electronics?

10 Did you open a bank account?  Did you file papers

11 with the secretary of state?  How'd you go about

12 starting the company?

13      A.   When we -- when I started Torch

14 Electronics, I had our attorney set up an LLC.

15      Q.   Okay.  When you set up the LLC, were you

16 the sole member of that LLC?

17      A.   That's correct.

18      Q.   Are you still the sole member today?

19      A.   I am the majority owner of Torch

20 Electronics.

21      Q.   Okay.

22      A.   I own 51 percent.

23      Q.   Okay.  Who owns the other 49 percent?

24      A.   The other 49 percent is set up in a trust.

25      Q.   Okay.  Is that a trust for the benefit of

Page 25

1  separate accounting of their revenues, profits,

2  costs, etc.?

3      A.   Yes.

4      Q.   Are there any cost-sharing relationships

5  or agreements between the two companies?

6      A.   No.

7      Q.   What title do you hold with Torch

8  Electronics, Missouri?

9      A.   The manager, president.

10      Q.   Okay.  What title do you hold with Torch

11  Electronics, Tennessee?

12      A.   The manager and president.

13      Q.   Okay.  Can you estimate how much of your

14  time is spent on work for Torch -- by your time, I

15  mean your work time.  How much of your time at work

16  is spent on work for Torch, Missouri versus Torch,

17  Tennessee?

18      A.   As a percentage?

19      Q.   Yes.  As of today.

20      A.   Torch Tennessee is, I would approximate it

21  at 10 to 20 percent.

22      Q.   Okay.  Is Torch, Tennessee a newer company

23  than Torch, Missouri?

24      A.   It is.

25      Q.   When was Torch Tennessee brought into

1        A.    Yes.

2        Q.    Is the other employee your wife, Sandra

3    Miltenberger?

4        A.    For Torch, Missouri, yes.

5        Q.    Okay.  I understand that the remainder of

6    individuals who work for Torch Electronics, Missouri

7    are independent contractors; is that correct?

8        A.    That is correct.

9        Q.    Are there any independent contractors who

10   work for Torch, Missouri who also work for Torch,

11   Tennessee?

12       A.    No.

13       Q.    Okay.  All right.  So let's talk then a

14   little bit about those independent contractors.  So

15   can you tell me what sort of job functions any

16   independent contractors employed -- let me say, I'm

17   going to leave Torch, Tennessee behind.  So from

18   here on out if I say Torch, I'm referring to Torch,

19   Missouri.  Is that understood?

20       A.    Yes.

21       Q.    Okay.  So in terms of Torch, Missouri,

22   obviously we discussed there's a number of

23   independent contractors that Torch, Missouri

24   employs.  Can you tell me generally what sorts of

25   roles those independent contractors carry out on

1      Q.    Okay.  Where is your warehouse located?

2      A.    It's in Chesterfield.

3      Q.    Chesterfield Valley, I think your wife

4   told me?

5      A.    That's correct.

6      Q.    And we said Banilla is located in North

7   Carolina.  Is that also the place from which they

8   would ship the devices to you?

9      A.    The majority of the devices that we

10  receive from Banilla come from Wisconsin.

11     Q.    Okay.  Do you know why that is?  Why --

12  why is Banilla operated in Wisconsin?

13     A.    Banilla -- I'm not sure.  Banilla has a

14  warehouse in Wisconsin.

15     Q.    Okay.  So you listed the independent

16  contractors that -- the types of independent

17  contractors that Torch employs -- doesn't employ,

18  but independently contracts with.  Roughly, how many

19  auditors does Torch have today?

20     A.    I believe Torch has over 50 auditors, from

21  what I know -- over 50.  I'm not sure of the exact

22  number.

23     Q.    That's good enough.

24     A.    Right.

25     Q.    How many people with the title

1    technicians -- technician -- excuse me -- does Torch

2    have, again roughly?  It doesn't need to be an exact

3    number.

4          A.    The independent contractors as

5    technicians, Torch has over 15.

