IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TNT AMUSEMENTS, INC., d/b/a PLAY-MOR COIN-OP, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 4:23-cv-00330-JAR |
| TORCH ELECTRONICS, LLC, STEVEN MILTENBERGER, and SONDRA MILTENBERGER | ) ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANTS' MOTION TO COMPEL**

Defendants Torch Electronics, LLC, Steven Miltenberger, and Sondra Miltenberger respectfully move the Court to issue an order (a) compelling TNT to promptly provide full detail on its document collection and review procedures and reserving Torch's right to compel TNT to fully comply with its document collection and production obligations pending consideration of those collection and review procedures and (b) compelling TNT to produce all documents that have been withheld on the basis of attorney-client privilege or the attorney work product doctrine relating to the subject matter of TNT's decision, basis, and strategies to sue Torch because such privileges have been waived. In support of this Motion, Defendants respectfully incorporate their contemporaneously filed Memorandum in Support here by reference.

WHEREFORE, Defendants Torch Electronics, LLC, Steven Miltenberger, and Sondra Miltenberger respectively move the Court for an order (a) compelling TNT to promptly provide full detail on its document collection and review procedures and reserving Torch's right to compel TNT to fully comply with its document collection and production obligations pending consideration of those collection and review procedures and (b) compelling TNT to produce all

documents that have been withheld on the basis of attorney-client privilege or the attorney work product doctrine relating to the subject matter of TNT's decision, basis, and strategies to sue Torch because such privileges have been waived. Defendants further respectfully requests any additional and further relief the Court deems just and proper.

Dated:  February 5, 2024                    Respectfully submitted,

                                              GRAVES GARRETT LLC,

                                              By:  */s/ J. Aaron Craig*
                                                    Todd P. Graves #41319 (MO)
                                                    J. Aaron Craig #62041 (MO)
                                                    1100 Main Street, Suite 2700
                                                    Kansas City, MO 64105
                                                    Phone: (816) 256-3181
                                                    Fax: (816) 256-5958
                                                    tgraves@gravesgarrett.com
                                                    acraig@gravesgarrett.com

                                              **Attorneys for Defendants Torch Electronics, LLC, Steven Miltenberger, and Sondra Miltenberger**

**CERTIFICATE OF CONFERENCE**

Pursuant to Federal Rule of Civil Procedure 37 and Local Rule 3.04, the undersigned counsel for Torch states that after previously bringing the matters raised herein to TNT's attention in emails and discussions, on January 31, 2024, he conferred by Zoom with two of TNT's attorneys, Richard Finneran and Mary Grace Warren, in good faith concerning these issues. After sincere efforts to resolve this dispute, including during that conference and in prior and subsequent email communications, the undersigned counsel and the aforementioned counsel for TNT have been unable to reach an accord.

Dated: February 5, 2024

*/s/ J. Aaron Craig*
J. Aaron Craig
Attorney for Defendants

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 5, 2024, I caused the foregoing was filed with the Court's electronic ECMF filing system, which automatically served counsel for Plaintiff TNT Amusements, Inc., d/b/a Play-Mor Coin-Op with a notice of filing the same.

                                                                */s/ J. Aaron Craig*
                                                         Attorneys for Defendants Torch
                                                         Electronics, LLC, Steven Miltenberger, and
                                                         Sondra Miltenberger