# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

TNT AMUSEMENTS, INC.,            )
d/b/a PLAY-MOR COIN-OP,          )
                                 )
    Plaintiff,                   )
                                 )
    v.                           )          Case No. 4:23CV330 JAR
                                 )
TORCH ELECTRONICS, LLC, *et al.,*  )
                                 )
    Defendants.                  )

## ORDER

Upon review of the record, the Court will set the pending motions to compel for a hearing on Thursday, February 22, 2024, at 4:00 P.M.

Accordingly,

**IT IS HEREBY ORDERED** that a hearing is scheduled in this matter for **Thursday, February 22, 2024, at 4:00 P.M.**

Dated this 12th day of February, 2024.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**