**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| TNT AMUSEMENTS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:23-cv-330-JAR ) |
| TORCH ELECTRONICS, LLC, et al., | ) ) |
| Defendants. | ) |

**JOINT MOTION TO CONTINUE HEARING DATE ON MOTIONS TO COMPEL**

Plaintiff TNT Amusements, Inc. ("TNT") and Defendants Torch Electronics LLC, Steven Miltenberger, and Sondra Miltenberger ("Defendants") (together with TNT, the "Parties"), by and through undersigned counsel, jointly move the Court to continue the hearing on the Parties' motions to compel from Thursday, February 22, 2024, to any date that is convenient for the Court between Monday, February 26, 2024 and Thursday, February 29, 2024. In further support, the Parties state as follows:

1. On February 12, 2022, the Court set a hearing on the motions to compel to be held on February 22, 2024. *See* Order (Doc. #130).

2. Counsel for Plaintiff is unable to attend a hearing on that date in that he will be out of town on previously arranged travel on February 22 and 23, 2024.

3. Plaintiff's counsel and Defendants' counsel have conferred, and all Parties consent to the relief requested herein.

WHEREFORE, and for the reasons stated above, the Parties hereby move the Court for an order rescheduling the hearing on the motions to compel to any date that is convenient for the Court no earlier than February 26, 2024 and no later than February 29, 2024.

Dated: February 13, 2024

Respectfully submitted,

| | |
|---|---|
| BRYAN CAVE LEIGHTON PAISNER LLP | GRAVES GARRETT LLC, |
| */s/ Richard E. Finneran* <br> RICHARD E. FINNERAN, #60768MO <br> MARY GRACE WARREN, #73147MO <br> 211 North Broadway, Suite 3600 <br> St. Louis, Missouri 63102 <br> Tel: (314) 259-2000 <br> Fax: (314) 259-2020 <br> *richard.finneran@bryancave.com* <br> *marygrace.warren@bryancave.com* | /s/ J. Aaron Craig <br> Todd P. Graves #41319 (MO) <br> J. Aaron Craig #62041 (MO) <br> 1100 Main Street, Suite 2700 <br> Kansas City, MO 64105 <br> Phone: (816) 256-3181 <br> Fax: (816) 256-5958 <br> tgraves@gravesgarrett.com <br> acraig@gravesgarrett.com |
| *Attorneys for TNT Amusements, Inc. d/b/a Play-Mor Coin-Op* | *Attorneys for Defendants Torch Electronics, LLC, Steven Miltenberger, and Sondra Miltenberger* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2024, a copy of the foregoing was served on all counsel of record by operation of the Court's electronic filing system.

                                                                                               */s/ Richard E. Finneran* <br>
                                                                                               RICHARD E. FINNERAN, #60768MO