**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

TNT AMUSEMENTS, INC., )
d/b/a PLAY-MOR COIN-OP, )
) 
    Plaintiff, )
)
    v. )    Case No. 4:23CV330 JAR
)
TORCH ELECTRONICS, LLC, *et al.,* )
)
    Defendants. )

## ORDER

This matter is before the Court after a hearing was held with all counsel on February 21, 2024, on the parties' pending motions to compel [ECF Nos. 118, 120 and 122].

As discussed at the hearing,

**IT IS HEREBY ORDERED** that Plaintiff is given until Friday, February 23, 2024, to reply to Defendant's response in opposition to compel the testimony of Nick Farley.

**IT IS FURTHER ORDERED** that Plaintiff is given until Friday, February 23, 2024, to provide the amount of time it will need to generate and disclose a privilege log as it relates to Defendant's Motion to Compel [ECF No. 122].

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Compel the continuation of Defendant's Corporate Representative Steven Miltenberger's 30(b)(6) deposition [ECF No. 120] is **GRANTED** with limitations to the scope and time allowed. The deposition continuation is limited to two (2) hours. The parties shall promptly meet and confer in good faith in an attempt to submit proposed language as it relates to the scope and topics of the deposition. The parties are given until Friday, February 23, 2024, to submit this proposed language.

Dated this 22nd day of February, 2024.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**