# Exhibit 1

TNT Amusements, Inc.'s
First Request for Inspection

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| TNT AMUSEMENTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:23-cv-330 JAR |
| | ) | |
| TORCH ELECTRONICS, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF TNT AMUSEMENTS, INC.'S FIRST REQUEST FOR INSPECTION**

Plaintiff TNT Amusements, Inc. ("TNT"), by and through counsel, and pursuant to Rule 34 of the Federal Rule of Civil Procedures, propounds the following requests for inspection to Defendants Torch Electronics, LLC; Steven Miltenberger; and Sondra Miltenberger.

As indicated in Defendants' initial disclosures, TNT hereby requests an inspection of an exemplar of each of the following devices described in Nick Farley's report dated November 6, 2023 (together, the "**Exemplar Devices**"):

1. No Chance Game Suite I Terminal version 2.3.0.23596;

2. No Chance Game Suite II Terminal version 3.2.0.19403;

3. No Chance Game Suite 3 Terminal version 3.4.0.1;

4. NCG Suite 4 Terminal version 4.2.1.31972; and

5. NCG Deluxe Terminal version 5.5.0.17.

The inspections of the **Exemplar Devices** shall be performed at 10:00am CST on December 14, 2023, or at such other reasonable time as the parties may jointly agree to, and shall continue on that date and thereafter until the inspection has been completed. The inspections of the **Exemplar Devices** shall occur at the officers of Bryan Cave Leighton Paisner LLP, 211 North Broadway, Suite

3600, St. Louis, Missouri 63102, or at another reasonable location within the St. Louis metropolitan area as the parties may jointly agree to.

During the inspection, up to four (4) attorneys for TNT, a corporate representative of TNT, a photographer, a videographer, and TNT's retained expert Stacy Friedman (together, the "**TNT Attendees**") shall be permitted to be present either in person or remotely by video or telephonic means, and the **TNT Attendees** shall be permitted to photograph and make video recordings of the **Exemplar Devices**, including but not limited to the exterior and interior components of each of the **Exemplar Devices** and both the user and operator interfaces for each of the **Exemplar Devices**.

The **TNT Attendees** shall be permitted to operate each of the **Exemplar Devices** in any manner, including in any manner that a player of the **Exemplar Devices** might operate them and any manner than an operator of the **Exemplar Devices** might operate them, including accessing the **Exemplar Devices**' interior, accessing the **Exemplar Devices**' administrative or operations modes, and inspecting or changing gaming configuration settings. Prior to the inspection, Torch shall have cloned the storage media from within each of the **Exemplar Devices** onto equivalent media and shall provide the same to counsel for TNT at the inspection, along with an affidavit verifying that the contents of each of the cloned media are identical to the storage media within the **Exemplar Devices**. Torch shall also provide a copy of the FileCheck v1.01 CRC32 program with instructions used by Mr. Farley to generate the "FileCheck Signatures" in the respective Appendix B of each of his reviews of the **Exemplar Devices**, as set forth in the analysis reports in Exhibits A through E of Nick Farley's letter dated November 6, 2023.

To the extent possible, the **Exemplar Devices** shall be configured in such a manner that the **TNT Attendees** will not have to insert any coins, bills, or other monies into any of the **Exemplar Devices** in order to carry out their operation, but in the event that the **Exemplar Devices** cannot be or have not been so configured, then any coins, bills, or other monies inserted into the **Exemplar**

**Devices** shall be returned to the **TNT Attendees** after the conclusion of the inspection (and the **TNT Attendees** will not claim and will return to counsel for the Defendants any "winnings" that might result from the operation of any of the **Exemplar Devices**).

Dated: December 1, 2023

                                                Respectfully submitted,

By: /s/ *Richard E. Finneran*
      **BRYAN CAVE LEIGHTON PAISNER LLP**
      Richard E. Finneran # 60768
      Mary Grace M. Warren # 73147
      211 North Broadway, Suite 3600
      St. Louis, MO 63102-2750
      Telephone: (314) 259-2000
      Fax: (314) 552-8592
      richard.finneran@bclplaw.com
      marygrace.warren@bclplaw.com

      *Attorneys for Plaintiff TNT Amusements, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 1st day of December, 2023, I caused to be served the foregoing requests for production of documents via electronic mail to Aarong Craig, Attorney for Defendants.

/s/ *Richard E. Finneran*