# Exhibit 3

Email Correspondence
Subject: Re Torch 30(b)(6) scheduling

| From: | Craig, Aaron <ACraig@gravesgarrett.com> |
|---|---|
| Sent: | Saturday, December 30, 2023 11:26 AM |
| To: | Richard Finneran |
| Subject: | Re: Torch 30(b)(6) scheduling |



Appreciate it. Same to you as well.

Get [Outlook for iOS](#)

---

**From:** Richard Finneran <Richard.Finneran@bclplaw.com>
**Sent:** Saturday, December 30, 2023 10:54:12 AM
**To:** Craig, Aaron <ACraig@gravesgarrett.com>
**Subject:** Re: Torch 30(b)(6) scheduling

My pleasure. Hope you're getting a little time to relax this weekend.

Partner
richard.finneran@bclplaw.com
T: +1 314 259 2080

On Dec 30, 2023, at 11:39 AM, Craig, Aaron <ACraig@gravesgarrett.com> wrote:

That would be great. Hopefully I can get answers before then and we can chat before that date, but I thank you for the agreement.

Get [Outlook for iOS](#)

---

**From:** Richard Finneran <Richard.Finneran@bclplaw.com>
**Sent:** Saturday, December 30, 2023 9:34:27 AM
**To:** Craig, Aaron <ACraig@gravesgarrett.com>
**Subject:** RE: Torch 30(b)(6) scheduling

Absolutely. How about January 5?



**RICHARD E. FINNERAN**
Partner
BRYAN CAVE LEIGHTON PAISNER LLP - St. Louis, MO USA
richard.finneran@bclplaw.com
T: +1 314 259 2080

**From:** Craig, Aaron <ACraig@gravesgarrett.com>
**Sent:** Saturday, December 30, 2023 9:15 AM
**To:** Richard Finneran <Richard.Finneran@bclplaw.com>
**Subject:** Re: Torch 30(b)(6) scheduling

This seems reasonable. I have forwarded the suggestion to the client, and I'll let you know when I hear back. Also, can I get a couple more days to respond to the notice for inspection? I'm trying to work with Farley to find a pathway forward that I think we can both live with based on our prior conversations, but he and his staff have been out of the office the last week, and it has been difficult.

-Aaron

Get Outlook for iOS

Aaron Craig
**Office:** (816) 256-3181 | **Direct:** (816) 285-3883



www.gravesgarrett.com
1100 Main Street, Suite 2700
Kansas City, MO 64105

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments. IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

**From:** Richard Finneran <Richard.Finneran@bclplaw.com>
**Sent:** Saturday, December 30, 2023 9:01 AM
**To:** Craig, Aaron <ACraig@gravesgarrett.com>
**Cc:** Jonathan Potts <Jonathan.Potts@bclplaw.com>; Mary Grace Warren <MaryGrace.Warren@bclplaw.com>
**Subject:** Torch 30(b)(6) scheduling

Aaron,

In light of the Court's order extending the discovery deadline through January 11, we'd like to see if it's workable for you and Mr. Miltenberger to push the Torch 30(b)(6) deposition back to January 8 (or January 9, if Banilla tells us that January 8 is the only date that works for it). Hopefully that is more convenient for you and Mr. Miltenberger as well, since we wouldn't have to interrupt his vacation and we could have some more time to resolve our objections and perhaps further narrow the topics of inquiry. It would also give you more time to gather the financial information we've requested, which I know you were trying your best to assemble before Tuesday. Still happy to do it virtually to save you a trip to St. Louis, unless you'd prefer we do it in person.

Let me know if you and Mr. Miltenberger have availability on January 8 (and/or 9), and then we can send an updated deposition notice if so. Also, if you are agreeable and would prefer to move our meet and confer on the deposition topics until Monday or Tuesday, we can cancel our call today if you like.

Thanks!



RICHARD E. FINNERAN
Partner
richard.finneran@bclplaw.com
T: +1 314 259 2080

BRYAN CAVE LEIGHTON PAISNER LLP
One Metropolitan Square, 211 North Broadway, Suite 3600, St. Louis, MO 63102

bclplaw.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

We may monitor and record electronic communications in accordance with applicable laws and regulations. Where appropriate we may also share certain

information you give us with our other offices (including in other countries) and select third parties. For further information (including details of your privacy rights and how to exercise them), see our updated Privacy Notice at www.bclplaw.com.

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

We may monitor and record electronic communications in accordance with applicable laws and regulations. Where appropriate we may also share certain information you give us with our other offices (including in other countries) and select third parties. For further information (including details of your privacy rights and how to exercise them), see our updated Privacy Notice at www.bclplaw.com.

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

We may monitor and record electronic communications in accordance with applicable laws and regulations. Where appropriate we may also share certain information you give us with our other offices (including in other countries) and select third parties. For further information (including details of your privacy rights and how to exercise them), see our updated Privacy Notice at www.bclplaw.com.