# Exhibit 4

Email Correspondence
Subject: RE TNT's Notice of Inspection

| From: | Richard Finneran |
|---|---|
| Sent: | Wednesday, January 10, 2024 10:54 AM |
| To: | Craig, Aaron |
| Cc: | Mary Grace Warren; Carr, Chandler; Jonathan Potts |
| Subject: | RE: TNT's Notice of Inspection |

Confirming that our understanding is the same, as reflected in your blockquoted paragraph below. See you soon.



**RICHARD E. FINNERAN**
Partner
BRYAN CAVE LEIGHTON PAISNER LLP - St. Louis, MO USA
richard.finneran@bclplaw.com
T: +1 314 259 2080

---

**From:** Craig, Aaron <ACraig@gravesgarrett.com>
**Sent:** Wednesday, January 10, 2024 10:02 AM
**To:** Richard Finneran <Richard.Finneran@bclplaw.com>
**Cc:** Mary Grace Warren <MaryGrace.Warren@bclplaw.com>; Carr, Chandler <CCarr@gravesgarrett.com>; Jonathan Potts <Jonathan.Potts@bclplaw.com>
**Subject:** RE: TNT's Notice of Inspection



Rich,

Thank you for the response here. Just so we are clear, please confirm that my understanding of this situation is correct:

> TNT is agreeing to conditionally withdraw its Notice of Inspection and does not expect Defendants to serve TNT with Defendants' objections or response to TNT's Notice of Inspection today or in the future with the understanding and agreement between yourself (on behalf of TNT) and myself (on behalf of Defendants) that Defendants have asked Nick Farley to make copies of the hard drives from the devices identified in his November 6, 2023 report and Defendants agree to produce those hard drive copies to TNT at the earliest

possible time (Defendants to provide you with a better ETA of when that will occur as soon as possible per the remainder of my email below) and the further understanding and agreement that TNT has and is preserving a right to seek to compel production of said hard drive copies by the motion to compel deadline (either by January 22, 2023 or a later date agreed upon by the parties and the Court).

If I've botched that somehow or you have suggestions for improvement, just let me know. Otherwise, please confirm the agreement on TNT's behalf and I think we are good to go.

I have followed up with Farley and requested he provide me with an ETA for completion of his work in securing the hard drive copies. When I have that information, I'll let you know the ETA. My hope would be that work can be completed by the end of next week, but I don't claim to know the steps required to complete this task and make the information useable on your end. If this can be done by buying off-the-shelf drives like I see at Costco and copying files from one drive to the next, that's one thing. If it requires some specialty drives specific to these types of machines or whatever, that would be another. I don't have clarity on that front, but I am doing what I can to push Farley to make it happen as soon as possible. As I mentioned in my last email, I'm not opposed to a reasonable extension of the motion to compel deadline, and this may be one of the items that factors into that equation. I should have more information by the time we talk next week.

Take care,

Aaron

**From:** Richard Finneran <Richard.Finneran@bclplaw.com>
**Sent:** Wednesday, January 10, 2024 8:20 AM
**To:** Craig, Aaron <ACraig@gravesgarrett.com>
**Cc:** Mary Grace Warren <MaryGrace.Warren@bclplaw.com>; Carr, Chandler <CCarr@gravesgarrett.com>; Jonathan Potts <Jonathan.Potts@bclplaw.com>
**Subject:** RE: TNT's Notice of Inspection

Aaron, assuming that we receive copies of the hard drives as you suggest below and are able to access them, we will not seek to enforce the inspection request. I assume you believe you will be able to get us copies sufficiently in advance of our deadline to file a motion to compel (which, as I noted in my prior email, I believe is 11 days after tomorrow). If not, please let me know and perhaps we can agree on an extension to file any motion to compel on that topic to give you adequate time to get us the drives.

Thanks!



