# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TNT AMUSEMENTS, INC., <br> d/b/a PLAY-MOR COIN-OP, <br><br> Plaintiff, <br><br> v. <br><br> TORCH ELECTRONICS, LLC, *et al.*, <br><br> Defendants. | Case No. 4:23CV330 JAR |

## ORDER

This matter is before the Court on Plaintiff's Unopposed Motion for Hearing [ECF No. 207]. The Court will grant the Motion and schedule a Telephone Status Conference Hearing on July 8, 2024 at 10:00 A.M.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Unopposed Motion for Hearing [ECF No. 207] is **GRANTED**, and a Telephone Status Conference Hearing is set for July 8, 2024, at 10:00 A.M. Counsel are directed to call the conference line toll free at 1-877-810-9415. The access code to enter the telephone conference is: 7519116.

**IT IS FURTHER ORDERED** that pretrial compliance and stipulation deadlines are deferred until further Order of the Court.

Dated this 2nd day of July, 2024.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE