IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| TNT AMUSEMENTS, INC., d/b/a PLAY-MOR COIN-OP,<br><br>    Plaintiff,<br><br>v.<br><br>TORCH ELECTRONICS, LLC, STEVEN MILTENBERGER, and SONDRA MILTENBERGER<br><br>    Defendants. | Case No. 4:23-cv-00330-JAR |

## NOTICE OF FIRM NAME CHANGE

Notice is hereby given that the undersigned counsel for defendants Torch Electronics, LLC, Steven Miltenberger, and Sondra Miltenberger ("Defendants") are now affiliated with the law firm of Graves Garrett Greim LLC. Further:

1. The undersigned counsel for Defendants were previously affiliated with the firm known as Graves Garrett LLC.

2. All contact information for the firm and for the undersigned remains the same.

Dated: July 26, 2024

Respectfully submitted,

GRAVES GARRETT GREIM LLC

By:  /s/ J. Aaron Craig
    Todd P. Graves #41319 (MO)
    J. Aaron Craig #62041 (MO)
    1100 Main Street, Suite 2700
    Kansas City, MO 64105
    Phone: (816) 256-3181
    Fax: (816) 256-5958
    tgraves@gravesgarrett.com
    acraig@gravesgarrett.com

**Attorneys for Defendants Torch Electronics, LLC, Steven Miltenberger, and Sondra Miltenberger**

Case: 4:23-cv-00330-JAR   Doc. #:  220   Filed: 07/26/24   Page: 2 of 3 PageID #: 13842

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 26, 2024, I caused the foregoing to be served on counsel for Plaintiff TNT Amusements, Inc., d/b/a Play-Mor Coin-Op via electronic mail.

                                                */s/ J. Aaron Craig*
                                              Attorney for Defendants Torch Electronics, LLC, Steven Miltenberger, and Sondra Miltenberger