**Exhibit G
Letter from K. Morse to
N. Farley dated July 25, 2023**



July 25, 2023

Nick Farley
Eclipse Compliance Testing
6401 Davis Industrial Pkwy.
Solon, OH  44139


Dear Mr. Farley,


As you know, we are the manufacturer of the no-chance gaming (NCG) devices distributed in Missouri by Torch Electronics. Specifically, Banilla has provided Torch with NCG suites 1-4 and various other versions of the NCG. We understand that you will soon testify in court concerning the operation of these games and that you have reached certain opinions regarding the games. Counsel for Torch has also provided us with an expert report from an expert retained by the Missouri Gaming Association which contains some misunderstandings about the operation of Banilla games.

Specifically, we have reviewed a portion of a report from Mr. Peter Nikiper wherein he writes:

> From a game design standpoint, the device utilizes randomness once when the pools are created and shuffled or randomized. After that point, the outcomes are drawn sequentially from the pool and presented to the player. BMM did find a mechanism where randomness is used when a new play amount is configured, the device uses a random number generated by the database software to pick a starting index to draw outcomes sequentially from. In addition, with a pull-tab device such as this, randomness from an RNG could be used to generate the entertaining display for a specific known outcome and is common in the gambling industry for pull-tabs and other games, however this process was not observed.
>
> From a player perspective, the game is still governed significantly by chance. The complete pool of outcomes is hidden from the player. A player playing continuously on a device can make note of the outcomes and build knowledge of the pool's structure; however, the player would need to play all the available outcomes in the pool. If a player were to do so, they would need to pay for each of the outcomes in the pool, which can consist of either 75,000 or 100,000 outcomes, and document each outcome. As BMM did, with this knowledge and a bit of math, a player would realize the return is less than the entire amount paid.

CONFIDENTIAL                                                                                                                                       Torch_023713

I think that you will agree that his assessment is incorrect in several ways.

First of all, as you know, the device does not utilize randomness to create pools. The pools of outcomes are created using intentionality to distribute the outcomes across possible game play. For example, a device that created the outcomes randomly might produce results where a long string of outcomes are the same (no prize or the same prize) whereas the pools for NCG games are created with a plan to distribute the outcomes intentionally. As you also know, the way in which we intentionally establish prize values, *and* the distribution of those values is part of the "secret sauce" that makes Banilla games so entertaining and popular with players.

Next, the statement that there is "...a mechanism where randomness is used when a new play amount is configured... to pick a starting index..." is extremely misleading. There are in fact 12 possible starting points on each play level of each game. The device does pick from one of those 12 starting points the very first time the game is played at each play level. This is simply to make sure that two brand new devices, sitting side by side, do not start at the same point in the finite pool. Please note that these 12 possible starting indices were specifically picked by game developers as appropriate points to start in the finite pool of prizes. But from then on—*for the life of the gaming device*—the outcomes move sequentially from outcome to outcome with no randomness at all. The player is presented with the *same exact pool of prizes, in the same order, as long as that game is in service.*

Interestingly, Mr. Nikiper writes that the device is a "pull tab device." As one of your areas of expertise concerns electronic pull tab devices and systems, you know this is just not true.

In all modern pull tab systems, the devices, or play terminals, do not determine any prizes or prize values at all. The virtual pools of pull tab tickets, or deals, reside on a server in a location. Those tickets are then drawn from the server as tickets are sold by each device. Before being offered for play, those deals of tickets, for each denomination, of each game, are required to be fully randomized by a random number generator that has been certified by a gaming lab such as yours.

When a particular deal of tickets is depleted, it is replaced by another deal that, while it contains the same number of tickets and same prize values, must be randomized to make sure that the order of tickets is 100% different than that in the just depleted deal. Deals are never reused. Additionally, since in a physical location, multiple play terminals all draw from the same finite deal of tickets, *a single player is never presented with the same order of prize results*, ever. Again, in the NCG, once each play level is activated, the player is always presented with the same prizes, in the same order, as long as they interact with the device.

I am absolutely certain that, in any jurisdiction in the United States, or Canada, or the world for that matter, you would never certify our NCG as a pull tab device.

Mr. Nikiper is correct about one thing. An RNG (Random Number Generator) could be used to generate the entertaining display used to reveal a particular prize outcome. It is common that, in "prize first" game systems, such as pull tab systems, the device picks randomly from a carefully selected set of manually created entertaining displays (the cartoon-like characters or icons appearing on the screen) to reveal the previously determined prize value. As you know, these entertaining displays determine nothing and have absolutely nothing to do with the predetermined prize outcome for each play of the game.

Finally, Mr. Nikiper concludes: "In summary, BMM believes the design of the game and how the game is played is predominantly a game of chance. It is at its core an electronic pull-tab device with a feature to see one (1) outcome ahead. The device does not appear to meet the requirements of any of the gambling regulatory entities in Missouri."

With the exception of the last sentence, that statement is simply incorrect. The game is not a game of chance. This game was specifically designed to remove the element of chance. On Torch's NCG devices, a player knows exactly what the outcome of the next play will be as a result of the prize viewer without inserting any money into the device. This is true on every play level of every game theme on that device. This means that on Torch's devices, the player can see up to 30 different upcoming prize outcomes without inserting any money into the machine. If they do choose to put money in the machine, they may get their money back if they do not like the next outcome or they may choose to pay money to watch the entertaining display of the device. Then they will have the same opportunity for another "play" of the machine.

As explained above, this device is not an electronic pull-tab machine. The NCG is not a game of chance and Mr. Nikiper is also correct in his assessment that the NCG is not regulated under Missouri law.

Thank you in advance for your cooperation and consideration.

Sincerely,

*Kevin Morse*

Kevin Morse