# Exhibit 54

Torch Electronics Website
About No Chance Gaming
September 19, 2022



MENU

## About No Chance Games

Torch's No Chance Games are the first of an entirely new entertainment concept; a game in which there is no element of chance.

Importantly, the player may view each and every outcome which may entitle them a prize before playing the game. They may simply touch the "Prize Viewer" button on the game console and view the result of the game before playing. As such, the player can decide if they want to play the game or not based on the pre-determined outcome.

© 2022 Torch Electronics
Terms and Conditions