# Exhibit 55

Defendants' Advertising Flyer



# NCG

In the No Chance Game, chance has absolutely no role in any possible outcome.
Each and every prize to be awarded is predetermined and placed in the list of prizes before the software is loaded into the machine.

## SLINGBLADE 19

Dimensions
Width: 19.5 inches
Height: 57 inches
Depth: 20 inches

573-230-2245
torchelectron@gmail.com







In the No Chance Game, chance has absolutely no role in any possible outcome.
Each and every prize to be awarded is predetermined and placed in the list of prizes before the software is loaded into the machine.





**SLINGBLADE19**

Dimensions
Width: 19.5 inches
Height: 57 inches
Depth: 20 inches

573-230-2245
torchelectron@gmail.com