# Exhibit 72

Page 147

1  make sure you didn't have any objections.
2           MR. FINNERAN:  Yeah, I have no
3  objections, no.
4       A    Just to -- to try to finish
5  explaining, that machine stayed with the Missouri
6  Gaming Commission for all of the years until a few
7  months ago as this proceeding began.  I requested
8  the machine back so that we could send it to our
9  independent expert.
10      Q    (BY MR. CRAIG)  Okay.  Do you
11 remember when you got that game, do you remember
12 the specific date you got that game back from the
13 Missouri Gaming Commission?
14      A    No, I don't remember the specific
15 date.  It was several months back.
16      Q    Did TNT technically own that game the
17 entire time from date of purchase until today?
18      A    I think technically, yes, because we
19 never -- we didn't give it to the Missouri Gaming
20 Commission.  They asked to borrow it for their
21 purposes, training purposes or whatever.
22      Q    So there was no qualms when you asked
23 for it back, Missouri Gaming Commission, I take it,
24 just said sure, come pick it up?
25      A    They did.

1    Q    There was no -- no concerns on behalf
2  of the Missouri Gaming Commission that were voiced
3  to you that, you know, you -- you can't legally
4  possess that device?
5    A    That's a great question.  I had that
6  concern.  So I instructed my staff that picked it
7  up to not bring the whole machine back.  They
8  brought back the cabinetry and they brought back
9  the machine without the -- I think we left the
10 computer board there in Jefferson City and got it
11 on a second trip so that we didn't have an active,
12 usable device in our possession.
13   Q    And then it sounds like at some point
14 that went to your expert; is that what you said?
15   A    Yes.  We eventually shipped the parts
16 that were necessary for him to test.  The computer
17 board and wiring harness were shipped to the
18 expert.
19   Q    And I -- I assume that's Stacy
20 Friedman based on what we've already seen in this
21 case; correct?
22   A    That is correct.
23   Q    And is it your understanding that
24 Stacy Friedman will be reassembling the machine so
25 that it is intact and available for use and