# Exhibit 73

| | |
|---|---|
| **From**: | Gregg Keller [gregg@atlasstrategygroup.com] |
| **Sent**: | 7/18/2019 11:26:51 PM |
| **To**: | Steven Miltenberger [torchelectron@gmail.com] |
| **CC**: | Tom Robbins [tr@thomasrobbinslaw.com]; Steven Tilley [steventilley71@gmail.com] |
| **Subject**: | Re: media inquiry |

Too short and doesn't respond to at least half his questions. Invites a full proctological.

Sent from my iPhone - please excuse typos and brevity

On Jul 18, 2019, at 6:04 PM, Steven Miltenberger <torchelectron@gmail.com> wrote:

Fyi.

Maybe this? Waiting for Tim.

Torch Electronics is a Missouri-based, family-owned small business. Torch operates No Chance Game Machines in Missouri, where they're enjoyed in chain and family-owned businesses, veteran and non-profit organizations. Torch's No-Chance Game Machines are entirely legal.


Thanks,
Steven Miltenberger
573-230-2245

Begin forwarded message:

**From:** Tim Sigmund <tsigmund@msblawfirm.com>
**Date:** July 18, 2019 at 4:38:07 PM CDT
**To:** Steven Miltenberger <torchelectron@gmail.com>
**Subject: RE: media inquiry**

If the team thinks it is a good idea, then perhaps a written statement is in order. However, I am not sure that I would refer to the Missouri Gaming Commission. I do not believe that they get to determine whether a game is a gambling device or not. Rather, the reference should simply be to Missouri law. We know that the MGC is saying that generally these games are illegal and that is what the press is hanging their hat on. I think Torch wants to keep its position that the MGC has nothing to say about Torch's games. Also, I do not think you should do an interview with this reporter.

Thanks,

*Timothy T. Sigmund*

**Sigmund Browning, LLC**
305 E. McCarty Street, Suite 300
Jefferson City, MO 65101
Telephone: (573)635-7699
Facsimile: (573)635-7425

This message is private or privileged. If this e mail has reached you in error, please notify us by return e mail so we can correct it, then delete the message. This e mail is not, nor shall it be deemed to be, legal advice or counsel, unless the recipient already has an attorney client relationship with the firm. This e mail does not create an attorney client relationship. If this communication concerns negotiation of a contract or agreement, UETA does not apply to this communication: contract formation in this matter shall occur only with manually affixed original signatures on original documents, unless agreed to otherwise. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you no longer want me to communicate with you

via e-mail, please contact me immediately. Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication, including any attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

<image001.png>

**From:** Steven Miltenberger <torchelectron@gmail.com>
**Sent:** Thursday, July 18, 2019 2:42 PM
**To:** Tim Sigmund <tsigmund@msblawfirm.com>
**Subject:** Fwd: media inquiry

Just checked my email and got this.
Let me know what you think.

Thanks,
Steven Miltenberger
573-230-2245

Begin forwarded message:

**From:** Thomas Robbins <tr@thomasrobbinslaw.com>
**Date:** July 18, 2019 at 2:20:01 PM CDT
**To:** Gregg Keller <gregg@atlasstrategygroup.com>
**Cc:** steven tilley <steventilley71@gmail.com>, Steven Miltenberger <torchelectron@gmail.com>
**Subject: Re: media inquiry**

I like it. Makes clear
1. no chance = not gambling = legal
2. Avoids committing to unnecessary policy positions.

Sent from my iPhone

On Jul 18, 2019, at 12:01 PM, Gregg Keller <gregg@atlasstrategygroup.com> wrote:

Erickson's questions and my draft response.


What is Torch's primary product?


Is Torch placing gaming machines in gas stations and other retail establishments throughout Missouri?


How many machines are currently in operation?

Does Torch work with a specific brand of gas stations, such as Phillips 66 franchises? If so, which ones?

If it isn't Torch, is there a distributor the company is working with to distribute these machines?

What is Steve Miltenberger's role in the company?

Does Torch support legislative proposals to begin a state-regulated, Illinois-style expansion of video gaming into bars, truck stops and fraternal organizations?

Is Torch planning to send representatives to the House interim committee on gaming meetings next month?

ON-THE-RECORD RESPONSE FROM TORCH ELECTRONICS SPOKESMAN GREGG KELLER:

"Torch Electronics is a Missouri-based, family-owned small business and Missouri's largest purveyor of No-Chance Game Machines. Torch operates hundreds of games across Missouri, where they're enjoyed in chain and family-owned convenience stores, VFWs, and Eagles. Torch's No-Chance Game Machines fall outside of the Missouri Gaming Commission's definition of 'games of chance' and are entirely legal. We're confident that as we continue to discuss our no-chance games with policy makers they'll come to agree with scores of local prosecutors and law enforcement officials that our No-Chance Game Machines fall outside the scope of the MGC."

Sent from my iPhone - please excuse typos and brevity

On Jul 18, 2019, at 11:34 AM, steven tilley <steventilley71@gmail.com> wrote:

I think it's time to make your case

Sent from my iPhone

On 18 Jul 2019, at 10:12 AM, Steven Miltenberger <torchelectron@gmail.com> wrote:

FYI.

Thanks,
Steven Miltenberger
573-230-2245

Begin forwarded message:

**From:** "Kurt Erickson (STL)" <KErickson@post-dispatch.com>
**Date:** July 18, 2019 at 9:32:07 AM CDT

**To:** "Torchelectron@gmail.com" <Torchelectron@gmail.com>
**Subject: media inquiry**

Good morning,

I am trying to get in touch with Steve Miltenberger for an interview about Torch Electronics.

Thank you,

Kurt Erickson
St. Louis Post-Dispatch
217-494-7664