# Exhibit 74

Page 1

1        IN THE CIRCUIT COURT OF COLE COUNTY, MISSOURI

2                CASE NO:  21AC-CC00044

3   TORCH ELECTRONICS, LLC, et al.,

4        Plaintiffs,

5   Vs.

6   THE MISSOURI DEPARTMENT OF PUBLIC SAFETY, et al.,

7        Defendants.

8   _____/

9

10  DEPOSITION OF CORPORATE DESIGNEES FOR THE MISSOURI

11  GAMING COMMISSION - JAMES HORROM, TIM MCGRAIL, CODY

12                    HANAVAN

13

14            VOLUME 1 (Pages 1 - 182)

15

16            Monday, July 10, 2023

17            12:54 p.m. - 4:39 p.m.

18

19                Stinson, LLP

20   230 West McCarty, Jefferson City, Missouri 65101

21

22          Stenographically Reported By:

23            Shelley Bartels, RPR, CCR

24

25  Job No.: 148979

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Corporate Designees for the Missouri Gaming Commission                    July 10, 2023

Page 2

1                            INDEX

2    EXAMINATIONS                                        PAGE

3         Direct Examination by Ms. Cossette            6

4         Cross-Examination by Mr. Pool               106

5         Cross-Examination by Mr. Ellinger           128

6         Certificate of Reporter                     178

7         Read Letter                                 179

8         Witness Signature                           180

9         Errata                                      181

10        Court Memo                                  182

11

12   EXHIBIT INSTRUCTIONS

13        Exhibits are attached to transcript.

14

15                          EXHIBITS

16                                                    PAGE

17   Exhibit MGC-1
          Notice of Deposition of Corporate Designee
18        for the Missouri Gaming Commission          7

19   Exhibit MGC-2
          Probable Cause Statement                    21
20
     Exhibit MGC-3
21        Letter from Ed Grewach                       30

22   Exhibit MGC-4
          Missouri Gaming Commission Device
23        Examination Report                           36

24   Exhibit MGC-5
          Device Examination Report                    49
25



Page 3

1                        EXHIBITS

2                                                        PAGE

3  Exhibit MGC-6
        Circular                                        64
4
   Exhibit MGC-7
5        Missouri State Highway Patrol Gambling
         Investigative Unit Power Point Printout        78
6
   Exhibit MGC-8
7        Letter from the Missouri Lottery               81

8  Exhibit MGC-9
         Email Chain and Attachment                     94
9
   Exhibit MGC-10
10       Screenshot                                      137

11  Exhibit MGC-11
         State of Missouri versus Defendant
12       Integrity Vending, LLC Court Documents         138

13  Exhibit MGC-12
         Expert Forensic Report, Review of No Chance
14       Game, NCG-2 Games Software                     141

15  Exhibit NF-5/CC
         Report by Nick Farley & Associates             135
16
17

18

19

20

21

22

23

24

25

LEXITAS

Case: 4:23-cv-00330-JAR    Doc. #: 245-28    Filed: 08/08/24    Page: 5 of 210 PageID
#: 21,727
Corporate Designees for the Missouri Gaming Commission          July 10, 2023
Page 4

```
 1                           APPEARANCES

 2    ON BEHALF OF PLAINTIFFS:

 3    Stinson LLP
      230 West McCarty Street
 4    Jefferson City, Missouri 65101
      573.636.6263
 5          MS. ALIXANDRA S. COSSETTE
            alix.cossette@stinson.com
 6          MS. GRETA M. BAX

 7     --  AND  --

 8    Sigmund & Browning, LLC
      305 East McCarty, Suite 300
 9    Jefferson City, Missouri 65101
      573.635.7699
10          BY:  MR. TIMOTHY T. SIGMUND
            tsigmund@msblawfirm.com
11

12    ON BEHALF OF DEFENDANT DEPARTMENT OF PUBLIC SAFETY:

13    Gibbs Pool & Turner
      3225 Emerald Lane, Suite 1
14    Jefferson City, Missouri 65109
      573.636.6541
15          BY:  MR. SCOTT R. POOL
            pool@gptlaw.net
16

17    ON BEHALF OF INTERVENOR MISSOURI GAMING ASSOCIATION:

18    Ellinger & Associates, LLC
      308 East High Street, Suite 300
19    Jefferson City, Missouri 65101
      573.750.4100
20          BY:  MR. MARC ELLINGER
            Mellinger@ellingerlaw.com
21          MS. STEPHANIE BELL
            Sbell@ellingerlaw.com
22

23

24

25
```

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Page 5

1                    APPEARANCES CONTINUED

2    ON BEHALF OF MISSOURI GAMING COMMISSION:

3    Missouri Gaming Commission
     3417 Knipp Drive
4    Jefferson City, Missouri 65109
     573.526.4080
5         BY:  MS. HEATHER RICHENBERGER
          heather.richenberger@mgc.dps.mo.gov
6         MS. NIKKI EVANS
          Nikki.evans@mgc.dps.mo.gov

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

888-893-3767            Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Page 6

1              Proceedings began at 12:54 p.m.:

2              COURT REPORTER:  Would you raise your

3      right hand please.

4              Do you solemnly swear the testimony

5      you're about to give will be the truth, the whole

6      truth, and nothing but the truth?

7              MR. HORROM:  Yes.

8              MR. MCGRAIL:  Yes.

9              MR. HANAVAN:  Yes.

10     Thereupon:

11         JAMES HORROM, TIM MCGRAIL, CODY HANAVAN

12     having been first duly sworn, were examined and

13     testified as follows:

14               DIRECT EXAMINATION

15              MS. COSSETTE:  Okay.  Good afternoon.

16     Hi, everyone.  My name is Alix Cossette.  I represent

17     the plaintiffs in this case.

18              Since there are three of you, you have

19     two of your counsel, I will apologize, I don't think

20     I probably have quite enough copies of everything for

21     everyone, so we'll just make it work here.  But I'm

22     going to mark as Exhibit MGC-1 as the notice of

23     deposition.  And I'm going to just hand that to you

24     all.

25              And you all can sort of figure out how

Page 7

1   you want to handle that.

2              (Exhibit MGC-1 was marked for

3   identification.)

4              MS. COSSETTE:  You know what, Greta, I'm

5   going to have to take your copy.

6              Okay.  Okay.  So since there are three

7   designees, I would like to go through the topics and

8   ask who is designated for each topic.

9              So the first topic on the notice is the

10  July 3rd, 2019 letter from the Missouri Gaming

11  Commission to the St. James VFW Post 5608 regarding

12  electronic devices.

13             MS. RICHENBERGER:  That would be Deputy

14  Director McGrail.

15             MS. COSSETTE:  Okay.  And can you state

16  your name for the record --

17             MR. MCGRAIL:  Sure.

18             MS. COSSETTE:  -- please.

19             MR. MCGRAIL:  It's Tim McGrail,

20  M-c-G-r-a-i-l.

21             MS. COSSETTE:  Okay.  Great.  Thank you

22  very much.

23             And so for topic number two is the

24  July 2nd Missouri Gaming Commission Device

25  Examination Report completed by Todd Nelson and Jim

Page 8

1  Horrom.

2          MS. RICHENBERGER:  And that would be

3  Mr. Horrom.

4          MS. COSSETTE:  Okay.  And can you please

5  state your name for the record.

6          MR. HORROM:  James Horrom, H-o-r-r-o-m.

7  And I also go by Jim.

8          MS. COSSETTE:  Great.  And then topic

9  three, Any examinations conducted by the Missouri

10  Gaming Commission of devices owned by Torch

11  Electronics, LLC.

12          MS. RICHENBERGER:  That would be

13  Mr. Horrom as well as Mr. Hanavan.

14          MS. COSSETTE:  And, Mr. Hanavan, can you

15  state your name for the record please.

16          MR. HANAVAN:  It's Cody Hanavan,

17  H-a-n-a-v-a-n.

18          MS. COSSETTE:  And for topic three,

19  Mr. Horrom, Mr. Hanavan, I'm going to pose a

20  question, and I think that I will try to direct it to

21  one of you, and if you don't believe that you can

22  answer it, you can look to your -- your co-designee

23  and see if they can answer it, if that makes sense.

24  And if it doesn't work, we'll try something else.  I

25  know it's -- I just want to make sure we're keeping

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 10 of 210
Corporate Designees for the Missouri Gaming Commission          July 10, 2023
PageID #: 21732

Page 9

1    our record straight.

2              And so for the fourth topic on MGC-1, Any

3    examinations conducted by the Missouri Gaming

4    Commission of devices with software created by

5    Banilla Games.  Who was designated for that?

6              MS. RICHENBERGER:  That'll be the same

7    designation, Mr. Hanavan and Mr. Horrom.

8              MS. COSSETTE:  Okay.  Great.  So I'm

9    going to -- I guess I'll go down the line.

10             Mr. McGrail, have you ever been deposed

11   before?

12             MR. MCGRAIL:  I have.

13             MS. COSSETTE:  Okay.  How many times

14   approximately?

15             MR. MCGRAIL:  Probably half a dozen.

16             MS. COSSETTE:  Okay.  And then,

17   Mr. Horrom?

18             MR. HORROM:  Once.

19             MS. COSSETTE:  Once.  And then,

20   Mr. Hanavan?

21             MR. HANAVAN:  Never have.

22             MS. COSSETTE:  Never.  Okay.  So just a

23   couple of quick things.  The court reporter here is

24   taking down everything you say, so if you can speak

25   out loud.  Don't nod your head, don't, you know,

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 11 of 210
Corporate Designees for the Missouri Gaming Commission          July 10, 2023
PageID #: 21735

Page 10

1    shake your head, that kind of thing.

2            If you don't understand a question, I'm

3    sure I'll ask you a bad question, will you let me

4    know if you don't understand it please.

5            And I think the last thing, just for the

6    room, we'll -- we've normally been taking a break

7    every hour.  If you need a break beforehand, let me

8    know; we'll happily take a break.  And if it's too

9    hot in here, it feels a little warm to me because

10   there's a lot of people, but I'm also sort of warm as

11   a general matter, so.

12           Okay.  Let's get started.  The first

13   thing I want to ask on the record though is

14   Mr. McGrail, Mr. Horrom, Mr. Hanavan, you all

15   understand that you are here to speak on behalf of

16   the Missouri Gaming Commission.  You can each just

17   answer yes or no.

18           MR. MCGRAIL:  Yes.

19           MR. HORROM:  Yes.

20           MR. HANAVAN:  Yes.

21           MS. COSSETTE:  Okay.  And that means that

22   you are to testify to things known or, you know,

23   should be known to the Gaming Commission.

24           MR. MCGRAIL:  Yes.

25           MR. HORROM:  Yes.

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 12 of 210
Corporate Designees for the Missouri Gaming Commission          July 10, 2023
PageID #: 21734

Page 11

1          MR. HANAVAN:  Yes.

2          MS. COSSETTE:  Okay.  And you all are

3    here subject to a subpoena.  Correct?

4          MR. MCGRAIL:  Yes.

5          MR. HORROM:  Yes.

6          MR. HANAVAN:  Yes.

7          MS. COSSETTE:  Okay.  Great.  Your

8    counsel was nice enough to give us a business records

9    affidavit, but I don't think we need to deal with

10   that on the record.

11         So I think I actually want to start with

12   topic three, so that's going to be Mr. Horrom,

13   Mr. Hanavan.  So, Mr. McGrail, you can hang out there

14   for a minute.

15         So we spoke -- we had a deposition this

16   morning of Captain Rogers from the Missouri State

17   Highway Patrol.  Mr. Horrom, Mr. Hanavan, do you know

18   Captain Rogers?

19         MR. HORROM:  No.

20         MR. HANAVAN:  No.

21         MS. COSSETTE:  Okay.  He told us that a

22   Sergeant Trammell with the Missouri State Highway

23   Patrol has seized Torch device machines, machines

24   owned by Torch.  Do either of you know about that?

25         MR. HORROM:  Yes.

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 13 of 210
Corporate Designees for the Missouri Gaming Commission          July 10, 2023
PageID #: 21735
Page 12

1          MR. HANAVAN:  Yes.

2          COURT REPORTER:  And, I'm sorry, but you

3     all will have to answer one at a time.

4          MS. COSSETTE:  One at a time, yeah, and I

5     apologize.

6          He testified that he believed that they

7     were seized from Greene County.

8          Mr. Horrom, do you know if that's true,

9     or do you agree that that's the case?

10          MR. HORROM:  I do not know.

11          MS. COSSETTE:  Okay.  Mr. Hanavan, do you

12     happen to know where they were seized from?

13          MR. HANAVAN:  I'm not positive either.

14          MS. COSSETTE:  Okay.  And that's fine.

15     Did either or both of you do an examination of those

16     machines?

17          MR. HORROM:  Not on the Greene County

18     ones, no.

19          MR. HANAVAN:  Do you know a city attached

20     to the Greene County?

21          MS. COSSETTE:  I don't unfortunately.

22     But it's mostly just a way of me asking if either or

23     both of you have ever done an examination on a

24     Torch-owned device.

25          MR. HORROM:  I have, yes.

1          MR. HANAVAN:  Yes.

2          MS. COSSETTE:  Okay.  And do you know

3  where those -- well, let's start with you,

4  Mr. Horrom.  Where do those devices or device come

5  from that you did the examination on?

6          MR. HORROM:  I've done three such

7  investigations.  One was in Branson, Missouri; one

8  was in -- out of St. Clair, Missouri; and one was out

9  of West Sullivan, Missouri.

10          MS. COSSETTE:  And Sullivan.  Okay.  And

11  how did you know those were Torch devices?

12          MR. HORROM:  The -- the -- I guess the

13  police agent that I worked with said that that's

14  where they come from, the company that owned them.

15          MS. COSSETTE:  And who was the police

16  officer or the highway patrol person who gave you

17  those?

18          MR. HORROM:  I do not recall their names.

19          MS. COSSETTE:  And do you --

20          MR. HORROM:  It was several years ago.

21          MS. COSSETTE:  Apologies.  And do you

22  know approximately when you might have looked at

23  those machines?

24          MR. HORROM:  The St. Clair games were

25  February of '21, Branson games were November of '19,

Case: 4:23-cv-00330-JAR    Doc. #: 245-28    Filed: 08/08/24    Page: 15 of 210
Corporate Designees for the Missouri Gaming Commission          July 10, 2023
PageID #: 21737

Page 14

1    and the West Sullivan were October of '20.

2              MS. COSSETTE:  And did you all produce

3    device examination reports for those machines?

4              MR. HORROM:  We did.

5              MS. COSSETTE:  Okay.  And can you tell me

6    for all the machines seized from all these three

7    locations, Branson, St. Clair, and West Sullivan, did

8    you find that they all operated similarly or the same

9    way?

10             MR. HORROM:  Yes.

11             MS. COSSETTE:  And can you tell me a

12   little bit about your conclusions about those

13   machines?

14             MR. HORROM:  I did not have any

15   conclusions.  I just did observations how they

16   worked, description of the games, what they looked

17   like.

18             MS. COSSETTE:  So how did they work?

19             MR. HORROM:  You inserted money.  Could

20   press a button on the button panel.  There would be

21   simulated reels on the video screen.  If it had a

22   winning combination, it would award you credits.  You

23   could then cash those out.  There was a button on the

24   screen that let you prereveal what that spin was

25   going to be, but only that spin.

Page 15

1            That's about all our report had.  We

2  entered the menus to see, you know, options of how

3  they were set up.  That's about it.

4            MS. COSSETTE:  So the prereveal button,

5  tell me a little bit about how you understand that

6  worked on the machines that you looked at.

7            MR. HORROM:  You just pressed the button

8  and it would show you on the screen what the current

9  spin outcome would be.

10            MS. COSSETTE:  The current spin outcome.

11  So say a little bit more about what that means.

12            MR. HORROM:  So the spin that -- if you

13  press that button, what that game -- how that game

14  would have an outcome out of.

15            MS. COSSETTE:  Okay.

16            MR. HORROM:  Whether a win or a loss.

17            MS. COSSETTE:  So if I'm going to play

18  the game and I put a dollar in, I hit the prereveal

19  button and it says I win two dollars, I play, I'm

20  going to win those two dollars?

21            MR. HORROM:  Correct.

22            MS. COSSETTE:  Okay.  And from your

23  observation or understanding, were the prereveals

24  correct?  If you put two -- if it said you were going

25  to win two dollars, you won two dollars?

 1          MR. HORROM:  All the games that I

 2   observed were all at zero.

 3          MS. COSSETTE:  All at zero.  What was all

 4   at zero?

 5          MR. HORROM:  The prereveal showed the

 6   outcome would be zero credits or dollars, whatever

 7   the currency was in.

 8          MS. COSSETTE:  So how many spins did

 9   you -- or how many game -- I guess sequential games

10   did you play?

11          MR. HORROM:  Handful, 10, 20 games.

12          MS. COSSETTE:  And what software was on

13   the Torch devices that you looked at or the machines?

14          MR. HORROM:  I couldn't tell you the

15   exact software that was on it.

16          MS. COSSETTE:  Okay.  And did you

17   understand how the outcomes were ordered on the Torch

18   device machines that you looked at?

19          MR. HORROM:  There was a help screen that

20   explained that, yes.

21          MS. COSSETTE:  And what did it say?

22          MR. HORROM:  It said that when the game

23   was loaded up, there was a finite number of outcomes

24   and the player would know what the next outcome would

25   be.

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 18 of 210
Corporate Designees for the Missouri Gaming Commission          July 10, 2023
PageID #: 21740

Page 17

 1          MS. COSSETTE:  And is your understanding

 2   or do you agree that the outcomes were in a

 3   particular order?

 4          MR. HORROM:  I don't know that.

 5          MS. COSSETTE:  Do you -- did you look to

 6   see if you could tell or go into the machine to see

 7   if you could understand how many outcomes there were?

 8          MR. HORROM:  I did not see any of that in

 9   there, no.

10          MS. COSSETTE:  So when you looked at

11   these machines, did you have any opinion or

12   understanding of whether or not these games were

13   unlawful or are unlawful?

14          MR. HORROM:  I don't have the ability to

15   tell that.

16          MS. COSSETTE:  So when you do device

17   examination, what is your -- let's go way back to the

18   beginning of generally what you do with a device

19   examination.  So you receive some sort of machine,

20   and I assume you do device examinations on all types

21   of gaming machines.  Correct?

22          MR. HORROM:  Correct.

23          MS. COSSETTE:  So what do you do when you

24   receive a device?

25          MR. HORROM:  I take some pictures.  I

LEXITAS

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 19 of 210
Corporate Designees for the Missouri Gaming Commission        July 10, 2023
PageID #: 21741

Page 18

1   play it a few times.  And then if it -- the internals

2   are accessible, I would open it up, check the option

3   screens, see how it was set up.  If the trooper or

4   agent I was working with wanted to know how much

5   money had ran through the game, there was meter

6   screens in there that I would give them those

7   monetary values.  Basically just observe how the game

8   played.

9            MS. COSSETTE:  So you observe how the

10  game plays.  And how you do write your report?

11           MR. HORROM:  It's basically just a

12  memo-type report with pictures in it.

13           MS. COSSETTE:  Do you consult with other

14  folks at the Gaming Commission to help write your

15  report?

16           MR. HORROM:  I would write a draft and

17  then they would review it.

18           MS. COSSETTE:  And you circulate it?

19           MR. HORROM:  Yes.

20           MS. COSSETTE:  And are you ever asked to

21  opine on the lawfulness of games in your reports?

22           MR. HORROM:  No.  I only put in my report

23  what I observe.

24           MS. COSSETTE:  And what is the purpose of

25  the reports?  How are they used?

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 20 of 210
Corporate Designees for the Missouri Gaming Commission          July 10, 2023
PageID #: 21742

Page 19

 1              MR. HORROM:  I am not sure.

 2              MS. COSSETTE:  Who do you give them to

 3    you when you are -- when you're done?  When you've

 4    produced a final report, where do they go?

 5              MR. HORROM:  Typically to my superiors

 6    and the trooper that is working the case.

 7              MS. COSSETTE:  And do you know what

 8    happens to them then?

 9              MR. HORROM:  No.

10              MS. COSSETTE:  Mr. McGrail, do you know

11    what happens to the device reports then?

12              MR. MCGRAIL:  I can speculate, but that

13    would be it.  So, I mean, once they provide them to

14    the troopers, then it's up to the troopers what they

15    utilize that information for.

16              MS. COSSETTE:  Okay.  So when you do a

17    device -- a device inspection report or an

18    examination, excuse me, you're doing it for a device

19    that you've received from law enforcement?

20              MR. HORROM:  Correct.

21              MS. COSSETTE:  Okay.  Is there ever a

22    situation in which you've received a device not from

23    a law enforcement officer?

24              MR. HORROM:  No.

25              MS. COSSETTE:  And your understanding is

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 21 of 210
Corporate Designees for the Missouri Gaming Commission            July 10, 2023
PageID #: 21745

Page 20

1   usually you're doing, or always doing these

2   examinations at the behest of law enforcement for

3   some sort of criminal prosecution?

4          MR. HORROM:  As far as I know, yes.

5          MS. COSSETTE:  Okay.  So you said that

6   you have done device examinations of Torch devices in

7   Branson, St. Clair, and West Sullivan.  Did you ever

8   do a device examination of a Torch device that was

9   provided to you by the Brookfield Police Department?

10          MR. HORROM:  I did not.

11          MS. COSSETTE:  Mr. Hanavan, did you do a

12   device examination for a Torch device from the

13   Brookfield Police Department?

14          MR. HANAVAN:  Yes.

15          MS. COSSETTE:  Okay.  Then I'm going to

16   talk to you for a little bit then.

17          Does that -- does this -- is this okay?

18   Let's go off the record for a minute.

19          (Off the record.)

20          MS. COSSETTE:  Let's go back on the

21   record.

22          Okay.  So right before we went off the

23   record we were talking a little bit about a Torch

24   device, Mr. Hanavan, that you said that you examined

25   that you received from the Brookfield Police

Corporate Designees for the Missouri Gaming Commission          July 10, 2023

Page 21

1    Department?

2            MR. HANAVAN:  Yes.

3            MS. COSSETTE:  Okay.  I'm going to mark

4    as Exhibit MGC-2 a probable cause statement that

5    discusses that case.

6            (Exhibit MGC-2 was marked for

7    identification.)

8            MS. COSSETTE:  Have you seen that

9    probable -- have you all -- have you seen that

10   probable cause statement before?

11           MR. HANAVAN:  No.  This is the first time

12   I'm seeing it.

13           MS. COSSETTE:  When you receive a machine

14   from law enforcement, do they usually tell you what

15   the case is going to be about?

16           MR. HANAVAN:  We have never received a

17   machine.  We will be asked to go to a location to

18   evaluate them.  In this case it was the police

19   department in Brookfield where we evaluated the

20   machine.

21           MS. COSSETTE:  That's a good

22   clarification.  So you get a phone call from law

23   enforcement.  They say, We've seized a machine, we

24   have a machine, can you come here and look at it?

25           MR. HANAVAN:  Yes.

LEXITAS

Case: 4:23-cv-00330-JAR    Doc. #: 245-28    Filed: 08/08/24    Page: 23 of 210
Corporate Designees for the Missouri Gaming Commission          July 10, 2023
PageID #: 21745

Page 22

1          MS. COSSETTE:  And so when you go to talk

2   to, in this case, the Brookfield Police Department,

3   do they tell you anything about why they seized it,

4   how they seized it, or you're just there to look at

5   the machines?

6          MR. HANAVAN:  Just look at the machine.

7          MS. COSSETTE:  Okay.  So when you went to

8   look at the machine or machines in Brookfield, how

9   many machines did you look at, do you remember?

10          MR. HANAVAN:  There were at least ten

11   machines that were of this type that we looked at.

12          MS. COSSETTE:  And this type you mean?

13          MR. HANAVAN:  The Torch machines.

14          MS. COSSETTE:  And how could you tell

15   they were Torch machines?

16          MR. HANAVAN:  Well, in this case the

17   department had indicated that Torch was the

18   distributor.

19          MS. COSSETTE:  The Brookfield Police

20   Department --

21          MR. HANAVAN:  Yes.

22          MS. COSSETTE:  -- indicated that?

23          MR. HANAVAN:  Yes.

24          MS. COSSETTE:  Okay.  And they didn't

25   tell -- did they tell you anything else?

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 24 of 210
Corporate Designee for the Missouri Gaming Commission          July 10, 2023
PageID #: 21746

Page 23

 1                MR. HANAVAN:  No.

 2                MS. COSSETTE:  Okay.  And what is your

 3      understanding about how, after looking at these

 4      machines, how they work?

 5                MR. HANAVAN:  These -- just put money in

 6      them.  You can select your wager.  You can pick a

 7      denomination.  Place your wager.  Spin some reels in

 8      an entertaining fashion and you get an outcome,

 9      winner or loser.  You can cash out, print a ticket.

10                MS. COSSETTE:  Okay.  So what do you mean

11      by entertaining fashion?

12                MR. HANAVAN:  It's a -- just there's

13      symbols and things of that nature that are used to, I

14      guess, entice the player.

15                MS. COSSETTE:  And when the player plays

16      and there's the entertaining, as you said,

17      entertaining fashion, does the player have any impact

18      on the outcome of the game?

19                MR. HANAVAN:  No.

20                MS. COSSETTE:  Why?

21                MR. HANAVAN:  The outcomes are determined

22      ahead of time by the finite list that's described in

23      the help screens.

24                MS. COSSETTE:  Okay.  And the finite

25      list, do you have an understanding of how many

Corporate Designees for the Missouri Gaming Commission          July 10, 2023

Page 24

1    outcomes there might be on that finite list?

2              MR. HANAVAN:  Yes.  But from a

3    third-party report that I can't validate.

4              MS. COSSETTE:  Okay.  Did you read that

5    report before or after you looked at the machines?

6              MR. HANAVAN:  Oh, I can't say for sure on

7    this, yeah.

8              MS. COSSETTE:  Okay.  Do you have an

9    understanding of or remember who completed that

10   report?

11             MR. HANAVAN:  It was Mr. Foley.  He's

12   a -- I couldn't tell you his first name.  He's a,

13   like a consultant on slot machine related things.

14             MS. COSSETTE:  Okay.  Could it be Nick

15   Farley?

16             MR. HANAVAN:  Oh, Farley, yes.

17             MS. COSSETTE:  Okay.

18             MR. HANAVAN:  Nick Farley, yes.  Thinking

19   of Travis Foley.  Yeah, sorry.

20             MS. COSSETTE:  That's okay.  And you've

21   read his report on how the machines work?

22             MR. HANAVAN:  Yes.

23             MS. COSSETTE:  Okay.  And from your

24   examination of the game though, you -- did you have

25   an understanding of the ordering of the outcomes?

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Page 25

1          MR. HANAVAN:  I understand that there is

2    an order of the -- yeah.  They're in a list format.

3          MS. COSSETTE:  And if you get through,

4    say -- let's use easy math.  There's a -- or easy

5    numbers.  There's a hundred outcomes.  You start

6    at 1, you get to 100.  Do you have an understanding

7    of what happens when you get to the last outcome?

8          MR. HANAVAN:  You start over.

9          MS. COSSETTE:  You start over at?

10          MR. HANAVAN:  One.

11          MS. COSSETTE:  One.

12          MR. HANAVAN:  Yes.

13          MS. COSSETTE:  And they just keep

14    circling and circling?

15          MR. HANAVAN:  Yes.

16          MS. COSSETTE:  So I think we have

17    attorneys from the Missouri Gaming Association and

18    they had an expert, Peter Nikiper, who said that the

19    outcomes are always an N plus 1.  Is that sort of

20    your understanding of how the outcomes operate?

21          MR. HANAVAN:  I'm not sure.

22          MS. COSSETTE:  Okay.  That's fine.  Okay.

23    And did you form any understanding of the lawfulness

24    of the games that -- or the machines that you looked

25    at?

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 27 of 210
PageID #: 21749
Corporate Designees for the Missouri Gaming Commission          July 10, 2023

Page 26

1          MR. HANAVAN:  No.

2          MS. RICHENBERGER:  Counsel, I'd just

3   indicate that that's asking for a legal conclusion

4   and I would object.

5          MS. COSSETTE:  Okay.  You can answer.

6          MR. HANAVAN:  No.

7          MS. COSSETTE:  Okay.  And so when you do

8   reports, where do your reports go?

9          MR. HANAVAN:  Once -- when I complete a

10  report, it goes to our -- our senior staff, our -- my

11  supervisor and the person above them to review.  And

12  then once I finalize the report, I send it to the

13  police department, the requesting police department.

14         MS. COSSETTE:  Okay.  And are you ever

15  called to testify about your reports?

16         MR. HANAVAN:  Yes.

17         MS. COSSETTE:  Did you testify about your

18  report in the lawsuit that's listed on the probable

19  cause statement?

20         MR. HANAVAN:  Yes.

21         MS. COSSETTE:  And what did you testify

22  about?

23         MR. HANAVAN:  Just the contents of my

24  report.

25         MS. COSSETTE:  Which is how the games

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Corporate Designees for the Missouri Gaming Commission          July 10, 2023

Page 27

1    operate?

2              MR. HANAVAN:  Yes.

3              MS. COSSETTE:  Okay.  And can you give me

4    just sort of a high-level summary of what that

5    testimony looked like or was like?

6              MR. HANAVAN:  Just general questions

7    about the contents of the report and my understanding

8    of the operation of the game, which, you know, is

9    limited -- our examinations are limited to just an

10   outside-in perspective, you know, as a player would

11   see the game and then the privileged menus that we do

12   access, if we can access.  But the questioning was

13   just in line with the contents of the report.

14             MS. COSSETTE:  So you just said that you

15   look at it from how a player plays?

16             MR. HANAVAN:  Correct.

17             MS. COSSETTE:  Why is that how you

18   examine the games?

19             MR. HANAVAN:  It's simple.  It's the

20   easiest way to look at the functionality of the

21   device.  You can -- when we play slot machines in a

22   casino, it's the same type of process.  You're

23   looking at how the games play, how they operate.

24             MS. COSSETTE:  So I'm going to ask you

25   this question; you may not be the appropriate person

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Corporate Designees for the Missouri Gaming Commission          July 10, 2023

Page 28

1    to answer it, but part of what this case is about,

2    part of the debate here is from what perspective do

3    we understand how the games operate.  In other words,

4    is chance from the player's perspective or from how

5    the machine operates?  Do you have an answer for

6    that, or should I ask somebody else?

7              MS. RICHENBERGER:  Counsel, I mean, are

8    you ask -- I don't -- I'm not sure -- if he has that

9    information or that knowledge, I'm happy for him to

10   testify to.  It sounds to me like it's requesting a

11   legal conclusion of which --

12             MS. COSSETTE:  Well, I think what I'm

13   trying to understand is what is the Gaming

14   Commission's perspective on how we should look at

15   games.  Do we look at them from a player's

16   perspective, because we heard testimony right now

17   that you do examinations from a player's perspective.

18   But overall, when the Gaming Commission thinks about

19   whether -- you know, how a game works, what a game

20   does, is it from a player's perspective or is it from

21   the functionality of the internal software of the

22   game.

23             MS. RICHENBERGER:  To the extent that

24   Mr. Hanavan actually knows that answer, I'm happy for

25   him to answer.  But it sounds to me like that is

Corporate Designees for the Missouri Gaming Commission          July 10, 2023

Page 29

1    something he wouldn't have knowledge about.  But

2    again, it sounds like a speculation request.

3              MS. COSSETTE:  If you know.

4              MR. HANAVAN:  I don't think I can answer

5    that question.  I mean, chance is subjective.

6              MS. COSSETTE:  Okay.  I may also just

7    pose the same question to you, Mr. McGrail --

8              MR. MCGRAIL:  Yeah.

9              MS. COSSETTE:  -- since you're also here

10   and you may have a little bit more of an

11   understanding of the overall position of the Gaming

12   Commission.

13             MR. McGRAIL:  I do, but when we get down

14   to the detail as far as devices and how they operate

15   and function, again, that's not my specialty; it's

16   more handling the operation of the agency.  And we

17   rely on the EGD specialists are our specialists to

18   make those determinations as far as electronic gaming

19   devices.

20             MS. COSSETTE:  Okay.  So does the Gaming

21   Commission, the Commission, the actual commissioners,

22   do you ever put -- is there ever a game put in front

23   of them and there's a vote taken on whether they

24   believe the game is lawful or not?

25             MR. McGRAIL:  I'd have to answer that as

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 31 of 210
Corporate Designees for the Missouri Gaming Commission          July 10, 2023
PageID #: 21733

Page 30

1    a no.  Yeah, no.

2              MS. COSSETTE:  Okay.  So -- good.  Okay.

3    That's going to get me to where I need to be with

4    this next exhibit.  So this is going to be MGC-3, and

5    I think this is part of the reason why we are here

6    today.

7              (Exhibit MGC-3 was marked for

8    identification.)

9              MS. COSSETTE:  This is a letter from Ed

10   Grewach, who I believe is no longer at the Gaming

11   Commission -- because I think you have his spot now.

12             MS. RICHENBERGER:  That is correct.

13             MS. COSSETTE:  To a VFW post.  And so

14   remind me, who is the person that I should talk to

15   about this?

16             MS. RICHENBERGER:  Deputy Director

17   McGrail.

18             MS. COSSETTE:  Okay.  All right,

19   Mr. McGrail.  Let me just get to my document.  Have

20   you seen this letter before?

21             MR. McGRAIL:  I have.

22             MS. COSSETTE:  Okay.  And can you tell me

23   a little bit about how this letter came about, if you

24   know.

25             MR. MCGRAIL:  Understanding is that

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Case: 4:23-cv-00330-JAR    Doc. #: 245-28    Filed: 08/08/24    Page: 32 of 210
Corporate Designees for the Missouri Gaming Commission    July 10, 2023
PageID #: 21734

Page 31

1  Mr. Howard had sent an email to Ed Grewach asking if

2  certain machines that he had seen in other locations,

3  would his VFW post be able to place these machines in

4  their VFW post and be able to utilize those or have

5  them operating legally within there.  So this is the

6  outcome of -- from Mr. Grewach based on the

7  information from a report prepared by Todd Nelson and

8  Jim Horrom.  And then he finalized all the additional

9  information as far as referencing case law in other

10  jurisdictions.

11         MS. COSSETTE:  I think we'll probably

12  look at that report in a little while and talk to

13  Mr. Horrom about it, but I wanted to spend a little

14  time going through this letter.  Was this letter ever

15  presented to the commissioners?  I guess at the time

16  the commissioners were listed here -- are listed on

17  the side here of the letter.  Was this letter ever

18  presented to the commissioners?

19         MR. MCGRAIL:  I do not believe so.

20         MS. COSSETTE:  And I think we talked a

21  little bit earlier.  The commissioners generally are

22  not taking votes on positions on gaming devices?

23         MR. MCGRAIL:  No.

24         MS. COSSETTE:  So what does the

25  Commission -- I mean, tell me a little bit about what

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com
LEXITAS

 1    the Commission does.

 2                    MR. MCGRAIL:  Okay.  So we regulate legal

 3    gambling in the state of Missouri.  That applies to

 4    the casinos, riverboats that were established, as

 5    well as charitable games being bingo, and then added

 6    on in 2016 fantasy sports.  So those are the three

 7    primary areas that we regulate as far as

 8    establishing by, partly by statute that's already out

 9    there in 313; rules, regulations that are established

10    by us; and then if you want to say a mix, minimum

11    internal controls by the casinos as far as how

12    they're going to comply with the rules and

13    regulations.

14                    MS. COSSETTE:  And when -- what do the

15    commissioners do?  What's the Commission's role in

16    terms of when they have a meeting?  What are they

17    usually doing at the meetings?

18                    MR. MCGRAIL:  So I'll apply them similar

19    to in a court proceeding as far as appeals court.

20    They hear cases presented before them, cases relating

21    to licensing, either new companies coming forward,

22    being either what we call Class A which is the parent

23    companies; Class B being the casinos, which right now

24    they're maxed out on those; suppliers; as well as

25    what we have classified as key business entities, key

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 34 of 210
Corporate Designees for the Missouri Gaming Commission          July 10, 2023
PageID #: 21750

Page 33

1    persons and licensees.  So they'll many times be

2    presented for either new licensees or renewal of

3    licenses.

4            They also are presented before them as

5    far as any disciplinary action, most of the time

6    impacting either the Class A, being the parent

7    company, the Class B, the casino, or suppliers.

8    That's the majority of the brunt of their

9    responsibility.

10           They also do the preliminary and final

11   approval of any rules and regulations that are

12   revised or added at a later date.

13           MS. COSSETTE:  And you said they're like

14   an appeals court.  So what sort of enforcement

15   authority does the Gaming Commission have?

16           MR. MCGRAIL:  It's listed as far as in

17   the statute in the 313, mostly in 313.004, but then

18   from 313.800 to 313.850.

19           MS. COSSETTE:  Has the Gaming Commission

20   or have the commissioners ever heard any sort of

21   enforcement action against Torch?

22           MR. MCGRAIL:  No.  Because we don't

23   regulate -- they don't fall under our purview.

24           MS. COSSETTE:  So you would only -- okay.

25   That makes sense.  So looking at this letter a little

Case: 4:23-cv-00330-JAR  Doc. #: 245-28  Filed: 08/08/24  Page: 35 of 210
Corporate Designees for the Missouri Gaming Commission      July 10, 2023
PageID #: 21757

Page 34

1    bit, I'm interested in some language in the third

2    paragraph down.

3            MR. MCGRAIL:  Okay.

4            MS. COSSETTE:  Where it says here, the

5    second -- the second line, Playing phases of gambling

6    activities.

7            What does that phrase mean?

8            MR. MCGRAIL:  I don't have the answer for

9    that, I'm sorry.

10           MS. COSSETTE:  Okay.  So that's not a

11   phrase that is commonly used?

12           MR. MCGRAIL:  No.  But it sounds similar

13   to what possibly would be in one of the statutes.

14           MS. COSSETTE:  Okay.  So it might be in a

15   statute, but you're not sure?

16           MR. MCGRAIL:  I'm not positive.

17           MS. COSSETTE:  Okay.  And Mr. Grewach

18   came to his, if you know -- who -- how did he come to

19   his conclusion?  Who did he talk to?  I don't want to

20   hear anything that's privileged because he's, you

21   know, a lawyer, but how do you think he came to his

22   conclusions, if you know?

