# Exhibit 1

| From: | Steven Miltenberger [steven.a.miltenberger@gmail.com] |
|---|---|
| Sent: | 7/5/2019 2:15:28 PM |
| To: | Wayne Baker [wbaker@woilco.com]; mbaker@woilco.com; dbaker@woilco.com |
| Subject: | Fwd: MGC letter |

Attached you will find a letter from the Missouri Gaming Commission sent to a VFW Post in St. James. Nathan, who is with the post, is a constant cause of problems in St. James with all bars who compete with the post. He constantly falsely accuses the other bars and c-stores of serving minors to the cops in an attempt to get their liquor licenses suspended because he thinks only his post should have a license.

He currently has the lottery's electronic pull tab devices, which I would argue are illegal slot machines. The Missouri Gaming Association (represents the casinos) would agree as they sued the lottery over these devices a few years ago only to settle by letting them illegally run in non profits.

It's fair to say that Nathan with VFW doesn't like our games and constantly calls the cops even though the prosecutor of Phelps County, Brendon Fox, has already looked at them.

Now about the letter itself.

In this letter you will find opinions for other states that the Missouri Gaming Commission has cited, not cases. The opinions are of different types of games, not our games. Our games are not skill games. Which makes it clear the MGC did not spend any real time investigating. And they are just opinions.

MGC has no authority. There is nothing they can do except pull a bingo license. The posts we provide games to have already turned in their bingo license as the games are much more profitable with out as much work.

Thankfully we were able to stop Schatz bill from passing as this is what we would be up against.

The distributor they cite is out of South Carolina and has not had contact or provided information to the MGC.

Last but not least, the vendor they cite, who remained anonymous and would buy from the identified distributor, is none other than Play Mor Amusement. Jim Turntine. Once again Dave Schatz. Schatz is working hard out there.

It is my belief that this letter is a coordinated effort between MGC, Turntine, and Schatz. Unbelievable.

We are reaching out to Phelps County today to let him know about this. Nathan with the VFW threatened that he had a meeting scheduled. Not sure if that's true.

This was left at a location we provide games to in St. James.

Just wanted to make you aware.

If you want to call me I am available all day.


Thanks,
Steven Miltenberger
573-230-2245


Begin forwarded message:

**From:** Steven Miltenberger <torchelectron@gmail.com>
**Date:** July 4, 2019 at 8:46:18 AM CDT
**To:** Steven Miltenberger <steven.a.miltenberger@gmail.com>
**Subject: MGC letter**

CONFIDENTIAL



MICHAEL L. PARSON
GOVERNOR

COMMISSIONERS

BRIAN JAMISON
CHAIRMAN

THOMAS NEER
VICE-CHAIRMAN

...HARD F. LOMBARDO

...ANIEL P. FINNEY III

...ANDON BOULWARE

...VID M. GROTHAUS
...ECUTIVE DIRECTOR

...ENTRAL OFFICE
...417 KNIPP DRIVE
...T OFFICE BOX 1847
...RSON CITY, MO 65102

...RIVERBOAT
(573) 526-4080
...X (573) 526-1999
...FAX (573) 526-4084

BINGO
(573) 526-5370
...REE (866) 891-8643
...C (573) 526-5374

...TASY SPORTS
...CONTESTS
...73) 526-4080
...573) 526-5374

...LOUIS OFFICE
...PAGE AVENUE
...SUITE 107
...US, MO 63132
...4) 877-4370
...314) 877-4384

...S CITY OFFICE
...INGTON STREET
...ITE 100
...AS CITY, MO 64116

July 3, 2019

St. James VFW Post 5608
Nathan Howard
18775 State Rt. KK
St. James, MO 65559

Re: Electronic devices

Dear Mr. Howard,

This letter is in response to your July 1, 2019 inquiry in which you indicated your Post's interest in acquiring certain electronic devices, and in which you requested Missouri Gaming Commission's (MGC) opinion of the legality of the devices.

In response to that request, representatives from the MGC Electronic Gaming Device department met with a representative of your vendor on July 2, 2019, and examined the devices in question, which are manufactured by Banilla Games, Inc. and distributed by Legacy Coin-Operated Distributors, Inc.

Upon examination and analysis of those devices, the MGC determined that the machines are used or USABLE in the playing phases of gambling activities and therefore constitute "gambling devices" and "slot machines" as defined in sections 572.010(5) and (11), RSMo. Therefore, setting up and operating these devices at your VFW Post would be illegal, in violation of sections 572.030, 572.040 and 572.070, RSMo.

In our opinion, the fact that the player can choose to reveal a prize prior to the first game play, and the nominal existence of some element of skill in the game, does not remove the devices from the prohibitions cited above. Our conclusion is consistent with opinions in other states; most notably the Supreme Court of Iowa in *Banilla Games, Inc. v. Iowa Department of Inspections and Appeals*, 919 N.W.2d 6 (Iowa 2018), which dealt with games similar to this one, manufactured and distributed by Banilla Games, Inc., and the Wyoming Attorney General's Formal Opinion 2018-002, in which the Attorney General found that similar machines manufactured by Banilla containing the "Prize Viewer" functions were illegal gambling devices under Wyoming law, whose statutes are very similar to the language in Missouri's chapter 572, RSMo. Similar findings were also made by the Florida Court of Appeals in *Gator Coin II, Inc. v. Florida Dept. of Business and Professional Regulation*, 254 So.3d 1113 (Fla.Dist.Ct.App. 2017) and the Ohio Casino Control Commission in an opinion issued recently relating to pre-reveal games.

Torch_004765

If these particular devices or any other devices substantially similar to them are found on your organization's premises, the device will be deemed illegal, and the Missouri Gaming Commission will take action to discipline your organization's bingo license pursuant to sections 313.040 and 313.070, RSMo, and 11 CSR 45-30.270.

The Missouri Gaming Commission maintains a zero tolerance for illegal gambling and will take immediate action to revoke the bingo license of any organization that engages in any form of criminal activity. Maintaining the public's trust in the integrity of bingo and pull-tab games benefits all bingo organizations, and it is the responsibility of every bingo organization to protect that trust.

If you have any questions, feel free to contact me.

Sincerely,

Ed Grewach
General Counsel
Missouri Gaming Commission
(573) 526-1927
ed.grewach@mgc.dps.mo.gov

Thanks,
Steven Miltenberger
573-230-2245

CONFIDENTIAL
Torch_004766