# Exhibit 3

| From: | Steven Miltenberger [steven.a.miltenberger@gmail.com] |
|---|---|
| Sent: | 2/6/2018 2:12:33 AM |
| To: | ruthann@gieroilco.com |
| Subject: | Current locations |

Hi Ruth Ann,
Here are the current Eagle Stops with NCG:

1 Eugene
4 Eldon
5 Versailles
10 Columbia
13 Sedalia
23 St. Robert
28 Sedalia
29 Osage Beach Pkwy
32 Centralia
34 Crocker
36 Iberia

We would like to stay away from Boonville, Jefferson City, and Springfield. Just FYI.
Let me know what else you would like to try.

Thanks,
Steven Miltenberger
573-230-2245