# Exhibit 5

| | |
|---|---|
| From: | Steven Miltenberger [steven.a.miltenberger@gmail.com] |
| Sent: | 12/2/2018 2:29:18 PM |
| To: | Robert Baker [rbaker@woilco.com] |
| CC: | Mary Banmiller [mbanmiller@woilco.com] |
| Subject: | Re: NCG |

Sounds good. I will let you know if anything changes with the city of St. Charles.

Thanks,
Steven Miltenberger
573-230-2245

On Dec 2, 2018, at 9:01 AM, Robert Baker <rbaker@woilco.com> wrote:

**Lets stay away for now.**

On Sat, Dec 1, 2018 at 10:28 AM Steven Miltenberger <steven.a.miltenberger@gmail.com> wrote:
It is safest to just stay away from St. Charles city limits.

Thanks,
Steven Miltenberger
573-230-2245

On Dec 1, 2018, at 9:33 AM, Robert Baker <rbaker@woilco.com> wrote:

**St Charles city.**

On Fri, Nov 30, 2018 at 3:39 PM Steven Miltenberger <steven.a.miltenberger@gmail.com> wrote:
I have not looked at the address yet. Is it St. Charles city or is it in the outside city limits in the unincorporated county?

Thanks,
Steven Miltenberger
573-230-2245

On Nov 30, 2018, at 4:28 PM, Mary Banmiller <mbanmiller@woilco.com> wrote:

Steve, I thought you couldn't put any in St. Charles because of the casino?

Mary Banmiller

On Fri, Nov 30, 2018, 11:50 AM Steven Miltenberger <steven.a.miltenberger@gmail.com wrote:
Sounds good. What days next week are best?

Thanks,
Steven Miltenberger
573-230-2245

On Nov 30, 2018, at 12:09 PM, Robert Baker <rbaker@woilco.com> wrote:

**Steve, we would like to add two machines at FastLane 40 in St Charles MO. 2301 old hwy 94.**

CONFIDENTIAL                                                                                                   Torch_006730

--



**Robert Baker** / Area Manager

**FastLane Convenience Stores / Warrenton Oil Company**
636.456.3346
2299 Spoede LaneTruesdale, MO 63383
fastlane-cstore.com






SAFETY FIRST…
IT'S WHAT FUELS US!

This e-mail message may contain confidential or legally privileged information and is intended only for the use of the intended recipient(s). Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. E-mails are not secure and cannot be guaranteed to be error free as they can be intercepted, amended, or contain viruses. Anyone who communicates with us by e-mail is deemed to have accepted these risks. Warrenton Oil Company is not responsible for errors or omissions in this message and denies any responsibility for any damage arising from the use of e-mail. Any opinion and other statement contained in this message and any attachment are solely those of the author and do not necessarily represent those of the company.

--



**Robert Baker** / Area Manager

**FastLane Convenience Stores / Warrenton Oil Company**
636.456.3346
2299 Spoede LaneTruesdale, MO 63383
fastlane-cstore.com







SAFETY FIRST…
IT'S WHAT FUELS US!

This e-mail message may contain confidential or legally privileged information and is intended only for the use of the intended recipient(s). Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. E-mails are not secure and cannot be guaranteed to be error free as they can be intercepted, amended, or contain viruses. Anyone who communicates with us by e-mail is deemed to have accepted these risks. Warrenton Oil Company is not responsible for errors or omissions in this message and denies any responsibility for any damage arising from the use of e-mail. Any opinion and other statement contained in this message and any attachment are solely those of the author and do not necessarily represent those of the company.

--



**Robert Baker** / Area Manager

**FastLane Convenience Stores / Warrenton Oil Company**
636.456.3346
2299 Spoede LaneTruesdale, MO 63383
fastlane-cstore.com





This e-mail message may contain confidential or legally privileged information and is intended only for the use of the intended recipient(s). Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. E-mails are not secure and cannot be guaranteed to be error free as they can be intercepted, amended, or contain viruses. Anyone who communicates with us by e-mail is deemed to have accepted these risks. Warrenton Oil Company is not responsible for errors or omissions in this message and denies any responsibility for any damage arising from the use of e-mail. Any opinion and other statement contained in this message and any attachment are solely those of the author and do not necessarily represent those of the company.

CONFIDENTIAL
Torch_006732