# Exhibit 6

# INVESTIGATIVE SUBPOENA

TO:

Torch Electronics, LLC,
c/o MSB Registered Agent, Inc.
305 E McCarty Street, Suite 300,
Jefferson City, Missouri 65101

**YOU ARE HEREBY COMMANDED TO APPEAR**
Pursuant to revised Missouri Statute 56.085

in the **Office of the Greene County Prosecuting Attorney**,
Greene County Judicial facility, 1010 Boonville, Springfield, MO 65802
**ON**
July 16, 2021 at 9:00 AM
to be examined in certain matters involving a criminal investigation
and bring the following:

1.  Copies of any contracts or agreements between Torch Electronics, LLC, or its agents, and any third party regarding the leasing, operation, or placement of any "no chance" gaming machine in Greene County, Missouri from June 14, 2020 through June 14, 2021.

2.  Copies of receipts, ledgers, accountings, or any other documents showing monies collected by "no chance" gaming machines owned, leased or operated by Torch Electronics, L.L.C in Greene County, Missouri from June 14, 2020 through June 14, 2021.

3.  Any operating manuals, technical manuals, or other documentation describing the use or operation of any "no chance" gaming machines owned, leased, or operated by Torch Electronics, L.L.C in Greene County, Missouri from June 14, 2020 through June 14, 2021.

4.  All contracts and agreements between Torch Electronics, L.L.C., or its agents, and Banilla Games, involving any and all types of "no chance" gaming machine gaming machine owned, leased, or operated by Torch Electronics, L.L.C. in Greene County, Missouri from June 14, 2020 through June 14, 2021.

Witness my hand this 14th day of June, 2021.

_____          **Dan Patterson**
Judge of the 31st Circuit            Prosecuting Attorney

                                    By _____
                                        Prosecuting Attorney

Subscribed and sworn to me:          **Thomas R. Barr**
                                     **Circuit Clerk**

                                     By _____
                                     Deputy Circuit Clerk

**\*\*\* Personal appearance is not required if the records are provided with a business records affidavit to Mrs. Kathy Raymond, Greene County Prosecutor's Office, 1010 N. Boonville,  Springfield, Missouri, 65802, prior to the appearance date.  If there are any questions, please contact Ms. Kathy Raymond at <u>KRaymond@GreeneCountyMo.Gov</u> or (417) 829-6330.\*\*\***

**RETURN:**
I certify that I personally served this subpoena in _____ County, Missouri
by: _____

_____          _____
        Date                          Official Serving Subpoena