# Exhibit 7

| From: | Steven Miltenberger [steven.a.miltenberger@gmail.com] |
|---|---|
| Sent: | 9/8/2019 4:52:11 PM |
| To: | Gregg Keller [gregg@atlasstrategygroup.com] |
| CC: | David Gregory [dgregory@theinjurycounsel.com]; Steven Tilley [steventilley71@gmail.com]; Tom Robbins [tr@thomasrobbinslaw.com] |
| Subject: | Re: MGC in Clinton, MO |

Just as a follow up.
The store owner just called me who has the other 2 stores in Clinton, MO. Apparently the Clinton PD Officer has been going into those stores telling the staff he is going to seize their games once he gets some letter. Not sure what the letter is. Probably because there is no letter. All they have are scare tactics.
Store owner is scared and is turning the games off and putting the games in the back room. He doesn't want any bad press.
In this case, the scare tactics by the MGC and Highway patrol are working. Clinton PD has bought into the propaganda. Everyone is working in concert with protecting the casinos.
Once we talk to Henry County, we will hopefully get this straightened out.


Thanks,
Steven Miltenberger
573-230-2245

On Sep 7, 2019, at 9:56 AM, Gregg Keller <gregg@atlasstrategygroup.com> wrote:

Blatant government intimidation of law-abiding business owners. Gross.

Sent from my iPhone - please excuse typos and brevity

On Sep 7, 2019, at 8:58 AM, Steven Miltenberger <steven.a.miltenberger@gmail.com> wrote:

Hi David,
Just wanted to let you know we had some games picked up in Clinton, MO and 3 Missouri Gaming Commission staff were present. As we talked before, they have no jurisdiction and are way out of their lane here.
Nick Mathews, the trooper in the blue shirt as badge around his neck, has been going County to County, scaring store owners and telling them he was sent by the prosecuting attorney. We then go to the PA and they have no idea what we are talking about and that they have no problem with the games so games continue to operate.
Nick then goes to the next county and tries it again. Only to get shut down. Nick has all my info and I have his. When he first started a few months ago he told me that he was part of the new crime unit and traveled around following up in complaints about games. I told him he can call any time, but after he failed at his first attempt in Franklin County, he doesn't call me any more. Just goes out and causes a mess that we have to clean up. Like a game of cat and mouse.
In this case, Nick was able to convince a city of Clinton officer into going along with him and the city officer took the games to city evidence. When a trooper comes to town with Gaming, the city officer probably thinks he has to follow their orders. I am assuming that's what Clinton PD would think.
We reached out to Henry County and no one there seems to know what is going on.
Nick knows me, knows they are my games, I have talked to him a couple times since the games were taken to see where they went and if the county was involved. He said they were, but they are not. This is all Nick. Then I called him back to see who this entourage he brought in with him was and found out it was Gaming.
Not sure why they had to travel so far, we have games closer to JC. Lol.
Side note, we have 2 other locations in town just down the street. They didn't do anything with those.
Another example of Gaming out of their jurisdiction. Just wanted to share.

<IMG_8389.JPG>

\<IMG_8388.JPG\>

\<IMG_8386.JPG\>

\<IMG_8383.JPG\>

Thanks,
Steven Miltenberger
573-230-2245

CONFIDENTIAL