# EXHIBIT 1

Richard E. Finneran
Partner
Direct: +1 314 259 2080
Fax: +1 314 552 8080
richard.finneran@bclplaw.com

One Metropolitan Square
211 North Broadway Suite 3600
St Louis MO 63102
T: +1 314 259 2000
F: +1 314 259 2020

bclplaw.com

Kathy R. Biles
Moose Lodge Owensville 878
107 South 1st Street
Owensville, Missouri 65066

**Re:** **Subpoena to Testify in *TNT Amusements, Inc. v. Torch Electronics, LLC, et al.*, Case No. 4:23-cv-330 (E.D. Mo.)**

Dear Ms. Biles,

Enclosed with this letter is a subpoena commanding your personal appearance on September 26, 2024 at 10:00 a.m. in the case styled *TNT Amusements, Inc. v. Torch Electronics, LLC, et al.*, currently pending in the U.S. District Court for the Eastern District of Missouri. I represent the plaintiff in the action, TNT Amusements, Inc., which does business as Play-Mor Coin-Op. The subpoena requires you to appear in person on that date to offer sworn testimony in the action.

I apologize for any inconvenience this subpoena may cause you. It is possible, however, that there may be alternatives to your having to appear in person to offer your testimony. If you are interested in discussing those alternatives, or if you have any other questions concerning your compliance with this subpoena, please do not hesitate to reach out to me at (314) 259-2080. I am happy to discuss any questions or concerns you may have.

You are also free to reach out to any of your contacts at Play-Mor, including its President Jim Turntine, at (573) 205-2573. Our goal is to make this process as minimally burdensome on you as we possibly can. We would welcome the opportunity to discuss how that may be accomplished at any time before the hearing on September 26. Otherwise, I will look forward to meeting you then.

Thank you in advance for your attention to this matter.

Very truly yours,

Richard E. Finneran

| | |
|---|---|
| TNT AMUSEMENTS, INC , | ) |
| *Plaintiff* | ) |
| v | ) Civil Action No  4 23-cv-330 JAR |
| TORCH ELECTRONICS, LLC et al , | ) |
| *Defendant* | ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To  Kathy Biles
_____
*(Name of person to whom this subpoena is directed)*

   **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action  When you arrive, you must remain at the court until the judge or a court officer allows you to leave

| Place   Thomas F  Eagleton U S  Courthouse | |
|---|---|
| 111 South 10th Street, St  Louis, MO 63102 | Courtroom No   12 North |
| | Date and Time  September 26, 2024 at 10 00 AM |

   You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*

   The following provisions of Fed. R. Civ  P  45 are attached – Rule 45(c), relating to the place of compliance, Rule 45(d), relating to your protection as a person subject to a subpoena, and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so

Date   September 10, 2024

            *CLERK OF COURT*
                                    OR

_____          _____
     *Signature of Clerk or Deputy Clerk*              Richard Finneran
                                                *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   TNT Amusements, Inc  d/b/a Play-Mor Coin-Op _____ , who issues or requests this subpoena, are  Richard Finneran MO Bar #60768, Bryan Cave Leighton Paisner, LLP, 211 North Broadway, Suite 3600, St  Louis, MO 63102

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed  R  Civ  P  45(a)(4)