# EXHIBIT 5

## THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| TNT AMUSEMENTS, INC., d/b/a PLAY-MOR COIN-OP, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 4:23-cv-00330-JAR |
| TORCH ELECTRONICS, LLC, et al., | ) ) ) | |
| Defendants. | ) ) | |

## PLAINTIFF TNT AMUSEMENTS, INC.'S PRELIMINARY WITNESS LIST

TNT Amusements, Inc. ("TNT") hereby submits the following lists of witnesses whom it may call to testify at trial, including those whose testimony it may present by way of deposition designation. The below list is subject to supplementation or revision prior to the Court's pretrial deadlines. TNT reserves the right to call additional witnesses for purposes of rebuttal or impeachment. TNT also reserves the right to call any witness properly identified in Defendants' witness list.

- Jim Turntine
- Marla Turntine
- Stacy Friedman
- Robert Kneuper
- Donna Havey

- Steven Miltenberger
- Sondra Miltenberger
- Tracy Head
- Kevin Morse

Dated: July 9, 2024          Respectfully submitted,


BRYAN CAVE LEIGHTON
PAISNER LLP

*/s/ Richard E. Finneran*
RICHARD E. FINNERAN, #60768MO
MARY GRACE WARREN, #73147MO
ZOE WOLKOWITZ BRANNON #74007MO
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Tel: (314) 259-2000
Fax: (314) 259-2020
richard.finneran@bryancave.com
marygrace.warren@bryancave.com
zoe.brannon@bryancave.com

*Attorneys for TNT Amusements, Inc.*
*d/b/a Play-Mor Coin-Op*

## CERTIFICATE OF SERVICE


The undersigned hereby certifies that on July 9, 2024, the foregoing was served via email on counsel for Defendants.


*/s/ Richard E. Finneran*