**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| TNT AMUSEMENTS, INC., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:23-cv-330-JAR |
| | ) |
| TORCH ELECTRONICS, LLC, et al., | ) |
| | ) |
|    Defendants. | ) |

**CONSENT MOTION FOR REQUEST FOR EXPEDITED BRIEFING
FOR DEFENDANTS' MOTION FOR SANCTIONS**

Plaintiff TNT Amusements, Inc. ("TNT") respectfully requests the Court enter the following briefing schedule for Defendants' Motion for Sanctions. (Doc. #282). In support of this Motion, TNT states as follows:

1.    On September 13, 2024, Defendants filed a Motion for Sanctions and Request for Expedited Briefing. (Docs. ##282, 283).

2.    In that motion, Defendants requested TNT submit "any response brief by Wednesday, September 18, 2024, and order any reply brief from Defendants be filed by Friday, September 20, 2024." (Doc. #282) at 2.

3.    Since then, the Parties have agreed to a different schedule for expedited briefing, with TNT's response brief due by Friday, September 20, 2024, and Defendants' reply brief due by Tuesday, September 24, 2024.

4.    There is good cause for this Motion because lead attorney Rich Finneran has been out of office (and continues to be out of the office) for his wedding.

1

5.      There is also good cause because TNT needs time to analyze, investigate, and meaningfully respond to new evidence presented by Defendants, such as the declaration of Ms. Biles. *See* Ex. 3 to Defs.' Mot. (Doc.#283-3).

Accordingly, TNT respectfully requests the Court enter the aforementioned expedited briefing schedule for Defendants' Motion for Sanctions, (Doc.#282), and further requests any additional and further relief the Court deems just and proper.

| | |
|---|---|
| Dated: September 17, 2024 | Respectfully submitted, |
| | BRYAN CAVE LEIGHTON PAISNER LLP |
| | */s/ Richard E. Finneran* <br> RICHARD E. FINNERAN, #60768MO <br> MARY GRACE WARREN, #73147MO <br> ZOE WOLKOWITZ BRANNON, #74007MO <br> 211 North Broadway, Suite 3600 <br> St. Louis, Missouri 63102 <br> Tel: (314) 259-2000 <br> Fax: (314) 259-2020 <br> *richard.finneran@bryancave.com* <br> *marygrace.warren@bryancave.com* <br> *zoe.brannon@bclplaw.com* |
| | *Attorneys for TNT Amusements, Inc.* <br> *d/b/a Play-Mor Coin-Op* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2024, a copy of the foregoing was served on all counsel of record by operation of the Court's electronic filing system.

                                                   */s/ Richard E. Finneran*
                                                   RICHARD E. FINNERAN, #60768MO