# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TNT AMUSEMENTS, INC., <br> d/b/a PLAY-MOR COIN-OP, <br><br> Plaintiff, <br><br> v. <br><br> TORCH ELECTRONICS, LLC, *et al.,* <br><br> Defendants. | Case No. 4:23CV330 JAR |

## ORDER

This matter is before the Court regarding the briefing schedule for Defendants' Motion for Sanctions and Request for Expedited Briefing. ECF No. 282. The Court will expedite the briefing as the parties have agreed to. ECF No. 284.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's response brief due is due by Friday, September 20, 2024, and Defendants' reply brief is due by Tuesday, September 24, 2024.

Dated this 17th day of September, 2024.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE