# Exhibit 1

# Excerpt from TNT's October 19, 2023 Disclosure of Customer Locations

<u>**DRAFT – October 18, 2023**</u>

## TNT AMUSEMENT DEVICE LOCATIONS

| # | Company Name | Address | City | Zip Code | Contact Info | Telephone |
|---|---|---|---|---|---|---|
| 1. | ███ | ███ | ███ | ███ | ███ | ███ |
| 2. | ███ | ███ | ███ | ███ | ███ | ███ |
| 3. | ███ | ███ | ███ | ███ | ███ | ███ |
| 4. | ███ | ███ | ███ | ███ | ███ | ███ |
| 5. | ███ | ███ | ███ | ███ | ███ | ███ |
| 6. | ███ | ███ | ███ | ███ | ███ | ███ |
| 7. | ███ | ███ | ███ | ███ | ███ | ███ |
| 8. | ███ | ███ | ███ | ███ | ███ | ███ |
| 9. | ███ | ███ | ███ | ███ | ███ | ███ |
| 10. | ███ | ███ | ███ | ███ | ███ | ███ |
| 11. | ███ | ███ | ███ | ███ | ███ | ███ |
| 12. | ███ | ███ | ███ | ███ | ███ | ███ |
| 13. | ███ | ███ | ███ | ███ | ███ | ███ |

4

**DRAFT – October 18, 2023**

| # | Company Name | Address | City | Zip Code | Contact Info | Telephone |
|---|---|---|---|---|---|---|
| 44. | | | | | | |
| 45. | | | | | | |
| 46. | | | | | | |
| 47. | | | | | | |
| 48. | | | | | | |
| 49. | | | | | | |
| 50. | | | | | | |
| 51. | Moose Lodge Owensville 878 | 107 S First Street | Owensville | 65066 | Kathy Biles | |
| 52. | | | | | | |
| 53. | | | | | | |
| 54. | | | | | | |
| 55. | | | | | | |
| 56. | | | | | | |
| 57. | | | | | | |

7