# THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| TNT AMUSEMENTS, INC., d/b/a <br> PLAY-MOR COIN-OP, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | Case No. 4:23-cv-00330-JAR |
| TORCH ELECTRONICS, LLC, <br> et al., | ) <br> ) <br> ) | |
| Defendants. | ) | |

## PLAINTIFF TNT AMUSEMENTS, INC.'S
## DESIGNATION OF DEFENDANTS' INTERROGATORY RESPONSES

TNT Amusements, Inc. ("TNT") hereby designates the following portions of Defendants' interrogatory responses that it expects to rely upon at trial. TNT reserves the right to designate or introduce additional interrogatory responses for impeachment, rebuttal, or any other proper purpose.

1. Identify all persons who were Torch Employees during any part of the relevant period.[1]

   **ANSWER: Torch incorporates by reference its Interrogatory Exhibit A.**

2. Identify all persons who were Torch Customers during any part of the relevant period, including which Amusement Location(s) each such customer is associated with.

   **ANSWER: Torch incorporates by reference its Interrogatory Exhibit B.**

3. Describe whether and to what extent any Torch Patron or Torch Customer may modify, influence, or otherwise control the behavior of any Torch Device, including whether and how any actions that might be performed, or which might fail to be performed, by Torch Patrons or Torch Customers might affect the likelihood of any payouts, the timing of any payouts, the amount of any payouts, and the sequence in which any outcomes occur, including whether either

---

[1] The "relevant period" referenced in each of the interrogatories and answers is defined as the period from November 11, 20214 to present.

Torch Patrons or Torch Customers are required to perform any such action in order to operate a Torch Device.

**ANSWER: [C]onsistent with Torch's understanding of the information TNT seeks by way of this Interrogatory, Torch states neither players nor location owners can modify, influence, or otherwise control the outcome of any turn, which is predetermined from a finite pool of sequentially ordered outcomes that repeat in the same sequentially ordered fashion . . . . Further responding, because all outcomes are fixed and predetermined, nothing a player can do before (aside from choosing not to play at all), during, or after a given turn will modify, change, or alter the predetermined outcome of the turn (a predetermined outcome the player can see using the "Prize Viewer" feature before ever committing money to play the turn).**

5. List the name, model, and manufacturer of each type of Torch Device that Torch owned, operated, leased, or sold in Missouri during the Relevant Period.

**ANSWER: Torch incorporates by reference its Interrogatory Exhibit A.**

7. For each model of Torch Device identified in response to Interrogatory No. 5, provide the name and description of all games available on each model of device in Missouri during the Relevant Period.

**ANSWER: Torch incorporates by reference its Interrogatory Exhibit A.**

8. For each game identified in response to Interrogatory No. 7, list the approximate dates when those games first became available on Torch Devices in Missouri and, if applicable, when such games were removed from Torch Devices in Missouri.

**ANSWER: Torch incorporates by reference its Interrogatory Exhibit A.**

14. With respect to each model of Torch Device identified in response to Interrogatory No. 5, does that model involve a "Prize Viewer" or similar mechanism that permits a player to see the result of the next turn by selecting it?

**ANSWER: Yes, all Torch devices include a "Prize Viewer" or similar feature that permits a player to see the result of the next turn by selecting it.**

17. Describe all formal or informal agreements or financial arrangements between Torch and Torch Customers at each of the locations listed in Exhibit A to the Parties' Stipulation and Order (Doc. #55-1) during the Relevant Period.

**ANSWER: Torch is producing written copies of Amusement Device License Agreements that Torch has entered into with some customers. For the customers listed in Doc. #55-1, Torch's agreements are oral licenses with terms that are similar to the terms of the written licenses being produced (i.e., 50/50 profit split).**

Dated: August 4, 2025                                Respectfully submitted,

                                                     BRYAN CAVE LEIGHTON
                                                     PAISNER LLP

                                                     */s/ Richard E. Finneran*
                                                     RICHARD E. FINNERAN, #60768MO
                                                     ZOE WOLKOWITZ BRANNON #74007MO
                                                     211 North Broadway, Suite 3600
                                                     St. Louis, Missouri 63102
                                                     Tel: (314) 259-2000
                                                     Fax: (314) 259-2020
                                                     richard.finneran@bryancave.com
                                                     zoe.brannon@bryancave.com

                                                     *Attorneys for TNT Amusements, Inc.*
                                                     *d/b/a Play-Mor Coin-Op*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on August 4, 2025, the foregoing was served via email on counsel for Defendants.

                                                     */s/ Richard E. Finneran*