**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| TNT AMUSEMENTS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:23-cv-330-JAR |
| TORCH ELECTRONICS, LLC, et al., | ) ) ) |
| Defendants. | ) |

**PLAINTIFF TNT AMUSEMENTS, INC.'S NOTICE OF PARTICULAR
COMMERCIAL ADVERTISEMENTS INTENDED TO BE OFFERED AT TRIAL**

NOTICE IS HEREBY GIVEN that TNT will seek to admit the following commercial advertisements by Defendants as a basis for its claims under Counts One and Two:

- Exhibit 199, a decal affixed to Torch Devices throughout the state of Missouri;

- Exhibit 200, an "About NCG" webpage from Defendants' website; and

- Exhibit 141, a promotional flyer prepared by Defendants and produced by Defendants in discovery.

Copies of the foregoing exhibits are enclosed herewith as **Exhibits A**, **B**, and **C**, respectively. For further clarity, TNT has highlighted in yellow specific false statements within each advertisement.

This notice is provided without prejudice to TNT's right to seek to admit any admissible statements of Defendants' for any proper purpose.

Dated: September 15, 2025

Respectfully submitted,

BRYAN CAVE LEIGHTON PAISNER LLP

*/s/ Richard E. Finneran*
RICHARD E. FINNERAN, #60768MO
ZOE WOLKOWITZ BRANNON, #74007MO
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Tel: (314) 259-2000
Fax: (314) 259-2020

1

*richard.finneran@bryancave.com*
*zoe.brannon@bclplaw.com*

*Attorneys for TNT Amusements, Inc.*
*d/b/a Play-Mor Coin-Op*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 15, 2025, a copy of the foregoing was conveyed via email to counsel for Defendants.

    */s/ Richard E. Finneran*
    RICHARD E. FINNERAN, #60768MO