

# About No Chance Gaming

## A No Chance Gaming Machine Overview

No Chance Games are the first of an entirely new entertainment concept; a game in which there is no element of chance.

Torch's No Chance Games are unique in that both the outcome of the game and the prize are pre-determined. Those pre-determined outcomes are finite and in sequential order, thus eliminating the element of chance. Each "play" by the user simply displays the pre-determined outcomes in an entertaining fashion.

Importantly, you may view each and every outcome which may entitle you a prize before playing the game. You may simply touch the "Prize Viewer" button on the game console and view the result of the game before playing. As such, you can decide if you want to play the game or not based on the pre-determined outcome.

To view the next game and prize outcomes for different games or different play levels, simply change to the desired game and/or play level and touch the "Prize Viewer" button. Also, at any time, you may simply touch the "Collect" button to print a voucher to redeem your balance. If, based on your "Prize View", you do not want to continue to play, you can redeem any balance you have in the machine. Additionally, you can utilize the "Prize Viewer" to view the upcoming game and prize outcomes of the various play levels of each game without committing any money. To view the next sequential outcome, you do not have to commit any funds. Rather, you can view the outcome before inserting money into the machine or, if you have already inserted money, you can retrieve a voucher for the same by simply terminating the play. You are not required to commit funds to view the outcome of the game.

Every No Chance Game is carefully designed to ensure that the element of chance has no role in the outcome. The proprietary software behind Torch's No Chance Games ensures that each game outcome is pre-determined and in sequence, without any variation by the user or the operator of the site at which the machine is located. Since you may view every game and prize outcome prior to playing a game, the decision to play is yours, with no chance of an unexpected outcome.

# About Missouri's No Chance Game Machines (NCGs)

**Torch's No Chance Game Machines are legal.**
Torch's No Chance Game Machines are an innovative non-gambling game machine.

**Why are No Chance Game Machines different?**
Under Missouri law, a "gambling device" is defined as having three elements: consideration (money in), prize (money out), and chance (unknown outcome).

Torch's No Chance Games obviously have the elements of "consideration" and "prize", but have been carefully designed to eliminate the element of "chance" (which Missouri law defines as the material component of a gambling device). If the player does not like the predetermined outcome, they can choose not to play. If they have a balance on the machine, they can redeem their balance at any time.

The "Prize Viewer" option on NCGs eliminates chance.

Case: 4:23-cv-00330-JAR   Doc. #: 381-2   Filed: 09/17/25   Page: 3 of 3 PageID #: 24847

**Torch Electronics values the opinion and respect of Missouri communities.**
Torch is an industry leader and works with policy makers on regulations impacting the gaming industry.

Given the innovative nature of Torch game machines, it takes its responsibility to educate stakeholders seriously.

Torch works closely with its customers, community leaders and policy makers to inform them about how the machines work and adhere to Missouri law.

Torch has over 600 No Chance Game machines placed throughout Missouri in convenience stores, restaurants, bars, fraternal organizations and other retail sites. These machines provide entertainment for thousands of users and provide a meaningful alternative source of income for both large and small businesses seeking to diversify their revenue streams. Torch takes proactive steps to address concerns regarding its business and machines and is committed to providing support to its customers and their businesses when threatened by law enforcement or other government agencies.

**Regulating No Chance Game Machines creates bigger government and more red tape for Missouri small business owners.**
Bigger government in Missouri undermines economic freedom.

Increased regulation for NCGs create more red tape and obstacles for Missouri's small, and not so small, business owners and fraternal organizations.

**No Chance Game Machines support Missouri Veterans and the state's non-profits.**
Torch Electronics works hard to support, promote and reward Veterans programs. In 2019 Torch Electronics' NCGs generated almost $300,000 for fraternal and veteran non-profit organizations in Missouri.