

In the No Chance Game, chance has absolutely no role in any possible outcome.

Each and every prize to be awarded is predetermined and placed in the list of prizes before the software is loaded into the machine.





**SLINGBLADE19**

Dimensions
Width: 19.5 inches
Height: 57 inches
Depth: 20 inches

573-230-2245
torchelectron@gmail.com

**TORCH** ELECTRONICS

CONFIDENTIAL
Torch_003083






CONFIDENTIAL

Torch_003084







In the No Chance Game, chance has absolutely no role in any possible outcome.

Each and every prize to be awarded is predetermined and placed in the list of prizes before the software is loaded into the machine.





**SLINGBLADE19**

Dimensions
Width: 19.5 inches
Height: 57 inches
Depth: 20 inches

573-230-2245
torchelectron@gmail.com