6          Q.    All right.  We talked about installation

7    and pickup, but I don't have the impression that

8    there are individuals whose sole responsibilities

9    are those.  Are there other independent contractors

10   that we haven't mentioned among the group of

11   technicians and auditors?

12         A.    I mean, there are -- what do you mean by

13   "other"?  So there's --

14         Q.    Well, what I mean is that I understand

15   from what you told me a moment ago, there's roughly

16   more than 50 people who have the title auditor and

17   roughly more than 15 who have the title technician.

18   I'm asking if there any other job titles among your

19   independent contractors?

20         A.    With the independent contractors, we have

21   some who enter data.  So some who enter -- one who

22   enters information.  We have some who -- some who

23   are -- who work and help with those independent

24   contractors in certain -- certain areas.  They are

25   still technicians.  They're still auditors.  So

Page 44

1    they're still doing those roles.  So, yeah.

2         Q.   Okay.  Is there anybody among the

3    independent contractors who has a supervisor

4    responsibility over other independent contractors?

5         A.   Define "supervisory."  How would you

6    define that?

7         Q.   Well, does some -- is there any

8    independent contractor who reports to another

9    independent contractor?

10        A.   I don't know that they report directly.

11   They help -- their role is help facilitate those

12   independent contractors.

13        Q.   Okay.  So among those individuals that we

14   just mentioned, what generally are the

15   qualifications or background of the individuals that

16   you hire as -- as independent contractors who have

17   the title of auditor?

18        A.   As far as the qualifications that they

19   would have, I mean there are not -- I mean typically

20   with auditors and with techs, we -- you know, there

21   are -- you know, a lot of it comes through friends

22   of friends.  But initially, a lot of times, we look

23   for police officers and first responders to help

24   with the -- with the audits.

25        Q.   And when you say police officers and first

1  understood the agreement to be that you would make

2  with the amusement location owners.  Is it that you

3  would be leasing the game to them and putting it on

4  their premises?  Would it be that you would be

5  leasing space from the owner to place the game?

6  What understanding, if any, did you have as to

7  what -- what the relationship was between you and

8  the owners of any of these establishments?

9          MR. CRAIG:  Object to form.  Calls for a

10      legal conclusion.

11      Q.  (By Mr. Finneran)  You can answer.

12      A.  The understanding we had as far as the

13  placement of the games is a license agreement where

14  we were licensing the space from the location to

15  place our games.

16      Q.  Okay.  So you mentioned when you were

17  talking about the discussions you would have with

18  owners, that you would describe the games as being

19  No Chance Games.  I think I know what that term

20  means.  But can you explain to me how you would

21  explain that term to any -- any person you'd be

22  pitching to take the machines into their location?

23      A.  I mean, as far as the location is

24  concerned, the games and the way that they operated

25  as far as Missouri law is concerned, there were

1   three elements that -- that are involved;

2   consideration, chance and prize.  I would explain to

3   them that, you know, by removing one of those

4   elements, the game is -- is a -- by removing one of

5   those elements, the game complies with the law.

6                   The game operates, you know, as far

7   as the operation is concerned, it has a prize viewer

8   feature that allows for the player to see the prize

9   before any money is put into the game, as well as

10  any play after, the player is able to see that next

11  play.

12                  In addition to that, I would describe

13  the games as a -- also having a predetermined set of

14  events in a finite pool that would go through that

15  finite pool and that static script.  And then it

16  would repeat after that.  The script itself does not

17  shuffle.  There isn't a random number generator in

18  the machine.  And so when it is done with those --

19  that sequence of outcomes, it starts back over at

20  outcome number one.  That is how I describe the

21  games.

22       Q.   Would you ever receive questions from the

23  people that you were pitching as to whether the

24  machines were, in fact, legal devices?

25       A.   Would I receive questions from them during

Page 113

1    event not under his or her control or influence.

2                    That's what the footnote says.

3                    MR. FINNERAN:  Okay.  We will move on.

4                    I will hand you what I'm marking as STM 3.

5                    (Whereupon the reporter marked

6                    Exhibit 3 for identification.)

7                    THE WITNESS:  Thank you.

8        Q.   (By Mr. Finneran)  First, do you recognize

9    the language in this document?