RICHARD E. FINNERAN
Partner
BRYAN CAVE LEIGHTON PAISNER LLP - St. Louis, MO USA
richard.finneran@bclplaw.com
T: +1 314 259 2080

**From:** Craig, Aaron <ACraig@gravesgarrett.com>
**Sent:** Thursday, January 4, 2024 9:38 PM
**To:** Richard Finneran <Richard.Finneran@bclplaw.com>
**Cc:** Mary Grace Warren <MaryGrace.Warren@bclplaw.com>; Carr, Chandler <CCarr@gravesgarrett.com>
**Subject:** RE: TNT's Notice of Inspection

2

Thank you. I appreciate it.

---

**From:** Richard Finneran <Richard.Finneran@bclplaw.com>
**Sent:** Thursday, January 4, 2024 9:25 PM
**To:** Craig, Aaron <ACraig@gravesgarrett.com>
**Cc:** Mary Grace Warren <MaryGrace.Warren@bclplaw.com>; Carr, Chandler <CCarr@gravesgarrett.com>
**Subject:** Re: TNT's Notice of Inspection


Aaron, I believe the answer will be yes, but let me consult with my colleagues and my clients and I will get back to you tomorrow. In the meantime please consider yourself to have an extension at least through Monday to respond to the inspection request.

Thanks for your efforts at working to find a solution.

RICHARD E. FINNERAN
Partner
richard.finneran@bclplaw.com
T: +1 314 259 2080

On Jan 4, 2024, at 8:00 PM, Craig, Aaron <ACraig@gravesgarrett.com> wrote:


Hi Rich,

Per our prior conversations regarding TNT's Notice of Inspection, I now have authority from the client to provide TNT with a copy of the hard drives from the devices Farley identified in his report. As I mentioned last week (or over the weekend), Farley believes they still have their original drives in storage and they are working on securing those, purchasing the equipment/drives needed to allow them to duplicate them in a proper manner, and getting those either over to me or shipped to you directly. That work isn't done yet, but I have given the orders to start and complete the process as soon as possible.

With all that said and my word that I will press Farley to complete the process and get you those drives as soon as possible, will you please agree to withdraw TNT's Notice of Inspection (and save me the trouble of having to object to everything beyond what I'm offering, which I believe is everything you really wanted in the first place)?

-Aaron


Aaron Craig
**Office:** (816) 256-3181 | **Direct:** (816) 285-3883



www.gravesgarrett.com

1100 Main Street, Suite 2700
Kansas City, MO 64105

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments. IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not

intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

**From:** Craig, Aaron
**Sent:** Tuesday, January 2, 2024 10:58 AM
**To:** Richard Finneran <Richard.Finneran@bclplaw.com>
**Cc:** Mary Grace Warren <MaryGrace.Warren@bclplaw.com>; Carr, Chandler <CCarr@gravesgarrett.com>
**Subject:** FW: Letter to TNT Counsel (Torch CC'd) re 12.29 Deposition

Hi Rich,

I can make either day work.

Also, I would you have any objection to moving our deadline to respond to TNT's second set of roggs and rfps to Friday consistent with the Notice of Inspection?

Thanks,

Aaron

**From:** Faraci Sr., Stephen <SFaraci@whitefordlaw.com>
**Sent:** Tuesday, January 2, 2024 9:45 AM
**To:** Richard Finneran <Richard.Finneran@bclplaw.com>; Drewry, Robert N. <RDrewry@whitefordlaw.com>
**Cc:** Mary Grace Warren <MaryGrace.Warren@bclplaw.com>; Craig, Aaron <ACraig@gravesgarrett.com>
**Subject:** RE: Letter to TNT Counsel (Torch CC'd) re 12.29 Deposition

Richard:

We are available on 1/10 and 1/11. Please advise which of those works best for you and a start time.

Robert and I can make time Wednesday or Thursday to discuss our objections.