23           MR. MCGRAIL:  Again be speculation, but I

24   would think his 11, 12 years experience as a general

25   counsel for the Missouri Gaming Commission and seeing

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 36 of 210
Corporate Designees for the Missouri Gaming Commission          July 10, 2023
PageID #: 21736

Page 35

1   many times similar type questions that would be

2   brought before the Missouri Gaming Commission.

3   There's always been the mind set that we regulate all

4   gambling.  And again, we regulate the legal gambling

5   in the state of Missouri.  So I think based on that

6   is where he did most of his decision.  I don't know

7   who he talked to and -- I'll tell you it wasn't me.

8           MS. COSSETTE:  Is this -- is the position

9   in this letter that the devices that were examined

10  that Mr. Grewach then looked at the examination, does

11  this letter still represent the position of the

12  Gaming Commission?

13          MR. MCGRAIL:  Yes.

14          MS. COSSETTE:  And have there been any

15  letters like this since updating or changing or

16  maintaining this position?

17          MR. MCGRAIL:  None that I know of.

18          MS. COSSETTE:  Do you know -- well, you

19  know what, let's look at the device examination

20  report here.  Let me just find it, because I think --

21  okay.  So we are going to mark the next exhibit as

22  MGC-4.  And I know we've previously marked some of

23  these, but just to keep it straight that this is a

24  non-party, I'd like to -- we're remarking some of

25  these.

Corporate Designees for the Missouri Gaming Commission          July 10, 2023

```
 1                  (Exhibit MGC-4 was marked for

 2   identification.)

 3                  MS. COSSETTE:  Okay.  Mr. McGrail, so

 4   MGC-4 --

 5                  MR. MCGRAIL:  Yes.

 6                  MS. COSSETTE:  -- is the device

 7   examination report that underlies this July 3rd

 8   letter.  Correct?

 9                  MR. MCGRAIL:  That's correct.

10                  MS. COSSETTE:  Okay.  And, Mr. Horrom, I

11   believe you are the person to talk to about the

12   substance of this report, correct, in MGC-4?

13                  MR. HORROM:  Correct.

14                  MS. COSSETTE:  Okay.  So I'm going to

15   give you a break and talk about the substance.  We'll

16   take a minute, let our court reporter catch up here.

17                  Okay.  So, Mr. Horrom, you were at least

18   one of the two people who completed this report.

19                  MR. HORROM:  Correct.

20                  MS. COSSETTE:  You examined the devices?

21                  MR. HORROM:  We examined one device that

22   a private owner had, correct.

23                  MS. COSSETTE:  Yeah.  That's -- I'm sort

24   of a little confused about this report as a general

25   matter.  So it says, Location of examination.
```

LEXITAS

1          So what does that explain to us?

2          MR. HORROM:  Play-Mor Coin-Op is owned by

3   Jim Turntine I believe his name is.  He had contacted

4   Todd Nelson and requested -- actually it was the VFW

5   hall commander that contacted Todd to meet us at

6   Mr. Turntine -- Turntine's place of business, which

7   is Play-Mor Coin-Op, and look at a game that he

8   wanted to have in his VFW hall.

9          MS. COSSETTE:  Okay.  So this all makes a

10  lot more sense now than just reading these two

11  exhibits, MGC-3 and MGC-4 sort of without context.

12          So the VFW post that the letter is

13  written to in MGC-3 did not have a machine?

14          MR. HORROM:  Correct.

15          MS. COSSETTE:  And the machine they

16  wanted is -- was at Play-Mor -- P-l-a-y, dash, M-o-r

17  Coin-Op.  That's where you went to look at the

18  machine?

19          MR. HORROM:  Correct.

20          MS. COSSETTE:  So in the observation of

21  device in the field it says here though that you

22  visited Midwest Petroleum.

23          MR. HORROM:  Correct.

24          MS. COSSETTE:  Is Play-Mor Coin-Op just

25  another name for Midwest Petroleum?

Corporate Designees for the Missouri Gaming Commission          July 10, 2023
PageID #: 21781

Page 38

1           MR. HORROM:  So what happened that day is

2     Mr. Turntine, Turntine, however you pronounce it,

3     said that some of these games were at these gas

4     stations.  So we went and looked at them at the gas

5     stations.

6           MS. COSSETTE:  Okay.  So you didn't

7     actually examine the device at the location of

8     examination?

9           MR. HORROM:  Correct.  Correct.  We just

10    did an observation of the game, the 10 or 12 games

11    that were at those two gas stations in Cuba and West

12    Sullivan.  And then we went back to Play-Mor to do

13    our report on the game that Mr. Turntine had.

14          MS. COSSETTE:  Okay.  So there was a --

15    I'm just trying to understand what's going on here,

16    so I apologize.  So there was a machine at the

17    location of examination?

18          MR. HORROM:  Correct.

19          MS. COSSETTE:  Okay.  So at Play-Mor

20    Coin-Op.  You went to the gas stations to look at

21    other machines.  Yes?

22          MR. HORROM:  Correct.

23          MS. COSSETTE:  And you went there why?

24          MR. HORROM:  To see if they were similar

25    games, similar manufacturer, similar, you know, setup

LEXITAS

Case: 4:23-cv-00330-JAR    Doc. #: 245-28    Filed: 08/08/24    Page: 40 of 210
Corporate Designees for the Missouri Gaming Commission           July 10, 2023
PageID #: 21782

Page 39

1    as the one that we were going to be examining at

2    Play-Mor.

3              MS. COSSETTE:  And why did you -- why did

4    you want to know that?

5              MR. HORROM:  Mr. Turntine asked us to go

6    look at them.

7              MS. COSSETTE:  And the machines located

8    at Midwest Petroleum at 513 North Service Road, West

9    Sullivan, and Midwest Petroleum diesel island at 5922

10   MO-19 in Cuba, were those owned by Mr. Turntine?

11             MR. HORROM:  No.

12             MS. COSSETTE:  Do you know who --

13             MR. HORROM:  We --

14             MS. COSSETTE:  -- or which --

15             MR. HORROM:  At the time we did not.

16             MS. COSSETTE:  At the -- do you know now?

17             MR. HORROM:  No.

18             MS. COSSETTE:  Okay.  So it says here

19   that -- well, we talked earlier, one of us talked

20   earlier, one of you, apologies, that there was a

21   device examination of a Torch device in West Sullivan

22   in October of 2020.

23             MR. HORROM:  Correct.  One of those was

24   that gas station, but they were different games at

25   the time, at the time that I observed -- or that I

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 41 of 210
Corporate Designees for the Missouri Gaming Commission          July 10, 2023
PageID #: 21783

Page 40

1    did the investigation on the games that were actually

2    seized.

3              MS. COSSETTE:  In other words, the

4    software was different?

5              MR. HORROM:  The games themselves were

6    completely different, different cabinets.

7              MS. COSSETTE:  Different cabinets,

8    different software?

9              MR. HORROM:  I could not tell you.  Just

10   observing the games in the gas station, we wouldn't

11   know.

12             MS. COSSETTE:  But in 2019, did you have

13   an understanding of -- you had no understanding of

14   whether these were Torch devices?

15             MR. HORROM:  No, we did not.

16             MS. COSSETTE:  But you went back to the

17   same gas station in October of 2020?

18             MR. HORROM:  Correct.

19             MS. COSSETTE:  At the behest of whom?

20             MR. HORROM:  The highway patrol.

21             MS. COSSETTE:  Okay.  And when you

22   observed the games at these two Midwest Petroleum

23   locations, you observed how they work -- well, okay.

24   Need to back up a little bit.  So you went to the gas

25   stations to look at the games?



Corporate Designees for the Missouri Gaming Commission          July 10, 2023

Page 41

 1                  MR. HORROM:  Correct.

 2                  MS. COSSETTE:  Did you play them at the

 3      gas stations?

 4                  MR. HORROM:  We did not.

 5                  MS. COSSETTE:  Did you watch other people

 6      play them?

 7                  MR. HORROM:  Yes.

 8                  MS. COSSETTE:  Okay.  Your observations

 9      in this report that we've marked as MGC-4 are based

10      on which machines?

11                  MR. HORROM:  Just one machine that was at

12      Play-Mor Coin-Op.

13                  MS. COSSETTE:  Okay.  So when you -- when

14      you write here, The Sullivan, three of them; in Cuba,

15      seven; petroleum locations had a total of eight

16      devices in operation and two devices powered off, the

17      eight devices in operations contained the following

18      elements, how did you know that?

19                  MR. HORROM:  We looked at the front of

20      them.

21                  MS. COSSETTE:  Okay.  So I guess what's

22      confusing to me here is that you were looking at the

23      machine at Play-Mor Coin-Op, but you were talking

24      about in the observation the devices at the gas

25      station.  Do you see why I'm confused?

                                                              Page 42

1              MR. HORROM:  If you look on page 2 of

2    this document, the observation of privately-owned

3    device, that's where we started our report on those

4    games.

5              MS. COSSETTE:  Okay.  And so --

6              MR. HORROM:  The first part was just

7    taking pictures of the game at the gas station and

8    only observing what we could see from the outside of

9    those games.

10             MS. COSSETTE:  Okay.  Okay.  So you

11   really have sort of a mini-device report and a

12   full-device report --

13             MR. HORROM:  Correct.

14             MS. COSSETTE:  -- in this -- okay.

15             MR. HORROM:  As it states, Observation of

16   device in the field, which were the ones at the gas

17   station.  And then the privately-owned device on

18   page 2.

19             MS. COSSETTE:  And you might have

20   answered this already, so I apologize, but we've

21   already had a deposition today, a lot going on and --

22             MR. HORROM:  Uh-huh.

23             MS. COSSETTE:  -- frankly I don't sleep

24   that well because my kids don't sleep.

25             Why did you feel like you needed to

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 44 of 210
Corporate Designees for the Missouri Gaming Commission         July 10, 2023
PageID #: 21700

Page 43

1    include the observation of the device in the field in

2    this report?

3              MR. HORROM:  I do not know.  I did not

4    write the majority of this report.  I was just part

5    of the observation.  Todd Nelson wrote the majority

6    of this report.

7              MS. COSSETTE:  Okay.  Did you review the

8    report?

9              MR. HORROM:  Yes.

10             MS. COSSETTE:  Okay.  So what part of the

11   report did you contribute to?

12             MR. HORROM:  Starting page 2, the

13   majority of the privately-owned device, I was the one

14   that reviewed the internal menus of the game, that

15   kind of thing.

16             MS. COSSETTE:  Okay.

17             MR. HORROM:  At Play-Mor.

18             MS. COSSETTE:  So Mr. Nelson was really

19   more in charge of the observation of device in the

20   field?

21             MR. HORROM:  Correct.

22             MS. COSSETTE:  You were more in charge of

23   the observation of privately-owned device?

24             MR. HORROM:  Correct.

25             MS. COSSETTE:  Great.  So you analyzed it

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 45 of 210
Corporate Designees for the Missouri Gaming Commission          July 10, 2023
Page#: 21730

Page 44

1    looks like one device with a machine serial number

2    that's very, very long and we're not going to read

3    that.

4           What software was -- if you remember or

5    you can look through this, what software was on this

6    device?

7           MR. HORROM:  Oh, I think we have a

8    picture of it.  I do not have a picture of it in

9    here.  I do not know the exact version number of the

10   software that was in there.

11          MS. COSSETTE:  Do you have an

12   understanding of the manufacturer of the software?

13          MR. HORROM:  It was a Banilla game.

14          MS. COSSETTE:  Okay.  And you've seen

15   Banilla games before?

16          MR. HORROM:  Correct.

17          MS. COSSETTE:  They're usually called

18   NCG?

19          MR. HORROM:  Usually, yes.

20          MS. COSSETTE:  And what does NCG stand

21   for?

22          MR. HORROM:  I believe it's No Chance

23   Game.

24          MS. COSSETTE:  That's my understanding as

25   well.  So, and usually with the No Chance Games

Corporate Designees for the Missouri Gaming Commission          July 10, 2023

Page 45

 1   there's a suite of games.  Is that your

 2   understanding?

 3            MR. HORROM:  Correct.

 4            MS. COSSETTE:  And sometimes they change?

 5            MR. HORROM:  Yeah.  It's usually like six

 6   games.

 7            MS. COSSETTE:  And you can go in and play

 8   at different play levels?

 9            MR. HORROM:  Correct.

10            MS. COSSETTE:  And you can hit a

11   prereveal button?

12            MR. HORROM:  Yes.

13            MS. COSSETTE:  And that does what?

14            MR. HORROM:  It allows you to see the

15   next outcome of the game.

16            MS. COSSETTE:  And have you -- and is

17   that just a -- is that a common feature of the

18   Banilla games?

19            MR. HORROM:  As far as I know, yeah.

20            MS. COSSETTE:  Okay.  And I see here on

21   page 5 you observed that the video game machine has a

22   configurable prereveal feature.

23            MR. HORROM:  Yes.

24            MS. COSSETTE:  Was the prereveal feature

25   configured on this particular device if you remember?

Corporate Designees for the Missouri Gaming Commission          July 10, 2023

Page 46

1          MR. HORROM:  Since we had access to that

2   menu, it was just in its default, which I cannot

3   remember what the default was, but you could change

4   it from the one game only or all games.

5          MS. COSSETTE:  Okay.  And who did you

6   forward this -- so we heard testimony earlier, you

7   might have said it even, that usually these device

8   examinations are done at the behest of law

9   enforcement.

10          MR. HORROM:  Correct.

11          MS. COSSETTE:  Who's Jim Turntine?

12          MR. HORROM:  As far as I know, he's the

13   owner of Play-Mor -- what is -- Play-Mor Coin-Op,

14   which is an amusement device distributor.

15          MS. COSSETTE:  He's not a law enforcement

16   officer?

17          MR. HORROM:  Correct.

18          MS. COSSETTE:  And neither is Mr. Howard

19   from the VFW post?

20          MR. HORROM:  Correct.

21          MS. COSSETTE:  So is it something that

22   you would do for non-law enforcement, or is this

23   unusual?

24          MR. HORROM:  I don't know the answer to

25   that.

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 48 of 210
Corporate Designees for the Missouri Gaming Commission          July 10, 2023
PageID #: 2176
Page 47

1              MS. COSSETTE:  How many device

2   examinations have you completed do you think?

3              MR. HORROM:  In addition to this one?

4              MS. COSSETTE:  Yeah.

5              MR. HORROM:  Just the other three that I

6   mentioned earlier.

7              MS. COSSETTE:  Okay.  How long have you

8   been at the Gaming Commission?

9              MR. HORROM:  Eleven years.

10             MS. COSSETTE:  And you've only done 3

11   device examinations in 11 years?

12             MR. HORROM:  Correct.

13             MS. COSSETTE:  So it's not --

14             MR. HORROM:  Well, could you expound on

15   that please?

16             MS. COSSETTE:  Sure.  Yeah.  How many --

17   device -- all types of devices, how --

18             MR. HORROM:  Millions probably.

19             MS. COSSETTE:  Yeah.  That's --

20             MR. HORROM:  That's probably a large

21   number, but we have several thousand slot machines in

22   the state of Missouri that I've done --

23             MS. COSSETTE:  Yeah.  And that's what

24   I --

25             MR. HORROM:  -- investigations on.

Page 48

```
 1                    MS. COSSETTE:  That's what I was trying

 2   to get at.  Yeah.

 3                    MR. HORROM:  Okay.

 4                    MS. COSSETTE:  And my apologies again.

 5   If I ask a bad question, just tell me, and I will try

 6   really hard to do a better job.

 7                    But generally device examinations are not

 8   done at the behest of a private entity?

 9                    MR. HORROM:  In the casinos we have

10   manufacturers that --

11                    MS. COSSETTE:  Okay.

12                    MR. HORROM:  Yeah.

13                    MS. COSSETTE:  They'll call you and have

14   you come look at their machine for --

15                    MR. HORROM:  Or --

16                    MS. COSSETTE:  -- compliance?

17                    MR. HORROM:  -- they'll have us go out

18   and see if -- yeah.

19                    MS. COSSETTE:  Okay.

20                    MR. HORROM:  In casinos.  Correct.

21                    MS. COSSETTE:  Okay.  But for the types

22   of devices we're looking at, these No Chance Games,

23   generally you were doing them for law enforcement?

24                    MR. HORROM:  After this date, correct.

25                    MS. COSSETTE:  Okay.
```

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 50 of 210
Corporate Designees for the Missouri Gaming Commission        July 10, 2023
PageID #: 21172
Page 49

1            MR. HORROM:  After the date of July 2nd,

2    correct.

3            MS. COSSETTE:  Okay.  Okay.  I think we

4    can put that examination report aside.

5            So I have another device examination

6    report that I'm going to mark as MGC-5.

7            (Exhibit MGC-5 was marked for

8    identification.)

9            MS. COSSETTE:  And I'm going to give it

10   to you, Mr. Hanavan, because I believe you are the

11   one who completed it.  And I'll give you a minute to

12   look over it.

13           All right.  Mr. Hanavan, do you recognize

14   MGC-5?

15           MR. HANAVAN:  I do.

16           MS. COSSETTE:  Were you the only subject

17   matter expert who contributed to this report?

18           MR. HANAVAN:  I wrote the report.  Again,

19   it was a group of us that contributed as far as the,

20   you know, just editing and making sure that the

21   contents are, you know, grammatically correct and --

22           MS. COSSETTE:  Yeah.

23           MR. HANAVAN:  -- things of that nature.

24           But, yes, it's my report.

25           MS. COSSETTE:  And what device did you

1    examine?

2                    MR. HANAVAN:  I examined a -- it was a --

3    Integrity Vending was the distributor.  It was a

4    Banilla cabinet that was at the Parkville Police

5    Department.

6                    MS. COSSETTE:  And the Parkville police

7    called you because they had one of these machines?

8                    MR. HANAVAN:  Yes.

9                    MS. COSSETTE:  And they wanted you to

10   come look at it.  How did this -- how does this game

11   work or this machine work?

12                   MR. HANAVAN:  Same as the other.  You

13   place money in the machine, get credits.  You select

14   a game, you select a wager category and then hit

15   Play.  You can also hit the prize reveal button or

16   prize viewer I think is what it's specifically

17   called, see the pay out, the numerical value you may

18   win.  And then you can cash out and receive a ticket.

19                   MS. COSSETTE:  Okay.  And how many

20   device -- I'm going to try to be specific.  How many

21   device examination reports of No Chance Gaming

22   machines have you completed?

23                   MR. HANAVAN:  I wrote it down.  Let me --

24   roughly seven.

25                   MS. COSSETTE:  Okay.  And how many of

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 52 of 210
PageID #: 21774
Corporate Designees for the Missouri Gaming Commission          July 10, 2023
Page 51

```
 1   those were Torch, if you know?

 2           MR. HANAVAN:  I can't say for sure how

 3   many were Torch.

 4           MS. COSSETTE:  Okay.  Okay.  I don't -- I

 5   just wanted to know where this came from, so.

 6           MR. HANAVAN:  Yes.

 7           MS. COSSETTE:  Good.  Okay.  I'm going to

 8   ask your counsel.

 9           If I have some general questions about

10   the Gaming Commission, Mr. McGrail's probably my best

11   bet?

12           MS. RICHENBERGER:  Yes.

13           MS. COSSETTE:  Okay.  Great.  All right,

14   Mr. McGrail, you're back on the hot seat.

15           So sometimes these devices that we're

16   talking about, these No Chance Game devices, are

17   called gray machines or they're part of the gray

18   market.  Is that a phrase that the Gaming Commission

19   has an understanding of?

20           MR. McGRAIL:  Understanding of to an

21   extent of what we've heard the media classify them

22   as.  So, you know, we hear out in the media many

23   times as far as gray, but if you remember, we used

24   to talk about gray cigarettes.  Well, what did they

25   mean by gray cigarettes.  Well, ones that didn't
```

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 53 of 210
Corporate Designees for the Missouri Gaming Commission          July 10, 2023
PageID #: 21175

Page 52

1    have a tax stamp on them or had been regulated or

2    such.

3              So I guess if you ask in terms, we look

4    at these type of machines that are not regulated.

5              MS. COSSETTE:  Okay.  Is that -- is "gray

6    market" or "gray machine" a term that the Gaming

7    Commission uses?

8              MR. MCGRAIL:  We normally don't, no.

9              MS. COSSETTE:  Okay.  What do you

10   normally call these machines?

11             MR. MCGRAIL:  Well, I mean, like I say,

12   we only regulate the legal ones.  If you'd ask, we'd

13   say these are ones that are just, that are not legal

14   in the state of Missouri.

15             MS. COSSETTE:  So do you consider not

16   legal and not regulated to be the same?

17             MR. MCGRAIL:  I don't know.  I -- yeah,

18   I -- I'd say no.

19             MS. COSSETTE:  No, okay.

20             MR. MCGRAIL:  Yeah.

21             MS. COSSETTE:  So when you talk about

22   something that's not regulated --

23             MR. MCGRAIL:  Right.

24             MS. COSSETTE:  -- what are you talking

25   about?

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 54 of 210
Corporate Designees for the Missouri Gaming Commission          July 10, 2023
Pages #: 2170

Page 53

1          MR. MCGRAIL:  One that falls under the

2    purview of, like I say, Missouri Gaming Commission,

3    any other agency in the state that would look at

4    certain devices or machines.

5          MS. COSSETTE:  Okay.  And then when

6    you're talking about something that's not legal,

7    might be little pedantic here, but --

8          MR. MCGRAIL:  Yeah.  What would those be?

9          MS. COSSETTE:  Yeah.  What do you

10   consider -- what does the Gaming Commission consider

11   those?

12         MR. MCGRAIL:  Base -- any ones that don't

13   fall under our purview or any other regulated entity.

14         MS. COSSETTE:  Well, I guess I'm just

15   trying to understand the difference between a device

16   that's not legal and a device that's not regulated.

17         MR. MCGRAIL:  So -- yeah.  I mean, you

18   have like in lottery, keno machines, those are out by

19   the -- by the state lottery.  The ones that we

20   regulate we don't own them, but they're regulated by

21   us.

22         So I guess if you're asking the terms, if

23   it's ones that aren't regulated, would we consider

24   those as gray machines is what you would call them or

25   what you've asked.  That probably still didn't answer

1    your question.

2              MS. COSSETTE:  No.  I'm trying to think

3    about a better way to ask my question, because this

4    might be my fault.

5              So if the Gaming Commission doesn't

6    regulate the device, you consider that not regulated?

7              MR. MCGRAIL:  Correct.

8              MS. COSSETTE:  Might it be regulated by

9    another agency?

10             MR. MCGRAIL:  Yes, it can.

11             MS. COSSETTE:  Might it not be regulated?

12             MR. MCGRAIL:  There are ones that are out

13   there that are not regulated, correct.

14             MS. COSSETTE:  Okay.  If a device is not

15   legal, it means that the Gaming Commission has an

16   understanding that it -- there's a violation of the

17   law?

18             MR. MCGRAIL:  Like in this instance?

19             MS. COSSETTE:  Yes.

20             MR. MCGRAIL:  Yes.  So, because you asked

21   earlier, do we still -- do we still stand by this

22   letter.  Correct?

23             MS. COSSETTE:  Correct.

24             MR. MCGRAIL:  And we do as it applies

25   to -- because this was a VFW post that had bingo.

Case: 4:23-cv-00330-JAR    Doc. #: 245-28    Filed: 08/08/24    Page: 56 of 210
Corporate Designees for the Missouri Gaming Commission          July 10, 2023
PageID #: 21770

Page 55

1    And for them to operate bingo, there's certain

2    restrictions in 313.030 and 070 that does not allow

3    them to have certain other devices or games that are

4    not -- that fall -- that don't fall under as far as

5    their bingo license.

6              MS. COSSETTE:  Okay.  But -- right.  So

7    just trying to -- so if you have a not-regulated

8    device, that does not mean it's unlawful or not

9    legal, but if you have a non-legal -- let me start

10    that again.

11              MR. MCGRAIL:  Okay.

12              MS. COSSETTE:  Scrap that.  If you have a

13    not-legal dev -- not-regulated device, that does not

14    mean it's not lawful?

15              MR. MCGRAIL:  But I'm not an attorney

16    that can make that determination, so, but.

17              MS. COSSETTE:  Right.  But saying it the

18    opposite way, if it's not legal, then it's definitely

19    not regulated?

20              MR. MCGRAIL:  If it's not legal, then

21    it's not -- then, yes.  If it's not legal, then it's

22    not regulated.

23              MS. COSSETTE:  But the opposite way not

24    be true.  Right?  If it's not regulated, that doesn't

25    per se make it not lawful?  Like keno machines.  You

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com
LEXITAS

Case: 4:23-cv-00330-JAR    Doc. #: 245-28    Filed: 08/08/24    Page: 57 of 210
Corporate Designees for the Missouri Gaming Commission          July 10, 2023
PageID #: 21779

Page 56

```
 1    don't regulate them; somebody --

 2             MR. MCGRAIL:  Correct.

 3             MS. COSSETTE:  -- else does?

 4             MR. MCGRAIL:  Correct.

 5             MS. COSSETTE:  Okay.  So now that we're

 6    talking about things that are legal and not legal, we

 7    in all of our various depositions have been talking

 8    about the word "chance."  Does the Gaming Commission

 9    have an understanding of what the word "chance"

10    means?  And I don't need your legal opinion.  Just as

11    a general matter what do you think the word "chance"

12    means or what does the Gaming Commission think it

13    means?

14             MR. MCGRAIL:  My opinion, it's luck.

15    It's an outcome of probab -- extended probability,

16    not based on a skill in most cases.

17             MS. COSSETTE:  So does -- do chance and

18    skill go together?  Does the Gaming Commission think

19    about chance and about skill as sort of two sides of

20    the same coin?

21             MR. MCGRAIL:  No.  Because we have

22    definition in our statute as far as what a game of

23    chance and what a game of skill is.

24             MS. COSSETTE:  Okay.

25             MR. MCGRAIL:  So.
```

Corporate Designees for the Missouri Gaming Commission                    July 10, 2023

Page 57

1              MS. COSSETTE:  I'm sorry, I interrupted

2    you.

3              MR. MCGRAIL:  Yeah.  So game of chance

4    being one that is not -- definitely the outcome is

5    not determined solely on the individual as far as

6    their dexterity, knowledge, and such, that chance

7    predominates the outcome.

8              MS. COSSETTE:  Okay.  But you could --

9    could you have a No Chance Game that doesn't require

10   skill?

11             MR. MCGRAIL:  I -- I don't know that.

12             MS. COSSETTE:  So we're talking about the

13   Torch devices here.  I'm not going to hide the ball.

14             MR. MCGRAIL:  I know, yeah.

15             MS. COSSETTE:  The Torch devices you --

16   there's no skill involved.  There's a sequence of

17   outcomes.  They go 1 to 75,000.  They start at 1, go

18   to 75,000, start again.  When you hit the prereveal

19   and say you're going to win a dollar, you hit the

20   button to play, you're going to win the dollar.

21   There's no chance involved there.  You know you're

22   going to win the dollar.

23             MR. MCGRAIL:  For that particular game or

24   spin, yes.

25             MS. COSSETTE:  Sure.  But there's also --

1    there's no skill involved?

2              MR. MCGRAIL:  As far as I know, no.

3              MS. COSSETTE:  Okay.  So you could have a

4    game that is not skill-based but also does not have

5    chance?

6              MR. MCGRAIL:  I don't know that answer.

7              MS. COSSETTE:  Okay.  Okay.  That's okay.

8    So we did a deposition of Peter Nikiper who's the

9    Gaming Association's expert in this case.  And he

10   talked a little bit about in his deposition that the

11   word "chance" means randomness.  Does that make sense

12   to you as a way to describe chance?

13             MR. MCGRAIL:  Yes, it can be.

14             MS. COSSETTE:  Okay.  It can be?

15             MR. MCGRAIL:  Yeah.

16             MS. COSSETTE:  Is it -- is chance always

17   random?

18             MR. MCGRAIL:  Random in whose eyes?

19             MS. COSSETTE:  Well, you tell me.

20             MR. MCGRAIL:  Yeah.

21             MS. COSSETTE:  Whose eyes do you all look

22   at it through?

23             MR. MCGRAIL:  That I don't know.  I mean,

24   like I say, we look at the operation of the machines,

25   but, you know.  Is there a randomness to it, yes.  Is

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 60 of 210
Corporate Designees for the Missouri Gaming Commission          July 10, 2023
PageID #: 21782

Page 59

1    that the only way.  So.

2          MS. COSSETTE:  So when Mr. Grewach was

3    writing his letter and I'm not -- you're not him, so

4    you may not know this, but how was he looking at the

5    game, from whose perspective?

6          MR. MCGRAIL:  Again, you're asking me

7    something that I don't know.  I don't know how he --

8    what he was looking at it as far as perspectives.

9    I'd say he probably looked at it as far as based on

10   the law and applying, because we got request from the

11   VFW.  So he was looking at it, would this -- any of

12   these devices be allowed, you know, at a VFW hall

13   that had a bingo operation.

14         MS. COSSETTE:  Okay.  Let's take a

15   five-minute break because we've been going for about

16   an hour and frankly it's hot in here for me.  So I'm

17   going to make the air a little cooler and we'll come

18   back in a couple of minutes.

19         (Off the record.)

20         MS. COSSETTE:  I think we're ready to go

21   back on the record.  Okay.

22         So as Mr. Hatfield, who isn't here, but

23   it's become our custom as he would say in this case

24   to ask if there is anything that you thought of

25   during the break that you wanted to change, add,

Page 60

1    amend.  I guess for ease of the court reporter, we

2    can go with Mr. McGrail because you were the last one

3    answering questions.  So is there anything that you'd

4    like to change, amend, add from what we were talking

5    about earlier?

6              MR. McGRAIL:  I don't believe so.

7              MS. COSSETTE:  Okay.  So before we went

8    on the break we were talking a little bit about sort

9    of generally how the Gaming Commission works and your

10   understanding of some terms.  But I kind of want to

11   go think about the Gaming Commission more broadly.

12   The Gaming Commission is a subagency of the

13   Department of Public Safety.

14             MR. MCGRAIL:  So I'll explain it in a

15   little more detail.

16             MS. COSSETTE:  Yes.

17             MR. MCGRAIL:  We are in the -- under the

18   Department of Public Safety only due to budgetary

19   purposes.  So we have a commission which again we

20   talked earlier how they kind of oversee and hear --

21   hear the cases.  We have an executive director that

22   handles the -- and staff that handles the day-in,

23   day-out operation of the -- of the agency.  But we're

24   only under the Department of Public Safety strictly

25   for budgetary purposes.

Page 61

1           MS. COSSETTE:  And when you say strictly

2    budgetary purposes, that means the money that the

3    legislature appropriates to the Gaming Commission

4    goes through the Department of Public Safety or

5    something else?

6           MR. MCGRAIL:  It goes under the

7    Department of Public Safety's appropriation bill,

8    yes.

9           MS. COSSETTE:  Okay.  But you have

10   control over your own funds?

11          MR. MCGRAIL:  Correct.

12          MS. COSSETTE:  Okay.  But you -- is there

13   any situation where -- scratch that; let me start

14   again.

15          Does the Gaming Commission ever talk to

16   folks at the Department of Public Safety?

17          MR. MCGRAIL:  We do.

18          MS. COSSETTE:  Okay.  Do you ever work

19   with folks at the Department of Public Safety on

20   various policy initiatives?

21          MR. MCGRAIL:  At times if it meets, falls

22   under the same goal, aspects as far as the Gaming

23   Commission as well as the rest of the Department of

24   Public Safety, yes, we do.

25          MS. COSSETTE:  Can you give me an

Corporate Designees for the Missouri Gaming Commission                    July 10, 2023

Page 62

1   example?

2                   MR. MCGRAIL:  You know, as far as the --

3   what we have today is what we talk about as far as

4   operational excellence within the state of Missouri

5   which is trying to be better stewards of the state

6   and its operation as far as streamlining efficiency

7   in government.  So there's common goals, common

8   objectives in that type of aspect that we've all been

9   tasked to be able to perform and operate.

10                  MS. COSSETTE:  Have you -- has the Gaming

11  Commission, anyone at the Gaming Commission ever

12  spoken to anyone at the Department of Public Safety

13  about No Chance Games?

14                  MR. MCGRAIL:  Not necessarily as far as

15  No Chance Games, but if you -- probably games in

16  general, yes.

17                  MS. COSSETTE:  No Chance -- games in

18  general meaning video games or?

19                  MR. MCGRAIL:  The games that are in

20  convenience stores, truck stops, et cetera.

21                  MS. COSSETTE:  And why would the Game --

22  did the Gaming Commission approach the Department of

23  Public Safety or vice versa?

24                  MR. MCGRAIL:  I believe it was the

25  Department of Public Safety.

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 64 of 210
PageID #: 21780
Corporate Designees for the Missouri Gaming Commission      July 10, 2023
Page 63

 1                   MS. COSSETTE:  And why would they have

 2      approached the Gaming Commission on these types of

 3      devices?

 4                   MR. MCGRAIL:  Speculating, for the fact

 5      that we have understanding of gaming machines, how

 6      they function, how they operate.

 7                   MS. COSSETTE:  Was it for the purpose of

 8      helping the Department of Public Safety form some

 9      sort of opinion as to how -- as to the lawfulness of

10      the games?

11                   MR. MCGRAIL:  No, not as far as an

12      opinion.

13                   MS. COSSETTE:  Do you know if the

14      Department of Public Safety has any sort of opinion

15      as to the lawfulness of these games?

16                   MR. MCGRAIL:  No.

17                   MS. COSSETTE:  Do you -- does the Gaming

18      Commission ever speak to other subagencies of the

19      Department of Public Safety?

20                   MR. MCGRAIL:  We do.

21                   MS. COSSETTE:  Has the Gaming Commission

22      ever spoken to other subagencies of the Department of

23      Public Safety about the games we're talking about

24      here, meaning these No Chance Games or video games?

25                   MR. MCGRAIL:  Yes.

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com
LEXITAS

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 65 of 210
Corporate Designees for the Missouri Gaming Commission          July 10, 2023
PageID #: 21787

Page 64

1      MS. COSSETTE:  Which subagencies has the

2  Missouri Gaming Commission spoken to?

3      MR. MCGRAIL:  Alcohol and Tobacco.

4      MS. COSSETTE:  Okay.

5      MR. MCGRAIL:  The fire marshals.  Fire

6  Safety.

7      MS. COSSETTE:  Okay.  So let's talk a

8  little bit about Alcohol and Tobacco.  So I'm going

9  to mark this next document at MGC-6.

10      (Exhibit MGC-6 was marked for

11  identification.)

12      MS. COSSETTE:  I think everybody else has

13  already seen this.  I've got lots of documents.

14  Okay.

15      Have you, Mr. Grail, seen this document

16  before?

17      MR. MCGRAIL:  I have.

18      MS. COSSETTE:  What is -- what is this

19  document?  What are we looking at?

20      MR. MCGRAIL:  It appears when it talks

21  about an industry circular, that the Division of

22  Alcohol and Tobacco had sent this out to the industry

23  that they regulate, they being Alcohol and Tobacco

24  regulate.

25      MS. COSSETTE:  And does the industry that

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com
LEXITAS

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 66 of 210
Corporate Designees for the Missouri Gaming Commission          July 10, 2023
PageID #: 21780

Page 65

1    Alcohol and Tobacco regulate ever overlap with the

2    industry that the Gaming Commission regulates?

3                 MR. MCGRAIL:  No, not always.  No, not --

4    not -- in most aspects, no, other than there are

5    times where, again, bingo establishments may have a

6    liquor license, but then we also license the bingo.

7                 MS. COSSETTE:  Yeah, that's what I mean.

8    So there could be an establishment that both Alcohol

9    and Tobacco and the Gaming Commission have some sort

10   of jurisdiction over?

11                MR. MCGRAIL:  Correct.

12                MS. COSSETTE:  They just won't be the

13   same jurisdiction; it would be different.

14                MR. MCGRAIL:  Yes.

15                MS. COSSETTE:  Did the Gaming Commission

16   ever consult with or provide any input into this

17   circular?

18                MR. MCGRAIL:  That I don't know.

19                MS. COSSETTE:  Would it be possible that

20   Alcohol and Tobacco might have asked for some insight

21   or opinion as to what to put in the circular from the

22   Gaming Commission?

23                MR. MCGRAIL:  It's possible.

24                MS. COSSETTE:  You just don't know?

25                MR. MCGRAIL:  But I don't know.

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 67 of 210
PageID #: 21789
Corporate Designees for the Missouri Gaming Commission          July 10, 2023
Page 66

1          MS. COSSETTE:  If another subagency like

2    Alcohol and Tobacco is going to put out a circular

3    like the one we're looking at in MGC-6 that talks

4    about something that the Gaming Commission might

5    regulate, would the Gaming Commission try to get on

6    the same page as Alcohol and Tobacco?  In other

7    words, does the Gaming Commission want to be

8    consistent with other subagencies of the Department

9    of Public Safety?

10          MR. MCGRAIL:  Only as it applies to the

11    Gaming Commission as far as what our -- our role is.

12    If it's -- if it's similar or joint.  But a liquor

13    license is totally different than how we license

14    bingo.

15          MS. COSSETTE: Well, sure.  But -- and

16    that makes absolute total sense.

17          MR. MCGRAIL:  Right.

18          MS. COSSETTE:  In this circular Alcohol

19    and Tobacco seems to be taking a position on gaming

20    devices.

21          MR. MCGRAIL:  They have, yeah, from

22    what -- what they stated in the circular, yes.

23          MS. COSSETTE:  Right.  And so would you

24    expect that Alcohol and Tobacco would come to the

25    Gaming Commission and give you a heads up?

Page 67

1          MR. MCGRAIL:  Yeah.  I would think that

2      they would, but that doesn't necessarily -- I mean,

3      we don't -- it wouldn't be subject to our approval.

4          MS. COSSETTE:  Okay.  Yeah.  That's sort

5      of what I'm asking.  But, and what if -- and I'm

6      going to ask you a little bit of a hypothetical here

7      so just bear with me.  It's not going to be that hard

8      hopefully.  If Alcohol and Tobacco came out with a

9      position that the Gaming Commission didn't agree

10     with, what would the Gaming Commission do?

11         MR. MCGRAIL:  Again, hypothetical, I --

12     again, it depends on -- if it's nothing that we have

13     oversight or control, we'd probably say nothing.