10       A.   Yes.

11       Q.   Is this language that once appeared on the

12   Torch Electronics' website?

13       A.   I can't remember that.

14       Q.   Okay.  Well, I will ask you to assume that

15   it is, and proceed on that basis.

16                    Do you know who is the author of any

17   of the text that is on this document.

18       A.   I can't remember that.  Who -- I can't

19   remember who is the author.

20       Q.   Okay.  Did you have any hand in authoring

21   any of the text in this document?

22                    MR. CRAIG:  Object to form.

23       A.   I don't remember.

24       Q.   (By Mr. Finneran)  Okay.  So I think you

25   said you don't recall whether all of the text here

Page 114

1  was once on Torch's website.  Where else do you

2  recall seeing any of this text?

3       A.   I don't remember.

4       Q.   Okay.  If you look on the second page of

5  the document, do you see where it says about

6  Missouri's No Chance Game machines, NCGs?

7       A.   Yes.

8       Q.   Below that, do you see where it says:

9  Torch's No Chance Game machines are legal?

10       A.   Yes, I see that.

11       Q.   Below that, do you say -- see where it

12  says:  Torch's No Chance Game machines are

13  innovative non -- excuse me -- are an innovative,

14  non-gambling game machine?

15       A.   I see that, yes.

16       Q.   So I know you say you don't recall whether

17  all this text was on Torch's website.  Do you recall

18  if that language appeared at any time on Torch's

19  website?

20       A.   I don't remember that.

21       Q.   Do you recall these statements, that

22  Torch's No Chance Game machines are legal and that

23  Torch's No Chance Game machines are innovative

24  non-gambling game machines.

25            Do you recall those being statements

1    that appeared on any promotional or other materials

2    created by Torch?

3         A.   I don't remember.

4         Q.   Okay.  Did Robert Cantwell -- was that

5    Robert Cantwell?  Did Robert Cantwell have any role

6    in drafting any of the language that we see on STM

7    3?

8         A.   I don't remember that.

9         Q.   Did any other attorney to your knowledge

10   have any role in drafting any of the rest of the

11   language that appears on STM 3?

12        A.   I don't remember.

13        Q.   Okay.  If you look in -- to the third page

14   of the document, it says:  Torch has over 600 No

15   Chance Game machines placed throughout Missouri in

16   convenience stores, restaurants, bars, fraternal

17   organizations and other retail sites.  These

18   machines provide entertainment for thousands of

19   users and provide a meaningful alternative source of

20   income for both large and small businesses seeking

21   to diversify their revenue streams.

22             First, did I read that correctly?

23        A.   Yes.

24        Q.   That first sentence, that Torch has over

25   600 No Chance Game machines placed throughout

Page 116

1    Missouri in convenience stores, restaurants, bars,

2    fraternal organizations and other retail sites, is

3    that statement true today?

4         A.    Yes.

5         Q.    How many more devices than 600 does Torch

6    have throughout Missouri at such locations as of

7    today?

8         A.    I don't remember.

9         Q.    Does Torch have more than 1,000 such

10   devices today?

11        A.    Yes, I believe so.

12        Q.    Does Torch more -- have more than 2,000

13   such devices as of today?

14        A.    I'm not sure.

15        Q.    Okay.  It then says that these machines

16   provide entertainment for thousands of users.

17              Do you believe that on an annual

18   basis, more than 2,000 users play Torch's games as

19   of, let's say, the year 2022?

20        A.    I'm not sure.  I don't know.

21        Q.    Okay.  If you look down to the bottom, it

22   says:  No Chance Game machines support Missouri's

23   Veterans and the state's nonprofits.

24              It says:  Torch Electronics works

25   hard to support, promote and award Veteran's

Page 118

1   recognize the text in this document?

2        A.   I've seen the text before, yes.

3        Q.   Okay.  Do you recognize this to be text

4   that once appeared on the Torch Electronics website?