**From:** Richard Finneran <Richard.Finneran@bclplaw.com>
**Sent:** Saturday, December 30, 2023 9:44 AM
**To:** Drewry, Robert N. <RDrewry@whitefordlaw.com>
**Cc:** Faraci Sr., Stephen <SFaraci@whitefordlaw.com>; Mary Grace Warren <MaryGrace.Warren@bclplaw.com>; acraig@gravesgarrett.com
**Subject:** RE: Letter to TNT Counsel (Torch CC'd) re 12.29 Deposition


Robert,

Yesterday, the Court issued the enclosed order extending our discovery to permit a deposition of Banilla on or before January 11, 2024. Can you please confirm your availability between January 8 and January 11 for Banilla's corporate representative to sit for a such a deposition (virtually)? Mr. Craig and I will then identify a mutually agreeable date among the dates specified.

I am also happy to find a time to discuss your objections in your letter now that we have clarity that the deposition will be going forward. Please let me know when we might find time to do so next week.

Thanks very much, and hope you have a great weekend.



RICHARD E. FINNERAN
Partner
BRYAN CAVE LEIGHTON PAISNER LLP - St. Louis, MO USA
richard.finneran@bclplaw.com
T: +1 314 259 2080

**From:** Richard Finneran
**Sent:** Wednesday, December 27, 2023 8:27 AM
**To:** Drewry, Robert N. <RDrewry@whitefordlaw.com>
**Cc:** Faraci Sr., Stephen <SFaraci@whitefordlaw.com>; Mary Grace Warren <MaryGrace.Warren@bclplaw.com>; acraig@gravesgarrett.com
**Subject:** Re: Letter to TNT Counsel (Torch CC'd) re 12.29 Deposition

Thanks Robert. Hope you had a good holiday as well.



RICHARD E. FINNERAN
Partner
richard.finneran@bclplaw.com
T: +1 314 259 2080

BRYAN CAVE LEIGHTON PAISNER LLP
One Metropolitan Square, 211 North Broadway, Suite 3600, St. Louis, MO 63102

**bclplaw.com** [bclplaw.com]

**From:** Drewry, Robert N. <RDrewry@whitefordlaw.com>
**Sent:** Wednesday, December 27, 2023 8:25:58 AM
**To:** Richard Finneran
**Cc:** Faraci Sr., Stephen; Mary Grace Warren; acraig@gravesgarrett.com
**Subject:** Letter to TNT Counsel (Torch CC'd) re 12.29 Deposition

Richard,

Please find the attached correspondence. Hope you had a nice weekend.

Robert

<image001.png>

**Robert N. Drewry**| *Associate*
Two James Center | 1021 E. Cary Street, Suite 1700 | Richmond, VA | 23219
**t:** 804.977.3304 | **f:** 804.762.6865 | **m:** 434.841.7992
rdrewry@whitefordlaw.com | www.whitefordlaw.com

*Note our new URL whitefordlaw.com!*

*Future emails will come from @whitefordlaw.com*

<image002.jpg>

This transmission contains information from the law firm of Whiteford, Taylor & Preston LLP which may be confidential and/or privileged. The information is intended to be for the exclusive use of the planned recipient. If you are not the intended recipient, be advised that any disclosure, copying, distribution or other use of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately.

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

We may monitor and record electronic communications in accordance with applicable laws and regulations. Where appropriate we may also share certain information you give us with our other offices (including in other countries) and select third parties. For further information (including details of your privacy rights and how to exercise them), see our updated Privacy Notice at [www.bclplaw.com](http://www.bclplaw.com).

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

We may monitor and record electronic communications in accordance with applicable laws and regulations. Where appropriate we may also share certain information you give us with our other offices (including in other countries) and select third parties. For further information (including details of your privacy rights and how to exercise them), see our updated Privacy Notice at [www.bclplaw.com](http://www.bclplaw.com).

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

We may monitor and record electronic communications in accordance with applicable laws and regulations. Where appropriate we may also share certain information you give us with our other offices (including in other countries) and select third parties. For further information (including details of your privacy rights and how to exercise them), see our updated Privacy Notice at [www.bclplaw.com](http://www.bclplaw.com).