14         MS. COSSETTE:  Right.  But say all of a

15     sudden the Alcohol and Tobacco came out with a

16     position on a certain type of game that you all

17     believed to be unlawful and they say it's lawful.

18     What would the Gaming Commission do?

19         MR. MCGRAIL:  If it doesn't impact the

20     casinos we -- or, like I say, the bingo

21     establishments, again, we would say nothing.  If it

22     was a bingo establishment, hypothetical, we'd say, We

23     understand what you're saying, but again, we're

24     applying 313 on the statutes that impact bingo and

25     its operation.

Corporate Designees for the Missouri Gaming Commission                July 10, 2023

Page 68

1              MS. COSSETTE:  Okay.  That's a great

2    clarification.

3              MR. MCGRAIL:  Yeah.

4              MS. COSSETTE:  So convenience stores, the

5    Gaming Commission does not regulate convenience

6    stores?

7              MR. MCGRAIL:  That's correct.

8              MS. COSSETTE:  It has nothing to do with

9    convenience stores?

10             MR. MCGRAIL:  That's correct.

11             MS. COSSETTE:  The games we're talking

12   about here, Torch -- the machines that Torch

13   operates, they're in convenience stores.  Is that

14   your understanding?

15             MR. MCGRAIL:  That's what I understand.

16             MS. COSSETTE:  So, and you may not know

17   the answer to this, but then why are you being asked

18   to inspect those devices if the Gaming Commission has

19   no authority over convenience stores?

20             MR. MCGRAIL:  Again, at times we've

21   offered assistance to -- because of the expertise

22   that we have on similar-type games or how the

23   gambling games at the casinos operate and function.

24   And so we offer that assistance to take a look at the

25   machines to give them exactly how -- how it operates.

1    As they stated earlier, the coin in, the

2    denomination, the theme of games that are available

3    on that particular device.  And understanding again,

4    they could get to the admin section and look at the

5    amount of coin-in, coin-out whereas a normal person

6    may not understand that.

7            MS. COSSETTE:  So Mr. Grewach's letter,

8    is it unusual then that a letter like this would go

9    out on devices that you all have nothing to do with

10   or theoretically have nothing to do with?

11           MR. MCGRAIL:  The letter to the VFW?

12           MS. COSSETTE:  Yes.

13           MR. MCGRAIL:  It is to a certain extent,

14   but again, this is where we were asked by a -- the

15   licensee --

16           MS. COSSETTE:  Okay.

17           MR. MCGRAIL:  -- of the current VFW that

18   said, Hey, we'd like to put in these machines, would

19   we be allowed to do so.

20           And based on, again, what the statement

21   or what the composition of the letter from

22   Mr. Grewach is, in his opinion he viewed these as

23   being -- not being able to operate under this because

24   of our statutes relating to bingo operation.

25           MS. COSSETTE:  Can you say more about

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Page 70

1    that, relating to bingo operation?  What does that

2    mean?

3              MR. MCGRAIL:  So there -- later on in the

4    letter he talks about these particular devices or any

5    other device that's substantially similar to them or

6    found on your organization's premises, the device

7    will be deemed illegal and Missouri Gaming Commission

8    will take this action to discipline your

9    organizations.  And again, their bingo license

10   pursuant to Section 313.040, 070 as well as one of

11   our state code regulations, 4530.27.  And I do not --

12   I can't remember exactly -- I'd have to look at the

13   statutes again.

14             MS. COSSETTE:  But when you say subject

15   to their bingo license, you mean that you -- that the

16   Gaming Commission would --

17             MR. MCGRAIL:  Discipline.

18             MS. COSSETTE:  -- discipline them for the

19   license.

20             It's not making a determination on the

21   machines themselves under the bingo statutes?

22             MR. MCGRAIL:  That's correct.

23             MS. COSSETTE:  Okay.  And do you have an

24   understanding of who the manufacture of the devices

25   are that -- scratch that; I didn't mean to ask

1    manufacturer -- the owner of the device that

2    Mr. Grewach looked at -- or wrote about in this

3    letter?

4              MR. MCGRAIL:  Again, I believe, because

5    it said in the second paragraph, that they met with

6    the vendor July 2nd and the manufacturer by Banilla

7    Games, Incorporated and distributed one -- or

8    distributed by Legacy Coin Operated Distributors,

9    Inc.

10             MS. COSSETTE:  Okay.

11             MR. MCGRAIL:  So I'm just basing it on

12   what he states in the letter.

13             MS. COSSETTE:  Okay.  That makes sense.

14   And, but I just want to make sure and I'm going to

15   ask this just mostly for the record to be clear.  The

16   basis of this letter were not Torch devices, the

17   devices that are the subject of this lawsuit?

18             MR. MCGRAIL:  I do not know that.  I'm

19   assuming not.

20             MS. COSSETTE:  Okay.  Because it says in

21   the letter that they're distributed by Legacy Coin

22   Operated Distributors.

23             MR. MCGRAIL:  Right.

24             MS. COSSETTE:  And you generally

25   understand that to be a different company than Torch?

1              MR. MCGRAIL:  Correct.

2              MS. COSSETTE:  Okay.  And so we have

3    no --

4              MR. MCGRAIL:  But again, don't know.

5              MS. COSSETTE:  Okay.  Well, I'm going to

6    switch people on you here real fast.  I want to go

7    back to MGC-4, please, Mr. Horrom, and ask you a

8    question to make sure that I'm clear because I may

9    not have been clear about this.

10             MR. HORROM:  Okay.

11             MS. COSSETTE:  The device that was

12   examined, starting on page 2, the privately-owned

13   device, that was not a Torch device?

14             MR. HORROM:  As far as I know, it was

15   not.

16             MS. COSSETTE:  Do you have an

17   understanding of whether it was -- it's configured

18   the same way as a Torch device?

19             MR. HORROM:  When we did our

20   investigation on it, it was set up like it would come

21   from Banilla, so it was in its default state.

22             MS. COSSETTE:  Default state, okay.  And

23   the observation of the device in the field, those

24   are -- do you know which -- what types of devices

25   those were, who owned them?

Corporate Designees for the Missouri Gaming Commission          July 10, 2023

Page 73

1                    MR. HORROM:  Those were Banilla games

2       also.  I do not know who owned those at that time.

3                    MS. COSSETTE:  Okay.  So you know the

4       manufacturer --

5                    MR. HORROM:  Yes.

6                    MS. COSSETTE:  -- was Banilla?

7                    MR. HORROM:  Correct.

8                    MS. COSSETTE:  But you don't know who

9       owned them.  I'm going to stay with you, Mr. Horrom.

10                   MR. HORROM:  Okay.

11                   MS. COSSETTE:  I'll just use this MGC-4

12      to talk about generally the games.  Did the games

13      that you looked at here have random number generator?

14                   MR. HORROM:  Here as in where?

15                   MS. COSSETTE:  I'm sorry.  The device in

16      the field or devices because there's ten of them, did

17      those have random number generators?

18                   MR. HORROM:  I could not tell you that.

19                   MS. COSSETTE:  How would you know if a

20      device had a random number generator?

21                   MR. HORROM:  You would have to look at

22      code.  And I did not look at any computer code on

23      these games.

24                   MS. COSSETTE:  Do you ever look at code

25      when you're doing these examination?

```
 1            MR. HORROM:  On these --
 2            MS. COSSETTE:  Just a general, like a
 3    device examination report.  If you're going to look
 4    at say a slot machine, would you look at the code?
 5            MR. HORROM:  Absolutely.
 6            MS. COSSETTE:  So why would you not --
 7            MR. HORROM:  Well, I take that back.  We
 8    wouldn't look at the code, but we have third-party
 9    laboratories that do, that certify them for use in
10    the state of Missouri in casinos.  And we look at
11    those certification reports that they give us.  And
12    they -- they list -- usually list the -- the random
13    number generator that the game is using.
14            MS. COSSETTE:  Okay.  And your
15    understanding of slot machines, they have random
16    number generators?
17            MR. HORROM:  Typically, yes.
18            MS. COSSETTE:  What is a random number
19    generator?
20            MR. HORROM:  It can be a number of
21    things.  Depends on the -- the kind of game.
22            MS. COSSETTE:  Okay.  Fair point.  Slot
23    machines, what kind -- what does the random number
24    generator do in a slot machine?
25            MR. HORROM:  It uses an algorithm to
```

PageID #: 21790

Page 75

1  generate a random outcome on the spin of a slot

2  machine.

3          MS. COSSETTE:  I'll be honest; I don't

4  know that I've ever played a slot machine.  So if I

5  press the button and -- tell me how -- tell me a

6  little bit how a slot machine works.

7          MR. HORROM:  All right.  Person puts

8  their ticket or cash into the front bill acceptor.

9  It gives them credits.  They can choose the

10 denomination and how much they want to wager.  They

11 press the Spin button.  The reels spin and the game

12 determines the outcome using a random number

13 generator typically.

14         MS. COSSETTE:  Okay.  So when you say the

15 game determines an outcome with a random number

16 generator, I don't -- the player, if I'm playing, I'm

17 not going to -- I don't know what the outcome's going

18 to be?

19         MR. HORROM:  Correct.

20         MS. COSSETTE:  And there's no way for me

21 to ever figure out?

22         MR. HORROM:  I can't say there's never a

23 way, but generally they do not.

24         MS. COSSETTE:  And the outcomes are

25 random, meaning they're not in any sort of order?

1          MR. HORROM:  Correct.

2          MS. COSSETTE:  Okay.  So you might -- say

3   there's a list of a hundred outcomes.  You might go

4   from Outcome 1 to Outcome 10?

5          MR. HORROM:  Correct.

6          MS. COSSETTE:  Back to Outcome 6?

7          MR. HORROM:  Correct.

8          MS. COSSETTE:  And the machine makes some

9   sort of determination?

10          MR. HORROM:  Correct.

11          MS. COSSETTE:  That's what the random

12   number generator does?

13          MR. HORROM:  Yes.

14          MS. COSSETTE:  Okay.  Sorry for the

15   digression there.  That was very helpful to me.  The

16   Missouri Gaming Commission Device Examination Report

17   that's MGC-4, you said that you did not look at the

18   code in either of the devices that were reviewed in

19   this report?

20          MR. HORROM:  Correct.

21          MS. COSSETTE:  Why did you not look at

22   the code?

23          MR. HORROM:  I do not have the means

24   of doing that.  I wouldn't have a way of

25   connecting to these devices to determine what the

888-893-3767                Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

1    code is.

2              MS. COSSETTE:  Okay.  So you need

3    specialized software or something --

4              MR. HORROM:  Correct.

5              MS. COSSETTE:  -- to look at the code?

6              MR. HORROM:  And expertise.  I'm not a

7    computer programmer, so I wouldn't know what to be

8    looking for inside that code.

9              MS. COSSETTE:  Okay.  So you have no way

10   of ascertaining whether, when you look at a device

11   like the devices you looked at in MGC-4, whether they

12   have a random number generator or not?

13             MR. HORROM:  Correct.

14             MS. COSSETTE:  Okay.  That's -- do you

15   know, and you may not, device -- like the devices

16   that were observed, that you observed in this MGC-4,

17   do you know if they were ever sent for any sort of

18   examination by a third-party consultant?

19             MR. HORROM:  I do not know that.

20             MS. COSSETTE:  Is that something the

21   Gaming Commission might do to understand the code?

22             MR. HORROM:  Possibly.  We do that for

23   casino games sometimes, yes.

24             MS. COSSETTE:  Okay.  Okay.  All right.

25   Are we on MGC-7?  I think we are.

Case: 4:23-cv-00330-JAR    Doc. #: 245-28    Filed: 08/08/24    Page: 79 of 210
Corporate Designees for the Missouri Gaming Commission              July 10, 2023
PageID #: 21801

Page 78

 1                (Exhibit MGC-7 was marked for

 2   identification.)

 3                MS. COSSETTE:  Okay.  I'm going to mark

 4   this next exhibit as MGC-7.  And I think,

 5   Mr. McGrail, I'm going to have to go back to you.

 6                MR. POOL:  I think it's 6.

 7                MR. ELLINGER:  No, it's 7.

 8                MR. POOL:  ATF is -- or ATC.

 9                MS. COSSETTE:  Okay.  I'm going to --

10                MR. POOL:  I apologize.

11                MS. COSSETTE:  I'm going to pass these

12   out.

13                MS. COSSETTE:  Mr. McGrail -- oh, I'll

14   wait, give everybody a minute here.

15                Mr. McGrail, have you ever seen this

16   document before?

17                MR. McGRAIL:  Some of the Power Point

18   presentations look familiar, but I'd say probably

19   not.

20                MS. COSSETTE:  So the Gaming Commission

21   would not have had any input into the substance of

22   this Power Point?

23                MR. MCGRAIL:  I can't answer that.  I

24   mean, as far as my knowledge base as far as Gaming

25   Commission.  Could have been somebody else from

Case: 4:23-cv-00330-JAR    Doc. #: 245-28    Filed: 08/08/24    Page: 80 of 210
Corporate Designees for the Missouri Gaming Commission          July 10, 2023
Page ID #: 21802
Page 79

1    within, possibly, but no, I'm not familiar.

2                MS. COSSETTE:   Okay.   I just want to go

3    through a couple of things and see if the Gaming

4    Commission is in agreement.   And if you don't know

5    then that's okay.   So this doesn't have -- I'm just

6    going to have to count.   Sorry.   One, 2, 3, 4, 5, 6,

7    7, 8, 9, 10, 11 -- okay.   So I think we're on 14,

8    page 14 or what should be page 14.

9                MR. MCGRAIL:   prereveal?

10               MS. COSSETTE:   Yes.

11               MR. MCGRAIL:   Okay.

12               MS. COSSETTE:   Do you recognize the

13   wording on page 14?

14               MR. MCGRAIL:   It looks familiar, but not

15   knowing -- where in existence where it came from, no.

16               MS. COSSETTE:   Okay.   So it says here,

17   Some members of the industry argue that prereveal and

18   No Chance Games are not gambling because there is no

19   chance as to whether the game is a winner.

20               Does the Gaming Commission have any

21   position on that sentence?

22               MR. MCGRAIL:   Again, I can't --

23               MS. COSSETTE:   No?

24               MR. MCGRAIL:   -- speak on behalf, no.

25               MS. COSSETTE:   Well, you are here as a

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 81 of 210
Corporate Designees for the Missouri Gaming Commission          July 10, 2023
PageID #: 21800

Page 80

1    designee for the Gaming Commission.  Correct?

2              MR. MCGRAIL:  Correct.

3              MS. COSSETTE:  But you've never seen this

4    and you don't know if the Gaming Commission has a

5    position on the language on page 14?

6              MR. MCGRAIL:  Correct.

7              MS. COSSETTE:  Okay.  Is it possible that

8    the Gaming Commission could have a position on a

9    document the highway patrol produces?

10             MR. MCGRAIL:  I'd say no.

11             MS. COSSETTE:  Okay.  So if the Gaming --

12   if the Highway Patrol had sent somebody at Gaming

13   Commission this Power Point, you would have looked at

14   it and said, Thanks very much, but you wouldn't have

15   had any sort of -- the Gaming Commission wouldn't

16   have had any sort of input or consideration of it?

17             MR. MCGRAIL:  I will say that a lot of

18   it -- not to throw attorneys under the bus, but it

19   would be something that an attorney would look at and

20   make a determination if -- if the information on here

21   is accurate.

22             MS. COSSETTE:  Okay.  So the Game -- so

23   Gaming Commission attorneys might review this?

24             MR. MCGRAIL:  It's possible.

25             MS. COSSETTE:  Possible?

Corporate Designees for the Missouri Gaming Commission                July 10, 2023

Page 81

 1          MR. MCGRAIL:  Don't know.

 2          MS. COSSETTE:  So if this was sent to one

 3  of the Gaming Commission attorneys and there was a

 4  review of it, would the -- without -- I'm just

 5  talking hypothetical so we're not going to reveal any

 6  sort of attorney/client privileged information, would

 7  the Gaming Commission attorneys ever present their

 8  thoughts to the commissioners on a document like

 9  we're seeing in MGC-7?

10          MR. MCGRAIL:  The time that I've been

11  with the commission, I haven't seen this -- no.  I

12  don't believe that they've actually presented

13  something.

14          MS. COSSETTE:  Okay.

15          MR. MCGRAIL:  Right.

16          MS. COSSETTE:  Okay.  All right.  I've

17  got another exhibit here.  So we're going to mark

18  MGC-8.

19          (Exhibit MGC-8 was marked for

20  identification.)

21          MS. COSSETTE:  I think I've got my own,

22  so thank you.  Somewhere.  I basically know what it

23  says here.

24          MR. POOL:  Do you need a copy?

25          MS. COSSETTE:  No, I'm good.

Corporate Designees for the Missouri Gaming Commission          July 10, 2023

Page 82

```
 1                  MR. POOL:  Here, you gave us --

 2                  MS. COSSETTE:  Oh, okay.  Cool.

 3                  MGC-8.  Mr. McGrail, have you ever

 4     seen MGC-8?

 5                  MR. MCGRAIL:  I have.

 6                  MS. COSSETTE:  And what is it?

 7                  MR. MCGRAIL:  It's a letter from the

 8     Missouri Lottery signed by May Scheve-Reardon who was

 9     the executive director at the time with the Missouri

10     Lottery.  And again, it's addressed to -- it looks

11     like industry because it says, Dear Retailer.

12                  MS. COSSETTE:  Does the Missouri Lottery

13     and the Gaming Commission have any overlap in the

14     entities that they regulate?

15                  MR. MCGRAIL:  Not really, no.

16                  MS. COSSETTE:  Because lottery is not

17     usually at casinos.  Right?

18                  MR. MCGRAIL:  Correct.

19                  MS. COSSETTE:  Is lottery ever -- is

20     there ever a lottery at a casino?  No?

21                  MR. MCGRAIL:  No.

22                  MS. COSSETTE:  No.  Just checking.

23                  MR. MCGRAIL:  Yeah.

24                  MS. COSSETTE:  Just making sure.  I think

25     I've been at one casino in my life, so I can't say
```

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Case: 4:23-cv-00330-JAR    Doc. #: 245-28    Filed: 08/08/24    Page: 84 of 210
PageID #: 21600
Corporate Designees for the Missouri Gaming Commission          July 10, 2023

Page 83

1    I'm an expert on what are in casinos or not.

2              So the first paragraph, which is just

3    one sentence, says, As a valued partner we want to

4    make you aware that special legislative committee

5    is examining the impacts of the proliferation of

6    legal -- illegal gaming devices at retail and

7    fraternal locations in Missouri.

8              Did the Missouri Gaming Commission

9    testify at this special legislative committee?

10             MR. McGRAIL:  I want to say there was a

11   special committee on gaming, total gaming; it didn't

12   just apply to the legal casinos, sports betting, and

13   such to where yes, we did testify, if this is the

14   same special legislative committee, that they're --

15   their very broad overview of gambling in the state of

16   Missouri.

17             MS. COSSETTE:  And would you have been

18   the one to testify at the committee?

19             MR. MCGRAIL:  I did not.

20             MS. COSSETTE:  Who usually testifies for

21   the Gaming Commission?  Do you guys have a

22   legislative liaison?

23             MR. MCGRAIL:  At that it was executive

24   director and general counsel.  I did attend.

25             MS. COSSETTE:  Okay.  And if you remember

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 85 of 210
Corporate Designees for the Missouri Gaming Commission          July 10, 2023
PageID #: 21807
Page 84

1    the substance of the Gaming Commission's testimony?

2                  MR. MCGRAIL:   Ours was more just the

3    overall view of gaming in Missouri as far as our

4    perspective, as far as dealing with the casinos, when

5    it was established, the changes that have occurred

6    over the years since 1993, the addition of bingo to

7    Missouri Gaming Commission and such.   And then the

8    fantasy sports operation as well.   And then any

9    viewpoints that we may have had initially with the

10   passage of sports betting based on Supreme Court

11   decision.

12                  MS. COSSETTE:   Right.   So in the second

13   paragraph -- I'm going to skip the first part of the

14   sentence, it says, Because they contain -- and

15   they're talking about these devices -- because they

16   contain the defined elements of a gambling device,

17   they have been deemed illegal by the Missouri Gaming

18   Commission.

19                  MR. MCGRAIL:   Correct.

20                  MS. COSSETTE:   So when it says, Deemed

21   illegal by the Missouri Gaming Commission, what is

22   this letter referring to?

23                  MR. MCGRAIL:   I'd say it's referencing

24   the, partly the letter that had gone out by

25   Mr. Grewach back in 2019.

1          MS. COSSETTE:  Okay.  So partly.  So

2    what's the other part?

3          MR. MCGRAIL:  Other part could have been

4    where at times -- and again, during this period of

5    time, the direction of the Commission was to be a

6    little bit more open verbally as far as the opinion

7    on any types of devices that -- like as it's talking

8    about here, the proliferation of illegal gaming

9    devices at retail, fraternal organizations.

10          MS. COSSETTE:  Okay.  So you said the

11    Commission was more open as to opinion.

12          MR. MCGRAIL:  I say Commission.  Now, let

13    me define that.  That's not the commissioners.  When

14    we sometimes talk about the Commission, that's really

15    direction given through the operation of either

16    executive director and general counsel or staff.

17          MS. COSSETTE:  Okay.  So staff can make

18    determinations on their own without direction from

19    the commissioners?

20          MR. MCGRAIL:  That has occurred in the

21    past, yes.

22          MS. COSSETTE:  Does that occur now?

23          MR. MCGRAIL:  No.  I'll say no.

24          MS. COSSETTE:  Okay.

25          MR. MCGRAIL:  New leadership, new

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 87 of 210
PageID #: 21809
Corporate Designees for the Missouri Gaming Commission          July 10, 2023
Page 86

1   direction.

2              MS. COSSETTE:  Fair point.  And I think I

3   asked this earlier, but so the executive director and

4   the general counsel, I'm paraphrasing what you said,

5   had a position as to these device.  The Commission

6   took no vote -- commissioners took no vote as to that

7   opinion?

8              MR. MCGRAIL:  Yeah.

9              MS. COSSETTE:  Okay.

10             MR. MCGRAIL:  Correct.

11             MS. COSSETTE:  Do you know if the --

12   well, how would the Lottery know what the executive

13   director and the general counsel's position was

14   besides the Grewach letter?

15             MR. MCGRAIL:  So you -- you talked

16   earlier as far as within the Department of Public

17   Safety and common working together, common

18   information similar to this circular that went out

19   from Alcohol and Tobacco.  There was, as far as

20   discussion, involvement early on with Missouri

21   Lottery to where DPS, Missouri lottery, Missouri

22   Gaming Commission, Alcohol and Tobacco all looking at

23   this as far as direction, as far as where they wanted

24   us to concentrate efforts on.  Effort as far as, as

25   it puts here in the letter, as far as dealing with

LEXITAS

1   the what they call illegal gaming devices at retail

2   and fraternal organizations.

3              MS. COSSETTE:  Who gave that direction?

4              MR. MCGRAIL:  That I don't know.  I know

5   that at one time partly with the special legislative

6   committee, but there was also at -- on the senate

7   side.  Because there has been proposed legislation in

8   the past to define devices more specifically on it to

9   where they wanted cooperation with the multiple --

10  the different agencies to try to take some type of

11  action on these devices.  They being the -- the

12  senate side, certain leadership within the senate.

13             MS. COSSETTE:  Who was that if you

14  remember?

15             MR. MCGRAIL:  Senator Schatz who was sen

16  pro tem at the time.

17             MS. COSSETTE:  He isn't there anymore.

18  Right?

19             MR. MCGRAIL:  No.

20             MS. COSSETTE:  No.  Was there -- I think

21  we saw in one of the other depositions, and I

22  apologize because -- and if you need to see it, I'm

23  sure I can find it somewhere.  There was a meeting

24  at -- there might have been some sort of meeting at

25  DPS among different folks.  Do you know if there was

Page 88

1    a meeting that Gaming Commission participated in?

2              MR. MCGRAIL:  I know there was several

3    discussions.  I don't know if it really was an

4    on-site meeting; I can't remember that far back.

5    Because, again, partly we were beginning to deal

6    with, you know, with the COVID and such.

7              MS. COSSETTE:  Uh-huh.

8              MR. MCGRAIL:  But I know there was

9    discussion amongst the -- the multiple agencies.

10             MS. COSSETTE:  Within DPS?

11             MR. MCGRAIL:  And I think Lottery --

12             MS. COSSETTE:  And Lottery?

13             MR. MCGRAIL:  -- as well, yeah.

14             MS. COSSETTE:  Okay.  Did Senator Schatz

15   speak to anybody at the Gaming Commission in

16   particular about these types of machines?

17             MR. MCGRAIL:  He did.

18             MS. COSSETTE:  Who did he talk to?

19             MR. MCGRAIL:  At the time it was the

20   executive director as well as the general counsel was

21   there.  But there was multiple people at the meeting

22   with Senator Schatz, multiple organizations.

23             MS. COSSETTE:  Did that sort of -- was

24   that sort of the beginning of the thinking about

25   these types of machines?

Corporate Designees for the Missouri Gaming Commission          July 10, 2023

Page 89

1          MR. MCGRAIL:  Again, you're asking me to

2    speculate.  It -- it was basically a request from the

3    senate pro tem to ask agencies if they could take any

4    type of action.

5          MS. COSSETTE:  Does the Gaming Commission

6    commonly get requests from senators and

7    representatives?

8          MR. MCGRAIL:  Define requests.  I mean,

9    taking -- you know, they may ask for inquiries or if

10   they're looking for something or can a particular

11   agency or can we assist with a particular entity

12   that's trying to say get a bingo license.  So is

13   there a times through a legislative process or

14   through legislative liaisons either DPS contacting us

15   to take some assistance, yes.

16         MS. COSSETTE:  Okay.  Yeah.  And let me

17   clarify that.  Senator Schatz it sounds like

18   requested a variety of agencies take a look into a

19   certain type of machine, the ones we're talking about

20   today.  Can you remember if another senator or

21   representative has ever asked the Gaming Commission

22   to go investigate machines or locations --

23         MR. MCGRAIL:  No.

24         MS. COSSETTE:  -- manufacturers?

25         MR. MCGRAIL:  No, not specific.  Not

Case: 4:23-cv-00330-JAR    Doc. #: 245-28    Filed: 08/08/24    Page: 91 of 210
PageID #: 21613
Corporate Designees for the Missouri Gaming Commission        July 10, 2023
Page 90

1    direct requests, no.

2              MS. COSSETTE:  And this was a direct

3    request?

4              MR. MCGRAIL:  Yeah, I don't recall that,

5    no.

6              MS. COSSETTE:  And when Senator Schatz

7    made his request, if you know, did he specifically

8    make requests about particular types of machines?

9              MR. MCGRAIL:  I don't recall, but I don't

10   believe so.  I think he was just generalizing as far

11   as stating what he classified as illegal -- illegal

12   machines, illegal gaming devices.

13             MS. COSSETTE:  And did you have an

14   under -- or did the Gaming Commission have an

15   understanding of what he meant when he said illegal

16   gaming devices?

17             MR. MCGRAIL:  He kind of gave speci -- or

18   I -- gave the example.  He said, talked about

19   machines at truck stops, convenience stores, and

20   such.  Didn't state necessarily what the brand name

21   was, just the machines that were out there in those

22   locations.

23             MS. COSSETTE:  And just one final

24   question on that and then we'll get back to the

25   letter.  Does the Gaming Commission have any

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 92 of 210
Corporate Designees for the Missouri Gaming Commission                July 10, 2023
PageID #: 21814

Page 91

1    understanding about why Senator Schatz was so

2    concerned about these machines?

3              MR. MCGRAIL:   I mean, what I recall is

4    that he felt that these were machines that, again,

5    not regulated by an entity being like the Missouri

6    Gaming Commission and such and that they were

7    violating the constitution and the statutes that's

8    out there.

9              MS. COSSETTE:   Okay.   Does the Gaming

10   Commission have any opinion or position on the

11   legislation that was proposed in the last legislative

12   session regarding these machines?

13             MR. MCGRAIL:   No.   We don't take a stance

14   as far as for or against.   We do look at the

15   legislation to make sure does it make sense or is

16   it -- is there anything in it, but as far as

17   position-wise, no.

18             MS. COSSETTE:   So in other words, you

19   would testi -- the Gaming Commission would testify

20   for informational purposes only?

21             MR. MCGRAIL:   We always testify for

22   informational purposes only.

23             MS. COSSETTE:   I used to work in the

24   legislature.   I am familiar with the informational

25   purposes only position.

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com
LEXITAS

1          MR. MCGRAIL:  Yeah.

2          MS. COSSETTE:  I get it.  Yeah.  All

3    right.  I'm going to switch gears.  Just if we look

4    at MGC-1, I don't know that I fully covered topic

5    four which is, Any examinations conducted by the

6    Missouri Gaming Commission of devices with software

7    created by Banilla Games.

8              So I will ask Mr. Hanavan first.  Do you

9    have -- do you remember or do you know how many

10   examinations you've done of devices with software

11   created by Banilla?

12         MR. HANAVAN:  I think eight.

13         MS. COSSETTE:  And do you have an

14   understanding or remember which manufact -- which

15   owners, which companies owned those games?

16         MR. HANAVAN:  In one case I know

17   Integrity Vending was the distributor.  In one case

18   I'm positive that Torch was the vendor -- or

19   distributor.

20         MS. COSSETTE:  Okay.

21         MR. HANAVAN:  Beyond that I can't speak

22   specifically, no.

23         MS. COSSETTE:  Do you know if there are

24   other owners of games in Missouri that have software

25   by Banilla?

Page 93

1          MR. HANAVAN:  I can't say for sure.  I

2    don't know.

3          MS. COSSETTE:  Okay.  Mr. Horrom, same

4    question, do you know how many examinations you've

5    conducted of devices with software created by

6    Banilla?

7          MR. HORROM:  Examinations or total games

8    examined?

9          MS. COSSETTE:  Tell me the difference.

10          MR. HORROM:  So I've only examined three

11   locations.

12          MS. COSSETTE:  Okay.

13          MR. HORROM:  But each location had

14   several devices.

15          MS. COSSETTE:  Okay.  Good clarification.

16   Were the -- so at location number one, whatever

17   location that is, were the devices all the same?

18          MR. HORROM:  Yes.

19          MS. COSSETTE:  Okay.

20          MR. HORROM:  That was in Branson.  There

21   was nine games I believe, and they were all Banilla

22   Games distributed by Torch.  The second one was at

23   West Sullivan which is -- they had three games, all

24   Banilla distributed by Torch.  And then the third one

25   was in St. Clair and all -- I want to say there was

1   either three or four games there, I can't remember,

2   all Banilla distributed by Torch.

3          MS. COSSETTE:  Okay.  I don't think I

4   have a ton more questions.  I'd like to take a

5   couple-minute break to organize myself, use the

6   restroom.  So we'll go off the record and we'll come

7   back in like five minutes and hopefully get you out

8   of here shortly.

9          (Off the record.)

10          MS. COSSETTE:  We're going to go back on

11   the record.  Mr. Horrom, I think you and I were

12   chatting a little bit before the break.

13          MR. HORROM:  Uh-huh.

14          MS. COSSETTE:  And is there anything that

15   you would like to change, add, amend to what we were

16   talking about earlier which is just your examination

17   of devices?

18          MR. HORROM:  I don't think so, no.

19          MS. COSSETTE:  Okay.  I am going to hand

20   out what I've marked as MGC-9.

21          (Exhibit MGC-9 was marked for

22   identification.)

23          MS. COSSETTE: And you all might have to

24   help me.  I don't know which of the three of you is

25   the best person to talk about this particular

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

1    document with.  But what I'm mostly interested in is

2    the attachment to the email which is Bates numbered

3    very small Torch Electronics, LLC and Warrenton Oil

4    Co. DMSHT_000741.  So maybe Mr. McGrail, maybe --

5                MR. McGRAIL:  Yeah.  Sure.

6                MS. COSSETTE:  It looks like Mr. McGrail

7    is taking the bait.  Can you tell me what I'm looking

8    at here?

9                MR. McGRAIL:  So if you can see, I was

10   included in this -- where was it at.

11               MS. COSSETTE:  Right.

12               MR. McGRAIL:  From -- this was executive

13   director at the time, David Grothaus that he had sent

14   to Sandy Karsten who's the director of DPS.  Cc'd

15   myself, Maggie White who was the assistant director

16   of enforcement, and had illegal machine vendors and

17   basically sent the -- attaches a list of, I think he

18   meant known, possible vendors of illegal gambling

19   machines in Missouri.

20               So it looks an Excel spreadsheet or a

21   spreadsheet created.  I do not know who created

22   the -- the list, the spreadsheet or the second page

23   as well on that.  I have knowledge that he had sent

24   it to DPS, but not really sure where he had received

25   that information.

Page 96

```
1                  MS. COSSETTE: Do you know why the

2       spreadsheet was created?

3                  MR. McGRAIL:  No.  I'd be speculating.

4                  MS. COSSETTE: So if we're looking back on

5       the first page of the document, the second -- I'm

6       reading up, so the first email that you said was from

7       David Grothaus to --

8                  MR. MCGRAIL:  Right.

9                  MS. COSSETTE:  -- Sandy Karsten who is

10      the head of DPS?  Yes?

11                 MR. MCGRAIL:  Correct.

12                 MS. COSSETTE:  And CC'd to you, Tim

13      McGrail --

14                 MR. MCGRAIL:  Right.

15                 MS. COSSETTE:  -- and Maggie White.

16                 And then you, Mr. McGrail, you sent a

17      follow-up email to Sandy Karsten?

18                 MR. MCGRAIL:  Correct.

19                 MS. COSSETTE:  Why did you send this

20      particular email saying, There are no new updates?

21                 MR. MCGRAIL:  Because we had received a

22      request for that.  And so I reached out to -- trying

23      to remember who I actually reached out to, to see if

24      we had any new vendors or fleet vendors operating in

25      the state of Missouri, which we didn't at the time.
```

LEXITAS

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 98 of 210
Corporate Designees for the Missouri Gaming Commission          July 10, 2023
PageID #: 21620
Page 97

 1          MS. COSSETTE:  So why were you the

 2   person -- if you didn't create the spreadsheet, how

 3   were -- why were you the person who was sort of the

 4   go-to on the spreadsheet?

 5          MR. MCGRAIL:  On the spreadsheet, there

 6   are times where, like I say, in my position, I'd be

 7   tasked or directed to take care of or handle

 8   something.  So I'm assuming that I was probably asked

 9   to put this together.

10          MS. COSSETTE:  Put the spreadsheet

11   together?

12          MR. MCGRAIL:  Or no.  Put the update.

13          MS. COSSETTE:  So you might have been

14   asked to update the spreadsheet?

15          MR. MCGRAIL:  Correct.

16          MS. COSSETTE:  But you didn't update it.

17   You said there was --

18          MR. MCGRAIL:  Said no --

19          MS. COSSETTE:  -- nothing to update?

20          MR. MCGRAIL:  -- new updates, yeah.

21          MS. COSSETTE:  Okay.  So let's turn to

22   the spreadsheet, so turn to the second page.  How did

23   the Missouri Gaming Commission come to understand

24   what is the companies that are listed in column A

25   called Known Suppliers of Illegal Gaming Devices?

Page 98

1           MR. MCGRAIL:  I don't know that.  Again,

2    I -- I wasn't the author; I wasn't sure where this

3    document -- I don't know who created the document for

4    this.

5           MS. COSSETTE:  Okay.  Arrowhead Amusement

6    Company is the first supplier listed.  Do you know

7    what Arrowhead Amusement Company is?

8           MR. MCGRAIL:  I do not.

9           MS. COSSETTE:  Okay.  Do you know the

10   second listed is Liberty Raffle, LLC?

11          MR. MCGRAIL:  Yeah.  Don't --

12          MS. COSSETTE:  You don't know?

13          MR. MCGRAIL:  No, ma'am.

14          MS. COSSETTE:  Patriot Sweepstakes,

15   slash, Veterans Program Services, Inc.  do you

16   recognize them?

17          MR. MCGRAIL:  No.

18          MS. COSSETTE:  Okay.  I'm not going to

19   read them all because --

20          MR. MCGRAIL:  Right.

21          MS. COSSETTE:  -- it's going to take us

22   too long.

23          Do you recognize any of the companies

24   that are listed in column A under the title Known

25   Suppliers of Illegal Gaming Devices?

Page 99

 1            MR. MCGRAIL:  No.  I mean, other than the

 2    fact that later on when we had heard, as far as like

 3    I say, it has listed number 13, Torch Electronics.  I

 4    believe we received an email.  Someone had seen

 5    Missouri Commonwealth Gaming and sent us, Hey,

 6    there's a company out there that's -- where -- with

 7    that Missouri Commonwealth Gaming.  But other than

 8    that, you know, no.

 9            MS. COSSETTE:  So it looks like Torch

10    Electronics is listed as a possible supplier of

11    illegal gaming devices.  So you don't have any

12    understanding of the distinction in column A between

13    known supplier and possible --

14            MR. MCGRAIL:  Possible.

15            MS. COSSETTE:  -- suppliers?

16            MR. MCGRAIL:  I do not.

17            MS. COSSETTE:  Okay.  So if we turn to

18    the next page, it looks like notes potentially in

19    the -- there are two columns.  One's called Company.

20    The second column's called Additional Information.

21    The second box of companies called again Possible

22    Suppliers of Illegal Gaming Devices, and Torch

23    Electronics is listed.  In the Additional

24    Information box next to it, it says, Torch

25    Electronics donated $10,000 to Governor Parson's

1    United Missouri.

2              What's United Missouri?

3              MR. MCGRAIL:  I don't know.

4              MS. COSSETTE:  You don't know.

5              MR. MCGRAIL:  I'm assuming it's a PAC.

6              MS. COSSETTE:  You're correct.  It is a

7    PAC.  I'm going to represent that to you.

8              MR. MCGRAIL:  Okay.

9              MS. COSSETTE:  Do you know why the

10   Missouri Gaming Commission might want to have

11   information about a possible gaming device company

12   and their political donations?

13             MR. MCGRAIL:  I do not.

14             MS. COSSETTE:  Is this information that

15   the Gaming Commission regularly seeks out?

16             MR. MCGRAIL:  I can't speak on that.  I

17   mean, anything that we see that's publicized that

18   deals with gaming, I mean, may come to our attention.