5        A.   I don't remember that.

6        Q.   Okay.  Well, I will make a couple

7   representations to you and let you disagree with me

8   if you don't think it's true.  But if you'll compare

9   this to STM 3 which you had a moment ago.

10        A.   Okay.

11        Q.   Just have them both in front of you.

12   Yeah, thank you.

13             I'll represent to you that the first

14   document, STM 3, reflects a -- how the Torch website

15   appeared as of early September 2022.  And the

16   second, Exhibit STM 4, represents how it appeared in

17   late September 2022.  Are you aware of any change

18   taking place to the Torch Electronics website in the

19   month of September 2022?

20        A.   I can't remember.

21        Q.   Do you recall changes being made to the

22   Torch website at any time?

23        A.   I don't remember.

24        Q.   Okay.  Do you recall ever giving an

25   instruction to -- well, let me ask this:  Who

Page 119

1   manages the Torch website on any continuous basis?

2       A.    The Torch website is managed by

3   Swizzlestick Studios.

4       Q.    Okay.  And are you able -- or when I say

5   you, are you Steven Miltenberger able to make

6   changes to the Torch website without Swizzlestick's

7   assistance?

8       A.    No.

9       Q.    Is your wife, Sandra, able to make changes

10  to the website without Swizzlestick's assistance?

11      A.    No.

12      Q.    Is any independent contractor of Torch

13  able to make changes to the website without

14  Swizzlestick's assistance?

15      A.    No.

16      Q.    Therefore, is it the case that in order

17  for the Torch website to be changed, Swizzlestick

18  would have to be involved in that process?

19      A.    That's correct.

20      Q.    Okay.  Do you recall at any point

21  providing an instruction to Swizzlestick to make

22  changes to the Torch website?

23      A.    I don't remember.

24      Q.    Okay.  So there were several

25  representations on the Torch website prior to

Page 120

1  September 2022 reflected in STM 3 that do not appear

2  in STM 4.  Do you recall any reason why you would

3  have believed that any statement should be removed

4  from the Torch website?

5          MR. CRAIG:  Object to form.

6      A.   I don't remember.

7      Q.  (By Mr. Finneran)  Do you recall ever

8  having a concern that any statements on the Torch

9  website were not accurate?

10     A.   I don't remember that.

11     Q.   When you say you don't remember, do you

12 mean that you are confident that you never had such

13 a concern or that you simply can't recall whether

14 you had such a concern?

15     A.   I am confident that I don't remember,

16 yeah.

17     Q.   Okay.  Fair enough.

18          Some of this may just be, as we

19 talked about before, setting up some questions that

20 may be asked to you in future dialogue when you've

21 had an opportunity to prepare with some of the --

22 with knowing some of the things we're looing for.

23 So I don't prejudice your failure of memory today,

24 but that's why I have to ask the questions.

25          MR. CRAIG:  When -- it's noon now.  I

1   those Torch devices -- hold on.  Strike that.

2            Okay.  So, yes.  For each of the

3   Torch devices, as I have defined that term, do you

4   agree that the device selects where to begin the

5   sequence through a random process.

6            MR. CRAIG:  Object to form.

7        A.   I don't believe there's anything random

8   about the game from my understanding.

9        Q.   (By Mr. Finneran)   How do you understand

10   that a Torch device selects where to begin producing

11   outcomes among the sequentially ordered outcomes in

12   that list or pool?

13            MR. CRAIG:   Object to form.

14        A.   I don't know that.

15        Q.   (By Mr. Finneran)  Okay.  Have you reviewed

16   expert reports produced by Nick Farley in the past?

17        A.   I have.

18        Q.   Have you familiarized with those --

19   familiarized yourself with those reports in the

20   course of your work at Torch?

21            MR. CRAIG:  Object to form.

22        A.   I have looked at the -- at the reports,

23   yes.

24        Q.   (By Mr. Finneran)  Okay.  When we talked a

25   moment ago about there being a list of predetermined

Page 168

1              We talked about how the devices have

2     programmed into them a -- it's a long phrase, but

3     predetermined list of sequentially ordered outcomes.