19   But we don't take a stance on it.

20             MS. COSSETTE:  So you don't keep track of

21   donations that, for instance, your licensees make to

22   PACs?

23             MR. MCGRAIL:  No, ma'am.

24             MS. COSSETTE:  Okay.  And then just one

25   follow-up question here.  Sandy Karsten, do you have



Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 102 of 210
Corporate Designees for the Missouri Gaming Commission          July 10, 2023
PageID #: 21824

Page 101

1    an understanding of what her interest in these

2    vendors is?  Like why she would want to have this

3    list?

4              MR. MCGRAIL:  No.

5              MS. COSSETTE:  Why did you -- so you

6    forwarded her the list.  Why?  Remind me, I'm sorry.

7              MR. MCGRAIL:  The updated?

8              MS. COSSETTE:  Yeah.

9              MR. MCGRAIL:  Probably because I was -- I

10   think I was asked to.  I mean, this was one that was

11   sent in April and then I sent it with an update in

12   November.  So may have asked, Okay, has there been

13   any changes, any additional information.

14             MS. COSSETTE:  Okay.  And do you still

15   maintain a spreadsheet like the one we have in --

16             MR. MCGRAIL:  I don't.

17             MS. COSSETTE:  -- this exhibit?

18             MR. MCGRAIL:  No, I don't believe so.

19             MS. COSSETTE:  Okay.  I'm going to ask

20   Mr. Hanavan, on MGC-9 on the spreadsheet, do you

21   recognize any of the companies besides Torch

22   Electronics that are listed in column A?

23             MR. HANAVAN:  I've heard of Integrity

24   Vending from the Parkville investigation, Missouri

25   E-Raffle, and Torch Electronics.

1          MS. COSSETTE:  Okay.  Do you have an

2    understanding of any companies besides Torch

3    Electronics that own or distribute machines that have

4    No Chance Gaming software?

5          MR. HANAVAN:  Integrity Vending's the

6    only other I've run into.

7          MS. COSSETTE:  And remind me, did you do

8    an examination of an Integrity.

9          MR. HANAVAN:  Yes.

10          MS. COSSETTE:  Okay.  Mr. Horrom, I'm

11    going to ask you the same question about this

12    document.  Do you recognize any of the companies

13    listed in column A?

14          MR. HORROM:  Just the three that

15    Mr. Hanavan said:  The Integrity Vending, Torch, and

16    Missouri E-Raffle.

17          MS. COSSETTE:  And do you have an

18    understanding of any other companies besides Torch

19    that have machines that they distribute in Missouri

20    with No Chance Game software?

21          MR. HORROM:  Integrity Vending is the

22    only one, and that's due to his -- his investigation.

23          MS. COSSETTE:  And do you know, do they

24    still distribute games in Missouri, do you know?

25          MR. HORROM:  I do not know that.

Corporate Designees for the Missouri Gaming Commission          July 10, 2023

Page 103

```
 1              MS. COSSETTE:  Okay.  Mr. Horrom, I think
 2    I've got -- I'm going to probably finish up with you
 3    because I think this is -- I'm going to be starting
 4    to wrap up here.  So you said that you did an
 5    examination of a Torch device in Branson.
 6              MR. HORROM:  Correct.
 7              MS. COSSETTE:  And who asked you to --
 8    which law enforcement entity asked you to do that?
 9              MR. HORROM:   That was Branson Police
10    Department.
11              MS. COSSETTE:  Okay.  And did you
12    provide -- and I think I know the answer to this --
13    provide any opinion as to the lawfulness of the games
14    on that machine?
15              MR. HORROM:  I did not.
16              MS. COSSETTE:  You did an examination and
17    handed them the device examination paper?
18              MR. HORROM:  That's correct.
19              MS. COSSETTE:  Did you speak to anybody
20    at the City of Branson?
21              MR. HORROM:  No.  Only one of the police
22    officers that contacted me.
23              MS. COSSETTE:  And do you know what the
24    outcome of that investigation is?
25              MR. HORROM:  I do not.
```

LEXITAS

Corporate Designees for the Missouri Gaming Commission          July 10, 2023

Page 104

1          MS. COSSETTE:  Okay.  So, do you have --

2     do you know and you may not, besides your device

3     examination report, were there any other

4     communications to the City of Branson about the Torch

5     devices?

6          MR. HORROM:  No.

7          MS. COSSETTE:  I'm going to ask

8     Mr. McGrail real fast.  Mr. McGrail, do you know if

9     there were any other communications with the City of

10    Branson?

11         MR. McGRAIL:  I know when you asked that,

12    I was trying to think because we -- we get calls from

13    prosecutors at times asking, or chiefs of police.

14    Most of the times we guide them towards the Highway

15    Patrol to be able to answer any questions for them.

16         I'd have to go back and look because,

17    like I say, it's been a long time.  But I know we had

18    gotten questions back during this time, '19 and '20,

19    asking for guidance or -- guidance being as far as

20    who do we go to, you know.

21         MS. COSSETTE:  Would you -- what sort of

22    information would you send them?  Like say a city

23    called you and asked for guidance.

24         MR. McGRAIL:  I'd give them the contact

25    information from the Highway Patrol DDCC, which at

Corporate Designees for the Missouri Gaming Commission                    July 10, 2023

Page 105

1    the time was Lieutenant Phillips, now captain.

2              MS. COSSETTE:  Would you send them the

3    Gre -- the letter that Mr. Grewach wrote?

4              MR. McGRAIL:  I don't recall that, but.

5              MS. COSSETTE:  Okay.  Okay.  I have a

6    final question about device examinations and then I

7    think I'm done.  So I'm going to ask Mr. Hanavan

8    first.  Have you done any examinations on any other

9    machines that are in convenience stores besides Torch

10   machines and Integrity gaming machines?

11             MR. HANAVAN:  No.

12             MS. COSSETTE:  Mr. Horrom, same question.

13   Have you done any device examination reports on any

14   machines that are in convenience stores besides Torch

15   machines or Integrity --

16             MR. HORROM:  In convenience stores, no.

17             MS. COSSETTE:  Okay.  I don't have any

18   more questions.

19             MR. HANAVAN:  Let me go back on that.

20             MS. COSSETTE:  Sure.

21             MR. HANAVAN:  I had to think about that

22   for a second.  Okay.  Yes.  We have seen games by

23   Ignite?

24             MR. HORROM:  I don't know.

25             MR. HANAVAN:  But we couldn't -- we

888-893-3767
www.lexitaslegal.com          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.

LEXITAS

1    looked at them, but nothing ever happened.  We were

2    never brought in after we looked at the devices.

3              MS. COSSETTE:  Did you produce --

4              MR. HANAVAN:  They were -- yes.  I did

5    produce reports.  That was in St. Joseph, Missouri.

6              MS. COSSETTE: Okay.  I'm going to say

7    this on the record, but we can talk about it after.

8    I think we're probably going to want copies of those

9    other device examination reports.  So we can figure

10   out the best way for us to get them from you, if you

11   want another subpoena or if we can just get those as

12   a follow up.  So we'll talk about that after.  But I

13   think I am done with questions.

14             MR. POOL:  Did you say Knight or

15   McKnight?

16             MR. HANAVAN:  Ignite, I-g-n-i-t-e.

17             CROSS-EXAMINATION

18             MR. POOL:  Gentlemen, my name's Scott

19   Pool.  We've met at various times during the break.

20   I represent the Patrol and Department of Public

21   Safety.  Like Alix I'm going to be asking a series of

22   questions.  If I ask you something that you don't

23   understand, you find confusing, don't answer it, just

24   say, Scott, repeat that, say it another way.

25             What I'd like to do especially for the

```
 1   sake of the court reporter, I'm going to be bouncing

 2   around, so if one of you or all three of you have

 3   information related to a question, just before you

 4   speak, say your name and that will be a good cue to

 5   the court reporter as to who is speaking.  Fair

 6   enough?

 7             MR. HANAVAN:  Yes.

 8             MR. POOL:  Mr. McGrail or can I call you

 9   Tim?

10             MR. MCGRAIL:  Sure.

11             MR. POOL:  Tim, call me Scott.  With

12   respect to some of the documents that we've talked

13   about today, for instance, MGC-3, the opinion letter

14   from the general counsel for the commission, the

15   Commission's neither rescinded that nor has there

16   been any vote taken to rescind that letter.  True?

17             MR. MCGRAIL:  True.

18             MR. POOL:  As far as you're concerned

19   that letter remains a reliable letter for people in

20   Missouri to refer to and consider in determining

21   whether or not to utilize or to allow these types of

22   devices to be placed on their business location?

23             MR. MCGRAIL:  Correct.

24             MR. POOL:  With regard to MGC-6, the

25   gray -- the No Chance devices or gray machines for
```

1    Alcohol Tobacco Control, Mr. McGrail, does the Gaming

2    Commission agree with this industry circular?

3              Let me ask it a different way.  The

4    Gaming Commission is specifically referenced in this

5    circular.  With respect to how it's referenced, has

6    the Gaming Commission ever requested Alcohol and

7    Tobacco to rescind, modify, or clarify Exhibit MGC-6?

8              MR. McGRAIL:  No.

9              MR. POOL:  And as far as the Commission

10   is concerned, people that are impacted by this

11   letter, you're not aware of any reason why they

12   should not continue to rely and consider this letter

13   when making decisions?

14             MR. McGRAIL:  Correct.

15             MR. POOL:  Referring you to MGC-8 which

16   is the Missouri Lottery and specifically its

17   reference that these No Chance Gaming devices have

18   been deemed illegal by the Missouri Gaming

19   Commission, have you or anyone to your knowledge at

20   the Missouri Gaming Commission requested the Missouri

21   Lottery to withdraw, amend, clarify, or change in any

22   way whatsoever MGC-8?

23             MR. McGRAIL:  No.

24             MR. POOL:  With your representation today

25   on behalf of the Gaming Commission as a corporate

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

1    designee, do you believe MGC-8 accurately reflects

2    the position of the Gaming Commission with respect to

3    No Chance Gaming?

4                 MR. McGRAIL:  I do.

5                 MR. POOL:  With respect to MGC-9 and this

6    spreadsheet, what is the impact or what is your

7    understanding of the legal implication of somebody

8    who is on this spreadsheet, for instance, a known

9    supplier of illegal gaming devices?  And in

10   particular what I'm asking you to consider is it's my

11   understanding from your testimony with Alix that one

12   of the responsibilities that MGC has overtaken in

13   recent years is bingo and licensing of bingo.

14                 MR. McGRAIL:  Correct.

15                 MR. POOL:  Can someone on the known

16   supplier of illegal gaming devices receive a bingo

17   license in the state of Missouri by the Missouri

18   Gaming Commission?

19                 MR. McGRAIL:  Repeat that again.  Can a?

20                 MR. POOL:  Can an individual or an entity

21   that's on the known supplier of illegal gaming

22   devices, can they qualify for a bingo license in the

23   state of Missouri by the Missouri Gaming Commission?

24                 MR. McGRAIL:  No, they can't.

25                 MR. POOL:  With respect to the

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 111 of 210
Corporate Designees for the Missouri Gaming Commission      July 10, 2023
PageID #: 21636

Page 110

1    individuals listed in this spreadsheet on MGC-9,

2    Mr. Miltenberger's name appears more than any other

3    individual's name.  Am I looking at that correctly?

4            MR. McGRAIL:  You are.

5            MR. POOL:  Okay.  Cody and Jim, is that

6    all right if I call you that?

7            MR. HORROM:  Sure.

8            MR. POOL:  I'd like to draw your

9    collective attentions to MGC-5.  Alix asked you each

10   some questions about the definition of chance, and

11   there have been various answers about chance.  When

12   you think about chance, does chance involve luck?

13   Cody?

14           MR. HANAVAN:  I think it can, yes.

15           MR. POOL:  Okay.  Jim?

16           MR. HORROM:  Yes.  Sure.

17           MR. POOL:  Drawing your attention to

18   MGC-5, if you look at page 6 and also page 9, when

19   you look at the Bathtime Bucks screen, do you see

20   where on each of those screens it says, Good luck,

21   exclamation point?  Jim, do you see that?

22           MR. HORROM:  Yes, I do.

23           MR. POOL:  Cody --

24           MR. HANAVAN:  Yes.

25           MR. POOL:  -- do you see that?

```
 1                 MR. HANAVAN:  Yes.

 2                 MR. POOL:  And these are screens that you

 3    would take -- and in particular, you took these

 4    pictures of these screens on MGC-5.  Right, Cody?

 5                 MR. HANAVAN:  Yes.

 6                 MR. POOL:  Okay.  And those -- that Good

 7    Luck screen shows up at least twice or you at least

 8    have two pictures of that screenshot in your report.

 9                 MR. HANAVAN:  I do.

10                 MR. POOL:  With respect to your

11    involvement in the Integrity Gaming case, that

12    involved a Banilla product?

13                 MR. HANAVAN:  Correct.

14                 MR. POOL:  Banilla was the manufacturer?

15                 MR. HANAVAN:  Yes.

16                 MR. POOL:  Banilla manufactures what's

17    called NCG Suite Games?

18                 MR. HANAVAN:  Correct.

19                 MR. POOL:  And they manufacture NCG Suite

20    Games one through five and then they also have deluxe

21    versions of those games?

22                 MR. HANAVAN:  I believe so, yes.

23                 MR. POOL:  Okay.  And you at least in

24    your device examination report in MGC-5, you examined

25    an NCG Suite Type Two game?
```

888-893-3767                Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Page 112

1          MR. HANAVAN:  Correct.

2          MR. POOL:  Have you also identified when

3   you've done game examinations for Torch devices, have

4   you also looked at NCG Suite Two games?

5          MR. HANAVAN:  Yes.

6          MR. POOL:  Okay.  Those games operate the

7   same?

8          MR. HANAVAN:  Functionally correct, yes.

9          MR. POOL:  They're the -- they're

10  manufactured by Banilla and while maybe the cabinet

11  between Torch and Integrity may be different, the

12  game itself is the same?

13         MR. HANAVAN:  Functionally, yes.

14         MR. POOL:  Okay.  And, in fact, with

15  respect to the Banilla devices, suites one through

16  five or the deluxe versions, all those games operate

17  in the same manner; the only different between the

18  suites or the deluxe version are the entertaining

19  displays?

20         MR. HANAVAN:  Correct.

21         MR. POOL:  So, for instance, when we

22  think about NCG Suite Two, there's Bathtime Bucks,

23  there's Arabian Riches, but then if you go to

24  different NCG Suite Games made by Banilla, it might

25  have something like Bourbon Street Dice?

1          MR. HANAVAN:  Correct.

2          MR. POOL:  But as it relates to the

3   operation of those and how a player moves through

4   those games, they're all the same; only the graphics

5   are different, the entertaining displays?

6          MR. HANAVAN:  Correct.

7          MR. POOL:  And, Jim, is that your

8   understanding as well?

9          MR. HORROM:  That is correct.

10          MR. POOL:  Okay.  So let's just go back

11   and let's think about the NCG Suite Two games

12   manufactured by Banilla that are used in the

13   market -- or put in the marketplace both by Torch and

14   Integrity.  You've indicated, Cody, those are the

15   same games.  Right?

16          MR. HANAVAN:  Functionally, yes.

17          MR. POOL:  Functionally.  They're in

18   different cabinets?

19          MR. HANAVAN:  Correct.

20          MR. POOL:  They're played the same.  They

21   have a prize viewer button.  They have an info button

22   that will give you directions.  They have the same

23   suite of games.

24          MR. HANAVAN:  Correct.

25          MR. POOL:  Okay.  With respect to each

Page 114

1   game, there's six games that make up a suite for

2   Suite Two?

3               MR. HANAVAN:  Yes.

4               MR. POOL:  And each game either has a

5   possible predetermined outcome of 75,000 or a hundred

6   thousand?

7               MR. HANAVAN:  Okay.

8               MR. POOL:  Is that your understanding?

9               MR. HANAVAN:  From a third-party source,

10  yes.

11              MR. POOL:  Okay.  And with respect to

12  that outcome per game, that's also further increased

13  at, that size or that pool is increased by the

14  ability to wager certain amounts?

15              MR. HANAVAN:  Correct.

16              MR. POOL:  So I believe most games have

17  the ability to wager some monetary increment of six?

18              MR. HANAVAN:  I believe so, yes.

19              MR. POOL:  Okay.  And so as far as the

20  number of potential outcomes, you've got 75,000 to a

21  hundred thousand outcomes per game, per increment

22  that can be wagered.  And then you multiply that over

23  and over again for each game?

24              MR. HANAVAN:  Yes.

25              MR. POOL:  Okay.  So with respect to, you

Corporate Designees for the Missouri Gaming Commission          July 10, 2023

Page 115

1    know, one suite of games, you could be looking at a

2    potential outcome, a predetermined finite outcome of

3    three million?

4              MR. HANAVAN:  Yes.

5              MR. POOL:  Okay.  So with respect to that

6    predetermined finite outcome, if I'm playing Bathtime

7    Bucks, I don't know where I'm going to start in that

8    pool or on that reel?

9              MR. HANAVAN:  Correct.

10             MR. POOL:  So where the player has left

11   off before me and where I began, I have no way of

12   knowing where I'm beginning that game?

13             MR. HANAVAN:  Correct.

14             MR. POOL:  And if I'm playing that game

15   and I decide that -- and I get a prize viewer and it

16   says, Zero, and I decide, Well, I'm going to change

17   games; I'm going to go from Bathtime Bucks to Arabian

18   Riches, I can do that.  Right?

19             MR. HANAVAN:  Yes.

20             MR. POOL:  But when I drop into the new

21   game, Arabian Riches, I don't know where I'm going to

22   land in that predetermined finite pool reel?

23             MR. HANAVAN:  Correct.

24             MR. POOL:  That's random?

25             MR. HANAVAN:  Yes.

888-893-3767                Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Page 116

1      MR. POOL:  And the same is true if I go

2  to another game and another game?

3      MR. HANAVAN:  Correct.

4      MR. POOL:  I have no way of knowing where

5  the game is going to land me in that predetermined

6  pool; it's just random?

7      MR. HANAVAN:  Correct.

8      MR. POOL:  With regard to the operation

9  of those games -- and this is to you as well, Jim.

10 So after Cody speaks if you want to say if you concur

11 or not.  Because of the entertaining displays, when a

12 player is playing the NCG Suite Games, the player is

13 under the impression that they have the ability to

14 affect the outcome.  Is that a fair statement?

15     MR. HANAVAN:  No.  I don't -- I don't

16 think that affecting the outcome is necessarily a

17 part of the game play.

18     MR. POOL:  You don't believe the

19 entertaining displays suggest to the player that they

20 have the ability to make certain decisions that can

21 affect the outcome or the success that they have in

22 playing the game?

23     MR. HANAVAN:  I don't think so.

24     MR. POOL:  Okay.  What about you, Jim?

25     MR. HORROM:  I would have to say there is



Case: 4:23-cv-00330-JAR    Doc. #: 245-28    Filed: 08/08/24    Page: 118 of 210
Corporate Designees for the Missouri Gaming Commission          July 10, 2023
PageID #: 21840

Page 117

1    one game in particular that I reviewed, it was a keno

2    game, where the player would have to choose spaces on

3    the keno card.  Seems like they would be under

4    control of what numbers they would pick.

5               MR. POOL:  Okay.  Would you agree with

6    that, Cody?

7               MR. HANAVAN:  I would agree with that,

8    yes.

9               MR. POOL:  Okay.  So we've got the visual

10   displays, we have the random number generator, and

11   the player not knowing from game to game where

12   they're going to land.  When they begin the game,

13   they don't know where they're beginning.  When they

14   end the game, they don't know where they're ending.

15   All that true, Cody?

16              MR. HANAVAN:  Yeah.

17              MR. POOL:  You agree, Jim?

18              MR. HORROM:  I agree.

19              MR. POOL:  Okay.  With respect to the

20   predetermined reel, there's no button or there's no

21   screenshot that a player can go to so they can see

22   where they were or where they're going to be on that

23   predetermined reel.  True?

24              MR. HANAVAN:  Correct.

25              MR. POOL:  Jim?

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

1                    MR. HORROM:  Correct.

2                    MR. POOL:  Tim, I don't want to leave you

3     alone in the corner.

4                    MR. McGRAIL:  Thanks.

5                    MR. POOL:  So I'd like you to take a

6     look at MGC-7.  Let's go back to page 14, and you

7     were asked about this page by Alix.  Either in

8     considering MGC-3, MGC-6, or MGC-8, is there anything

9     about page 14 that, on behalf of the Missouri Gaming

10    Commission, you disagree with or think is an

11    inaccurate representation of how MGC views prereveal

12    games?

13                   MR. McGRAIL:  No.

14                   MR. POOL:  Cody, you mentioned in the

15    Linn County case you provided testimony?

16                   MR. HANAVAN:  Correct.

17                   MR. POOL:  Was that at a preliminary

18    hearing?

19                   MR. HANAVAN:  Yes.

20                   MR. POOL:  Okay.  Were you testifying on

21    behalf of the prosecution?

22                   MR. HANAVAN:  Yes.

23                   MR. POOL:  Okay.  With regard to your

24    testimony in Platte County in the Integrity Gaming --

25    or Integrity Vending, LLC case, were you testifying

1    on behalf of the prosecution or the defense?

2              MR. HANAVAN:  Prosecution.

3              MR. POOL:  What is your understanding of

4    the outcome of that litigation?

5              MR. HANAVAN:  The Platte County

6    litigation?

7              MR. POOL:  Yes, sir.

8              MR. HANAVAN:  I believe it ended with

9    a -- they were -- they were found guilty.

10             MR. POOL:  A felony conviction --

11             MR. HANAVAN:  Yes.

12             MR. POOL:  -- of Integrity Vending, LLC?

13             MR. HANAVAN:  Correct.

14             MR. POOL:  With regard to that matter,

15   are you familiar with a company by the name of GLI?

16             MR. HANAVAN:  Yes.

17             MR. POOL:  Gaming Laboratories

18   International?

19             MR. HANAVAN:  Uh-huh.  Yes.

20             MR. POOL:  And did GLI also provide

21   testimony on behalf of the prosecution in that case?

22             MR. HANAVAN:  Yes.

23             MR. POOL:  And with respect to GLI's

24   report, did you have an opportunity to review that

25   report prior to your testimony?

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Case: 4:23-cv-00330-JAR    Doc. #:  245-28    Filed: 08/08/24    Page: 121 of 210
Corporate Designees for the Missouri Gaming Commission                July 10, 2023
PageID #: 21845
Page 120

1              MR. HANAVAN:  No.

2              MR. POOL:  Okay.  Have you ever seen that

3    report?

4              MR. HANAVAN:  Not to my knowledge, no.

5              MR. POOL:  Okay.  Are you familiar with

6    the ultimate opinions reached by GLI?

7              MR. HANAVAN:  Yes.

8              MR. POOL:  Okay.  For instance, that they

9    consider there to be an element of chance in the

10   operation of these games?

11             MR. HANAVAN:  Yes.

12             MR. POOL:  And -- strike that.  Tim, with

13   respect to Torch, are you aware of any entity or

14   individual directly complaining to the MGC that the

15   Highway Patrol specifically or the Department of

16   Public Safety is singling out and harassing and

17   intimidating Torch Electronics, LLC?

18             MR. McGRAIL:  No.

19             MR. POOL:  With respect to the MGC

20   interactions with the Highway Patrol as it relates to

21   how it's undertaken its investigation of these

22   devices, from your position within the gaming

23   industry, have you found those methods utilized to be

24   professional?

25             MR. McGRAIL:  Their actions?

```
 1                 MR. POOL:  Yes, sir.

 2                 MR. McGRAIL:  The Missouri Highway

 3   Patrol?

 4                 MR. POOL:  Yes.

 5                 MR. McGRAIL:  I haven't heard anything

 6   otherwise.

 7                 MR. POOL:  Thank you.  I want to make

 8   sure that the record is clear, Tim, with respect to

 9   the questions you were asked about the industry

10   circular and Division of Alcohol and Tobacco Control.

11   As I understand it, if you are licensed by Alcohol

12   and Tobacco or if you're licensed by the Lottery and

13   you have an illegal gaming device on your premises,

14   that could potentially affect your license with that

15   entity.  Is that a fair statement?

16                 MR. McGRAIL:  Yes, it is.

17                 MR. POOL:  And this is a question, Cody,

18   to you and also you, Jim.  With respect to the

19   operation of these NCG Suite Games and deluxe games,

20   the prize viewer button or the prereveal button, is

21   that mandatory for the player to utilize if they want

22   to play that game?

23                 MR. HANAVAN:  No.

24                 MR. POOL:  Jim?

25                 MR. HORROM:  No.
```

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 123 of 210
PageID #: 21645

1          MR. POOL:  With respect to that prize

2   viewer prereveal button, if you took that button off

3   the device, okay, hypothetically, if you took that

4   button off the device, would that device look and

5   play substantially the same as a slot machine?

6          MR. HANAVAN:  Very similar, yes.

7          MR. POOL:  Would you agree, Jim?

8          MR. HORROM:  To the player, yes.

9          MR. POOL:  Internally the player has no

10   way of knowing if an NCG device has a random number

11   generator versus a predetermined finite pool reel.

12   Fair, Cody?

13          MR. HANAVAN:  The help screen does give

14   that information that that is how the game operates,

15   but general knowledge of slot machines in casinos,

16   that's not something that's included.  So they would

17   have more information on -- on an NCG cabinet than

18   they would in a casino.

19          MR. POOL:  Okay.  How many screens does a

20   player have to go through to be able to access that

21   information?

22          MR. HANAVAN:  At least one.

23          MR. POOL:  Okay.  Do you recall, Jim?

24          MR. HORROM:  It was one or two deep in

25   the help screens.

Corporate Designees for the Missouri Gaming Commission          July 10, 2023

Page 123

1          MR. POOL:  Okay.  And to get to the help

2    screen, it's processed through hitting an info

3    button.  Right?

4          MR. HANAVAN:  Correct.

5          MR. POOL:  And the first thing that info

6    button takes you is to a screen that says Official

7    Rules?

8          MR. HANAVAN:  Yes, you're right.

9          MR. POOL:  And then the next screen it

10   takes you to is how to wager?

11         MR. HANAVAN:  I don't know the exact

12   order.

13         MR. POOL:  That's fine.  This isn't meant

14   to be a memory quiz.

15         MR. HANAVAN:  Yeah.

16         MR. POOL:  But those screens --

17         MR. HANAVAN:  The screen's available,

18   yes.

19         MR. POOL:  And do you agree with that,

20   Jim?

21         MR. HORROM:  I agree with that, yeah.

22         MR. POOL:  NCG or No Chance Games, Tim,

23   Cody, Jim, that's not a phrase that is a Missouri

24   Gaming Commission phrase.  Is that correct?

25         MR. McGRAIL:  That's correct.

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 125 of 210
Corporate Designees for the Missouri Gaming Commission          July 10, 2023
PageID #: 21847
Page 124

```
 1              MR. HANAVAN:  That's correct.

 2              MR. HORROM:  Correct.

 3              MR. POOL:  With respect to NCG, that is a

 4   phrase that is developed or has been developed by the

 5   manufacturer of the game Banilla?

 6              MR. McGRAIL:  I'd assume so, yes.

 7              MR. HANAVAN:  Correct.

 8              MR. HORROM:  Correct.

 9              MR. POOL:  Okay.  So with respect to the

10   manufacturer of this game, they've given it the tag

11   line No Chance Gaming.  You're not aware of any

12   regulator or investigator in your industry that has

13   given it that tag line.  Is that correct, Cody?

14              MR. HANAVAN:  Correct.

15              MR. POOL:  And, Jim?

16              MR. HORROM:  Correct.

17              MR. POOL:  Cody and Jim, with respect to

18   how the game is played by the user, you've already

19   indicated to me that the user is not mandated to use

20   the prize viewer button in order to play the game.

21   Do you know if the device can be looked at to

22   determine the number of instances or the frequency in

23   which a player does indeed use the prize viewer?

24              MR. HANAVAN:  That information is not

25   available in the screens that we had access to.
```

LEXITAS

Corporate Designees for the Missouri Gaming Commission          July 10, 2023
PageID #: 21846

Page 125

1              MR. POOL:  Do you know if you access data

2      inside, if you will, the guts of the machine, if that

3      information is available?

4              MR. HANAVAN:  I am unsure.

5              MR. POOL:  Okay.  Jim, do you know one

6      way or the other?

7              MR. HORROM:  I am also unsure of that.

8              MR. POOL:  Okay.  With respect to your

9      inspections and your game device inspection

10     examination reports, you've each played these games?

11             MR. HANAVAN:  Correct.

12             MR. POOL:  You've played them in your

13     capacity with the Missouri Gaming Commission and as

14     requested for the most part by law enforcement.

15     Right, Cody?

16             MR. HANAVAN:  Correct.

17             MR. POOL:  Correct, Jim?

18             MR. HORROM:  That is correct.

19             MR. POOL:  Have you ever had the

20     opportunity to observe specifically how these games

21     are played by patrons in any of the businesses where

22     these businesses games have been seized?  Cody?

23             MR. HANAVAN:  Yes.

24             MR. POOL:  Okay.  Jim?

25             MR. HORROM:  I have.

Case: 4:23-cv-00330-JAR    Doc. #: 245-28    Filed: 08/08/24    Page: 127 of 210
Corporate Designees for the Missouri Gaming Commission        July 10, 2023
PageID #: 21849
Page 126

1    MR. POOL:  And based upon your

2  observations, have you observed players to play these

3  games similar to slot machines?

4         MR. HANAVAN:  Yes.

5         MR. POOL:  Jim?

6         MR. HORROM:  Yes.

7         MR. POOL:  And with respect to that,

8  you've seen players not utilize the prize viewer

9  button?

10        MR. HANAVAN:  Correct.

11        MR. POOL:  Jim, have you seen players not

12  use utilize the prize viewer button?

13        MR. HORROM:  I have -- when we observed

14  players playing, we never saw them press that button.

15        MR. POOL:  You never saw them press that

16  button.  And you saw players in Branson and you had

17  nine machines there.  Is that right?

18        MR. HORROM:  I did not observe players

19  playing those games.  They were already seized and in

20  a warehouse when I --

21        MR. POOL:  Okay.

22        MR. HORROM:  -- did my --

23        MR. POOL:  Did you observe them in

24  Sullivan?

25        MR. HORROM:  Yes.

1           MR. POOL:  And what about St. Clair?

2           MR. HORROM:  Yes.

3           MR. POOL:  Okay.  So --

4           MR. HORROM:  Actually I take that back.

5    I did not in St. Clair.

6           MR. POOL:  So the three games --

7           MR. HORROM:  West Sullivan on two

8    separate occasions and then in Cuba, I believe it was

9    Cuba truck stop.

10          MR. POOL:  Okay.

11          MR. HORROM:  That's listed on MGC-4.

12          MR. POOL:  And in those instances you

13   didn't observe the prize viewer being utilized at

14   all?

15          MR. HORROM:  Correct.  I never saw

16   anybody push that.

17          MR. POOL:  Cody, is that consistent with

18   your experience?

19          MR. HANAVAN:  The only place that I was

20   exposed to players prior to the seizure was at

21   Clinton --

22          MR. POOL:  Okay.

23          MR. HANAVAN:  -- Clinton, Missouri.

24          I don't recall seeing anyone use the

25   prize viewer.

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 129 of 210
Corporate Designees for the Missouri Gaming Commission          July 10, 2023
PageID #: 21651

Page 128

1          MR. POOL:  Okay.  Do you have an

2   understanding one way or the other if these machines

3   can be either manufactured or set up by the

4   distributor so that the prize viewer is mandatory for

5   the game to be played?

6          MR. HANAVAN:  There's no option that

7   we've seen that requires the prize viewer.

8          MR. POOL:  Okay.  Is that consistent with

9   your understanding, Jim?

10          MR. HORROM:  I agree, yes.

11          MR. POOL:  Those are all the questions

12   that I have at this moment.

13          MR. ELLINGER:  Alix, can we take a short

14   break?

15          MS. COSSETTE:  Sure.

16          (Off the record.)

17             CROSS-EXAMINATION

18          MR. ELLINGER:  Gentlemen, my name is Marc

19   Ellinger.  I represent the Missouri Gaming

20   Association, intervenor in this case.  I think

21   probably much like Mr. Pool I'm probably going to

22   jump around a little bit, so my apologies well in

23   advance of that.

24          If at any point I ask a question of one

25   of you and somebody else is the more appropriate

Corporate Designees for the Missouri Gaming Commission          July 10, 2023

Page 129

1    person to answer the question, please just say so or

2    say, I can't answer, and I might ask another.  I want

3    to make sure we have a very clear record on this.

4    And like I said, I'm going to jump around a little

5    bit, so my apologies right off the bat.

6              So, Cody, if you don't mind me starting

7    with you, we talked a little bit about the

8    outcomes.  And I think Mr. Pool asked you some

9    questions about 75,000 or a hundred thousand.  Do you

10   remember kind of generally those questions?

11             MR. HANAVAN:  Yes.

12             MR. ELLINGER:  It's my understanding

13   you're not able to access the internal software of

14   the machines in any of your reviews.  Is that

15   correct?

16             MR. HANAVAN:  Correct.

17             MR. ELLINGER:  Okay.  So you've only seen

18   it from a player perspective.  Is that right?

19             MR. HANAVAN:  A player and a, maybe an

20   administrator perspective.

21             MR. ELLINGER:  Okay.  Could you explain

22   what that administrator perspective is?

23             MR. HANAVAN:  The machines have

24   administrative menus.  There's -- there's a basic

25   menu that I would say would be for the location

1   that's housing the device.  And then there's a

2   privileged menu where the games settings are that you

3   can adjust a few items on how the game functions.

4            MR. ELLINGER:  So if I could ask you to

5   take a look at Exhibit MGC-5 which is your report

6   from Parkville.  Is that correct?

7            MR. HANAVAN:  Yes.

8            MR. ELLINGER:  Okay.  And I'd like you to

9   flip pages, a couple, I'm going to go back to -- and

10  I'm going to apologize here because these are

11  numbered but they're numbered in all sorts of

12  different ways.  I'd like you to take a look at

13  page 7.

14           MR. HANAVAN:  Yes.

15           MR. ELLINGER:  Is that kind of the

16  administrator menu access function you were talking

17  about, the initial page of it?

18           MR. HANAVAN:  That's the initial page,

19  yes.

20           MR. ELLINGER:  Okay.  Then I'd like you

21  to flip to page 8.  And tell me how you access this

22  particular page, if you recall.

23           MR. HANAVAN:  This page is just -- it's

24  available from that main terminal page.  The -- the

25  access of the menu itself requires entering a PIN

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 132 of 210
Corporate Designees for the Missouri Gaming Commission           July 10, 2023
PageID #: 21654
Page 131

1    number.  Once you enter the PIN number, you access

2    the administrative menu.  From there, you can access

3    this menu.

4                MR. ELLINGER:  Okay.  So you -- so just

5    kind of using Exhibit 5 -- excuse me, Exhibit 5,

6    MGC-5.

7                MR. HANAVAN:  Uh-huh.

8                MR. ELLINGER:  On page 7 of the

9    screenshot, you start at that page.  You had to

10   access a PIN to get to that page.  Correct?

11               MR. HANAVAN:  Correct.

12               MR. ELLINGER:  Then through that page

13   you were able to get to the image that you have on

14   page 8?

15               MR. HANAVAN:  Yes.

16               MR. ELLINGER:  Right?  Okay.  And this

17   copy is not very good -- sorry, Alix.

18               MS. COSSETTE:  That's okay.

19               MR. ELLINGER:  Do you notice at the

20   bottom of that screenshot there's some really, really

21   small text?

22               MR. HANAVAN:  Yes.

23               MR. ELLINGER:  Almost inelig -- almost

24   illegible text?

25               MR. HANAVAN:  Correct, yes.



1           MR. ELLINGER:  Do you know what that

2    number is?  I mean first of all, just generically do

3    you know what that number is?

4           MR. HANAVAN:  I believe it's a version

5    number.

6           MR. ELLINGER:  A version number.

7           MR. HANAVAN:  Yes.

8           MR. ELLINGER:  If you had a little

9    clearer picture, might you be able to read it?

10          MR. HANAVAN:  Yes.

11          MR. ELLINGER:  Alix, we can substitute

12   the exhibit however you want.  It doesn't have the

13   same markings on it.

14          MS. COSSETTE:  Whatever you want to do.

15          MR. ELLINGER:  It's a clear image.  I'm

16   going to hand you a document -- would you like us to

17   mark it?

18          MS. COSSETTE:  No.  I think it's fine.

19   We're all going to agree it's the same report so we

20   don't have to have duplicates and we can deal with it

21   at trial, whatever you --

22          MR. ELLINGER:  And I'll even ask you,

23   sir, if you look at the first page of that document

24   and look at MGC-5, the first page of MGC-5 that you

25   have, is that the same report?  If you need to look

Page 133

1   through other pages, please do so.  Is that the same

2   report?

3              MR. HANAVAN:  Yeah.

4              MR. ELLINGER:  Okay.

5              MR. HANAVAN:  Yes.

6              MR. ELLINGER:  I offer that to you only

7   because it's a little clearer copy.  Could you go

8   back to that page you were just looking at --

9              MR. HANAVAN:  Uh-huh.

10             MR. ELLINGER:  -- which I believe was

11  page MGC -- well, you have the page numbers.

12  Correct?

13             MR. HANAVAN:  Page 8.

14             MR. ELLINGER:  Page 8.  And you can see

15  that little number on that screen we were just

16  talking about earlier.

17             MR. HANAVAN:  Yes.

18             MR. ELLINGER:  You see it?  Can you read

19  that number on this copy a little bit better?

20             MR. HANAVAN:  Yes.  It's V3.2.0.19403.

21             MR. ELLINGER:  Okay.  And do you know

22  what that number entails or means, excuse me?

23             MR. HANAVAN:  I don't.

24             MR. ELLINGER:  Okay.  You've seen lots of

25  software over your years working for the Missouri

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 135 of 210
PageID #: 21897
Corporate Designees for the Missouri Gaming Commission          July 10, 2023
Page 134

1    Gaming Commission?

2              MR. HANAVAN:  Correct.

3              MR. ELLINGER:  Is there a general usage

4    of the letter V in the beginning of software

5    programs?

6              MR. HANAVAN:  Version is typically what

7    the V would stand for, yes.

8              MR. ELLINGER:  And then traditionally a

9    set of codes or numbers thereafter, sometimes even

10   words that explain what the version is?