4     Is that correct?

5          A.    Each game has a, yes, set of predetermined

6     outcomes.

7          Q.    How is that list generated?

8          A.    I'm not sure.

9          Q.    Is it generated by Torch?

10         A.    No.

11         Q.    Is it generated by Banilla?

12         A.    I'm not sure.

13         Q.    Is it generated randomly by the device?

14              MR. CRAIG:   Object to form, calls for

15     expert testimony.

16         A.    Yeah, I don't know that.

17         Q.   (By Mr. Finneran)   Is it generated by the

18     device at all?

19              MR. CRAIG:   Object to form, calls for

20     expert testimony, asked and answered.

21         A.    I don't know.

22         Q.   (By Mr. Finneran)   Well, don't you have a

23     belief that it is -- that the device contains a

24     predetermined finite pool of sequentially ordered

25     outcomes and that the device does not thereby

Page 169

1    generate those outcomes?

2              MR. CRAIG:   Object to form.

3        A.    The device has a predetermined set of

4    outcomes, that's correct.

5        Q.   (By Mr. Finneran)   Okay.   But is it your

6    testimony you're unaware of how that predetermined

7    list is created?

8        A.    Correct.

9        Q.    If it turned out that that list was

10   generated through a randomized computer process,

11   would that change your view as to whether or not an

12   element of chance exists in the game?

13             MR. CRAIG:   Object to form, calls for

14        expert and legal testimony and opinion.

15        A.    I don't know.

16        Q.   (By Mr. Finneran)   Am I correct that

17   whether a player uses the prize viewer feature on a

18   Torch device or not, the next outcome of the game

19   will be the same?

20        A.    Whether the player chooses to look at the

21   outcome or not, that's correct, the outcome is the

22   same.

23        Q.    Have you submitted the Torch devices in

24   the past to testing?

25             MR. CRAIG:   Object to form.

1   and you'll remind me the name of the group I'm sure,

2   but that you've hired a lobbying group associated

3   with Steve Tilley to do lobbying for Torch in the

4   past.  Are there any other groups that you've hired

5   to do lobbying in the past?

6        A.   In the -- we have hired -- the company is

7   Palm Strategic, I think.  I can't remember exactly.

8        Q.   Okay.

9        A.   And another company is Atlas something.  I

10  can't remember the names.

11            MR. FINNERAN:  Okay.  Actually, I was

12       going to ask this question.  I think it will

13       fall outside of our agreement so I will not ask

14       the question.

15            MR. CRAIG:  I appreciate it.

16       Q.   (By Mr. Finneran)  With respect to the

17  activities that your various lobbyists have engaged

18  in, can you describe generally the kind of

19  activities that your lobbyists have performed on

20  Torch's behalf?

21       A.   I don't know that.

22       Q.   Okay.  To your knowledge, have Torch

23  lobbyists met with legislators in the State of

24  Missouri?

25       A.   From my understanding, yes.

Page 283

1      Q.    Okay.  I understand.

2      A.    So I don't know that.

3      Q.    And perhaps my questions weren't specific

4  enough.  Do you know if -- I'll make a more general

5  statement to help clarify.  Do you know if any

6  lobbyists for Torch have communicated with Missouri

7  legislators to advocate on behalf of Torch?

8      A.    Communicate meaning?

9      Q.    In any form?

10      A.    I know they have talked to them.

11      Q.    Okay.  Do you know if any lobbyists for

12  Torch have communicated with in any form or fashion

13  with the governor of the State of Missouri on behalf

14  of Torch?

15      A.    I don't know that.

16      Q.    Do you know if any Torch lobbyists have

17  communicated in any form or fashion with the

18  lieutenant governor of the State of Missouri on

19  behalf of Torch?

20      A.    I don't know for sure on behalf of Torch,

21  no.

22      Q.    Okay.  Is it fair to say that if I ask you

23  a similar question about other office holders in the

24  State of Missouri, you would not be able to answer

25  with confidence?