11             MR. HANAVAN:  Correct.

12             MR. ELLINGER:  Okay.  Let's see.  I'm

13   going to -- and that report that you're looking at

14   right now, MGC-5, that's the report you did on the --

15   for the prosecution in Platte County.  Is that

16   correct?

17             MR. HANAVAN:  Correct.

18             MR. ELLINGER:  And that's the Integrity

19   Vending prosecution?

20             MR. HANAVAN:  Correct.

21             MR. ELLINGER:  The one in which they were

22   convicted.

23             MR. HANAVAN:  Yes.

24             MR. ELLINGER:  Correct?  Okay.

25   Unfortunately I only have one copy of this.  It's an

LEXITAS

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 136 of 210
Corporate Designees for the Missouri Gaming Commission        July 10, 2023
Page ID #: 21650

Page 135

1  exhibit we've used in a whole bunch of depositions.

2  It was -- it's been Exhibit CC in the Miltenberger

3  deposition.  It was Exhibit NF-5 in the Nick Farley

4  deposition.

5            Would you like me to renumber that,

6  Alix?

7            MS. COSSETTE:  No, it's fine.

8            MR. ELLINGER:  I'm going to hand you

9  what's been previously marked both NF-5 and

10 Exhibit CC.

11           (Exhibit NF-5/CC was previously marked.)

12           MR. ELLINGER:  Do you see that?

13           MR. HANAVAN:  I do.

14           MR. ELLINGER:  Have you seen this report

15 before?

16           MR. HANAVAN:  I can't say that it's

17 exactly the one that I've seen, but it looks similar

18 to one that I've seen.

19           MR. ELLINGER:  And is this, based upon

20 the similarity of what you've seen, is this a

21 report by Nick Farley & Associates regarding NCG

22 Suite Two?

23           MR. HANAVAN:  Yes.

24           MR. ELLINGER:  And it's your

25 understanding that NCG Suite Two is what was used on

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 137 of 210
Corporate Designees for the Missouri Gaming Commission          July 10, 2023
PageID #: 21859
Page 136

1    the machine in Platte County.  Correct?

2              MR. HANAVAN:  Yes.

3              MR. ELLINGER:  Okay.  And if you look at

4    that report, and I can't recall which page it is,

5    front page, there should be a version number on that

6    also.  Do you see that?

7              MR. HANAVAN:  There is.

8              MR. ELLINGER:  Could you read that

9    version number out loud please?

10             MR. HANAVAN:  3.2.0.19403.

11             MR. ELLINGER:  And could you match that

12   up against Exhibit MGC-5?  Is that the same version

13   number?

14             MR. HANAVAN:  It is.

15             MR. ELLINGER:  Okay.  So the report by

16   Mr. Farley and the machine that you reviewed in

17   Platte County have the exact same software version.

18   Is that correct?

19             MR. HANAVAN:  Yes.

20             MR. ELLINGER:  Okay.  Do you have exhibit

21   stickers?

22             MS. COSSETTE:  I do.

23             MR. ELLINGER:  Thank you.  What are we up

24   to?

25             MS. COSSETTE:  MGC-10 I believe.

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com
LEXITAS

Corporate Designees for the Missouri Gaming Commission                    July 10, 2023

Page 137

1               (Exhibit MGC-10 was marked for

2    identification.)

3               MR. ELLINGER:  And I'm going to apologize

4    in advance for the picture on here, but I'm going to

5    give this a try.  I'm going to hand you what's been

6    marked as MGC-10.

7               Copies for everybody.  Pass that down,

8    pass that down.

9               And apologies for the poor picture

10   quality.

11              MR. HANAVAN:  Uh-huh.

12              MR. ELLINGER:  And I'm going to -- in the

13   course of this litigation a machine, a sample

14   demonstration exemplar was provided to Missouri

15   Gaming Association.  Okay?  And in the course of

16   this, this particular screen was accessed and an

17   image was taken which is what you have in front of

18   you.

19              MR. HANAVAN:  Okay.

20              MR. ELLINGER:  Okay.  I'd like you to

21   take a look at that image.  Do you kind of generally

22   recognize what that image is?

23              MR. HANAVAN:  Yes.

24              MR. ELLINGER:  What is it?

25              MR. HANAVAN:  It's the configure terminal

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 139 of 210
Corporate Designees for the Missouri Gaming Commission                July 10, 2023
PageID #: 21801

Page 138

1    screen from a Banilla product.

2             MR. ELLINGER:  It's the same basic screen

3    as what you have in your report in Platte County?

4             MR. HANAVAN:  Yes.

5             MR. ELLINGER:  And I notice at the bottom

6    there's a version number.  Do you see that?

7             MR. HANAVAN:  I do.

8             MR. ELLINGER:  Could you read what

9    version number is?

10            MR. HANAVAN:  3.2.0.194030.

11            MR. ELLINGER:  Is that the same version

12   number as the machine that was in Platte County?

13            MR. HANAVAN:  Yes.

14            MR. ELLINGER:  So in your professional

15   expertise, that would tell you that the machine in

16   Platte County is using the exact same software system

17   as the machine that was produced in this case.  Is

18   that correct?

19            MR. HANAVAN:  Yes.

20            (Exhibit MGC-11 was marked for

21   identification.)

22            MR. ELLINGER:  I'm going to hand you what

23   I've marked as -- and I'm going to apologize to

24   everyone again; I only have one copy of this.

25            MS. COSSETTE:  I'm going to start

1    charging you for exhibit stickers.

2            MR. ELLINGER:  I'll bring a pack over.

3            I'm going to hand you a copy of what I've

4    marked as MGC-11.  And if anybody wants to see a copy

5    of that, I'll obviously, certainly provide it, but.

6            MR. HANAVAN:  Okay.

7            MR. ELLINGER:  Have you seen that

8    document before?

9            MR. HANAVAN:  I have not.

10           MR. ELLINGER:  Okay.  Is the -- the

11   document at the top of that has a caption.  Do you

12   see that?  A case style for lack of a better term?

13           MR. HANAVAN:  I'm not -- you're going to

14   have to --

15           MR. ELLINGER:  I'm sorry.  I'm going to

16   apologize and just lean over here a little bit.

17           MR. HANAVAN:  Sure.

18           MR. ELLINGER:  Do you see up here it

19   says, State of the Missouri -- State of Missouri

20   versus Defendant Integrity Vending --

21           MR. HANAVAN:  Okay.  Okay.

22           MR. ELLINGER:  -- LLC?

23           Do you see that?

24           MR. HANAVAN:  I do.

25           MR. ELLINGER:  Okay.  Is that the case in

 1    which you testified in Platte County?

 2              MR. HANAVAN:  Yes.

 3              MR. ELLINGER:  And you were in front of

 4    Judge Fincham I believe?

 5              MR. HANAVAN:  Yes.

 6              MR. ELLINGER:  Okay.  And do you see that

 7    there's a -- that form shows a verdict issued in that

 8    case?

 9              MR. HANAVAN:  Yes.

10              MR. ELLINGER:  And what does that verdict

11    say?

12              MR. HANAVAN:  Says, Tried, Court, guilty.

13              MR. ELLINGER:  And is that signed by the

14    judge?

15              MR. HANAVAN:  It is.

16              MR. ELLINGER:  Okay.  And that's the case

17    that you testified in.  Is that correct?

18              MR. HANAVAN:  Yes.

19              MR. ELLINGER:  And that's the case in

20    which version -- I always get this number wrong

21    because it's so small -- 3.2.0.19403 was the software

22    suite of the machine that was an illegal gaming

23    device.  Is that correct?

24              MR. HANAVAN:  Yes.

25              MR. ELLINGER:  Okay.  I'm going to -- I

1   want to go back, continue sticking with you for a

2   minute; I'm doing a pretty good run here staying with

3   you on one path.  Do you recall the GLI testimony in

4   that case?

5          MR. HANAVAN:  I recall GLI providing

6   testimony, yes.

7          MR. ELLINGER:  Okay.  And you had

8   mentioned that you did not see a copy of the GLI

9   report in advance of the hearing or the trial.

10          MR. HANAVAN:  Correct.

11          MR. ELLINGER:  Have you ever seen a copy

12   of that report?

13          MR. HANAVAN:  No.

14          MR. ELLINGER:  Okay.  Stealing another

15   one of your exhibit stickers, sorry.

16          (Exhibit MGC-12 was marked for

17   identification.)

18          MR. ELLINGER:  I'm going to hand you

19   what's been marked as MGC-12.  Sorry.  Everybody got

20   a copy?

21          MS. COSSETTE:  Uh-huh.

22          MR. ELLINGER:  Okay.  I notice at top of

23   this it says, Expert Forensic Report, Review of No

24   Chance Game, NCG-2 Games Software.  Do you see that?

25          MR. HANAVAN:  I do.

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Page 142

1          MR. ELLINGER:  And it's prepared for Eric

2    Zahnd.  Who's Eric Zahnd?

3          MR. HANAVAN:  The prosecuting attorney

4    for Platte County.

5          MR. ELLINGER:  Is that the same Eric

6    Zahnd that retained you or asked you to review the

7    report -- the machine in the Integrity Vending case?

8          MR. HANAVAN:  I was contacted by Blake

9    Sherer.

10          MR. ELLINGER:  And who is Blake Sherer,

11    do you know?

12          MR. HANAVAN:  Blake Sherer is an

13    assistant prosecuting attorney.

14          MR. ELLINGER:  In Platte County?

15          MR. HANAVAN:  In Platte County.

16          MR. ELLINGER:  Okay.  And if you take a

17    look at this particular report and you flip back to

18    what's been marked page 5 of 18 at the top, I'm just

19    going to use those top numbers if that's okay.

20          MR. HANAVAN:  Okay.

21          MR. ELLINGER:  Do you see it talks about

22    NCG Game Suite -- excuse me -- NCG-2 Game Suite, the

23    little box there in the middle?

24          MR. HANAVAN:  Yes.

25          MR. ELLINGER:  And those are six

```
 1    different games.  Is that right?

 2              MR. HANAVAN:  Correct.

 3              MR. ELLINGER:  Are those the same six

 4    games that were on the machine that you reviewed in

 5    Platte County?

 6              MR. HANAVAN:  Yes.

 7              MR. ELLINGER:  And the same ones upon

 8    which the conviction was rendered for an illegal

 9    gaming device?

10              MR. HANAVAN:  Yes.

11              MR. ELLINGER:  And if you flip through,

12    I'm just going to ask you to take a moment and flip

13    through.  There's a number of pictures in here.  I

14    just want to make sure that those pictures match up

15    with what you recollect you looked at when you

16    reviewed that machine -- those machines or that

17    machine.  Does that look familiar to you --

18              MR. HANAVAN:  Yes.

19              MR. ELLINGER:  -- as the same machine?

20              MR. HANAVAN:  Yes, it does.

21              MR. ELLINGER:  Okay.  I'd like you to

22    take a look at page 11 of 18 where there's a picture

23    there that says, A balance of at least 25 is required

24    to view the next prize.

25              Do you see that?
```

888-893-3767
www.lexitaslegal.com          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.

LEXITAS

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 145 of 210
Corporate Designees for the Missouri Gaming Commission                July 10, 2023
PageID #: 21860

Page 144

1                    MR. HANAVAN:  I do.

2                    MR. ELLINGER:  Could you explain what

3       that means in your own words?

4                    MR. HANAVAN:  So on these devices,

5       there's a setting in the administrative menus that

6       you can choose, as the administrator, to require a

7       balance to view the prize, which means that you have

8       to have enough money in the machine to make a wager

9       to view the outcome.  Yeah, that's --

10                   MR. ELLINGER:  And I think you had

11      testified earlier that -- well, strike that.

12                   If a player does not push the prize

13      viewer screen, does the machine operate, from a

14      player perspective for all intentional purposes, like

15      a slot machine?

16                   MR. HANAVAN:  From?

17                   MR. ELLINGER:  From a player's

18      perspective.

19                   MR. HANAVAN:  From a player's

20      perspective, yes.

21                   MR. ELLINGER:  Okay.  If they're required

22      to put a dollar in hypothetically to test the screen,

23      does that change the equation in any substantive

24      manner as to whether it operates as a slot machine,

25      an entertaining display from a player perspective?

Corporate Designees for the Missouri Gaming Commission          July 10, 2023

Page 145

1              MR. HANAVAN:  You're going to have to say

2    it one more time.

3              MR. ELLINGER:  It was a terrible

4    question.

5              On the machine that you reviewed, a

6    player had to put money into the machine to be able

7    to see the next potential play.  Correct?

8              MR. HANAVAN:  Correct.

9              MR. ELLINGER:  It was still the rendering

10   of the Court that that was an illegal electronic

11   gaming device.  Correct?

12             MR. HANAVAN:  Correct.

13             MR. ELLINGER:  Also known as a slot

14   machine?

15             MR. HANAVAN:  Yes.

16             MR. ELLINGER:  Okay.  And I guess maybe I

17   want to step back just a second and clarify.  I think

18   Alix asked you some questions -- actually I think she

19   asked Mr. McGrail a couple questions.  I want to ask

20   you the question.  From your experience, can you tell

21   me what the difference between an electronic gaming

22   device, EGD, and a slot machine is from a practical

23   perspective?

24             MR. HANAVAN:  An electronic gaming device

25   is a more open definition.  It would include things

Page 146

1    that a slot machine is not, like a shuffler or, you

2    know, a roulette wheel or something along those lines

3    that -- that is still usable in the play of -- or

4    usable in gaming, gambling.

5              A slot machine specifically uses reels to

6    provide a display that has outcomes, winning and

7    losing outcomes.  It's just more specifically

8    defined.

9              MR. ELLINGER:  In your opinion is the

10   machine that you reviewed in Platte County a slot

11   machine?

12             MR. HANAVAN:  It would fall under that

13   definition, yes.

14             MR. ELLINGER:  And I'm curious to know,

15   Jim testified earlier on to some questions from Alix

16   and I don't think she asked you these same questions,

17   but how many -- how many slot machines have you

18   looked at over your career with the Missouri Gaming

19   Commission?

20             MR. HANAVAN:  Oh, my.  A lot.  Tens of

21   thousands, hundred thousand.

22             MR. ELLINGER:  Is it a fair statement to

23   say that between yourself and Jim, you all have a

24   broad and deep expertise in the operations of slot

25   machines?

1          MR. HANAVAN:  We have seen a lot of slot

2   machines, yes.

3          MR. ELLINGER:  And you've looked at them

4   at manufacturer's facilities?

5          MR. HANAVAN:  Yes.

6          MR. ELLINGER:  You've looked at them

7   inside of casinos?

8          MR. HANAVAN:  Yes.

9          MR. ELLINGER:  You've looked at them as

10  seized property?

11         MR. HANAVAN:  Yes.

12         MR. ELLINGER:  In all of those times that

13  you've reviewed them, all the different

14  configurations of all these different slot machines,

15  is there any substantive difference between the

16  machine in Platte County and all those other machines

17  from a player perspective?

18         MR. HANAVAN:  From a player perspective,

19  no.

20         MR. ELLINGER:  Okay.  We talked a little

21  bit about the finite pool.  Remember that?

22         MR. HANAVAN:  Yes.

23         MR. ELLINGER:  And I think Alix asked you

24  a question about N plus one.  Do you remember that --

25         MR. HANAVAN:  Yes.



1              MR. ELLINGER:  -- question?

2              So N, on the hypothetical, if N is the

3    current play, okay?

4              MR. HANAVAN:  Uh-huh.

5              MR. ELLINGER:  If you hit the prize

6    viewer on this machine, you would know the result of

7    N.  Is that correct?

8              MR. HANAVAN:  Correct.

9              MR. ELLINGER:  I.e., the current play?

10             MR. HANAVAN:  The current play.

11             MR. ELLINGER:  Okay.  N plus one would be

12   the play after the current play.  Correct?

13             MR. HANAVAN:  Correct.

14             MR. ELLINGER:  How do you find out the

15   result of N plus one?

16             MR. HANAVAN:  Place a wager.

17             MR. ELLINGER:  So you have to wager and

18   win or lose?

19             MR. HANAVAN:  Correct.

20             MR. ELLINGER:  Then you find out what N

21   plus one is?

22             MR. HANAVAN:  Yes.

23             MR. ELLINGER:  How is that different from

24   a slot machine?

25             MR. HANAVAN:  A slot machine, there is no

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 150 of 210
Corporate Designees for the Missouri Gaming Commission          July 10, 2023
Page ID #: 21672

Page 149

1   way to know the outcome without placing the wager.

2              MR. ELLINGER:  But to find out the second

3   spin, you still have to --

4              MR. HANAVAN:  Still have --

5              MR. ELLINGER:  -- place the wager --

6              MR. HANAVAN:  -- to place the wager.

7              MR. ELLINGER:  Let me finish the

8   question.

9              MR. HANAVAN:  Sorry.

10             MR. ELLINGER:  I will just rephrase the

11  question.

12             MR. HANAVAN:  Okay.

13             MR. ELLINGER:  On a slot machine to find

14  out the N plus one, the second play, is there any

15  difference than on this particular No Chance machine?

16             MR. HANAVAN:  No.

17             MR. ELLINGER:  If you have a finite pool

18  of results that you work sequentially through -- do

19  you recall that testimony?

20             MR. HANAVAN:  Yes.

21             MR. ELLINGER:  Does the player know where

22  they're at in that finite pool?

23             MR. HANAVAN:  No.

24             MR. ELLINGER:  Is there any way for the

25  player to know where they're at in the finite pool?

Page 150

1            MR. HANAVAN:  I'm going to say no, but a

2   player that wagers a lot of money on the machine

3   could potentially learn where they are.

4            MR. ELLINGER:  So let's --

5            MR. HANAVAN:  By going through the entire

6   list.

7            MR. ELLINGER:  So let's use the example

8   of 75,000 outcomes.  Okay?

9            MR. HANAVAN:  Yes.

10           MR. ELLINGER:  To know where they were at

11  in the machine, they would have to play the machine

12  at least how many times?

13           MR. HANAVAN:  75,000 times.

14           MR. ELLINGER:  At a minimum?

15           MR. HANAVAN:  At a minimum.

16           MR. ELLINGER:  That still wouldn't tell

17  them exactly where they were at in the order, would

18  it?

19           MR. HANAVAN:  No.

20           MR. ELLINGER:  So they'd probably have to

21  play far more to be able to ascertain the exact

22  pattern?

23           MR. HANAVAN:  The exact location in the

24  list, yes.

25           MR. ELLINGER:  Okay.  What if the entry

1    point into the finite pool, the very first spot was

2    randomly generated by a random number generator,

3    would that be chance?

4                    MR. HANAVAN:  It would be -- in a

5    random -- yeah.  Chance is essentially something

6    outside of your control, so yeah.

7                    MR. ELLINGER:  Okay.  And if a machine

8    uses a random number generator, that would make it a

9    slot machine.  Correct?

10                   MR. HANAVAN:  The random number generator

11   doesn't necessarily -- a slot machine is not required

12   to have a random number generator, but a random

13   number generator is something that traditional

14   casino-grade slot machines have.

15                   MR. ELLINGER:  Okay.  So let me phrase

16   the question differently.  If a machine has a random

17   number generator, that makes it like a traditional

18   casino slot machine?

19                   MR. HANAVAN:  Yes.

20                   MR. ELLINGER:  And where are -- maybe I

21   should ask this question to Tim, where are

22   traditional casino slot machines allowed in the state

23   of Missouri?

24                   MR. McGRAIL:  Casinos.

25                   MR. ELLINGER:  And do casinos have to go

1    through licensure?

2              MR. McGRAIL:  They do.

3              MR. ELLINGER:  Tell me just from a very

4    high, 10,000-foot level what's the process to get

5    licensed to be able to be a casino and have slot

6    machines?

7              MR. McGRAIL:  It requires an extensive

8    background.  They have to submit an application, both

9    for the company as well as key persons that have

10   decision-making authority.  Then there's a background

11   that is completed, both suitability background.

12   Normally that's occurred by gaming agents from the

13   Missouri State Highway Patrol.  And then a very

14   extensive financial background by our financial

15   analyst.

16              Again, the determination is to -- do

17   they -- are they financially stable and capable and

18   is their background suitable to be able to operate --

19   again, because it's a privilege to have the license

20   in Missouri; it's not an automatic, and again, it's

21   limited.  So like even today there are no licenses

22   that are available.  One would have to become open to

23   be able to have a gaming license in the state of

24   Missouri.

25              MR. ELLINGER:  And what about the

1   facility itself in which slot machines would be

2   located in Missouri.  What does that process to be

3   approved entail?

4             MR. MCGRAIL:  So when you're talking

5   about that, it's the connectivity of the slot

6   machines.  Because most of these machines -- I don't

7   know if they're all -- they don't stand alone

8   anymore.  They're interconnected, connected with a

9   back-end system, be it either a slot accounting

10  system that tracks as far as those.  The slots have

11  to be, again, certified by an independent testing lab

12  and then finally approved by the Missouri Gaming

13  Commission.

14            And then again, depending on their

15  layout, where they're located at, we don't have a set

16  number on them as far as the number of slot machines,

17  but again, it has to be ones that have been certified

18  and then approved by Missouri Gaming Commission.

19            MR. ELLINGER:  And can any person from

20  the ages of one to a hundred walk into a casino and

21  play slot machines?

22            MR. MCGRAIL:  So, there are -- and there

23  is the rules and regulations that apply to

24  individuals.  So one, you have to be 21 or older to

25  be able to -- to play or to go on the casino floor.

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 155 of 210
Corporate Designees for the Missouri Gaming Commission         July 10, 2023
PageID #: 21871

Page 154

 1              MR. ELLINGER:  Okay.  Let me stop you

 2    right there.  Does the person who's licensed have to

 3    do anything to ensure that people are 21 that play

 4    the games, or is it just, We trust the player --

 5              MR. MCGRAIL:  No.

 6              MR. ELLINGER:  -- to walk in and --

 7              MR. MCGRAIL:  No.

 8              MR. ELLINGER:  -- there's no --

 9              MR. MCGRAIL:  Partly because they do have

10    turnstiles, so they -- they are maintained -- manned

11    by security personnel that will be looking at patrons

12    as they're coming onto the casino floor.  If there's

13    any doubt or question as far as to their age, they --

14    they have the authority to ask for identification

15    that the individual has to produce.  If they don't

16    have a valid ID or they don't have identification,

17    the casino has the authority to be able to tell them

18    that they're not allowed on the floor.

19              MR. ELLINGER:  What about security

20    systems, cameras, things of that type, are those

21    required?

22              MR. MCGRAIL:  So there is surveillance

23    that has to be over all casino floor, very much on

24    table games, but even on the slot machines partly

25    because of the fact that if there's a jackpot or a

888-893-3767                Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Corporate Designees for the Missouri Gaming Commission          July 10, 2023

Page 155

1    question, they could come back and be able to look at

2    footage, surveillance footage on those particular

3    devices, systems, jackpots, whatever that may occur

4    on the casino floor.

5            MR. ELLINGER:  And what about audits and

6    verifications to ensure that the revenues are

7    properly dropped out of the machine, the taxes are

8    properly collected, that the proper tax forms are

9    filed, et cetera, are they required to go through

10   that also?

11           MR. MCGRAIL:  So all of these are

12   regulatory requirements that the -- MGC has staff

13   that will, periodically will audit both for

14   performance, basically compliance with the rules and

15   regulations; the taxes done.  I mean, they have to

16   submit their transmittals daily to MGC.  And then

17   they're -- they're actually audited as far as making

18   sure as far as the admissions as well as the AGR is

19   properly accounted for.  And that's based on the coin

20   in, the amount of money that goes into the slot

21   machines, as well as what the slot accounting system

22   tells them.

23           MR. ELLINGER:  And those revenues, are

24   they subject to a tax?

25           MR. MCGRAIL:  They are.  So they have

LEXITAS

Corporate Designees for the Missouri Gaming Commission          July 10, 2023

Page 156

```
1    their winnings minus -- or the gambling amount, the

2    wagers minus the winnings.  And then there's a

3    percent based on that which is currently, by

4    statute, 21 percent is taxed on the casinos as far as

5    the adjusted gross revenue.

6              MR. ELLINGER:  And where does that tax

7    revenue go?

8              MR. MCGRAIL:  That tax revenue goes to --

9    currently goes to the proceeds for education fund, 90

10   percent does.  Ten percent of the AGR goes back to

11   the home dock's city.

12             MR. ELLINGER:  And casinos, they're still

13   responsible for state and federal income taxes to the

14   extent they're applicable, property taxes, things of

15   that type to.  Right?

16             MR. MCGRAIL:  All of those still apply

17   besides the AGR.

18             MR. ELLINGER:  So if you're an owner or

19   operator of a slot machine, there's a pretty

20   substantial reason not to go through a licensure

21   process and avoid all those costs, time,

22   investigations, et cetera, aren't there?

23             MR. McGRAIL:  Correct.

24             MR. ELLINGER:  And going back to the

25   suitability process, if the key person who owns a
```

1    company had gone -- had had financial difficulties,

2    bankruptcies, would that have an impact potentially

3    upon their licensure?

4              MR. MCGRAIL:  Potentially it could.

5              MR. ELLINGER:  It might cause them not to

6    be licensed?

7              MR. MCGRAIL:  That -- that's correct.

8              MR. ELLINGER:  So another reason if you

9    had that in your background you wouldn't necessarily

10   want to go through a legitimate licensing process.

11   Correct?

12             MR. MCGRAIL:  Correct.

13             MR. ELLINGER:  And that's just talking

14   about the owner or the operator of the slot machines.

15   Correct?

16             MR. MCGRAIL:  Yes.

17             MR. ELLINGER:  There are also suppliers.

18   Right?

19             MR. MCGRAIL:  That's correct.

20             MR. ELLINGER:  They have to go through a

21   licensure process too?

22             MR. MCGRAIL:  They do.  It's very much --

23   the background's very much similar to what the

24   background that would occur for a parent company or

25   the Class B, the casino, as far as their suitability

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 159 of 210
Corporate Designees for the Missouri Gaming Commission          July 10, 2023
PageID #: 21681

Page 158

1   to be able to either manufacture, sell merchandise,

2   equipment, gaming equipment in the state of Missouri.

3           MR. ELLINGER:  And there's license fees

4   and cost of investigation too.  Correct?

5           MR. MCGRAIL:  There is.

6           MR. ELLINGER:  And those are borne by the

7   supplier or the casino operator depending on the

8   circumstances?

9           MR. MCGRAIL:  That's correct.

10          MR. ELLINGER:  So there's pretty good

11  reason for somebody who's supplying machines not to

12  go through the licensure process too?

13          MR. MCGRAIL:  Yes.

14          MR. ELLINGER:  So if you have slot

15  machines in Missouri and you don't go through a

16  licensure process, you potentially save a lot of

17  money, make a lot of money that you wouldn't

18  necessarily make if you did it through the licensure

19  process?

20          MR. MCGRAIL:  That's correct.

21          MR. ELLINGER:  Do you have any knowledge

22  as to whether the illegal slot machines that have

23  popped up all around the state of Missouri have had

24  an impact upon gaming revenue?

25          MR. MCGRAIL:  I -- I wouldn't --



Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 160 of 210
Corporate Designees for the Missouri Gaming Commission          July 10, 2023
PageID #: 21882

Page 159

1   personally I wouldn't know if that has or not.  But

2   we do see a trend in the AGR going -- going down or

3   continues to go down on that.  Is that part of the

4   reason, very well could be.

5              MR. ELLINGER:  Do you know roughly how

6   many illegal games there are in the state of

7   Missouri?

8              MR. MCGRAIL:  A couple years ago we

9   heard 14,000, but today, no, I wouldn't know.

10             MR. ELLINGER:  Do you have any idea as an

11  estimate how much revenue is being made through those

12  illegal machines?

13             MR. MCGRAIL:  No, I would not.

14             MR. ELLINGER:  If 350 illegal machines

15  brought in $4 million, would you be able to project

16  roughly what that would be?

17             MR. MCGRAIL:  Well, that's wagers minus

18  the winnings.  Then just multiply that by 21 percent,

19  the amount of money.

20             MR. ELLINGER:  That would be the tax

21  revenue that would be lost?

22             MR. MCGRAIL:  Tax revenue lost, yeah.

23             MR. ELLINGER:  Do you know how many

24  regulated slot machines there are in the state of

25  Missouri?

Corporate Designees for the Missouri Gaming Commission                    July 10, 2023

Page 160

 1                MR. MCGRAIL:  Companies or, I mean --

 2                MR. ELLINGER:  How many machines?  Let's

 3   start with the number of machines.

 4                MR. MCGRAIL:  How many are in the state

 5   of Missouri?

 6                MR. ELLINGER:  Yeah.

 7                MR. MCGRAIL:  At one time we had 14, 15

 8   thousand I believe.

 9                MR. HORROM:  This is Jim and it's

10   about 12,000.

11                MR. MCGRAIL:  Oh, 12,000.

12                MR. ELLINGER:  So there are -- Jim, I'm

13   going to change to you since you answered that

14   question.

15                MR. HORROM:  Yes.

16                MR. ELLINGER:  Based upon the number

17   of 14,000 that you just heard a moment ago, there

18   would be more illegal slot machines in the state of

19   Missouri than legal licensed slot machines in the

20   state of Missouri?

21                MR. HORROM:  If that's true, then yes.

22                MR. ELLINGER:  Another reason not to get

23   licensed, isn't it, Tim?

24                MR. McGRAIL:  Could very well be.

25                MR. ELLINGER:  Cody, I think you answered

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 162 of 210
Corporate Designees for the Missouri Gaming Commission          July 10, 2023
PageID #: 21884

Page 161

1    this question that Alix asked you about NCG standing

2    for No Chance Games.  Do you remember her asking

3    questions about that?

4              MR. HANAVAN:  Yes.

5              MR. ELLINGER:  I think you said something

6    about that you understand that's what that -- what

7    those initials mean?

8              MR. HANAVAN:  Yeah.

9              MR. ELLINGER:  Do you recall where you

10   got that understanding from?

11             MR. HANAVAN:  Probably from the Banilla

12   website.

13             MR. ELLINGER:  And who is Banilla?

14             MR. HANAVAN:  Banilla is the manufacturer

15   of the software of these devices, and I believe

16   actually the hardware.  I think they make the

17   cabinets and the software.

18             MR. ELLINGER:  And I'm curious, is

19   Banilla licensed supplier in the state of Missouri?

20             MR. HANAVAN:  No.

21             MR. ELLINGER:  Do you know if they

22   provide -- and this would be to any of you all

23   because I'm not sure who would get this question.  Do

24   you know if Banilla provides software, machines,

25   anything that's used on a casino floor to any of the

1   licensees in the state of Missouri?

2          MR. HORROM:  This is Jim.  No.  We do not

3   have any -- any approved software or hardware that is

4   supplied by Banilla in the casinos.

5          MR. ELLINGER:  Okay.  Tim, you had a

6   couple questions about -- from Alix -- about whether

7   something was not legal or not regulated.  Do you

8   remember that kind of --

9          MR. McGRAIL:  Yeah.

10          MR. ELLINGER:  -- pattern of questions?

11          A slot machine that's regulated in the

12   state of Missouri on a casino, that's a legal slot

13   machine.  Correct?

14          MR. MCGRAIL:  Correct.

15          MR. ELLINGER:  A slot machine that is in

16   a truck stop in the state of Missouri, is that a

17   legal slot machine?

18          MR. MCGRAIL:  No.

19          MR. ELLINGER:  What about a slot machine

20   that's in a VFW hall in the state of Missouri?

21          MR. MCGRAIL:  No.

22          MR. ELLINGER:  Or a gas station?

23          MR. MCGRAIL:  No.

24          MR. ELLINGER:  And the Gaming Commission

25   has gone after bingo operators that have had slot

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 164 of 210
Corporate Designees for the Missouri Gaming Commission        July 10, 2023
PageID #: 21880

Page 163

1    machines in the past, haven't they?

2           MR. McGRAIL:   They have.

3           MR. ELLINGER:   And tell me that process.

4    What do you do when you find an illegal slot machine

5    in a, for example, a VFW or an American Legion hall?

6           MR. MCGRAIL:   So we do have authority to

7    come on the premises if there's a belief that they

8    are conducting any type of illegal activity.   That

9    could be not only devices, but say poker games,

10   whatever, that would occur on the premises at the

11   time.   And it doesn't necessarily have to be exactly

12   at the time when bingo's taking place.   Lot of times

13   we will -- we will have our subject matter experts as

14   far as the slot machines being our electronic gaming

15   device specialists attend as well as a representative

16   from MGC as well.   Very well could be our bingo

17   manager would attend or it could be someone else

18   designated to attend that as well.

19          They do their initial analysis of that,

20   advise them; advise them, tell them we'll be

21   preparing a report.

22          That report would be drafted, reviewed by

23   supervisions at that level.   And at the time what we

24   have is an informal discipline review board that

25   would make a recommendation, at least the initial

Corporate Designees for the Missouri Gaming Commission          July 10, 2023

Page 164

1    recommendation for discipline for that particular

2    establishment.

3              MR. ELLINGER:  And you all have executed

4    that policy in the past?

5              MR. MCGRAIL;  We have.

6              MR. ELLINGER:  And have you ended up

7    revoking licenses?

8              MR. MCGRAIL:  We have.

9              MR. ELLINGER:  And have there been cases

10   filed appealing those in the past?

11             MR. MCGRAIL:  There have been.  At times

12   they may go through - they'll go through the --

13   because of being bingo, which is different than a

14   casinos, they'll go through the Administrative

15   Hearing Commission for review.  And they'll come with

16   their findings and they come back for us to take the

17   action that was recommended at the time or possibly

18   for it to be reviewed again a second time.

19             MR. ELLINGER:  And generally what's the

20   result of those Administrative Hearing Commission

21   cases?

22             MR. MCGRAIL:  They affirm the decision of

23   the Commission.

24             MR. ELLINGER:  So you all have a pretty

25   good record when it comes to investigating these

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Case: 4:23-cv-00330-JAR    Doc. #:  245-28    Filed: 08/08/24    Page: 166 of 210
Corporate Designees for the Missouri Gaming Commission         July 10, 2023
Page ID #: 21630
Page 165

1    illegal machines and taking action against them?

2              MR. MCGRAIL:  If it gets to that level.

3              MR. ELLINGER:  And there have been other

4    court cases where other entities have gone after

5    illegal machines too.  Are you familiar with some of

6    those cases?  I think there's Thole versus Westfall.

7    Are you familiar with that case?

8              MR. MCGRAIL:  Heard of it.  Don't know

9    it.

10             MR. ELLINGER:  That was a case about

11   illegal machines, whole bunch of illegal machines

12   were taken out.  You're not familiar with that?

13             MR. MCGRAIL:  No.

14             MR. ELLINGER:  Let's see.  When you

15   finish one of those actions dealing with a bingo

16   operator, what happens to the machines, the illegal

17   machines?

18             MR. MCGRAIL:  That I don't know because

19   of the fact that most of these have occurred prior to

20   my coming on board with the Gaming Commission.

21             MR. ELLINGER:  Okay.  Cody or Jim, this

22   question would be for you all.  Are you familiar with

23   electronic pull tabs?

24             MR. HANAVAN:  I've seen one, yes.

25             MR. ELLINGER:  Would you explain what an

LEXITAS

1   electronic pull tab is?

2             MR. HANAVAN:  Electronic pull tab is

3   something that's offered in the state of Missouri by

4   the Missouri Lottery.  It's a machine that has a roll

5   of paper that has outcomes on it, winning and losing

6   outcomes.  And it's got an entertaining display with

7   reels.  You place a wager to play the machine.  It

8   shows you an outcome and prints a ticket or dispenses

9   a ticket with that outcome and an amount I believe

10  for you to be paid.

11            MR. ELLINGER:  And that's -- you said

12  it's on a roll of paper.  It's a set of predetermined

13  outcomes.

14            MR. HANAVAN:  Yes.

15            MR. ELLINGER:  Right?

16            MR. HANAVAN:  Yes.

17            MR. ELLINGER:  I don't know how many

18  there are on the roll, but when the roll's done,

19  you've gone through all the outcomes.

20            MR. HANAVAN:  Correct.

21            MR. ELLINGER:  Right?  Okay.  And that's

22  functionally the same as what we're talking about

23  here today.  From the way the pool works, you have a

24  set of predetermined outcomes.  Is that correct?

25            MR. HANAVAN:  Yeah.

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Corporate Designees for the Missouri Gaming Commission          July 10, 2023

Page 167

 1                    MR. ELLINGER:  Electronic pull tab

 2     machines, lotteries under Missouri law?

 3                    MR. HANAVAN:  Yes.

 4                    MR. ELLINGER:  And are they allowed to be

 5     anywhere without a license by either the Gaming

 6     Commission or the State Lottery?

 7                    MR. HANAVAN:  No.

 8                    MR. ELLINGER:  Do you know why those are

 9     only authorized by the Lottery?

10                    MR. HANAVAN:  I can't answer that.  I

11     don't know that one.

12                    MR. ELLINGER:  Tim, do you know why?

13                    MR. McGRAIL:  No, I don't.

14                    MR. ELLINGER:  Could it be because they

15     have an element of chance and, therefore, they're

16     gambling?

17                    MR. McGRAIL:  Well, I was going to give

18     that as part of being a game of chance similar to

19     what Lottery does with the scratch offs and such.

20     But like I say, how they started and how they got

21     rolled out to these establishments, yeah, I didn't

22     know.

23                    MR. ELLINGER:  And you're familiar with

24     Article 3 Section 39 of the Missouri Constitution?

25                    MR. MCGRAIL:  It is.

LEXITAS

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 169 of 210
PageID #: 21691
Corporate Designees for the Missouri Gaming Commission          July 10, 2023

Page 168

1          MR. ELLINGER:  And there's a prohibition

2     on lotteries.  Is that correct?

3          MR. MCGRAIL:  Right.

4          MR. ELLINGER:  And then we have

5     exceptions to those prohibitions.  Is that correct?

6          MR. MCGRAIL:  Correct.

7          MR. ELLINGER:  Are you familiar with any

8     exception that would allow the machines in question

9     in this case to be operated outside of a casino or

10    outside of licensure by the Lottery?

11         MR. MCGRAIL:  No.

12         MR. ELLINGER:  And I think Scott may have

13    asked you these questions, so I'm going to apologize

14    if I'm hitting the ground twice.  But there were --

15    there were three documents that I think we walked

16    through pretty quickly earlier:  MGC-3 which is the

17    Grewach letter, MGC-6 which is the Alcohol Tobacco

18    Control flier; and MGC-8 which is the Missouri

19    Lottery letter.  Do you remember those?

20         MR. McGRAIL:  Yes.

21         MR. ELLINGER:  You had mentioned that new

22    leadership, new direction at the Gaming Commission.

23    Do you remember that kind of?

24         MR. McGRAIL:  Yeah, I do.

25         MR. ELLINGER:  Does that new leadership,

LEXITAS

Corporate Designees for the Missouri Gaming Commission          July 10, 2023
Page: 1 of 2 · 21092

Page 169

1    new direction still stand behind these positions?

2              MR. McGRAIL:  They do, yes.

3              MR. ELLINGER:  I'd like you to look at

4    MGC-3 please which is the Grewach letter.  I'd like

5    you to look at the third paragraph.  Do you see where

6    it says, The MG -- I'm in the first sentence.  Upon

7    examination analysis of these devices, the MGC

8    determined that the machines are used or -- all

9    caps -- usable in the playing phases of gambling

10   activities and, therefore, constitute gaming

11   device -- gambling devices and slot machines as

12   defined in Section 572.010, sub 5 and sub 11 --

13             COURT REPORTER:  Excuse me, could you

14   slow down when you're reading.

15             MR. ELLINGER:  Sorry, I read a little

16   fast there.

17             Do you see that sentence?

18             MR. MCGRAIL:  I do.

19             MR. ELLINGER:  Okay.  I'm not going to

20   read it again.  It's in the exhibit.

21             What's the distinction between used or

22   usable, if you know?

23             MR. MCGRAIL:  Opinion-wise, no

24   difference.

25             MR. ELLINGER:  No difference.  So if you

Corporate Designees for the Missouri Gaming Commission          July 10, 2023

1    hit a prize -- the prize viewer -- I'm going to ask

2    Cody this question.  If you hit the prize viewer or

3    you don't hit the prize viewer, it's usable as a slot

4    machine.  Correct?

5            MR. HANAVAN:  Correct.

6            MR. ELLINGER:  Can we just take about two

7    minutes?

8            MS. COSSETTE: Sure thing.

9            (Off the record.)

10           MR. ELLINGER:  Go back on.  Real quickly

11   I'm going to ask each of you all.  You've heard this

12   litany already a bunch of times.  We did take a

13   break.  In the course of that break, is there any

14   thoughts, recollections, information, anything that

15   would cause any of you to change any of the answers

16   to the questions you gave to my set of questions.

17   Jim?

18           MR. HORROM:  No.

19           MR. ELLINGER:  Cody?

20           MR. HANAVAN:  No.

21           MR. ELLINGER:  Tim?

22           MR. McGRAIL:  No.

23           MR. ELLINGER:  I'd like you to take a

24   look, Cody, at MGC-10.

25           MR. HANAVAN:  Okay.

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 172 of 210
Corporate Designees for the Missouri Gaming Commission         July 10, 2023
PageID #: 21834

Page 171

1                    MR. ELLINGER:  Do you see the thing that

2    says, Cash-out increment one dollar, in the middle of

3    the page?

4                    MR. HANAVAN:  Yes.

5                    MR. ELLINGER:  Could you explain what

6    that is.

7                    MR. HANAVAN:  That is a setting that only

8    allows cash out in those increments.  So if I were to

9    have $5.50 on the device, on the machine, I hit cash

10   out, it's going to give me five dollars.

11                   MR. ELLINGER:  And did I -- I assume a

12   role and the reason that the Gaming Commission

13   inspects and spends all this time looking at slot

14   machines inside casinos is to protect players?

15                   MR. HANAVAN:  Yes absolutely.

16                   MR. ELLINGER:  Are there machine slot

17   machines that are allowed to keep part of the

18   player's money when they want to cash out?

19                   MR. HANAVAN:  No.

20                   MR. ELLINGER:  Why not?

21                   MR. HANAVAN:  That's not -- that's their

22   money.

23                   MR. ELLINGER:  So in this case as the

24   example you said, if you don't have exactly an even

25   dollar amount, you're going to walk away without all

888-893-3767              Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com
LEXITAS

Corporate Designees for the Missouri Gaming Commission          July 10, 2023
PageID #: 21899

Page 172

```
 1   of your money?

 2               MR. HANAVAN:  Correct.

 3               MR. ELLINGER:  If you could take a look

 4   at MGC-8.  And, Tim, I don't know if this is a

 5   question for you or Cody or Jim, so I'm going to --

 6               MR. POOL:  It's the Lottery letter.

 7               MR. ELLINGER:  The Lottery letter.  Did

 8   you notice, if you take a look at the third paragraph

 9   on that letter, see that first sentence that says,

10   Illegal machine operators have posted stickers on

11   their machines to help justify to retailers and

12   players that their games are legal because they don't

13   meet the definition of a gambling device.

14               You see -- did I read that correctly?

15               MR. McGRAIL:  Uh-huh.  Yeah.

16               MR. ELLINGER:  Yes?

17               MR. McGRAIL:  Yeah, I see it.

18               MR. ELLINGER:  Are you familiar with

19   those places that have put those stickers on the

20   devices?

21               MR. MCGRAIL:  I have not seen those, but

22   I have heard that they're out there.

23               MR. ELLINGER:  Cody, have you seen those

24   stickers?

25               MR. HANAVAN:  Yes.
```

Page 173

1              MR. ELLINGER:  Could you kind of give an

2    example of what one of those stickers might look

3    like?

4              MR. HANAVAN:  I don't know if it has it

5    on this one.  Yeah.

6              MR. HORROM:  No, it's just the rules.

7              MR. HANAVAN:  Oh, that's the rules?

8              MR. HORROM:  Yeah.

9              MR. HANAVAN:  Oh.  I don't know if any of

10   these reports have it.  In the reports available I

11   don't have a copy of the sticker, but yes, there's a

12   sticker that is present on machines, not every time,

13   but most of the time, that has verbiage that reflects

14   the law and the -- the fact that the machine doesn't

15   fit into that -- the required elements --

16             MR. ELLINGER:  Okay.

17             MR. HANAVAN:  -- of the law.

18             MR. ELLINGER:  Some type of legal --

19             MR. HANAVAN:  Some --

20             MR. ELLINGER:  -- argument?

21             MR. HANAVAN:  -- type of legal argument.

22             MR. ELLINGER:  And have you seen those

23   stickers on Torch machines?

24             MR. HANAVAN:  Yes.

25             MR. ELLINGER:  Jim?

Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 175 of 210
Corporate Designees for the Missouri Gaming Commission          July 10, 2023
PageID #: 21597

Page 174

1        MR. HORROM:  Yes.  Every game that I've

2   reviewed have been Torch games and have all had that

3   sticker on them.

4        MR. ELLINGER:  Okay.  And do you know,

5   did that -- did those machines contain the

6   1-800-BETS-OFF information?

7        MR. HORROM:  I don't recall, I don't

8   believe they have that number on the sticker.

9        MR. ELLINGER:  Do you know if there's any

10   reference to responsible gaming on any of the

11   machines you reviewed?

12        MR. HORROM:  I don't recall seeing

13   anything about that on the games.

14        MR. ELLINGER:  Cody, do you remember

15   seeing anything about responsible gaming?

16        MR. HANAVAN:  Not that I've seen, no.

17        MR. ELLINGER:  What about inside the

18   rules and all the things that you can -- the screens

19   you can go through, are there any responsible gaming

20   provisions in there for player protection?

21        MR. HANAVAN:  No.

22        MR. ELLINGER:  Jim?

23        MR. HORROM:  No.

24        MR. ELLINGER:  What about excluded

25   players, is there any way to prevent excluded players

1    from gambling on these machines?

2                MR. HANAVAN:  No.

3                MR. ELLINGER:  And do you know what an

4    excluded player is?

5                MR. HANAVAN:  Yes.  In the casi -- in the

6    regulated market, in the casinos we have a

7    disassociated persons list, the voluntary and the

8    involuntary, that basically identifies people that

9    are not allowed in the casino either, again, by

10   choice or not.

11               MR. ELLINGER:  So people that have

12   gambling addiction perhaps may report themselves?

13               MR. HANAVAN:  Yeah.  Sign themselves up

14   for the list.

15               MR. ELLINGER:  And they can't gamble

16   inside casinos?

17               MR. HANAVAN:  Correct.

18               MR. ELLINGER:  But they could play these

19   machines?

20               MR. HANAVAN:  Yes.

21               MR. ELLINGER:  If they showed up at a

22   casino, Tim, they would be not allowed on the floor?

23               MR. MCGRAIL:  If they're identified,

24   they'd be arrested.

25               MR. ELLINGER:  Okay.  What about people

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Corporate Designees for the Missouri Gaming Commission          July 10, 2023
PageID #: 21899

Page 176

1    that commit crimes, can they be on the -- are they on

2    the excluded list too?

3              MR. HANAVAN:  There are certain crimes

4    that put people on the nonvoluntary list.  I can't

5    speak to what those are, but yes.

6              MR. ELLINGER:  Tim, do you --

7              MR. McGRAIL:  Gaming-related offenses

8    would be definitely one of the ones.  For example, if

9    a, say a city administrator embezzled a certain

10   amount of funds from the City and used that for

11   gambling and was adjudicated, either statewide,

12   federal-wide or so, definitely they could be placed

13   on the exclusion list for their actions.

14             MR. ELLINGER:  Is there anything that

15   would stop them from gambling on these machines?

16             MR. McGRAIL:  No.

17             MR. ELLINGER:  Cody?

18             MR. HANAVAN:  No.

19             MR. ELLINGER:  Jim?

20             MR. HORROM:  No.

21             MR. ELLINGER:  I have no further

22   questions.

23             MS. COSSETTE:  Nothing from me.

24             MR. POOL: Nothing from me.

25             MS. EVANS:  We have nothing.

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Page 177

1              MR. POOL:  Want to talk to them about

2   reading and signing?

3              MS. RICHENBERGER:  Yeah.  We'd like to

4   review the transcript.

5              MR. POOL:  Waive presentment, read and

6   sign?  Waive presentment so the court reporter

7   doesn't have to watch them read?

8              MS. RICHENBERGER:  Yes.

9              COURT REPORTER:  Can I get order

10  information on the record please.

11             MS. COSSETTE:  We want an E-Tran please

12  with the exhibits.

13             MR. POOL:  Same.

14             MR. ELLINGER:  Same.

15             MS. EVANS:  Same.

16             (Off the record at 4:39 p.m.)

17             (Signature requested.)

18

19

20

21

22

23

24

25

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Corporate Designees for the Missouri Gaming Commission          July 10, 2023

Page 178

1                    CERTIFICATE OF REPORTER

2    STATE OF MISSOURI              )

3    COUNTY OF COLE                 )

4         I, Shelley L. Bartels, a Certified Court

5    Reporter, CCR No. 679, do hereby certify that I was

6    authorized to and did stenographically report the

7    deposition of JAMES HORROM, TIM MCGRAIL, CODY

8    HANAVAN; that a review of the transcript was

9    requested; and that the foregoing transcript, pages

10   1 through 177, is a true record of my stenographic

11   notes.

12        I FURTHER CERTIFY that I am not a relative,

13   employee, or attorney, or counsel of any of the

14   parties, nor am I a relative or employee of any of

15   the parties' attorney or counsel connected with the

16   action, nor am I financially interested in the

17   action.

18

19        DATED this 6th day of July, 2023.

20

21

22   _____

23        Shelley L. Bartels, CCR 679

24

25

Corporate Designees for the Missouri Gaming Commission          July 10, 2023

Page 179

1                          LEXITAS LEGAL

2   July 18, 2023

3   MS. HEATHER RICHENBERGER
    heather.richenberger@mgc.dps.mo.gov
4   Missouri Gaming Commission
    3417 Knipp Drive
5   Jefferson City, Missouri 65109

6   IN RE: Torch Electronics, et al. V MDPS, et al.

7   Dear Ms. Richenberger:

8   Please find enclosed your copies of the deposition
    of Mr. Horrom, Mr. McGrail, Mr. Hanavan taken on
9   7/10/23 in the above-referenced case. Also enclosed
    is the original signature page and errata sheets.

10
    Please have the witness read your copy of the
11  transcript, indicate any changes and/or corrections
    desired on the errata sheets, and sign the signature
12  page before a notary public.

13  Please return the errata sheets and notarized
    signature page to our office at 1608 Locust Street,
14  Kansas City, Missouri 64108 for filing prior to
    trial date.

15
    Sincerely,

16

17  Lexitas Legal

18  Enclosures

19

20

21

22

23

24

25

Corporate Designees for the Missouri Gaming Commission          July 10, 2023

Page 180

```
1            ERRATA SHEET
   Witness Name: James Horrom, Tim McGrail, Cody
2  Hanavan
   Case Name: Torch Electronics, et al. V MDPS, et al.
3  Date Taken: 7/10/23

4  Page #_____   Line #_____
   Should read:  _____
5  Reason for change:  _____

6  Page #_____   Line #_____
   Should read:  _____
7  Reason for change:  _____

8  Page #_____   Line #_____
   Should read:  _____
9  Reason for change:  _____

10 Page #_____   Line #_____
   Should read:  _____
11 Reason for change:  _____

12 Page #_____   Line #_____
   Should read:  _____
13 Reason for change:  _____

14 Witness Signature:  _____

15

16

17

18

19

20

21

22

23

24

25
```

Corporate Designees for the Missouri Gaming Commission          July 10, 2023

Page 181

1  STATE OF _____)

2

3  COUNTY OF _____)

4

5  I, WITNESS, do hereby certify:

6         That I have read the foregoing deposition;

7         That I have made such changes in form

8  and/or substance to the within deposition as might

9  be necessary to render the same true and correct;

10         That having made such changes thereon, I

11  hereby subscribe my name to the deposition.

12         I declare under penalty of perjury that the

13  foregoing is true and correct.

14         Executed this _____ day of _____,

15  20___, at _____.

16

17

18                    _____
                      WITNESS

19                    _____
                      NOTARY PUBLIC

20  My Commission Expires:

21

22

23

24

25

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

1          IN THE CIRCUIT COURT OF COLE COUNTY
                   STATE OF MISSOURI
2

    TORCH ELECTRONICS, LLC, et al.
3

    Vs.                          Case No. 21AC-CC00044
4

    MISSOURI DEPARTMENT OF PUBLIC SAFETY, et al.
5

6           CERTIFICATE OF DEPOSITION

7   Comes now Shelley L. Bartels and pursuant to Rule 57.03(g)(2)(a)

8   states as follows:

9     The deposition of Corporate Designees for the Missouri Gaming Commission was taken on July 10, 2023.

10    The name and address of person or firm having

11    custody of the original transcript:

12

13       Stinson LLP
         230 West McCarty Street
14       Jefferson City, Missouri 65101
         MS. ALIXANDRA S. COSSETTE

15

16

17  At the time of delivery of the transcript the deposition charges

18  had not been paid. Payment status will be updated at the

19  request of the Court pursuant to Section 492.590(2) RSMo.

20

21

22                              _Shelley L. Bartels_ (signature)
                                _____
23                              Shelley L. Bartels

                                LEXITAS LEGAL
24                              711 N. 11th Street
                                St. Louis, Missouri 63101
25                              (800) 280-3376

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

**$**

**$10,000** 99:25

**$4** 159:15

**$5.50** 171:9

**0**

**070** 55:2 70:10

**1**

**1** 25:6,19 57:17 76:4

**1-800-BETS-OFF** 174:6

**10** 16:11 38:10 76:4 79:7

**10,000-foot** 152:4

**100** 25:6

**11** 34:24 47:11 79:7 143:22 169:12

**12** 34:24 38:10

**12,000** 160:10,11

**12:54** 6:1

**13** 99:3

**14** 79:7,8,13 80:5 118:6,9 160:7

**14,000** 159:9 160:17

**15** 160:7

**18** 142:18 143:22

**19** 13:25 104:18

**1993** 84:6

**2**

**2** 42:1,18 43:12 72:12 79:6

**20** 14:1 16:11 104:18

**2016** 32:6

**2019** 7:10 40:12 84:25

**2020** 39:22 40:17

**21** 13:25 153:24 154:3 156:4 159:18

**25** 143:23

**2nd** 7:24 49:1 71:6

**3**

**3** 47:10 79:6 167:24

**3.2.0.19403** 136:10 140:21

**3.2.0.194030** 138:10

**313** 32:9 33:17 67:24

**313.004** 33:17

**313.030** 55:2

**313.040** 70:10

**313.800** 33:18

**313.850** 33:18

**350** 159:14

**39** 167:24

**3rd** 7:10 36:7

**4**

**4** 79:6

**4530.27** 70:11

**4:39** 177:16

**5**

**5** 45:21 79:6 131:5 142:18 169:12

**513** 39:8

**5608** 7:11

**572.010** 169:12

**5922** 39:9

**6**

**6** 76:6 78:6 79:6 110:18

**7**

**7** 78:7 79:7 130:13 131:8

**75,000** 57:17,18 114:5,20 129:9 150:8,13

**8**

**8** 79:7 130:21 131:14 133:13,14

**9**

**9** 79:7 110:18

**90** 156:9

**A**

**ability** 17:14 114:14,17 116:13, 20

**absolute** 66:16

**absolutely** 74:5 171:15

**acceptor** 75:8

**access** 27:12 46:1 122:20 124:25 125:1 129:13 130:16,21,25 131:1,2,10

**accessed** 137:16

**accessible** 18:2

**accounted** 155:19

**accounting** 153:9 155:21

**accurate** 80:21

**accurately** 109:1

**action** 33:5,21 70:8 87:11 89:4 164:17 165:1

**actions** 120:25 165:15 176:13

**activities** 34:6 169:10

**activity** 163:8

**actual** 29:21

**add** 59:25 60:4 94:15

**added** 32:5 33:12

**addiction** 175:12

**addition** 47:3 84:6

**additional** 31:8 99:20,23 101:13

**addressed** 82:10

**adjudicated** 176:11

**adjust** 130:3

**adjusted** 156:5

**admin** 69:4

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.


**administrative** 129:24 131:2 144:5 164:14,20

**administrator** 129:20,22 130:16 144:6 176:9

**admissions** 155:18

**advance** 128:23 137:4 141:9

**advise** 163:20

**affect** 116:14,21 121:14

**affecting** 116:16

**affidavit** 11:9

**affirm** 164:22

**afternoon** 6:15

**age** 154:13

**agencies** 87:10 88:9 89:3,18

**agency** 29:16 53:3 54:9 60:23 89:11

**agent** 13:13 18:4

**agents** 152:12

**ages** 153:20

**AGR** 155:18 156:10,17 159:2

**agree** 12:9 17:2 67:9 108:2 117:5, 7,17,18 122:7 123:19,21 128:10 132:19

**agreement** 79:4

**ahead** 23:22

**air** 59:17

**Alcohol** 64:3,8,22, 23 65:1,8,20 66:2, 6,18,24 67:8,15 86:19,22 108:1,6

121:10,11 168:17

**algorithm** 74:25

**Alix** 6:16 106:21 109:11 110:9 118:7 128:13 131:17 132:11 135:6 145:18 146:15 147:23 161:1 162:6

**allowed** 59:12 69:19 151:22 154:18 167:4 171:17 175:9,22

**amend** 60:1,4 94:15 108:21

**American** 163:5

**amount** 69:5 155:20 156:1 159:19 166:9 171:25 176:10

**amounts** 114:14

**amusement** 46:14 98:5,7

**analysis** 163:19 169:7

**analyst** 152:15

**analyzed** 43:25

**answering** 60:3

**answers** 110:11 170:15

**anymore** 87:17 153:8

**apologies** 13:21 39:20 48:4 128:22 129:5 137:9

**apologize** 6:19 12:5 38:16 42:20 78:10 87:22 130:10 137:3 138:23 139:16 168:13

**appealing** 164:10

**appeals** 32:19 33:14

**appears** 64:20 110:2

**applicable** 156:14

**application** 152:8

**applies** 32:3 54:24 66:10

**apply** 32:18 83:12 153:23 156:16

**applying** 59:10 67:24

**approach** 62:22

**approached** 63:2

**appropriates** 61:3

**appropriation** 61:7

**approval** 33:11 67:3

**approved** 153:3, 12,18 162:3

**approximately** 9:14 13:22

**April** 101:11

**Arabian** 112:23 115:17,21

**areas** 32:7

**argue** 79:17

**argument** 173:20, 21

**arrested** 175:24

**Arrowhead** 98:5,7

**Article** 167:24

**ascertain** 150:21

**ascertaining** 77:10

**aspect** 62:8

**aspects** 61:22 65:4

**assist** 89:11

**assistance** 68:21, 24 89:15

**assistant** 95:15 142:13

**Associates** 135:21

**Association** 25:17 128:20 137:15

**Association's** 58:9

**assume** 17:20 124:6 171:11

**assuming** 71:19 97:8 100:5

**ATC** 78:8

**ATF** 78:8

**attached** 12:19

**attaches** 95:17

**attachment** 95:2

**attend** 83:24 163:15,17,18

**attention** 100:18 110:17

**attentions** 110:9

**attorney** 55:15 80:19 142:3,13

**attorney/client** 81:6

**attorneys** 25:17 80:18,23 81:3,7

**audit** 155:13

**audited** 155:17

**audits** 155:5

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.


Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 186 of 210
Corporate Designees for the Missouri Gaming Commission

Session 10, 2023   Index: author..call

author 98:2

authority 33:15
68:19 152:10
154:14,17 163:6

authorized 167:9

automatic 152:20

avoid 156:21

award 14:22

aware 83:4 108:11
120:13 124:11

**B**

back 17:17 20:20
38:12 40:16,24
51:14 59:18,21
72:7 74:7 76:6
78:5 84:25 88:4
90:24 94:7,10
96:4 104:16,18
105:19 113:10
118:6 127:4 130:9
133:8 141:1
142:17 145:17
155:1 156:10,24
164:16 170:10

back-end 153:9

background
152:8,10,11,14,18
157:9,24

background's
157:23

bad 10:3 48:5

bait 95:7

balance 143:23
144:7

ball 57:13

Banilla 9:5 44:13,
15 45:18 50:4
71:6 72:21 73:1,6
92:7,11,25 93:6,

21,24 94:2
111:12,14,16
112:10,15,24
113:12 124:5
138:1 161:11,13,
14,19,24 162:4

bankruptcies
157:2

base 53:12 78:24

based 31:6 35:5
41:9 56:16 59:9
69:20 84:10 126:1
135:19 155:19
156:3 160:16

basic 129:24
138:2

basically 18:7,11
81:22 89:2 95:17
155:14 175:8

basing 71:11

basis 71:16

bat 129:5

Bates 95:2

Bathtime 110:19
112:22 115:6,17

bear 67:7

began 6:1 115:11

begin 117:12

beginning 17:18
88:5,24 115:12
117:13 134:4

behalf 10:15 79:24
108:25 118:9,21
119:1,21

behest 20:2 40:19
46:8 48:8

belief 163:7

believed 12:6
67:17

bet 51:11

betting 83:12
84:10

bill 61:7 75:8

bingo 32:5 54:25
55:1,5 59:13 65:5,
6 66:14 67:20,22,
24 69:24 70:1,9,
15,21 84:6 89:12
109:13,16,22
162:25 163:16
164:13 165:15

bingo's 163:12

bit 14:12 15:5,11
20:16,23 29:10
30:23 31:21,25
34:1 40:24 58:10
60:8 64:8 67:6
75:6 85:6 94:12
128:22 129:5,7
133:19 139:16
147:21

Blake 142:8,10,12

board 163:24
165:20

borne 158:6

bottom 131:20
138:5

bouncing 107:1

Bourbon 112:25

box 99:21,24
142:23

brand 90:20

Branson 13:7,25
14:7 20:7 93:20
103:5,9,20 104:4,
10 126:16

break 10:6,7,8
36:15 59:15,25
60:8 94:5,12
106:19 128:14

170:13

bring 139:2

broad 83:15
146:24

broadly 60:11

Brookfield 20:9,
13,25 21:19 22:2,
8,19

brought 35:2
106:2 159:15

brunt 33:8

Bucks 110:19
112:22 115:7,17

budgetary 60:18,
25 61:2

bunch 135:1
165:11 170:12

bus 80:18

business 11:8
32:25 37:6 107:22

businesses
125:21,22

button 14:20,23
15:4,7,13,19
45:11 50:15 57:20
75:5,11 113:21
117:20 121:20
122:2,4 123:3,6
124:20 126:9,12,
14,16

**C**

cabinet 50:4
112:10 122:17

cabinets 40:6,7
113:18 161:17

call 21:22 32:22
48:13 52:10 53:24
87:1 107:8,11
110:6



**called** 26:15 44:17 50:7,17 51:17 97:25 99:19,20,21 104:23 111:17

**calls** 104:12

**cameras** 154:20

**capable** 152:17

**capacity** 125:13

**caps** 169:9

**captain** 11:16,18 105:1

**caption** 139:11

**card** 117:3

**care** 97:7

**career** 146:18

**case** 6:17 12:9 19:6 21:5,15,18 22:2,16 28:1 31:9 58:9 59:23 92:16,17 111:11 118:15,25 119:21 128:20 138:17 139:12,25 140:8,16,19 141:4 142:7 165:7,10 168:9 171:23

**cases** 32:20 56:16 60:21 164:9,21 165:4,6

**cash** 14:23 23:9 50:18 75:8 171:8,9,18

**Cash-out** 171:2

**casi** 175:5

**casino** 27:22 33:7 77:23 82:20,25 122:18 151:18,22 152:5 153:20,25 154:12,17,23 155:4 157:25 158:7 161:25 162:12 168:9

175:9,22

**casino-grade** 151:14

**casinos** 32:4,11,23 48:9,20 67:20 68:23 74:10 82:17 83:1,12 84:4 122:15 147:7 151:24,25 156:4,12 162:4 164:14 171:14 175:6,16

**catch** 36:16

**category** 50:14

**Cc'd** 95:14 96:12

**certification** 74:11

**certified** 153:11,17

**certify** 74:9

**cetera** 62:20 155:9 156:22

**chance** 28:4 29:5 44:22,25 48:22 50:21 51:16 56:8,9,11,17,19,23 57:3,6,9,21 58:5,11,12,16 62:13,15,17 63:24 79:18,19 102:4,20 107:25 108:17 109:3 110:10,11,12 120:9 123:22 124:11 141:24 149:15 151:3,5 161:2 167:15,18

**change** 45:4 46:3 59:25 60:4 94:15 108:21 115:16 144:23 160:13 170:15

**changing** 35:15

**charge** 43:19,22

**charging** 139:1

**charitable** 32:5

**chatting** 94:12

**check** 18:2

**checking** 82:22

**chiefs** 104:13

**choice** 175:10

**choose** 75:9 117:2 144:6

**cigarettes** 51:24,25

**circling** 25:14

**circular** 64:21 65:17,21 66:2,18,22 86:18 108:2,5 121:10

**circulate** 18:18

**circumstances** 158:8

**city** 12:19 103:20 104:4,9,22 156:11 176:9,10

**Clair** 13:8,24 14:7 20:7 93:25 127:1,5

**clarification** 21:22 68:2 93:15

**clarify** 89:17 108:7,21 145:17

**Class** 32:22,23 33:6,7 157:25

**classified** 32:25 90:11

**classify** 51:21

**clear** 71:15 72:8,9 121:8 129:3 132:15

**clearer** 132:9 133:7

**Clinton** 127:21,23

**co-designee** 8:22

**code** 70:11 73:22,24 74:4,8 76:18,22 77:1,5,8,21

**codes** 134:9

**Cody** 6:11 8:16 110:5,13,23 111:4 113:14 116:10 117:6,15 118:14 121:17 122:12 123:23 124:13,17 125:15,22 127:17 129:6 160:25 165:21 170:2,19,24 172:5,23 174:14 176:17

**coin** 56:20 69:1 71:8,21 155:19

**coin-in** 69:5

**Coin-op** 37:2,7,17,24 38:20 41:12,23 46:13

**coin-out** 69:5

**collected** 155:8

**collective** 110:9

**column** 97:24 98:24 99:12 101:22 102:13

**column's** 99:20

**columns** 99:19

**combination** 14:22

**commander** 37:5

**commission** 7:11,24 8:10 9:4 10:16,23 18:14 28:18 29:12,21 30:11 31:25 32:1 33:15,19 34:25 35:2,12 47:8 51:10,18

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.



Case: 4:23-cv-00330-JAR    Doc. #: 245-28    Filed: 08/08/24    Page: 188 of 210
Corporate Designees for the Missouri Gaming Commission Index: Commission's..correct
PageID #: 21310

52:7 53:2,10 54:5,
15 56:8,12,18
60:9,11,12,19
61:3,15,23 62:11,
22 63:2,18,21
64:2 65:2,9,15,22
66:4,5,7,11,25
67:9,10,18 68:5,
18 70:7,16 76:16
77:21 78:20,25
79:4,20 80:1,4,8,
13,15,23 81:3,7,
11 82:13 83:8,21
84:7,18,21 85:5,
11,12,14 86:5,22
88:1,15 89:5,21
90:14,25 91:6,10,
19 92:6 97:23
100:10,15 107:14
108:2,4,6,9,19,20,
25 109:2,18,23
118:10 123:24
125:13 134:1
146:19 153:13,18
162:24 164:15,20,
23 165:20 167:6
168:22 171:12

**Commission's**
28:14 32:15 84:1
107:15

**commissioners**
29:21 31:15,16,
18,21 32:15 33:20
81:8 85:13,19
86:6

**commit** 176:1

**committee** 83:4,9,
11,14,18 87:6

**common** 45:17
62:7 86:17

**commonly** 34:11
89:6

**Commonwealth**
99:5,7

**communications**
104:4,9

**companies** 32:21,
23 92:15 97:24
98:23 99:21
101:21 102:2,12,
18 160:1

**company** 13:14
33:7 71:25 98:6,7
99:6,19 100:11
119:15 152:9
157:1,24

**complaining**
120:14

**complete** 26:9

**completed** 7:25
24:9 36:18 47:2
49:11 50:22
152:11

**completely** 40:6

**compliance** 48:16
155:14

**comply** 32:12

**composition**
69:21

**computer** 73:22
77:7

**concentrate** 86:24

**concerned** 91:2
107:18 108:10

**conclusion** 26:3
28:11 34:19

**conclusions**
14:12,15 34:22

**concur** 116:10

**conducted** 8:9 9:3
92:5 93:5

**conducting** 163:8

**configurable**
45:22

**configurations**
147:14

**configure** 137:25

**configured** 45:25
72:17

**confused** 36:24
41:25

**confusing** 41:22
106:23

**connected** 153:8

**connecting** 76:25

**connectivity**
153:5

**consideration**
80:16

**consistent** 66:8
127:17 128:8

**constitute** 169:10

**constitution** 91:7
167:24

**consult** 18:13
65:16

**consultant** 24:13
77:18

**contact** 104:24

**contacted** 37:3,5
103:22 142:8

**contacting** 89:14

**contained** 41:17

**contents** 26:23
27:7,13 49:21

**context** 37:11

**continue** 108:12
141:1

**continues** 159:3

**contribute** 43:11

**contributed** 49:17,
19

**control** 61:10
67:13 108:1 117:4
121:10 151:6
168:18

**controls** 32:11

**convenience**
62:20 68:4,5,9,13,
19 90:19 105:9,
14,16

**convicted** 134:22

**conviction** 119:10
143:8

**Cool** 82:2

**cooler** 59:17

**cooperation** 87:9

**copies** 6:20 106:8
137:7

**copy** 7:5 81:24
131:17 133:7,19
134:25 138:24
139:3,4 141:8,11,
20 173:11

**corner** 118:3

**corporate** 108:25

**correct** 11:3
15:21,24 17:21,22
19:20 27:16 30:12
36:8,9,12,13,19,
22 37:14,19,23
38:9,18,22 39:23
40:18 41:1 42:13
43:21,24 44:16
45:3,9 46:10,17,
20 47:12 48:20,24
49:2,21 54:7,13,
22,23 56:2,4
61:11 65:11 68:7,
10 70:22 72:1
73:7 75:19 76:1,5,
7,10,20 77:4,13
80:1,2,6 82:18
84:19 86:10



96:11,18 97:15
100:6 103:6,18
107:23 108:14
109:14 111:13,18
112:1,8,20 113:1,
6,9,19,24 114:15
115:9,13,23
116:3,7 117:24
118:1,16 119:13
123:4,24,25
124:1,2,7,8,13,14,
16 125:11,16,17,
18 126:10 127:15
129:15,16 130:6
131:10,11,25
133:12 134:2,11,
16,17,20,24
136:1,18 138:18
140:17,23 141:10
143:2 145:7,8,11,
12 148:7,8,12,13,
19 151:9 156:23
157:7,11,12,15,19
158:4,9,20
162:13,14 166:20,
24 168:2,5,6
170:4,5 172:2
175:17

**correctly** 110:3
172:14

**Cossette** 6:15,16
7:4,15,18,21 8:4,
8,14,18 9:8,13,16,
19,22 10:21 11:2,
7,21 12:4,11,14,
21 13:2,10,15,19,
21 14:2,5,11,18
15:4,10,15,17,22
16:3,8,12,16,21
17:1,5,10,16,23
18:9,13,18,20,24
19:2,7,10,16,21,
25 20:5,11,15,20
21:3,8,13,21 22:1,
7,12,14,19,22,24
23:2,10,15,20,24

24:4,8,14,17,20,
23 25:3,9,11,13,
16,22 26:5,7,14,
17,21,25 27:3,14,
17,24 28:12 29:3,
6,9,20 30:2,9,13,
18,22 31:11,20,24
32:14 33:13,19,24
34:4,10,14,17
35:8,14,18 36:3,6,
10,14,20,23 37:9,
15,20,24 38:6,14,
19,23 39:3,7,12,
14,16,18 40:3,7,
12,16,19,21 41:2,
5,8,13,21 42:5,10,
14,19,23 43:7,10,
16,18,22,25
44:11,14,17,20,24
45:4,7,10,13,16,
20,24 46:5,11,15,
18,21 47:1,4,7,10,
13,16,19,23 48:1,
4,11,13,16,19,21,
25 49:3,9,16,22,
25 50:6,9,19,25
51:4,7,13 52:5,9,
15,19,21,24 53:5,
9,14 54:2,8,11,14,
19,23 55:6,12,17,
23 56:3,5,17,24
57:1,8,12,15,25
58:3,7,14,16,19,
21 59:2,14,20
60:7,16 61:1,9,12,
18,25 62:10,17,21
63:1,7,13,17,21
64:1,4,7,12,18,25
65:7,12,15,19,24
66:1,15,18,23
67:4,14 68:1,4,8,
11,16 69:7,12,16,
25 70:14,18,23
71:10,13,20,24
72:2,5,11,16,22
73:3,6,8,11,15,19,
24 74:2,6,14,18,

22 75:3,14,20,24
76:2,6,8,11,14,21
77:2,5,9,14,20,24
78:3,9,11,13,20
79:2,10,12,16,23,
25 80:3,7,11,22,
25 81:2,14,16,21,
25 82:2,6,12,16,
19,22,24 83:17,
20,25 84:12,20
85:1,10,17,22,24
86:2,9,11 87:3,13,
17,20 88:7,10,12,
14,18,23 89:5,16,
24 90:2,6,13,23
91:9,18,23 92:2,
13,20,23 93:3,9,
12,15,19 94:3,10,
14,19,23 95:6,11
96:1,4,9,12,15,19
97:1,10,13,16,19,
21 98:5,9,12,14,
18,21 99:9,15,17
100:4,6,9,14,20,
24 101:5,8,14,17,
19 102:1,7,10,17,
23 103:1,7,11,16,
19,23 104:1,7,21
105:2,5,12,17,20
106:3,6 128:15
131:18 132:14,18
135:7 136:22,25
138:25 141:21
170:8 176:23
177:11

**cost** 158:4

**costs** 156:21

**counsel** 6:19 11:8
26:2 28:7 34:25
51:8 83:24 85:16
86:4 88:20 107:14

**counsel's** 86:13

**count** 79:6

**County** 12:7,17,20
118:15,24 119:5

134:15 136:1,17
138:3,12,16 140:1
142:4,14,15 143:5
146:10 147:16

**couple** 9:23 59:18
79:3 130:9 145:19
159:8 162:6

**couple-minute**
94:5

**court** 6:2 9:23
12:2 32:19 33:14
36:16 60:1 84:10
107:1,5 140:12
145:10 165:4
169:13 177:6,9

**covered** 92:4

**COVID** 88:6

**create** 97:2

**created** 9:4 92:7,
11 93:5 95:21
96:2 98:3

**credits** 14:22 16:6
50:13 75:9

**crimes** 176:1,3

**criminal** 20:3

**CROSS-
EXAMINATION**
106:17 128:17

**Cuba** 38:11 39:10
41:14 127:8,9

**cue** 107:4

**curious** 146:14
161:18

**currency** 16:7

**current** 15:8,10
69:17 148:3,9,10,
12

**custom** 59:23

888-893-3767
www.lexitaslegal.com    Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.

LEXITAS

# D

**daily** 155:16

**dash** 37:16

**data** 125:1

**date** 33:12 48:24 49:1

**David** 95:13 96:7

**day** 38:1

**day-in** 60:22

**day-out** 60:23

**DDCC** 104:25

**deal** 11:9 88:5 132:20

**dealing** 84:4 86:25 165:15

**deals** 100:18

**Dear** 82:11

**debate** 28:2

**decide** 115:15,16

**decision** 35:6 84:11 164:22

**decision-making** 152:10

**decisions** 108:13 116:20

**deemed** 70:7 84:17,20 108:18

**deep** 122:24 146:24

**default** 46:2,3 72:21,22

**Defendant** 139:20

**defense** 119:1

**define** 85:13 87:8 89:8

**defined** 84:16 146:8 169:12

**definition** 56:22 110:10 145:25 146:13 172:13

**deluxe** 111:20 112:16,18 121:19

**demonstration** 137:14

**denomination** 23:7 69:2 75:10

**department** 20:9, 13 21:1,19 22:2, 17,20 26:13 50:5 60:13,18,24 61:4, 7,16,19,23 62:12, 22,25 63:8,14,19, 22 66:8 86:16 103:10 106:20 120:15

**depending** 153:14 158:7

**depends** 67:12 74:21

**deposed** 9:10

**deposition** 6:23 11:15 42:21 58:8, 10 135:3,4

**depositions** 56:7 87:21 135:1

**Deputy** 7:13 30:16

**describe** 58:12

**description** 14:16

**designated** 7:8 9:5 163:18

**designation** 9:7

**designee** 80:1 109:1

**designees** 7:7

**detail** 29:14 60:15

**determination** 55:16 70:20 76:9 80:20 152:16

**determinations** 29:18 85:18

**determine** 76:25 124:22

**determined** 23:21 57:5 169:8

**determines** 75:12, 15

**determining** 107:20

**dev** 55:13

**developed** 124:4

**device** 7:24 11:23 12:24 13:4 14:3 16:18 17:16,18, 20,24 19:11,17, 18,22 20:6,8,12, 24 27:21 35:19 36:6,21 37:21 38:7 39:21 42:3, 16,17 43:1,13,19, 23 44:1,6 45:25 46:7,14 47:1,11, 17 48:7 49:5,25 50:20,21 53:15,16 54:6,14 55:8,13 69:3 70:5,6 71:1 72:11,13,18,23 73:15,20 74:3 76:16 77:10,15 84:16 86:5 100:11 103:5,17 104:2 105:6,13 106:9 111:24 121:13 122:3,4,10 124:21 125:9 130:1 140:23 143:9 145:11,22,24 163:15 169:11

171:9 172:13

**devices** 7:12 8:10 9:4 13:4,11 16:13 20:6 29:14,19 31:22 35:9 36:20 40:14 41:16,17,24 47:17 48:22 51:15,16 53:4 55:3 57:13,15 59:12 63:3 66:20 68:18 69:9 70:4, 24 71:16,17 72:24 73:16 76:18,25 77:11,15 83:6 84:15 85:7,9 87:1, 8,11 90:12,16 92:6,10 93:5,14, 17 94:17 97:25 98:25 99:11,22 104:5 106:2 107:22,25 108:17 109:9,16,22 112:3,15 120:22 144:4 155:3 161:15 163:9 169:7,11 172:20

**dexterity** 57:6

**Dice** 112:25

**diesel** 39:9

**difference** 53:15 93:9 145:21 147:15 149:15 169:24,25

**differently** 151:16

**difficulties** 157:1

**digression** 76:15

**direct** 6:14 8:20 90:1,2

**directed** 97:7

**direction** 85:5,15, 18 86:1,23 87:3 168:22 169:1

**directions** 113:22

**directly** 120:14

**director** 7:14 30:16 60:21 82:9 83:24 85:16 86:3, 13 88:20 95:13, 14,15

**disagree** 118:10

**disassociated** 175:7

**disciplinary** 33:5

**discipline** 70:8,17, 18 163:24 164:1

**discusses** 21:5

**discussion** 86:20 88:9

**discussions** 88:3

**dispenses** 166:8

**display** 144:25 146:6 166:6

**displays** 112:19 113:5 116:11,19 117:10

**distinction** 99:12 169:21

**distribute** 102:3, 19,24

**distributed** 71:7,8, 21 93:22,24 94:2

**distributor** 22:18 46:14 50:3 92:17, 19 128:4

**Distributors** 71:8, 22

**Division** 64:21 121:10

**DMSHT_000741** 95:4

**dock's** 156:11

**document** 30:19 42:2 64:9,15,19 78:16 80:9 81:8 95:1 96:5 98:3 102:12 132:16,23 139:8,11

**documents** 64:13 107:12 168:15

**dollar** 15:18 57:19, 20,22 144:22 171:2,25

**dollars** 15:19,20, 25 16:6 171:10

**donated** 99:25

**donations** 100:12, 21

**doubt** 154:13

**dozen** 9:15

**DPS** 86:21 87:25 88:10 89:14 95:14,24 96:10

**draft** 18:16

**drafted** 163:22

**draw** 110:8

**Drawing** 110:17

**drop** 115:20

**dropped** 155:7

**due** 60:18 102:22

**duly** 6:12

**duplicates** 132:20

## E

**E-RAFFLE** 101:25 102:16

**E-TRAN** 177:11

**earlier** 31:21 39:19,20 46:6

47:6 54:21 60:5, 20 69:1 86:3,16 94:16 133:16 144:11 146:15 168:16

**early** 86:20

**ease** 60:1

**easiest** 27:20

**easy** 25:4

**Ed** 30:9 31:1

**editing** 49:20

**education** 156:9

**efficiency** 62:6

**Effort** 86:24

**efforts** 86:24

**EGD** 29:17 145:22

**electronic** 7:12 29:18 145:10,21, 24 163:14 165:23 166:1,2 167:1

**Electronics** 8:11 95:3 99:3,10,23, 25 101:22,25 102:3 120:17

**element** 120:9 167:15

**elements** 41:18 84:16 173:15

**Eleven** 47:9

**Ellinger** 78:7 128:13,18,19 129:12,17,21 130:4,8,15,20 131:4,8,12,16,19, 23 132:1,6,8,11, 15,22 133:4,6,10, 14,18,21,24 134:3,8,12,18,21, 24 135:8,12,14, 19,24 136:3,8,11,

15,20,23 137:3, 12,20,24 138:2,5, 8,11,14,22 139:2, 7,10,15,18,22,25 140:3,6,10,13,16, 19,25 141:7,11, 14,18,22 142:1,5, 10,14,16,21,25 143:3,7,11,19,21 144:2,10,17,21 145:3,9,13,16 146:9,14,22 147:3,6,9,12,20, 23 148:1,5,9,11, 14,17,20,23 149:2,5,7,10,13, 17,21,24 150:4,7, 10,14,16,20,25 151:7,15,20,25 152:3,25 153:19 154:1,6,8,19 155:5,23 156:6, 12,18,24 157:5,8, 13,17,20 158:3,6, 10,14,21 159:5, 10,14,20,23 160:2,6,12,16,22, 25 161:5,9,13,18, 21 162:5,10,15, 19,22,24 163:3 164:3,6,9,19,24 165:3,10,14,21,25 166:11,15,17,21 167:1,4,8,12,14, 23 168:1,4,7,12, 21,25 169:3,15, 19,25 170:6,10, 19,21,23 171:1,5, 11,16,20,23 172:3,7,16,18,23 173:1,16,18,20, 22,25 174:4,9,14, 17,22,24 175:3, 11,15,18,21,25 176:6,14,17,19,21 177:14

888-893-3767
www.lexislegal.com

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.



**email** 31:1 95:2 96:6,17,20 99:4

**embezzled** 176:9

**end** 117:14

**ended** 119:8 164:6

**ending** 117:14

**enforcement** 19:19,23 20:2 21:14,23 33:14,21 46:9,15,22 48:23 95:16 103:8 125:14

**ensure** 154:3 155:6

**entail** 153:3

**entails** 133:22

**enter** 131:1

**entered** 15:2

**entering** 130:25

**entertaining** 23:8, 11,16,17 112:18 113:5 116:11,19 144:25 166:6

**entice** 23:14

**entire** 150:5

**entities** 32:25 82:14 165:4

**entity** 48:8 53:13 89:11 91:5 103:8 109:20 120:13 121:15

**entry** 150:25

**equation** 144:23

**equipment** 158:2

**Eric** 142:1,2,5

**essentially** 151:5

**established** 32:4,9 84:5

**establishing** 32:8

**establishment** 65:8 67:22 164:2

**establishments** 65:5 67:21 167:21

**estimate** 159:11

**evaluate** 21:18

**evaluated** 21:19

**EVANS** 176:25 177:15

**exact** 16:15 44:9 123:11 136:17 138:16 150:21,23

**examination** 6:14 7:25 12:15,23 13:5 14:3 17:17, 19 19:18 20:8,12 24:24 35:10,19 36:7,25 38:8,17 39:21 49:4,5 50:21 73:25 74:3 76:16 77:18 94:16 102:8 103:5,16,17 104:3 105:13 106:9 111:24 125:10 169:7

**examinations** 8:9 9:3 17:20 20:2,6 27:9 28:17 46:8 47:2,11 48:7 92:5, 10 93:4,7 105:6,8 112:3

**examine** 27:18 38:7 50:1

**examined** 6:12 20:24 35:9 36:20, 21 50:2 72:12 93:8,10 111:24

**examining** 39:1 83:5

**Excel** 95:20

**excellence** 62:4

**exception** 168:8

**exceptions** 168:5

**exclamation** 110:21

**excluded** 174:24, 25 175:4 176:2

**exclusion** 176:13

**excuse** 19:18 131:5 133:22 142:22 169:13

**executed** 164:3

**executive** 60:21 82:9 83:23 85:16 86:3,12 88:20 95:12

**exemplar** 137:14

**exhibit** 6:22 7:2 21:4,6 30:4,7 35:21 36:1 49:7 64:10 78:1,4 81:17,19 94:21 101:17 108:7 130:5 131:5 132:12 135:1,2,3, 10,11 136:12,20 137:1 138:20 139:1 141:15,16 169:20

**exhibits** 37:11 177:12

**existence** 79:15

**expect** 66:24

**experience** 34:24 127:18 145:20

**expert** 25:18 49:17 58:9 83:1 141:23

**expertise** 68:21 77:6 138:15 146:24

**experts** 163:13

**explain** 37:1 60:14 129:21 134:10 144:2 165:25 171:5

**explained** 16:20

**exposed** 127:20

**expound** 47:14

**extended** 56:15

**extensive** 152:7, 14

**extent** 28:23 51:21 69:13 156:14

**eyes** 58:18,21

**F**

**facilities** 147:4

**facility** 153:1

**fact** 63:4 99:2 112:14 154:25 165:19 173:14

**fair** 74:22 86:2 107:5 116:14 121:15 122:12 146:22

**fall** 33:23 53:13 55:4 146:12

**falls** 53:1 61:21

**familiar** 78:18 79:1,14 91:24 119:15 120:5 143:17 165:5,7, 12,22 167:23 168:7 172:18

**fantasy** 32:6 84:8

**Farley** 24:15,16,18 135:3,21 136:16

**fashion** 23:8,11,17



**fast** 72:6 104:8
169:16

**fault** 54:4

**feature** 45:17,22,
24

**February** 13:25

**federal** 156:13

**federal-wide**
176:12

**feel** 42:25

**feels** 10:9

**fees** 158:3

**felony** 119:10

**felt** 91:4

**field** 37:21 42:16
43:1,20 72:23
73:16

**figure** 6:25 75:21
106:9

**filed** 155:9 164:10

**final** 19:4 33:10
90:23 105:6

**finalize** 26:12

**finalized** 31:8

**finally** 153:12

**financial** 152:14
157:1

**financially** 152:17

**Fincham** 140:4

**find** 14:8 35:20
87:23 106:23
148:14,20 149:2,
13 163:4

**findings** 164:16

**fine** 12:14 25:22
123:13 132:18
135:7

**finish** 103:2 149:7
165:15

**finite** 16:23 23:22,
24 24:1 115:2,6,
22 122:11 147:21
149:17,22,25
151:1

**fire** 64:5

**fit** 173:15

**five-minute** 59:15

**fleet** 96:24

**flier** 168:18

**flip** 130:9,21
142:17 143:11,12

**floor** 153:25
154:12,18,23
155:4 161:25
175:22

**Foley** 24:11,19

**folks** 18:14 61:16,
19 87:25

**follow** 106:12

**follow-up** 96:17
100:25

**footage** 155:2

**Forensic** 141:23

**form** 25:23 63:8
140:7

**format** 25:2

**forms** 155:8

**forward** 32:21
46:6

**forwarded** 101:6

**found** 70:6 119:9
120:23

**fourth** 9:2

**frankly** 42:23
59:16

**fraternal** 83:7 85:9
87:2

**frequency** 124:22

**front** 29:22 41:19
75:8 136:5 137:17
140:3

**full-device** 42:12

**fully** 92:4

**function** 29:15
63:6 68:23 130:16

**functionality**
27:20 28:21

**functionally**
112:8,13 113:16,
17 166:22

**functions** 130:3

**fund** 156:9

**funds** 61:10
176:10

**G**

**gamble** 175:15

**gambling** 32:3
34:5 35:4 68:23
79:18 83:15 84:16
95:18 146:4 156:1
167:16 169:9,11
172:13 175:1,12
176:11,15

**game** 15:13,18
16:9,22 18:5,7,10
23:18 24:24 27:8,
11 28:19,22
29:22,24 37:7
38:10,13 42:7
43:14 44:13,23
45:15,21 46:4
50:10,14 51:16
56:22,23 57:3,9,
23 58:4 59:5
62:21 67:16

74:13,21 75:11,15
79:19 80:22
102:20 111:25
112:3,12 114:1,4,
12,21,23 115:12,
14,21 116:2,5,17,
22 117:1,2,11,12,
14 121:22 122:14
124:5,10,18,20
125:9 128:5 130:3
141:24 142:22
167:18 174:1

**games** 9:5 13:24,
25 14:16 16:1,9,
11 17:12 18:21
25:24 26:25
27:18,23 28:3,15
32:5 38:3,10,25
39:24 40:1,5,10,
22,25 42:4,9
44:15,25 45:1,6,
18 46:4 48:22
55:3 62:13,15,17,
18,19 63:10,15,
23,24 68:11,22,23
69:2 71:7 73:1,12,
23 77:23 79:18
92:7,15,24 93:7,
21,22,23 94:1
102:24 103:13
105:22 111:17,20,
21 112:4,6,16,24
113:4,11,15,23
114:1,16 115:1,17
116:9,12 118:12
120:10 121:19
123:22 125:10,20,
22 126:3,19 127:6
130:2 141:24
143:1,4 154:4,24
159:6 161:2 163:9
172:12 174:2,13

**gaming** 7:10,24
8:10 9:3 10:16,23
17:21 18:14 25:17
28:13,18 29:11,



18,20 30:10 31:22 33:15,19 34:25 35:2,12 47:8 50:21 51:10,18 52:6 53:2,10 54:5, 15 56:8,12,18 58:9 60:9,11,12 61:3,15,22 62:10, 11,22 63:2,5,17, 21 64:2 65:2,9,15, 22 66:4,5,7,11,19, 25 67:9,10,18 68:5,18 70:7,16 76:16 77:21 78:20,24 79:3,20 80:1,4,8,11,12,15, 23 81:3,7 82:13 83:6,8,11,21 84:1, 3,7,17,21 85:8 86:22 87:1 88:1, 15 89:5,21 90:12, 14,16,25 91:6,9, 19 92:6 97:23,25 98:25 99:5,7,11, 22 100:10,11,15, 18 102:4 105:10 108:1,4,6,17,18, 20,25 109:2,3,9, 16,18,21,23 111:11 118:9,24 119:17 120:22 121:13 123:24 124:11 125:13 128:19 134:1 137:15 140:22 143:9 145:11,21, 24 146:4,18 152:12,23 153:12, 18 158:2,24 162:24 163:14 165:20 167:5 168:22 169:10 171:12 174:10,15, 19

**Gaming-related** 176:7

**gas** 38:3,4,11,20 39:24 40:10,17,24 41:3,24 42:7,16 162:22

**gave** 13:16 82:1 87:3 90:17,18 170:16

**gears** 92:3

**general** 10:11 27:6 34:24 36:24 51:9 56:11 62:16,18 74:2 83:24 85:16 86:4,13 88:20 107:14 122:15 134:3

**generalizing** 90:10

**generally** 17:18 31:21 48:7,23 60:9 71:24 73:12 75:23 129:10 137:21 164:19

**generate** 75:1

**generated** 151:2

**generator** 73:13, 20 74:13,19,24 75:13,16 76:12 77:12 117:10 122:11 151:2,8, 10,12,13,17

**generators** 73:17 74:16

**generically** 132:2

**Gentlemen** 106:18 128:18

**give** 6:5 11:8 18:6 19:2 27:3 36:15 49:9,11 61:25 66:25 68:25 74:11 78:14 104:24 113:22 122:13 137:5 167:17

171:10 173:1

**GLI** 119:15,20 120:6 141:3,5,8

**GLI's** 119:23

**go-to** 97:4

**goal** 61:22

**goals** 62:7

**good** 6:15 21:21 30:2 51:7 81:25 93:15 107:4 110:20 111:6 131:17 141:2 158:10 164:25

**government** 62:7

**Governor** 99:25

**Grail** 64:15

**grammatically** 49:21

**graphics** 113:4

**gray** 51:17,23,24, 25 52:5,6 53:24 107:25

**Gre** 105:3

**great** 7:21 8:8 9:8 11:7 43:25 51:13 68:1

**Greene** 12:7,17,20

**Greta** 7:4

**Grewach** 30:10 31:1,6 34:17 35:10 59:2 69:22 71:2 84:25 86:14 105:3 168:17 169:4

**Grewach's** 69:7

**gross** 156:5

**Grothaus** 95:13 96:7

**ground** 168:14

**group** 49:19

**guess** 9:9 13:12 16:9 23:14 31:15 41:21 52:3 53:14, 22 60:1 145:16

**guidance** 104:19, 23

**guide** 104:14

**guilty** 119:9 140:12

**guts** 125:2

**guys** 83:21

**H**

**H-A-N-A-V-A-N** 8:17

**H-O-R-R-O-M** 8:6

**half** 9:15

**hall** 37:5,8 59:12 162:20 163:5

**Hanavan** 6:9,11 8:13,14,16,19 9:7, 20,21 10:14,20 11:1,6,13,17,20 12:1,11,13,19 13:1 20:11,14,24 21:2,11,16,25 22:6,10,13,16,21, 23 23:1,5,12,19, 21 24:2,6,11,16, 18,22 25:1,8,10, 12,15,21 26:1,6,9, 16,20,23 27:2,6, 16,19 28:24 29:4 49:10,13,15,18,23 50:2,8,12,23 51:2, 6 92:8,12,16,21 93:1 101:20,23 102:5,9,15 105:7, 11,19,21,25

Case: 4:23-cv-00330-JAR    Doc. #: 245-28    Filed: 08/08/24    Page: 195 of 210
Corporate Designees for the Missouri Gaming Commission    hand..hypothetically
PageID #: 21911

106:4,16 107:7
110:14,24 111:1,
5,9,13,15,18,22
112:1,5,8,13,20
113:1,6,16,19,24
114:3,7,9,15,18,
24 115:4,9,13,19,
23,25 116:3,7,15,
23 117:7,16,24
118:16,19,22
119:2,5,8,11,13,
16,19,22 120:1,4,
7,11 121:23
122:6,13,22
123:4,8,11,15,17
124:1,7,14,24
125:4,11,16,23
126:4,10 127:19,
23 128:6 129:11,
16,19,23 130:7,
14,18,23 131:7,
11,15,22,25
132:4,7,10 133:3,
5,9,13,17,20,23
134:2,6,11,17,20,
23 135:13,16,23
136:2,7,10,14,19
137:11,19,23,25
138:4,7,10,13,19
139:6,9,13,17,21,
24 140:2,5,9,12,
15,18,24 141:5,
10,13,25 142:3,8,
12,15,20,24
143:2,6,10,18,20
144:1,4,16,19
145:1,8,12,15,24
146:12,20 147:1,
5,8,11,18,22,25
148:4,8,10,13,16,
19,22,25 149:4,6,
9,12,16,20,23
150:1,5,9,13,15,
19,23 151:4,10,19
161:4,8,11,14,20
165:24 166:2,14,
16,20,25 167:3,7,

10 170:5,20,25
171:4,7,15,19,21
172:2,25 173:4,7,
9,17,19,21,24
174:16,21 175:2,
5,13,17,20 176:3,
18

**hand** 6:3,23 94:19
132:16 135:8
137:5 138:22
139:3 141:18

**handed** 103:17

**Handful** 16:11

**handle** 7:1 97:7

**handles** 60:22

**handling** 29:16

**hang** 11:13

**happen** 12:12

**happened** 38:1
106:1

**happily** 10:8

**happy** 28:9,24

**harassing** 120:16

**hard** 48:6 67:7

**hardware** 161:16
162:3

**Hatfield** 59:22

**head** 9:25 10:1
96:10

**heads** 66:25

**hear** 32:20 34:20
51:22 60:20,21

**heard** 28:16 33:20
46:6 51:21 99:2
101:23 121:5
159:9 160:17
165:8 170:11
172:22

**hearing** 118:18
141:9 164:15,20

**helpful** 76:15

**helping** 63:8

**Hey** 69:18 99:5

**hide** 57:13

**high** 152:4

**high-level** 27:4

**highway** 11:17,22
13:16 40:20 80:9,
12 104:14,25
120:15,20 121:2
152:13

**hit** 15:18 45:10
50:14,15 57:18,19
148:5 170:1,2,3
171:9

**hitting** 123:2
168:14

**home** 156:11

**honest** 75:3

**Horrom** 6:7,11
8:1,3,6,13,19 9:7,
17,18 10:14,19,25
11:5,12,17,19,25
12:8,10,17,25
13:4,6,12,18,20,
24 14:4,10,14,19
15:7,12,16,21
16:1,5,11,14,19,
22 17:4,8,14,22,
25 18:11,16,19,22
19:1,5,9,20,24
20:4,10 31:8,13
36:10,13,17,19,21
37:2,14,19,23
38:1,9,18,22,24
39:5,11,13,15,17,
23 40:5,9,15,18,
20 41:1,4,7,11,19
42:1,6,13,15,22
43:3,9,12,17,21,

24 44:7,13,16,19,
22 45:3,5,9,12,14,
19,23 46:1,10,12,
17,20,24 47:3,5,9,
12,14,18,20,25
48:3,9,12,15,17,
20,24 49:1 72:7,
10,14,19 73:1,5,7,
9,10,14,18,21
74:1,5,7,17,20,25
75:7,19,22 76:1,5,
7,10,13,20,23
77:4,6,13,19,22
93:3,7,10,13,18,
20 94:11,13,18
102:10,14,21,25
103:1,6,9,15,18,
21,25 104:6
105:12,16,24
110:7,16,22 113:9
116:25 117:18
118:1 121:25
122:8,24 123:21
124:2,8,16 125:7,
18,25 126:6,13,
18,22,25 127:2,4,
7,11,15 128:10
160:9,15,21 162:2
170:18 173:6,8
174:1,7,12,23
176:20

**hot** 10:9 51:14
59:16

**hour** 10:7 59:16

**housing** 130:1

**Howard** 31:1
46:18

**hundred** 25:5 76:3
114:5,21 129:9
146:21 153:20

**hypothetical** 67:6,
11,22 81:5 148:2

**hypothetically**
122:3 144:22



**I**

**I-G-N-I-T-E** 106:16

**I.e.** 148:9

**ID** 154:16

**idea** 159:10

**identification** 7:3
21:7 30:8 36:2
49:8 64:11 78:2
81:20 94:22 137:2
138:21 141:17
154:14,16

**identified** 112:2
175:23

**identifies** 175:8

**Ignite** 105:23
106:16

**illegal** 70:7 83:6
84:17,21 85:8
87:1 90:11,12,15
95:16,18 97:25
98:25 99:11,22
108:18 109:9,16,
21 121:13 140:22
143:8 145:10
158:22 159:6,12,
14 160:18 163:4,8
165:1,5,11,16
172:10

**illegible** 131:24

**image** 131:13
132:15 137:17,21,
22

**impact** 23:17
67:19,24 109:6
157:2 158:24

**impacted** 108:10

**impacting** 33:6

**impacts** 83:5

**implication** 109:7

**impression**
116:13

**inaccurate** 118:11

**include** 43:1
145:25

**included** 95:10
122:16

**income** 156:13

**Incorporated** 71:7

**increased** 114:12,
13

**increment** 114:17,
21 171:2

**increments** 171:8

**independent**
153:11

**individual** 57:5
109:20 120:14
154:15

**individual's** 110:3

**individuals** 110:1
153:24

**industry** 64:21,22,
25 65:2 79:17
82:11 108:2
120:23 121:9
124:12

**inelig** 131:23

**info** 113:21 123:2,
5

**informal** 163:24

**information** 19:15
28:9 31:7,9 80:20
81:6 86:18 95:25
99:20,24 100:11,
14 101:13 104:22,
25 107:3 122:14,
17,21 124:24
125:3 170:14
174:6 177:10

**informational**
91:20,22,24

**initial** 130:17,18
163:19,25

**initially** 84:9

**initials** 161:7

**initiatives** 61:20

**input** 65:16 78:21
80:16

**inquiries** 89:9

**inserted** 14:19

**inside** 77:8 125:2
147:7 171:14
174:17 175:16

**insight** 65:20

**inspect** 68:18

**inspection** 19:17
125:9

**inspections** 125:9

**inspects** 171:13

**instance** 54:18
100:21 107:13
109:8 112:21
120:8

**instances** 124:22
127:12

**Integrity** 50:3
92:17 101:23
102:5,8,15,21
105:10,15 111:11
112:11 113:14
118:24,25 119:12
134:18 139:20
142:7

**intentional** 144:14

**interactions**
120:20

**interconnected**
153:8

**interest** 101:1

**interested** 34:1
95:1

**internal** 28:21
32:11 43:14
129:13

**Internally** 122:9

**internals** 18:1

**International**
119:18

**interrupted** 57:1

**intervenor** 128:20

**intimidating**
120:17

**investigate** 89:22

**investigating**
164:25

**investigation** 40:1
72:20 101:24
102:22 103:24
120:21 158:4

**investigations**
13:7 47:25 156:22

**investigator**
124:12

**involuntary** 175:8

**involve** 110:12

**involved** 57:16,21
58:1 111:12

**involvement**
86:20 111:11

**island** 39:9

**issued** 140:7

**items** 130:3


**J**

**jackpot** 154:25



**jackpots** 155:3

**James** 6:11 7:11 8:6

**Jim** 7:25 8:7 31:8 37:3 46:11 110:5, 15,21 113:7 116:9,24 117:17, 25 121:18,24 122:7,23 123:20, 23 124:15,17 125:5,17,24 126:5,11 128:9 146:15,23 160:9, 12 162:2 165:21 170:17 172:5 173:25 174:22 176:19

**job** 48:6

**joint** 66:12

**Joseph** 106:5

**judge** 140:4,14

**July** 7:10,24 36:7 49:1 71:6

**jump** 128:22 129:4

**jurisdiction** 65:10, 13

**jurisdictions** 31:10

**justify** 172:11

---

**K**

**Karsten** 95:14 96:9,17 100:25

**keeping** 8:25

**keno** 53:18 55:25 117:1,3

**key** 32:25 152:9 156:25

**kids** 42:24

**kind** 10:1 43:15 60:10,20 74:21,23 90:17 129:10 130:15 131:5 137:21 162:8 168:23 173:1

**Knight** 106:14

**knowing** 79:15 115:12 116:4 117:11 122:10

**knowledge** 28:9 29:1 57:6 78:24 95:23 108:19 120:4 122:15 158:21

---

**L**

**lab** 153:11

**laboratories** 74:9 119:17

**lack** 139:12

**land** 115:22 116:5 117:12

**language** 34:1 80:5

**large** 47:20

**law** 19:19,23 20:2 21:14,22 31:9 46:8,15 48:23 54:17 59:10 103:8 125:14 167:2 173:14,17

**lawful** 29:24 55:14,25 67:17

**lawfulness** 18:21 25:23 63:9,15 103:13

**lawsuit** 26:18 71:17

**lawyer** 34:21

**layout** 153:15

**leadership** 85:25 87:12 168:22,25

**lean** 139:16

**learn** 150:3

**leave** 118:2

**left** 115:10

**Legacy** 71:8,21

**legal** 26:3 28:11 32:2 35:4 52:12, 13,16 53:6,16 54:15 55:9,18,20, 21 56:6,10 83:6, 12 109:7 160:19 162:7,12,17 172:12 173:18,21

**legally** 31:5

**Legion** 163:5

**legislation** 87:7 91:11,15

**legislative** 83:4,9, 14,22 87:5 89:13, 14 91:11

**legislature** 61:3 91:24

**legitimate** 157:10

**letter** 7:10 30:9,20, 23 31:14,17 33:25 35:9,11 36:8 37:12 54:22 59:3 69:7,8,11,21 70:4 71:3,12,16,21 82:7 84:22,24 86:14,25 90:25 105:3 107:13,16, 19 108:11,12 134:4 168:17,19 169:4 172:6,7,9

**letters** 35:15

**level** 152:4 163:23 165:2

**levels** 45:8

**liaison** 83:22

**liaisons** 89:14

**Liberty** 98:10

**license** 55:5 65:6 66:13 70:9,15,19 89:12 109:17,22 121:14 152:19,23 158:3 167:5

**licensed** 121:11, 12 152:5 154:2 157:6 160:19,23 161:19

**licensee** 69:15

**licensees** 33:1,2 100:21 162:1

**licenses** 33:3 152:21 164:7

**licensing** 32:21 109:13 157:10

**licensure** 152:1 156:20 157:3,21 158:12,16,18 168:10

**Lieutenant** 105:1

**life** 82:25

**limited** 27:9 152:21

**lines** 146:2

**Linn** 118:15

**liquor** 65:6 66:12

**list** 23:22,25 24:1 25:2 74:12 76:3 95:17,22 101:3,6 150:6,24 175:7,14 176:2,4,13

**listed** 26:18 31:16 33:16 97:24 98:6, 10,24 99:3,10,23 101:22 102:13



110:1 127:11

**litany** 170:12

**litigation** 119:4,6
137:13

**LLC** 8:11 95:3
98:10 118:25
119:12 120:17
139:22

**loaded** 16:23

**located** 39:7
153:2,15

**location** 21:17
36:25 38:7,17
93:13,16,17
107:22 129:25
150:23

**locations** 14:7
31:2 40:23 41:15
83:7 89:22 90:22
93:11

**long** 44:2 47:7
98:22 104:17

**longer** 30:10

**looked** 13:22
14:16 15:6 16:13,
18 17:10 22:11
24:5 25:24 27:5
35:10 38:4 41:19
59:9 71:2 73:13
77:11 80:13
106:1,2 112:4
124:21 143:15
146:18 147:3,6,9

**lose** 148:18

**loser** 23:9

**losing** 146:7 166:5

**loss** 15:16

**lost** 159:21,22

**lot** 10:10 37:10
42:21 80:17
146:20 147:1

150:2 158:16,17
163:12

**lots** 64:13 133:24

**lotteries** 167:2
168:2

**lottery** 53:18,19
82:8,10,12,16,19,
20 86:12,21
88:11,12 108:16,
21 121:12 166:4
167:6,9,19
168:10,19 172:6,7

**loud** 9:25 136:9

**luck** 56:14 110:12,
20 111:7

———

**M**

**M-C-G-R-A-I-L**
7:20

**M-O-R** 37:16

**machine** 17:6,19
21:13,17,20,23,24
22:6,8 24:13 28:5
37:13,15,18 38:16
41:11,23 44:1
45:21 48:14
50:11,13 52:6
74:4,24 75:2,4,6
76:8 89:19 95:16
103:14 122:5
125:2 136:1,16
137:13 138:12,15,
17 140:22 142:7
143:4,16,17,19
144:8,13,15,24
145:5,6,14,22
146:1,5,10,11
147:16 148:6,24,
25 149:13,15
150:2,11 151:7,9,
11,16,18 155:7
156:19 162:11,13,
15,17,19 163:4

166:4,7 170:4
171:9,16 172:10
173:14

**machines** 11:23
12:16 13:23 14:3,
6,13 15:6 16:13,
18 17:11,21 22:5,
8,9,11,13,15 23:4
24:5,21 25:24
27:21 31:2,3
38:21 39:7 41:10
47:21 50:7,22
51:17 52:4,10
53:4,18,24 55:25
58:24 63:5 68:12,
25 69:18 70:21
74:15,23 88:16,25
89:22 90:8,12,19,
21 91:2,4,12
95:19 102:3,19
105:9,10,14,15
107:25 122:15
126:3,17 128:2
129:14,23 143:16
146:17,25 147:2,
14,16 151:14,22
152:6 153:1,6,16,
21 154:24 155:21
157:14 158:11,15,
22 159:12,14,24
160:2,3,18,19
161:24 163:1,14
165:1,5,11,16,17
167:2 168:8
169:8,11 171:14,
17 172:11 173:12,
23 174:5,11
175:1,19 176:15

**made** 90:7 112:24
159:11

**Maggie** 95:15
96:15

**main** 130:24

**maintain** 101:15

**maintained**
154:10

**maintaining** 35:16

**majority** 33:8
43:4,5,13

**make** 6:21 8:25
29:18 55:16,25
58:11 59:17 71:14
72:8 80:20 83:4
85:17 90:8 91:15
100:21 114:1
116:20 121:7
129:3 143:14
144:8 151:8
158:17,18 161:16
163:25

**makes** 8:23 33:25
37:9 66:16 71:13
76:8 151:17

**making** 49:20
70:20 82:24
108:13 155:17

**manager** 163:17

**mandated** 124:19

**mandatory** 121:21
128:4

**manned** 154:10

**manner** 112:17
144:24

**manufact** 92:14

**manufacture**
70:24 111:19
158:1

**manufactured**
112:10 113:12
128:3

**manufacturer**
38:25 44:12 71:1,
6 73:4 111:14
124:5,10 161:14

**manufacturer's**

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.



Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 199 of 210
Corporate Designees for the Missouri Gaming Commission   Index: manufacturers..MGC-7
PageID #: 21421

147:4

**manufacturers** 48:10 89:24

**manufactures** 111:16

**Marc** 128:18

**mark** 6:22 21:3 35:21 49:6 64:9 78:3 81:17 132:17

**marked** 7:2 21:6 30:7 35:22 36:1 41:9 49:7 64:10 78:1 81:19 94:20, 21 135:9,11 137:1,6 138:20,23 139:4 141:16,19 142:18

**market** 51:18 52:6 113:13 175:6

**marketplace** 113:13

**markings** 132:13

**marshals** 64:5

**match** 136:11 143:14

**math** 25:4

**matter** 10:11 36:25 49:17 56:11 119:14 163:13

**maxed** 32:24

**Mcgrail** 6:8,11 7:14,17,19 9:10, 12,15 10:14,18,24 11:4,13 19:10,12 29:7,8,13,25 30:17,19,21,25 31:19,23 32:2,18 33:16,22 34:3,8, 12,16,23 35:13,17 36:3,5,9 51:14,20 52:8,11,17,20,23

53:1,8,12,17 54:7, 10,12,18,20,24 55:11,15,20 56:2, 4,14,21,25 57:3, 11,14,23 58:2,6, 13,15,18,20,23 59:6 60:2,6,14,17 61:6,11,17,21 62:2,14,19,24 63:4,11,16,20,25 64:3,5,17,20 65:3, 11,14,18,23,25 66:10,17,21 67:1, 11,19 68:3,7,10, 15,20 69:11,13,17 70:3,17,22 71:4, 11,18,23 72:1,4 78:5,13,15,17,23 79:9,11,14,22,24 80:2,6,10,17,24 81:1,10,15 82:3,5, 7,15,18,21,23 83:10,19,23 84:2, 19,23 85:3,12,20, 23,25 86:8,10,15 87:4,15,19 88:2,8, 11,13,17,19 89:1, 8,23,25 90:4,9,17 91:3,13,21 92:1 95:4,5,6,9,12 96:3,8,11,13,14, 16,18,21 97:5,12, 15,18,20 98:1,8, 11,13,17,20 99:1, 14,16 100:3,5,8, 13,16,23 101:4,7, 9,16,18 104:8,11, 24 105:4 107:8, 10,17,23 108:1,8, 14,23 109:4,14, 19,24 110:4 118:4,13 120:18, 25 121:2,5,16 123:25 124:6 145:19 151:24 152:2,7 153:4,22 154:5,7,9,22

155:11,25 156:8, 16,23 157:4,7,12, 16,19,22 158:5,9, 13,20,25 159:8, 13,17,22 160:1,4, 7,11,24 162:9,14, 18,21,23 163:2,6 164:5,8,11,22 165:2,8,13,18 167:13,17,25 168:3,6,11,20,24 169:2,18,23 170:22 172:15,17, 21 175:23 176:7, 16

**Mcgrail's** 51:10

**Mcknight** 106:15

**meaning** 62:18 63:24 75:25

**means** 10:21 15:11 54:15 56:10,12,13 58:11 61:2 76:23 133:22 144:3,7

**meant** 90:15 95:18 123:13

**media** 51:21,22

**meet** 37:5 172:13

**meeting** 32:16 87:23,24 88:1,4, 21

**meetings** 32:17

**meets** 61:21

**members** 79:17

**memo-type** 18:12

**memory** 123:14

**mentioned** 47:6 118:14 141:8 168:21

**menu** 46:2 129:25 130:2,16,25

131:2,3

**menus** 15:2 27:11 43:14 129:24 144:5

**merchandise** 158:1

**met** 71:5 106:19

**meter** 18:5

**methods** 120:23

**MG** 169:6

**MGC** 109:12 118:11 120:14,19 133:11 155:12,16 163:16 169:7

**MGC-1** 6:22 7:2 9:2 92:4

**MGC-10** 136:25 137:1,6 170:24

**MGC-11** 138:20 139:4

**MGC-12** 141:16,19

**MGC-2** 21:4,6

**MGC-3** 30:4,7 37:11,13 107:13 118:8 168:16 169:4

**MGC-4** 35:22 36:1, 4,12 37:11 41:9 72:7 73:11 76:17 77:11,16 127:11

**MGC-5** 49:6,7,14 110:9,18 111:4,24 130:5 131:6 132:24 134:14 136:12

**MGC-6** 64:9,10 66:3 107:24 108:7 118:8 168:17

**MGC-7** 77:25 78:1, 4 81:9 118:6

**MGC-8** 81:18,19
82:3,4 108:15,22
109:1 118:8
168:18 172:4

**MGC-9** 94:20,21
101:20 109:5
110:1

**middle** 142:23
171:2

**Midwest** 37:22,25
39:8,9 40:22

**million** 115:3
159:15

**Millions** 47:18

**Miltenberger**
135:2

**Miltenberger's**
110:2

**mind** 35:3 129:6

**mini-device** 42:11

**minimum** 32:10
150:14,15

**minus** 156:1,2
159:17

**minute** 11:14
20:18 36:16 49:11
78:14 141:2

**minutes** 59:18
94:7 170:7

**Missouri** 7:10,24
8:9 9:3 10:16
11:16,22 13:7,8,9
25:17 32:3 34:25
35:2,5 47:22
52:14 53:2 62:4
64:2 70:7 74:10
76:16 82:8,9,12
83:7,8,16 84:3,7,
17,21 86:20,21
91:5 92:6,24
95:19 96:25 97:23

99:5,7 100:1,2,10
101:24 102:16,19,
24 106:5 107:20
108:16,18,20
109:17,23 118:9
121:2 123:23
125:13 127:23
128:19 133:25
137:14 139:19
146:18 151:23
152:13,20,24
153:2,12,18
158:2,15,23
159:7,25 160:5,
19,20 161:19
162:1,12,16,20
166:3,4 167:2,24
168:18

**mix** 32:10

**MO-19** 39:10

**modify** 108:7

**moment** 128:12
143:12 160:17

**monetary** 18:7
114:17

**money** 14:19 18:5
23:5 50:13 61:2
144:8 145:6 150:2
155:20 158:17
159:19 171:18,22
172:1

**morning** 11:16

**moves** 113:3

**multiple** 87:9 88:9,
21,22

**multiply** 114:22
159:18

## N

**name's** 106:18

**names** 13:18

**nature** 23:13
49:23

**NCG** 44:18,20
111:17,19,25
112:4,22,24
113:11 116:12
121:19 122:10,17
123:22 124:3
135:21,25 142:22
161:1

**NCG-2** 141:24
142:22

**necessarily** 62:14
67:2 90:20 116:16
151:11 157:9
158:18 163:11

**needed** 42:25

**Nelson** 7:25 31:7
37:4 43:5,18

**NF-5** 135:3,9

**NF-5/CC** 135:11

**nice** 11:8

**Nick** 24:14,18
135:3,21

**Nikiper** 25:18 58:8

**nod** 9:25

**non-law** 46:22

**non-legal** 55:9

**non-party** 35:24

**nonvoluntary**
176:4

**normal** 69:5

**North** 39:8

**not-legal** 55:13

**not-regulated**
55:7,13

**notes** 99:18

**notice** 6:22 7:9
131:19 138:5

141:22 172:8

**November** 13:25
101:12

**number** 7:23
16:23 44:1,9
47:21 73:13,17,20
74:13,16,18,20,23
75:12,15 76:12
77:12 93:16 99:3
114:20 117:10
122:10 124:22
131:1 132:2,3,5,6
133:15,19,22
136:5,9,13 138:6,
9,12 140:20
143:13 151:2,8,
10,12,13,17
153:16 160:3,16
174:8

**numbered** 95:2
130:11

**numbers** 25:5
117:4 133:11
134:9 142:19

**numerical** 50:17

## O

**object** 26:4

**objectives** 62:8

**observation** 15:23
37:20 38:10 41:24
42:2,15 43:1,5,19,
23 72:23

**observations**
14:15 41:8 126:2

**observe** 18:7,9,23
125:20 126:18,23
127:13

**observed** 16:2
39:25 40:22,23
45:21 77:16
126:2,13



**observing** 40:10
42:8

**occasions** 127:8

**occur** 85:22 155:3
157:24 163:10

**occurred** 84:5
85:20 152:12
165:19

**October** 14:1
39:22 40:17

**offenses** 176:7

**offer** 68:24 133:6

**offered** 68:21
166:3

**officer** 13:16
19:23 46:16

**officers** 103:22

**Official** 123:6

**offs** 167:19

**Oil** 95:3

**older** 153:24

**on-site** 88:4

**One's** 99:19

**open** 18:2 85:6,11
145:25 152:22

**operate** 25:20
27:1,23 28:3
29:14 55:1 62:9
63:6 68:23 69:23
112:6,16 144:13
152:18

**operated** 14:8
71:8,22 168:9

**operates** 28:5
68:13,25 122:14
144:24

**operating** 31:5
96:24

**operation** 27:8
29:16 41:16 58:24
59:13 60:23 62:6
67:25 69:24 70:1
84:8 85:15 113:3
116:8 120:10
121:19

**operational** 62:4

**operations** 41:17
146:24

**operator** 156:19
157:14 158:7
165:16

**operators** 162:25
172:10

**opine** 18:21

**opinion** 17:11
56:10,14 63:9,12,
14 65:21 69:22
85:6,11 86:7
91:10 103:13
107:13 146:9

**Opinion-wise**
169:23

**opinions** 120:6

**opportunity**
119:24 125:20

**opposite** 55:18,23

**option** 18:2 128:6

**options** 15:2

**order** 17:3 25:2
75:25 123:12
124:20 150:17
177:9

**ordered** 16:17

**ordering** 24:25

**organization's**
70:6

**organizations**
70:9 85:9 87:2

88:22

**organize** 94:5

**outcome** 15:9,10,
14 16:6,24 23:8,
18 25:7 31:6
45:15 56:15 57:4,
7 75:1,12,15 76:4,
6 103:24 114:5,12
115:2,6 116:14,
16,21 119:4 144:9
149:1 166:8,9

**outcome's** 75:17

**outcomes** 16:17,
23 17:2,7 23:21
24:1,25 25:5,19,
20 57:17 75:24
76:3 114:20,21
129:8 146:6,7
150:8 166:5,6,13,
19,24

**outside-in** 27:10

**overlap** 65:1 82:13

**oversee** 60:20

**oversight** 67:13

**overtaken** 109:12

**overview** 83:15

**owned** 8:10 11:24
13:14 37:2 39:10
72:25 73:2,9
92:15

**owner** 36:22 46:13
71:1 156:18
157:14

**owners** 92:15,24

**owns** 156:25

---

**P**

**P-L-A-Y** 37:16

**p.m.** 6:1 177:16

**PAC** 100:5,7

**pack** 139:2

**PACS** 100:22

**pages** 130:9 133:1

**paid** 166:10

**panel** 14:20

**paper** 103:17
166:5,12

**paragraph** 34:2
71:5 83:2 84:13
169:5 172:8

**paraphrasing** 86:4

**parent** 32:22 33:6
157:24

**Parkville** 50:4,6
101:24 130:6

**Parson's** 99:25

**part** 28:1,2 30:5
42:6 43:4,10
51:17 84:13 85:2,
3 116:17 125:14
159:3 167:18
171:17

**participated** 88:1

**partly** 32:8 84:24
85:1 87:5 88:5
154:9,24

**partner** 83:3

**pass** 78:11 137:7,
8

**passage** 84:10

**past** 85:21 87:8
163:1 164:4,10

**path** 141:3

**Patriot** 98:14

**patrol** 11:17,23
13:16 40:20 80:9,
12 104:15,25
106:20 120:15,20



**patrons** 125:21 154:11

**pattern** 150:22 162:10

**pay** 50:17

**pedantic** 53:7

**people** 10:10 36:18 41:5 72:6 88:21 107:19 108:10 154:3 175:8,11,25 176:4

**percent** 156:3,4, 10 159:18

**perform** 62:9

**performance** 155:14

**period** 85:4

**periodically** 155:13

**person** 13:16 26:11 27:25 30:14 36:11 69:5 75:7 94:25 97:2,3 129:1 153:19 154:2 156:25

**personally** 159:1

**personnel** 154:11

**persons** 33:1 152:9 175:7

**perspective** 27:10 28:2,4,14,16,17, 20 59:5 84:4 129:18,20,22 144:14,18,20,25 145:23 147:17,18

**perspectives** 59:8

**Peter** 25:18 58:8

**petroleum** 37:22, 25 39:8,9 40:22

**phases** 34:5 169:9

**Phillips** 105:1

**phone** 21:22

**phrase** 34:7,11 51:18 123:23,24 124:4 151:15

**pick** 23:6 117:4

**picture** 44:8 132:9 137:4,9 143:22

**pictures** 17:25 18:12 42:7 111:4, 8 143:13,14

**PIN** 130:25 131:1, 10

**place** 23:7 31:3 37:6 50:13 127:19 148:16 149:5,6 163:12 166:7

**places** 172:19

**placing** 149:1

**plaintiffs** 6:17

**Platte** 118:24 119:5 134:15 136:1,17 138:3, 12,16 140:1 142:4,14,15 143:5 146:10 147:16

**play** 15:17,19 16:10 18:1 27:21, 23 41:2,6 45:7,8 50:15 57:20 116:17 121:22 122:5 124:20 126:2 145:7 146:3 148:3,9,10,12 149:14 150:11,21 153:21,25 154:3 166:7 175:18

**Play-mor** 37:2,7, 16,24 38:12,19

**phases** 39:2 41:12,23 43:17 46:13

**played** 18:8 75:4 113:20 124:18 125:10,12,21 128:5

**player** 16:24 23:14,15,17 27:10,15 75:16 113:3 115:10 116:12,19 117:2, 11,21 121:21 122:8,9,20 124:23 129:18,19 144:12, 14,25 145:6 147:17,18 149:21, 25 150:2 154:4 174:20 175:4

**player's** 28:4,15, 17,20 144:17,19 171:18

**players** 126:2,8, 11,14,16,18 127:20 171:14 172:12 174:25

**playing** 34:5 75:16 115:6,14 116:12, 22 126:14,19 169:9

**plays** 18:10 23:15 27:15

**point** 74:22 78:17, 22 80:13 86:2 110:21 128:24 151:1

**poker** 163:9

**police** 13:13,15 20:9,13,25 21:18 22:2,19 26:13 50:4,6 103:9,21 104:13

**policy** 61:20 164:4

**political** 100:12

**pool** 78:6,8,10 81:24 82:1 106:14,18,19 107:8,11,18,24 108:9,15,24 109:5,15,20,25 25 111:2,6,10,14, 16,19,23 112:2,6, 9,14,21 113:2,7, 10,17,20,25 114:4,8,11,13,16, 19,25 115:5,8,10, 14,20,22,24 116:1,4,6,8,18,24 117:5,9,17,19,25 118:2,5,14,17,20, 23 119:3,7,10,12, 14,17,20,23 120:2,5,8,12,19 121:1,4,7,17,24 122:1,7,9,11,19, 23 123:1,5,9,13, 16,19,22 124:3,9, 15,17 125:1,5,8, 12,17,19,24 126:1,5,7,11,15, 21,23 127:1,3,6, 10,12,17,22 128:1,8,11,21 129:8 147:21 149:17,22,25 151:1 166:23 172:6 176:24 177:1,5,13

**poor** 137:9

**popped** 158:23

**pose** 8:19 29:7

**position** 29:11 35:8,11,16 66:19 67:9,16 79:21 80:5,8 86:5,13 91:10,25 97:6 109:2 120:22

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.

LEXITAS

**position-wise**
91:17

**positions** 31:22
169:1

**positive** 12:13
34:16 92:18

**possibly** 34:13
77:22 79:1 164:17

**post** 7:11 30:13
31:3,4 37:12
46:19 54:25

**posted** 172:10

**potential** 114:20
115:2 145:7

**potentially** 99:18
121:14 150:3
157:2,4 158:16

**Power** 78:17,22
80:13

**powered** 41:16

**practical** 145:22

**predetermined**
114:5 115:2,6,22
116:5 117:20,23
122:11 166:12,24

**predominates**
57:7

**preliminary** 33:10
118:17

**premises** 70:6
121:13 163:7,10

**prepared** 31:7
142:1

**preparing** 163:21

**prereveal** 14:24
15:4,18 16:5
45:11,22,24 57:18
79:9,17 118:11
121:20 122:2

**prereveals** 15:23

**present** 81:7
173:12

**presentations**
78:18

**presented** 31:15,
18 32:20 33:2,4
81:12

**presentment**
177:5,6

**press** 14:20 15:13
75:5,11 126:14,15

**pressed** 15:7

**pretty** 141:2
156:19 158:10
164:24 168:16

**prevent** 174:25

**previously** 35:22
135:9,11

**primary** 32:7

**print** 23:9

**prints** 166:8

**prior** 119:25
127:20 165:19

**private** 36:22 48:8

**privately-owned**
42:2,17 43:13,23
72:12

**privilege** 152:19

**privileged** 27:11
34:20 81:6 130:2

**prize** 50:15,16
113:21 115:15
121:20 122:1
124:20,23 126:8,
12 127:13,25
128:4,7 143:24
144:7,12 148:5
170:1,2,3

**pro** 87:16 89:3

**probab** 56:15

**probability** 56:15

**probable** 21:4,9,
10 26:18

**proceeding** 32:19

**Proceedings** 6:1

**proceeds** 156:9

**process** 27:22
89:13 152:4 153:2
156:21,25 157:10,
21 158:12,16,19
163:3

**processed** 123:2

**produce** 14:2
106:3,5 154:15

**produced** 19:4
138:17

**produces** 80:9

**product** 111:12
138:1

**professional**
120:24 138:14

**Program** 98:15

**programmer** 77:7

**programs** 134:5

**prohibition** 168:1

**prohibitions** 168:5

**project** 159:15

**proliferation** 83:5
85:8

**pronounce** 38:2

**proper** 155:8

**properly** 155:7,8,
19

**property** 147:10
156:14

**proposed** 87:7
91:11

**prosecuting**
142:3,13

**prosecution** 20:3
118:21 119:1,2,21
134:15,19

**prosecutors**
104:13

**protect** 171:14

**protection** 174:20

**provide** 19:13
65:16 103:12,13
119:20 139:5
146:6 161:22

**provided** 20:9
118:15 137:14

**providing** 141:5

**provisions** 174:20

**Public** 60:13,18,24
61:4,7,16,19,24
62:12,23,25 63:8,
14,19,23 66:9
86:16 106:20
120:16

**publicized** 100:17

**pull** 165:23 166:1,
2 167:1

**purpose** 18:24
63:7

**purposes** 60:19,
25 61:2 91:20,22,
25 144:14

**pursuant** 70:10

**purview** 33:23
53:2,13

**push** 127:16
144:12

**put** 15:18,24 18:22
23:5 29:22 49:4

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.



65:21 66:2 69:18
97:9,10,12 113:13
144:22 145:6
172:19 176:4

**puts** 75:7 86:25

---

**Q**

**qualify** 109:22

**quality** 137:10

**question** 8:20
10:2,3 27:25 29:5,
7 48:5 54:1,3 72:8
90:24 93:4 100:25
102:11 105:6,12
107:3 121:17
128:24 129:1
145:4,20 147:24
148:1 149:8,11
151:16,21 154:13
155:1 160:14
161:1,23 165:22
168:8 170:2 172:5

**questioning** 27:12

**questions** 27:6
35:1 51:9 60:3
94:4 104:15,18
105:18 106:13,22
110:10 121:9
128:11 129:9,10
145:18,19 146:15,
16 161:3 162:6,10
168:13 170:16
176:22

**quick** 9:23

**quickly** 168:16
170:10

**quiz** 123:14

---

**R**

**Raffle** 98:10

**raise** 6:2

**ran** 18:5

**random** 58:17,18
73:13,17,20
74:12,15,18,23
75:1,12,15,25
76:11 77:12
115:24 116:6
117:10 122:10
151:2,5,8,10,12,
16

**randomly** 151:2

**randomness**
58:11,25

**reached** 96:22,23
120:6

**read** 24:4,21 44:2
98:19 132:9
133:18 136:8
138:8 169:15,20
172:14 177:5,7

**reading** 37:10
96:6 169:14 177:2

**ready** 59:20

**real** 72:6 104:8
170:10

**reason** 30:5
108:11 156:20
157:8 158:11
159:4 160:22
171:12

**recall** 13:18 90:4,9
91:3 105:4 122:23
127:24 130:22
136:4 141:3,5
149:19 161:9
174:7,12

**receive** 17:19,24
21:13 50:18
109:16

**received** 19:19,22
20:25 21:16 95:24

96:21 99:4

**recent** 109:13

**recognize** 49:13
79:12 98:16,23
101:21 102:12
137:22

**recollect** 143:15

**recollections**
170:14

**recommendation**
163:25 164:1

**recommended**
164:17

**record** 7:16 8:5,15
9:1 10:13 11:10
20:18,19,21,23
59:19,21 71:15
94:6,9,11 106:7
121:8 128:16
129:3 164:25
170:9 177:10,16

**records** 11:8

**reel** 115:8,22
117:20,23 122:11

**reels** 14:21 23:7
75:11 146:5 166:7

**refer** 107:20

**reference** 108:17
174:10

**referenced** 108:4,
5

**referencing** 31:9
84:23

**referring** 84:22
108:15

**reflects** 109:1
173:13

**regard** 107:24
116:8 118:23
119:14

**regularly** 100:15

**regulate** 32:2,7
33:23 35:3,4
52:12 53:20 54:6
56:1 64:23,24
65:1 66:5 68:5
82:14

**regulated** 52:1,4,
16,22 53:13,16,
20,23 54:6,8,11,
13 55:19,22,24
91:5 159:24
162:7,11 175:6

**regulates** 65:2

**regulations** 32:9,
13 33:11 70:11
153:23 155:15

**regulator** 124:12

**regulatory** 155:12

**related** 24:13
107:3

**relates** 113:2
120:20

**relating** 32:20
69:24 70:1

**reliable** 107:19

**rely** 29:17 108:12

**remains** 107:19

**remarking** 35:24

**remember** 22:9
24:9 44:4 45:25
46:3 51:23 70:12
83:25 87:14 88:4
89:20 92:9,14
94:1 96:23 129:10
147:21,24 161:2
162:8 168:19,23
174:14

**remind** 30:14
101:6 102:7

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.



**rendered** 143:8

**rendering** 145:9

**renewal** 33:2

**renumber** 135:5

**repeat** 106:24 109:19

**rephrase** 149:10

**report** 7:25 15:1 18:10,12,15,22 19:4,17 24:3,5,10, 21 26:10,12,18,24 27:7,13 31:7,12 35:20 36:7,12,18, 24 38:13 41:9 42:3,11,12 43:2,4, 6,8,11 49:4,6,17, 18,24 74:3 76:16, 19 104:3 111:8,24 119:24,25 120:3 130:5 132:19,25 133:2 134:13,14 135:14,21 136:4, 15 138:3 141:9, 12,23 142:7,17 163:21,22 175:12

**reporter** 6:2 9:23 12:2 36:16 60:1 107:1,5 169:13 177:6,9

**reports** 14:3 18:21,25 19:11 26:8,15 50:21 74:11 105:13 106:5,9 125:10 173:10

**represent** 6:16 35:11 100:7 106:20 128:19

**representation** 108:24 118:11

**representative** 89:21 163:15

**representatives** 89:7

**request** 29:2 59:10 89:2 90:3,7 96:22

**requested** 37:4 89:18 108:6,20 125:14 177:17

**requesting** 26:13 28:10

**requests** 89:6,8 90:1,8

**require** 57:9 144:6

**required** 143:23 144:21 151:11 154:21 155:9 173:15

**requirements** 155:12

**requires** 128:7 130:25 152:7

**rescind** 107:16 108:7

**rescinded** 107:15

**respect** 107:12 108:5 109:2,5,25 111:10 112:15 113:25 114:11,25 115:5 117:19 119:23 120:13,19 121:8,18 122:1 124:3,9,17 125:8 126:7

**responsibilities** 109:12

**responsibility** 33:9

**responsible** 156:13 174:10,15, 19

**rest** 61:23

**restrictions** 55:2

**restroom** 94:6

**result** 148:6,15 164:20

**results** 149:18

**retail** 83:6 85:9 87:1

**Retailer** 82:11

**retailers** 172:11

**retained** 142:6

**reveal** 50:15 81:5

**revenue** 156:5,7,8 158:24 159:11,21, 22

**revenues** 155:6,23

**review** 18:17 26:11 43:7 80:23 81:4 119:24 141:23 142:6 163:24 164:15 177:4

**reviewed** 43:14 76:18 117:1 136:16 143:4,16 145:5 146:10 147:13 163:22 164:18 174:2,11

**reviews** 129:14

**revised** 33:12

**revoking** 164:7

**RICHENBERGER** 7:13 8:2,12 9:6 26:2 28:7,23 30:12,16 51:12 177:3,8

**Riches** 112:23 115:18,21

**riverboats** 32:4

**Road** 39:8

**Rogers** 11:16,18

**role** 32:15 66:11 171:12

**roll** 166:4,12,18

**roll's** 166:18

**rolled** 167:21

**room** 10:6

**roughly** 50:24 159:5,16

**roulette** 146:2

**rules** 32:9,12 33:11 123:7 153:23 155:14 173:6,7 174:18

**run** 102:6 141:2

**S**

**Safety** 60:13,18,24 61:4,16,19,24 62:12,23,25 63:8, 14,19,23 64:6 66:9 86:17 106:21 120:16

**Safety's** 61:7

**sake** 107:1

**sample** 137:13

**Sandy** 95:14 96:9, 17 100:25

**save** 158:16

**Schatz** 87:15 88:14,22 89:17 90:6 91:1

**Scheve-reardon** 82:8

**Scott** 106:18,24 107:11 168:12

**Scrap** 55:12

**scratch** 61:13

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.



70:25 167:19

**screen** 14:21,24
15:8 16:19 110:19
111:7 122:13
123:2,6,9 133:15
137:16 138:1,2
144:13,22

**screen's** 123:17

**screens** 18:3,6
23:23 110:20
111:2,4 122:19,25
123:16 124:25
174:18

**screenshot** 111:8
117:21 131:9,20

**seat** 51:14

**section** 69:4 70:10
167:24 169:12

**security** 154:11,19

**seeks** 100:15

**seized** 11:23 12:7,
12 14:6 21:23
22:3,4 40:2
125:22 126:19
147:10

**seizure** 127:20

**select** 23:6 50:13,
14

**sell** 158:1

**sen** 87:15

**senate** 87:6,12
89:3

**senator** 87:15
88:14,22 89:17,20
90:6 91:1

**senators** 89:6

**send** 26:12 96:19
104:22 105:2

**senior** 26:10

**sense** 8:23 33:25
37:10 58:11 66:16
71:13 91:15

**sentence** 79:21
83:3 84:14 169:6,
17 172:9

**separate** 127:8

**sequence** 57:16

**sequential** 16:9

**sequentially**
149:18

**Sergeant** 11:22

**serial** 44:1

**series** 106:21

**Service** 39:8

**Services** 98:15

**session** 91:12

**set** 15:3 18:3 35:3
72:20 128:3 134:9
153:15 166:12,24
170:16

**setting** 144:5
171:7

**settings** 130:2

**setup** 38:25

**shake** 10:1

**Sherer** 142:9,10,
12

**short** 128:13

**shortly** 94:8

**show** 15:8

**showed** 16:5
175:21

**shows** 111:7
140:7 166:8

**shuffler** 146:1

**side** 31:17 87:7,12

**sides** 56:19

**sign** 175:13 177:6

**signature** 177:17

**signed** 82:8
140:13

**signing** 177:2

**similar** 32:18
34:12 35:1 38:24,
25 66:12 70:5
86:18 122:6 126:3
135:17 157:23
167:18

**similar-type** 68:22

**similarity** 135:20

**similarly** 14:8

**simple** 27:19

**simulated** 14:21

**singling** 120:16

**sir** 119:7 121:1
132:23

**situation** 19:22
61:13

**size** 114:13

**skill** 56:16,18,19,
23 57:10,16 58:1

**skill-based** 58:4

**skip** 84:13

**slash** 98:15

**sleep** 42:23,24

**slot** 24:13 27:21
47:21 74:4,15,22,
24 75:1,4,6 122:5,
15 126:3 144:15,
24 145:13,22
146:1,5,10,17,24
147:1,14 148:24,
25 149:13 151:9,
11,14,18,22 152:5
153:1,5,9,16,21

154:24 155:20,21
156:19 157:14
158:14,22 159:24
160:18,19 162:11,
12,15,17,19,25
163:4,14 169:11
170:3 171:13,16

**slots** 153:10

**slow** 169:14

**small** 95:3 131:21
140:21

**software** 9:4
16:12,15 28:21
40:4,8 44:4,5,10,
12 77:3 92:6,10,
24 93:5 102:4,20
129:13 133:25
134:4 136:17
138:16 140:21
141:24 161:15,17,
24 162:3

**solely** 57:5

**solemnly** 6:4

**sort** 6:25 10:10
17:19 20:3 25:19
27:4 33:14,20
36:23 37:11 42:11
56:19 60:8 63:9,
14 65:9 67:4
75:25 76:9 77:17
80:15,16 81:6
87:24 88:23,24
97:3 104:21

**sorts** 130:11

**sounds** 28:10,25
29:2 34:12 89:17

**source** 114:9

**spaces** 117:2

**speak** 9:24 10:15
63:18 79:24 88:15
92:21 100:16
103:19 107:4

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
Page 206


Case: 4:23-cv-00330-JAR    Doc. #: 245-28    Filed: 08/08/24    Page: 207 of 210
Corporate Designees for the Missouri Gaming Commission    Alphabetical Index: speaking..Sullivan
Page ID #: 21123

176:5

**speaking** 107:5

**speaks** 116:10

**speci** 90:17

**special** 83:4,9,11,
14 87:5

**specialists** 29:17
163:15

**specialized** 77:3

**specialty** 29:15

**specific** 50:20
89:25

**specifically** 50:16
87:8 90:7 92:22
108:4,16 120:15
125:20 146:5,7

**speculate** 19:12
89:2

**speculating** 63:4
96:3

**speculation** 29:2
34:23

**spend** 31:13

**spends** 171:13

**spin** 14:24,25
15:9,10,12 23:7
57:24 75:1,11
149:3

**spins** 16:8

**spoke** 11:15

**spoken** 62:12
63:22 64:2

**sports** 32:6 83:12
84:8,10

**spot** 30:11 151:1

**spreadsheet**
95:20,21,22 96:2
97:2,4,5,10,14,22
101:15,20 109:6,8

110:1

**St** 7:11 13:8,24
14:7 20:7 93:25
106:5 127:1,5

**stable** 152:17

**staff** 26:10 60:22
85:16,17 155:12

**stamp** 52:1

**stance** 91:13
100:19

**stand** 44:20 54:21
134:7 153:7 169:1

**standing** 161:1

**start** 11:11 13:3
25:5,8,9 55:9
57:17,18 61:13
115:7 131:9
138:25 160:3

**started** 10:12 42:3
167:20

**starting** 43:12
72:12 103:3 129:6

**state** 7:15 8:5,15
11:16,22 32:3
35:5 47:22 52:14
53:3,19 62:4,5
70:11 72:21,22
74:10 83:15 90:20
96:25 109:17,23
139:19 151:22
152:13,23 156:13
158:2,23 159:6,24
160:4,18,20
161:19 162:1,12,
16,20 166:3 167:6

**stated** 66:22 69:1

**statement** 21:4,10
26:19 69:20
116:14 121:15
146:22

**states** 42:15 71:12

**statewide** 176:11

**stating** 90:11

**station** 39:24
40:10,17 41:25
42:7,17 162:22

**stations** 38:4,5,11,
20 40:25 41:3

**statute** 32:8 33:17
34:15 56:22 156:4

**statutes** 34:13
67:24 69:24
70:13,21 91:7

**stay** 73:9

**staying** 141:2

**Stealing** 141:14

**step** 145:17

**stewards** 62:5

**sticker** 173:11,12
174:3,8

**stickers** 136:21
139:1 141:15
172:10,19,24
173:2,23

**sticking** 141:1

**stop** 127:9 154:1
162:16 176:15

**stops** 62:20 90:19

**stores** 62:20 68:4,
6,9,13,19 90:19
105:9,14,16

**straight** 9:1 35:23

**streamlining** 62:6

**Street** 112:25

**strictly** 60:24 61:1

**strike** 120:12
144:11

**style** 139:12

**subagencies**
63:18,22 64:1
66:8

**subagency** 60:12
66:1

**subject** 11:3 49:16
67:3 70:14 71:17
155:24 163:13

**subjective** 29:5

**submit** 152:8
155:16

**subpoena** 11:3
106:11

**substance** 36:12,
15 78:21 84:1

**substantial**
156:20

**substantially** 70:5
122:5

**substantive**
144:23 147:15

**substitute** 132:11

**success** 116:21

**sudden** 67:15

**suggest** 116:19

**suitability** 152:11
156:25 157:25

**suitable** 152:18

**suite** 45:1 111:17,
19,25 112:4,22,24
113:11,23 114:1,2
115:1 116:12
121:19 135:22,25
140:22 142:22

**suites** 112:15,18

**Sullivan** 13:9,10
14:1,7 20:7 38:12
39:9,21 41:14
93:23 126:24
127:7



Case: 4:23-cv-00330-JAR   Doc. #: 245-28   Filed: 08/08/24   Page: 208 of 210
PageID #: 21930
Corporate Designees for the Missouri Gaming Commission   Index: summary..Tobacco

**summary** 27:4

**superiors** 19:5

**supervisions** 163:23

**supervisor** 26:11

**supplied** 162:4

**supplier** 98:6 99:10,13 109:9, 16,21 158:7 161:19

**suppliers** 32:24 33:7 97:25 98:25 99:15,22 157:17

**supplying** 158:11

**Supreme** 84:10

**surveillance** 154:22 155:2

**swear** 6:4

**Sweepstakes** 98:14

**switch** 72:6 92:3

**sworn** 6:12

**symbols** 23:13

**system** 138:16 153:9,10 155:21

**systems** 154:20 155:3

---

**T**

**tab** 166:1,2 167:1

**table** 154:24

**tabs** 165:23

**tag** 124:10,13

**takes** 123:6,10

**taking** 9:24 10:6 31:22 42:7 66:19 89:9 95:7 163:12

165:1

**talk** 20:16 22:1 30:14 31:12 34:19 36:11,15 51:24 52:21 61:15 62:3 64:7 73:12 85:14 88:18 94:25 106:7,12 177:1

**talked** 31:20 35:7 39:19 58:10 60:20 86:15 90:18 107:12 129:7 147:20

**talking** 20:23 41:23 51:16 52:24 53:6 56:6,7 57:12 60:4,8 63:23 68:11 81:5 84:15 85:7 89:19 94:16 130:16 133:16 153:4 157:13 166:22

**talks** 64:20 66:3 70:4 142:21

**tasked** 62:9 97:7

**tax** 52:1 155:8,24 156:6,8 159:20,22

**taxed** 156:4

**taxes** 155:7,15 156:13,14

**tells** 155:22

**tem** 87:16 89:3

**ten** 22:10 73:16 156:10

**Tens** 146:20

**term** 52:6 139:12

**terminal** 130:24 137:25

**terms** 32:16 52:3 53:22 60:10

**terrible** 145:3

**test** 144:22

**testi** 91:19

**testified** 6:13 12:6 140:1,17 144:11 146:15

**testifies** 83:20

**testify** 10:22 26:15,17,21 28:10 83:9,13,18 91:19, 21

**testifying** 118:20, 25

**testimony** 6:4 27:5 28:16 46:6 84:1 109:11 118:15,24 119:21, 25 141:3,6 149:19

**testing** 153:11

**text** 131:21,24

**That'll** 9:6

**theme** 69:2

**theoretically** 69:10

**thing** 10:1,5,13 43:15 123:5 170:8 171:1

**things** 9:23 10:22 23:13 24:13 49:23 56:6 74:21 79:3 145:25 154:20 156:14 174:18

**thinking** 24:18 88:24

**thinks** 28:18

**third-party** 24:3 74:8 77:18 114:9

**Thole** 165:6

**thought** 59:24

**thoughts** 81:8 170:14

**thousand** 47:21 114:6,21 129:9 146:21 160:8

**thousands** 146:21

**throw** 80:18

**ticket** 23:9 50:18 75:8 166:8,9

**Tim** 6:11 7:19 96:12 107:9,11 118:2 120:12 121:8 123:22 151:21 160:23 162:5 167:12 170:21 172:4 175:22 176:6

**time** 12:3,4 21:11 23:22 31:14,15 33:5 39:15,25 73:2 81:10 82:9 85:5 87:5,16 88:19 95:13 96:25 104:17,18 105:1 145:2 156:21 160:7 163:11,12, 23 164:17,18 171:13 173:12,13

**times** 9:13 18:1 33:1 35:1 51:23 61:21 65:5 68:20 85:4 89:13 97:6 104:13,14 106:19 147:12 150:12,13 163:12 164:11 170:12

**title** 98:24

**Tobacco** 64:3,8, 22,23 65:1,9,20 66:2,6,19,24 67:8, 15 86:19,22 108:1,7 121:10,12 168:17



Case: 4:23-cv-00330-JAR    Doc. #: 245-28    Filed: 08/08/24    Page: 209 of 210
PageID #: 21931
Corporate Designees for the Missouri Gaming Commission · June 2023    Index: today..version

**today** 30:6 42:21
62:3 89:20 107:13
108:24 152:21
159:9 166:23

**Todd** 7:25 31:7
37:4,5 43:5

**told** 11:21

**ton** 94:4

**top** 139:11 141:22
142:18,19

**topic** 7:8,9,23 8:8,
18 9:2 11:12 92:4

**topics** 7:7

**Torch** 8:10 11:23,
24 13:11 16:13,17
20:6,8,12,23
22:13,15,17 33:21
39:21 40:14 51:1,
3 57:13,15 68:12
71:16,25 72:13,18
92:18 93:22,24
94:2 95:3 99:3,9,
22,24 101:21,25
102:2,15,18 103:5
104:4 105:9,14
112:3,11 113:13
120:13,17 173:23
174:2

**Torch-owned**
12:24

**total** 41:15 66:16
83:11 93:7

**totally** 66:13

**track** 100:20

**tracks** 153:10

**traditional** 151:13,
17,22

**traditionally** 134:8

**Trammell** 11:22

**transcript** 177:4

**transmittals**
155:16

**Travis** 24:19

**trend** 159:2

**trial** 132:21 141:9

**trooper** 18:3 19:6

**troopers** 19:14

**truck** 62:20 90:19
127:9 162:16

**true** 12:8 55:24
107:16,17 116:1
117:15,23 160:21

**trust** 154:4

**truth** 6:5,6

**turn** 97:21,22
99:17

**turnstiles** 154:10

**Turntine** 37:3,6
38:2,13 39:5,10
46:11

**Turntine's** 37:6

**type** 22:11,12
27:22 35:1 52:4
62:8 67:16 87:10
89:4,19 111:25
154:20 156:15
163:8 173:18,21

**types** 17:20 47:17
48:21 63:2 72:24
85:7 88:16,25
90:8 107:21

**typically** 19:5
74:17 75:13 134:6

---

### U

**Uh-huh** 42:22 88:7
94:13 119:19
131:7 133:9
137:11 141:21

148:4 172:15

**ultimate** 120:6

**underlies** 36:7

**understand** 10:2,
4,15 15:5 16:17
17:7 25:1 28:3,13
38:15 53:15 67:23
68:15 69:6 71:25
77:21 97:23
106:23 121:11
161:6

**understanding**
15:23 17:1,12
19:25 23:3,25
24:9,25 25:6,20,
23 27:7 29:11
30:25 40:13
44:12,24 45:2
51:19,20 54:16
56:9 60:10 63:5
68:14 69:3 70:24
72:17 74:15 90:15
91:1 92:14 99:12
101:1 102:2,18
109:7,11 113:8
114:8 119:3
128:2,9 129:12
135:25 161:10

**undertaken**
120:21

**United** 100:1,2

**unlawful** 17:13
55:8 67:17

**unsure** 125:4,7

**unusual** 46:23
69:8

**update** 97:12,14,
16,19 101:11

**updated** 101:7

**updates** 96:20
97:20

**updating** 35:15

**usable** 146:3,4
169:9,22 170:3

**usage** 134:3

**user** 124:18,19

**utilize** 19:15 31:4
107:21 121:21
126:8,12

**utilized** 120:23
127:13

---

### V

**V3.2.0.19403.**
133:20

**valid** 154:16

**validate** 24:3

**valued** 83:3

**values** 18:7

**variety** 89:18

**Vending** 50:3
92:17 101:24
102:15,21 118:25
119:12 134:19
139:20 142:7

**Vending's** 102:5

**vendor** 71:6 92:18

**vendors** 95:16,18
96:24 101:2

**verbally** 85:6

**verbiage** 173:13

**verdict** 140:7,10

**verifications**
155:6

**versa** 62:23

**version** 44:9
112:18 132:4,6
134:6,10 136:5,9,
12,17 138:6,9,11



Index: versions..Zahnd

140:20

**versions** 111:21
112:16

**versus** 122:11
139:20 165:6

**Veterans** 98:15

**VFW** 7:11 30:13
31:3,4 37:4,8,12
46:19 54:25
59:11,12 69:11,17
162:20 163:5

**vice** 62:23

**video** 14:21 45:21
62:18 63:24

**view** 84:3 143:24
144:7,9

**viewed** 69:22

**viewer** 50:16
113:21 115:15
121:20 122:2
124:20,23 126:8,
12 127:13,25
128:4,7 144:13
148:6 170:1,2,3

**viewpoints** 84:9

**views** 118:11

**violating** 91:7

**violation** 54:16

**visited** 37:22

**visual** 117:9

**voluntary** 175:7

**vote** 29:23 86:6
107:16

**votes** 31:22

---

**W**

**wager** 23:6,7
50:14 75:10

114:14,17 123:10
144:8 148:16,17
149:1,5,6 166:7

**wagered** 114:22

**wagers** 150:2
156:2 159:17

**wait** 78:14

**Waive** 177:5,6

**walk** 153:20 154:6
171:25

**walked** 168:15

**wanted** 18:4 31:13
37:8,16 50:9 51:5
59:25 86:23 87:9

**warehouse** 126:20

**warm** 10:9,10

**Warrenton** 95:3

**watch** 41:5 177:7

**ways** 130:12

**website** 161:12

**West** 13:9 14:1,7
20:7 38:11 39:8,
21 93:23 127:7

**Westfall** 165:6

**whatsoever**
108:22

**wheel** 146:2

**White** 95:15 96:15

**win** 15:16,19,20,
25 50:18 57:19,
20,22 148:18

**winner** 23:9 79:19

**winning** 14:22
146:6 166:5

**winnings** 156:1,2
159:18

**withdraw** 108:21

**won** 15:25

**word** 56:8,9,11
58:11

**wording** 79:13

**words** 28:3 40:3
66:7 91:18 134:10
144:3

**work** 6:21 8:24
14:18 23:4 24:21
40:23 50:11 61:18
91:23 149:18

**worked** 13:13
14:16 15:6

**working** 18:4 19:6
86:17 133:25

**works** 28:19 60:9
75:6 166:23

**wrap** 103:4

**write** 18:10,14,16
41:14 43:4

**writing** 59:3

**written** 37:13

**wrong** 140:20

**wrote** 43:5 49:18
50:23 71:2 105:3

---

**Y**

**years** 13:20 34:24
47:9,11 84:6
109:13 133:25
159:8

---

**Z**

**Zahnd** 142:2,6

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.

