```
1         IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF MISSOURI
2                   EASTERN DIVISION
3
     TNT AMUSEMENTS, INC.,        )
4    d/b/a PLAY-MOR COIN-OP,      )
                                  )
5                 Plaintiff,      )
                                  )
6                                 )
     vs.                          ) Case No. 4:23-cv-330
7                                 ) JAR
     TORCH ELECTRONICS,           )
8    LLC., et al,                 )
                                  )
9                 Defendants.     )
                                  )
10
11
12
13
14        *PORTIONS DESIGNATED CONFIDENTIAL*
15               ATTORNEYS EYES ONLY
16
17
18          ZOOM VIDEOTAPED 30(b)(6) DEPOSITION OF
19    KEVIN MORSE, J.D. testifying on behalf of BANILLA
20    GAMES, INC., taken on behalf of the Plaintiff
21    before Peggy E. Corbett, CSR, CCR, RDR, pursuant
22    to Notice on the 10th day of January, 2024, at
23    the office of the witness, 3506 NE Greenville
24    Boulevard, Greenville, North Carolina 27834.
25
```

1    A P P E A R A N C E S
2  APPEARING FOR THE PLAINTIFF:
3    Mr. Richard E. Finneran
     Ms. Mary Grace Monaco Warren
4    BRYAN CAVE LEIGHTON PAISNER, LLP
     Richard E. Finneran
5    211 North Broadway
     Suite 3600
6    One Metropolitan Square
     St. Louis, MO 63102
7    314.259.2080
     marygrace.warren@bclplaw.com
8    richard.finneran@bclplaw.com
9  APPEARING FOR THE DEFENDANTS TORCH ELECTRONICS,
   LLC, STEVEN MILTENBERGER AND SONDRA MILTENBERGER:
10
     Mr. Aaron Craig
11   GRAVES GARRETT, LLC
     1100 Main Street
12   Suite 2700
     Kansas City, MO 64105
13   816.256.3181
     acraig@gravesgarrett.com
14
   APPEARING FOR THE WITNESS and BANILLA GAMES,
15 INC.:
16   Mr. Stephen Faraci, Sr.
     WHITEFORD TAYLOR PRESTON LLP
17   1021 East Cary Street
     Suite 1700
18   Two James Center
     Richmond, VA 23219
19   sfaraci@wtplaw.com
20 VIDEOGRAPHER:  Mr. Tim Perry
21
22
23
24
25

1        I N D E X
   WITNESS:                       PAGE
2  KEVIN MORSE, J.D.
   EXAMINATION BY MR. FINNERAN        5
3  EXAMINATION BY MR. CRAIG          185
   CERTIFICATE                       191
4
         E X H I B I T S
5  NO.      DESCRIPTION         PAGE
6  EXHIBIT 1   Plaintiff TNT         9
              Amusements, Inc.'s
7             Notice of Subpoena
              To Testify At a
8             Deposition and to
              Produce Documents
9             Directed to Corporate
              Representative of Third
10            Party Banilla Games,
              Inc.
11 EXHIBIT 2   Stipulated Protective  12
              Order
12 EXHIBIT 3   Interrogatory Exhibit A  23
              To Defendants' Answers
13            and Objections to
              Plaintiff's Second Set
14            of Interrogatories
   EXHIBIT 4   Operator Screen       85
15 EXHIBIT 5   Manager Menu          87
   EXHIBIT 6   Restart Applications  138
16            Screen
   EXHIBIT 7   E-mail, Torch 000278  142
17 EXHIBIT 8   E-mail, Torch 000217  145
   EXHIBIT 9   E-mail String, Torch  148
18            000872
   EXHIBIT 10  E-mail String, Torch  152
19            000841
   EXHIBIT 11  E-mail String, Torch  157
20            001379
   EXHIBIT 12  Exhibit B, Farley     174
21            Letter, 6/12/18
   EXHIBIT 13  Letter, 7/3/19        181
22
23 Reporter's Note:  The original exhibits were
   submitted to the court reporter for copying and
24 distribution with retention by Mr. Finneran
   thereafter.
25

1    (The deposition commenced at 11:11 a.m.)
2       THE VIDEOGRAPHER:  We are on the
3  record now at 11:11 a.m. Central Time on
4  January 10th, 2024.  This is Media Unit 1 of the
5  video recorded deposition of Roger Morse being --
6  Kevin Morse, I'm sorry, being taken by counsel
7  for plaintiff in the matter of TNT Amusements,
8  Inc. vs. Torch Electronics, L.L.C., et al. Filed
9  in the U.S. District Court for the Eastern
10 District of Missouri, Eastern Division, Cause
11 Number 4:23-cv-00330.
12      This deposition is being conducted
13 remotely using virtual technology.  My name is
14 Tim Perry, Certified Legal Video Specialist.  Our
15 court reporter is Peggy Corbett.  We are with
16 Veritext Legal Solutions.  Counsel, will you
17 please identify yourselves for the record.
18      MR. FINNERAN:  Richard Finneran and
19 Mary Grace Warren on behalf of plaintiff TNT
20 Amusements, Incorporated.
21      MR. CRAIG:  Aaron Craig on behalf
22 of defendants in the case.
23      THE REPORTER:  Oh, Mr. Faraci,
24 you're on mute.
25      MR. FARACI:  I'm sorry, Stephen

1  Faraci with the law firm of Whiteford, Taylor &
2  Preston on behalf of the deponent, Banilla Games,
3  Inc., and its representative Kevin Morse.
4       THE VIDEOGRAPHER:  And thank you.
5  At this point, Peggy, will you swear in the
6  witness, please.
7       KEVIN MORSE, J.D.,
8  a witness, being first duly remotely sworn,
9  testified under oath as follows:
10      EXAMINATION
11 BY MR. FINNERAN:
12   Q.  Good afternoon, Mr. Morse.
13   A.  Good afternoon.
14   Q.  You just heard my name, but I am Richard
15 Finneran.  I am a lawyer for TNT Amusements who
16 is plaintiff in a cause of action against Torch
17 Electronics, L.L.C. and other defendants, and as
18 you, I believe, know you're here today in
19 connection with a Notice of Third-Party
20 Deposition that we served upon Banilla Games,
21 Incorporated.  Is that all consistent with your
22 understanding?
23   A.  Yes, sir.



Page 6

Page 8

Page 9

12    Q.    Finally, just as a preliminary
13    matter, you are here today as the corporate
14    representative of Banilla Games, Incorporated; is
15    that correct?
16    A.   Yes.

Page 14

10    Q.   Okay, and how long have you been
11  employed by Banilla?
12    A.   10 years.

Page 16

5    Q.   Okay.  So you said your title has
6  changed over time.  Can you give me a brief
7  understanding of how your role, I don't
8  necessarily care about the titles as much, but
9  how your role over your time of employment at
10  Banilla has changed or evolved?
11    A.   My role really hasn't changed that much.
12  I guess, you know, when I started I was more
13  corporate counsel, chief counsel.  I now have
14  someone else in that role and I'm just, you know,
15  I'm -- I do a little bit of everything.
16    Q.   Okay.  When you say a little bit of
17  everything, can you be more specific about the
18  kinds of job duties that you currently have and
19  have had during your time at Banilla?
20    A.   Yeah.  I mean I, a lot of times I have
21  been involved in sales.  I've helped develop
22  games.  I helped the No Chance Game concept.
23  I've managed outside counsel.  I literally have
24  done all kinds of stuff.

Page 15

Page 17





2    Q.  And so that might be a helpful moment
3  for me to clarify a term you used a moment ago.
4  You used the term "game theme," and I think I
5  know what you mean by that, but can you explain
6  for the record what you mean by that expression?
7    A.  A particular game like the Suite II, it
8  has 5 different game themes on it, I don't
9  remember what they are right now, but each game
10  theme is a different -- you know, you might have
11  a King Kong game, you might have a fishing game,
12  you might have a golf game, but it relates to the
13  theme of the games, and each version of the No
14  Chance Game has I think five different game
15  themes on it that the player can select from.
16    Q.  Okay, and so when we talk about game
17  themes, are we referring to basically the
18  graphical portion of the game, sort of I think
19  it's sometimes been termed by Banilla as the
20  entertaining display that the player sees?
21    Is that what you mean, that there's
22  different versions of that that qualify in your
23  mind as game themes?
24    A.  Well, each game theme uses entertaining
25  displays.  So I mean if you want to call a game

1  thing part of the entertaining display, sure.
2  The player is presented with five different
3  themes.  Do you want to play the King Kong game
4  or the Dr Jekyll and Mr Hyde game or Kiss Me On
5  My Ass game.
6    Q.  Okay, and so the player might be, and
7  you gave me a few examples, but I'll use two that
8  I believe are actually pertinent in our case, so
9  there might be a game theme called Arabian
10  Riches, or another game called Bathtime Bucks or
11  another game called Lucky Striker.  These are all
12  examples of what you would call game themes,
13  correct?
14    A.  That's correct, yes.
15    Q.  And did I understand you correctly to
16  say that those different game themes, and which
17  game themes were available on any particular
18  Banilla device is part of what has changed over
19  the years with the different makes and models
20  that you just described of the No Chance Games?
21    A.  Yes.
22    Q.  And then a moment ago I think you also
23  told me that they all work the same.  Can you
24  explain then, if the game themes differ, what you
25  mean by the idea that they all work the same?

1    MR. CRAIG:  Object to the form of
2  the question, calls for expert opinion testimony.
3  You can answer.
4    A.  What I mean is the -- you know, with the
5  No Chance Game, the themes aren't important.  The
6  games don't determine anything.
7    All the No Chance Games work the same
8  from a philosophical perspective.  Each game
9  theme is different and works different and may
10  uses a different pool of prizes.  It may use
11  different features, different types of
12  entertaining displays to reveal those, you know,
13  what's happening as far as the win values and
14  things.
18    Does Banilla sell these games, just so I
19  can save myself from having to say otherwise
20  every time?  Is that how Banilla interacts with
21  Torch, in terms of providing these games to
22  Torch?  Does it sell the devices to Torch?
23    A.  Yes.



Page 22

19    Q.   Okay.  So the question was regardless of
20  the fact that the different devices sold by
21  Torch -- excuse me, by Banilla to Torch may have
22  different game themes.  Is it your understanding
23  that the underlying software that selects the
24  outcomes of any particular play of the game is
25  the same and common among those different No

Page 23

1  Chance devices?
2         And I believe Aaron will now object, and
3  then you may answer.
4         MR. CRAIG:  Object to form, calls
5  for expert testimony.
6    A.   Yes.

Page 24

Page 25



Page 26

20 So I will then use the term prize viewer. I
21 think we both know what that means, but for the
22 record can you explain what you mean by the term
23 prize viewer?
24      A.   All of the No Chance Games have a prize
25 viewer on them.  That is so that the player can

Page 27

1 touch that button and they can see future prizes.
2      Q.   Okay, and when you say a button, do you
3 mean a physical button or a button on a screen?
4      A.   A button on the screen.
5      Q.   Okay, and you indicated that all of the
6 NCG games feature such a prize viewer that
7 Banilla manufactures?
8      A.   Yes.

Page 28

Page 29

Veritext Legal Solutions

www.veritext.com                                    888-391-3376



Page 30

Page 32

5    A.   No.

Page 31

19    Q.   (BY MR. FINNERAN)  So I will try to ask
20    my question again, and feel free to object if I
21    am not stating it correctly.  Mr. Morse, I'm
22    asking you whether any of the games listed here
23    on the exhibit in front of you, Exhibit 3,
24    whether any of those devices feature any sort of
25    skill function.

Page 33

1 how those pools then are generated. So can you
2 explain to me the process by which Banilla
3 creates the pre-determined list of potential -- I
4 said potential, I'll take that word out, the
5 pre-determined list of prizes on each of the NCG
6 devices that it sells to Torch?
7
8      A. Yes. So you know, take any one of the
9 No Chance Games, and as that game is produced and
10 is activated here in one of our warehouses, the
11 prize pools when the game is activated, again,
12 let's talk about 60,000 prize, finite prize pool,
13 those, if I broke out five games -- two games
14 here coming off the assembly line if you want to
15 call it that, when the first game is activated,
16 the activation goes through and it divides that,
17 it takes that 60,000 unit list and it changes
18 its -- it re-arranges the first 5,000 and the
19 second 5,000 and the third 5,000, on down the
20 list.
21      It doesn't take any of the values that
22 are in the first 5,000 and move them to the last
23 5,000 in the list, but it takes the list in 5,000
24 piece these increments and changes those numbers
25 around.

1      So that game comes off the assembly line
2 if you will, with a list of 60,000 prize values
3 in it in a particular order.
4      That second game within those 5,000
5 prize areas, those are changed differently, so
6 that comes off the assembly line, and it has a
7 60,000, a finite prize pool of 60,000 entries.
8      It contains exactly the same entries
9 that are in that first game, but the numbers
10 within the first 5,000 and so on down there are
11 in different orders. But that is the prize pool
12 for that level of that game from now on.
13      Q. I just want to make sure I'm
14 understanding correctly, because you used the
15 word "game." Did you mean for that device?
16           MR. CRAIG: Object to form.
17      A. I'm sorry, Aaron. I've still got
18 to give you time.
19      Yes, both are true. So that process
20 happens for each game on each device, so yeah.
21           MR. FINNERAN: Understood.
22      A. Yeah. And then just so I'm
23 understanding you on that description, as well,
24 are you saying that's true of every individual
25 device and not of, for example, one model number

24      So you mentioned earlier and as
25 you predicted correctly, one of the questions is



1  of that device, so in other words if there's two
2  devices that have the same model number, they
3  would still have different orderings of their
4  prize pools based upon the process you just
5  described, or do I misunderstand you?
6  ████████████████████
7      A.  No.  I think you understood it
8  correctly.  The prize pools would be identical as
9  to the numbers number and value of those entries,
10 but the game, if you've got two games
11 side-by-side, if you pull up the Duck game on
12 one, the dollar play level, pull up the Duck game
13 on the other one, those entries in each one of
14 them will be in a different order.
15      But for that particular game, that list
16 never changes.  That is the list for that game.
17     Q.  (BY MR. FINNERAN)  Understood, and to
18 play that game, you mean each game on each
19 device, correct?
20     A.  Yes, yes.  And then so then --
████████████████████████████████████
████████████████████████████████████
████████████████████████████████.
24     A.  I think I'm still answering this
25 question.

1      Q.  (BY MR. FINNERAN)  Okay, okay.
2      A.  Then in each one of these prize pools,
3  Mr. Finneran, we have 12 starting indices, where
4  either of these 12 would be a good place to start
5  -- for the game to be entered into that list of
6  prizes, if you will.
7      And so there are 12 preselected places
8  in each one of these prize pools that when the
9  game is first played on that play level of that
10 game, the first time that button is pressed, the
11 Microsoft SQL database program in there selects
12 one of those 12 pre-determined starting
13 positions.
14     And from that moment on, that is the
15 list for that play level of that game and it
16 never changes.
████████████████████████████████████
████████████████████████████
██████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████

████████████████████████████████
████████████████████████████████████
████████████████
█████████████████████████████████
████
██████████████████████████████████
████████████████████████████████████
█████
████████████████████████████████████
10 ████████████████████.  You mentioned
11 12 potential starting indices.  Can you maybe
12 just reiterate what you are referring to if I'm
13 misstating it?
████████████████████████████████
16     A.  Yes.  We have, for each of these prize
17 pools for each game, we have looked at that list
18 of entries, and we -- and a human being
19 determined:  Okay, this would be a good place to
20 start and this would be a good place.
21     And they picked up 12.  If you view the
22 prize pool as literally a list of prize values
23 and they are numbered from 1 to 60,000, this
24 person will determine Prize Number 4,308 would be
25 a good place to start this game, and then they'd

1  pick 11 other locations that would be fairly
2  equally as well of an area to start the game.
3      So with that prize view, with that prize
4  pool for that game, a human being has picked 12
5  potential starting indices, and then as that game
6  is first turned on and operated, when that play
7  level of that game, when that button is first
8  pushed, it picks one of those starting indices,
9  one of those 12 that were preselected and it
10 starts there.
11     Q.  And for what process does that selection
12 get made, which of the 12 will be the one that
13 starts the game?
████████████████████████████████
████████████████
16     A.  I'm sure it's a random number generator
17 of some kind.  It's a command to SQL that says:
18 Pick one of these 12.
████████████████████████████████████
████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████

12 (Pages 42 - 45)



Page 46

15  I want to take us back a step then and talk
16  about, you talked about how there's a reordering
17  that happens when it comes off I think you said
18  the assembly line.
19       Can you explain how that reordering is
20  accomplished?  In other words, is that done
21  through a random process or some other process?
22   A.  No, that's a random process.
23       MR. CRAIG:  Object to form.
24   A.  A random process also within 5,000 entry
25  blocks.  Does that make sense?

Page 47

1   Q.  (BY MR. FINNERAN) Yes.
14       So yeah, so that -- I understood your
15  answer to the question.  Does that randomization
16  occur both within each 5,000 block group and the
17  order of those 5,000 block groups, or only within
18  each 5,000 block group?
19
21   A.  Only with any block of 5,000 entries.

Page 48

11       So how is, for example, your example of
12  the 60,000 item pool, how does Banilla generate
13  the numbers that go into each of those 60,000
14  entries?
15
17   A.  So the first lists were created by
18  chance, and then they have different games, and
19  we'd create a new list, and I think over the
20  years I believe we just, we have certain prize
21  pools that we've established, and we've picked
22  one that goes with a game that works well with
23  the features of that game, and the top play
24  levels of the games and things like that.
25       So I mean each of these lists has been

Page 49

1  created by hand at some point or another, but
2  we've had so many iterations now, that we don't
3  start from scratch on every one.
4   Q.  That makes sense, when you say created
5  by hand, what do you mean?
6
8   A.  I mean a person takes a list and makes a
9  list of 60,000 items.
10   Q.  (BY MR. FINNERAN) Do they -- you don't
11  mean they actually write them down on a piece of
12  paper.  What do you mean in terms of how that
13  person makes that list?
14
16   A.  It may be a spreadsheet, or maybe a word
17  processor, but the first lists were exactly what
18  I said.



Page 54

Page 56

3  A.  I don't think so.  I don't know.
4  Q.  (BY MR. FINNERAN)  All right, let me try
5  to be more specific then.  So when Banilla --
6  well, let me start with this.  How does Banilla
7  convey to Torch any devices that Torch buys?

10  A.  I think we use trucks.
11  Q.  (BY MR. FINNERAN)  Are they -- I believe
12  you're probably correct.  Are they -- well, does
13  Banilla ship it to Torch?  Does Torch come to
14  pick it up?  How does that process work?
15  A.  No, I think we send it to Torch.
16  Q.  So between the time that the device is
17  manufactured to the time when it is shipped, can
18  you explain to me what steps need to be taken
19  before it can be shipped out to Torch?

24  A.  I think so, Mr. Finneran.  The game
25  consists of a cabinet, and inside that cabinet is

Page 55

Page 57

1  a box.  We call The Logic.  It is basically a
2  Windows computer, and there's wiring in there,
3  and then there's peripherals, such as a printer,
4  a bill acceptor and some buttons and a video
5  screen.
6      We do not manufacture the cabinets
7  themselves.  We get in metal cabinets.  So before
8  we can send a device to Torch, we have to take
9  that cabinet if it doesn't have a video screen on
10  it, we put a video screen on, we install the
11  logic, we install the buttons, we install the
12  peripherals.
13      The computer, other, we call that actual
14  computer, we call it a board, we refer to it as a
15  board, because back in the day all of these coin
16  op games, they had just a literal circuit board
17  in them with some wires attached to it.
18      So even though it's a full computer now,
19  we refer to it as the board.  We insert the
20  software into that board via a hard drive.  We
21  activate that board, and there's some basic
22  testing that's done to it before it goes out, but
23  I think that's the answer to the question you
24  asked me.
25  Q.  That's helpful, and I think what I'm

15 (Pages 54 - 57)

1 most interested in in that process is when you
2 said you activate that board. And so can you
3 tell me what mechanically is done to activate a
4 device before it is shipped?
5 
6   A. That the hard drive, you have to take
7 out the panel on the board and insert the hard
8 drive, it's a solid state hard drive maybe about
9 the size of a credit card, but you know, a little
10 thicker. That's, obviously, the software for
11 that game.
12       So you have to install that board or
13 install the hard drive, and then what they call
14 activate that particular board, and that does the
15 things that, I guess among other things it does
16 what I talked about earlier with the pools.
17   Q. (BY MR. FINNERAN) Okay. So is that a
18 software command process that someone at Banilla
19 performs to activate the software in such a way
20 that as you described earlier, it reorders
21 portions of those finite pools?
22 
23   A. Yes.

1 I'd now like to turn to the discussion of the
2 prize viewer feature we discussed before. Can
3 you describe when a player hits the prize viewer
4 button on a device, what the device then displays
5 to the player?
6 
7 
8 .
9   A. It depends on how the product viewer is
10 configured.
11   Q. (BY MR. FINNERAN) Okay, can you explain
12 to me the different ways in which the prize
13 viewer may be configured?
14 
15   A. One way is did it -- it will show just
16 the next prize, and in that case the player puts
17 money in the game, they can select a game theme
18 and a play value, and then they can push the
19 prize viewer button, and it shows the player what
20 is the next prize to be revealed on the game, or
21 to be dispensed by the game.
22   Q. (BY MR. FINNERAN) And just to be clear,
23 when you say prize, are you referring to the
24 dollar amount that will be awarded to the player
25 if they play the next game?

1   A. Yes.
2       MR. CRAIG: Object to the form of
3 the question.
4   Q. (BY MR. FINNERAN) Mr. Morse, in case
5 you talked over Mr. Craig, what was your answer?
6   A. Yeah, my bad, I'm sorry, yes.
7   Q. And so you would refer to a zero dollar
8 amount as also being a prize in the way you just
9 described it; is that correct?
10 
11 
12   A. I would call that a prize value.
13   Q. (BY MR. FINNERAN) Fair enough. And so
14 in this configuration you just described, where
15 the operator has configured the machine to only
16 display the prize value for the next game, is it
17 correct to say that the only thing the prize
18 viewer would show would be a dollar amount of
19 zero or some amount more than zero?
20 
21 .
22   A. Yes.
23   Q. (BY MR. FINNERAN) Is it also true
24 therefore that the person that presses the prize
25 viewer would not have displayed to them the



1 combination of symbols that will be revealed if
2 the player then plays the next game as part of
3 the geographical interface of the game?

6 A. Yes.

17 Q. (BY MR. FINNERAN) Is it also then
18 correct to understand that the list of
19 predetermined outcomes does not include, for
20 example, the specific symbols that will be shown
21 to a player as part of the entertaining display
22 when they go on to play any turn of the game?

25 A. The word outcome is used in many

1 different ways. It is true that on our no chance
2 game, when you push the prize viewer, you see a
3 dollar value, whether it's a zero prize value or
4 some positive prize value.
5 You do not see, you do not see what type
6 of entertaining display would be used to show
7 that to the player.
8 Q. (BY MR. FINNERAN) How do the NCG
9 devices determine what combination of symbols to
10 show to the player, such that it will correspond
11 to the prize value that would appear if that
12 player were to press the prize viewer?

15 A. The game selects -- if it's a zero prize
16 value, the game will select some icons to display
17 on the screen in the entertaining display. It
18 will make sure that those icons don't accidently
19 line up to display a positive prize value, and it
20 will use those icons.
21 In the case of a positive prize value,
22 it goes to a set of different combinations of
23 icons, or of bonus games if you will, that will
24 correctly display that value, depending on the
25 way the game has been set up, and it will pick

1 between those.
2 Basically it will pick from a small
3 sub-set or a sub-set randomly one of the
4 entertaining displays to show it had been
5 previously selected as viable to show that
6 positive prize value. So did that answer your
7 question?
8 Q. It did. I'm going to clarify it, but I
9 believe you answered my question. So for
10 example, in an example where the player were to
11 press the prize viewer and see that the prize of
12 the next game is $5, and that is the amount that
13 is drawn from that predetermined list, if the
14 player then presses the play button, is it
15 correct to say that the game will then randomly
16 select which group of symbols to show to the
17 player that corresponds to that $5 dollar win
18 amount from a set of possible displays that would
19 all match that $5 dollar outcome?

22 A. Yes.
23 Q. (BY MR. FINNERAN) And is the same true
24 then a zero dollar outcome, that the game would
25 select a sequence of symbols to show to the

1 player that does not correspond to a win through
2 a similar random process?

5 A. Yes.



**Page 70**

19    Q.  (BY MR. FINNERAN)  So I want you now to
20  take the example of a player who comes upon a
21  game, a Torch game manufactured by Banilla, where
22  if they were to press the prize viewer it would
23  show zero dollars and zero cents.
24       I would also ask you to assume that the
25  device has been configured in such a way that the

**Page 71**

1  player can only see the next outcome and not any
2  subsequent outcomes of the game.  In that
3  scenario does the Torch device display or
4  otherwise provide the player any way of
5  predicting the outcome of the games that will be
6  played after that zero dollar prize value is
7  awarded?

11    A.  No.
12    Q.  (BY MR. FINNERAN)  Because the outcome
13  is -- I'm sorry.  In order for that player to
14  then see the outcome after this zero dollar
15  amount in my hypothetical, must the player hit
16  the play button and thereby have credits charged
17  against whatever he deposited in the machine?

21    A.  The example as you set it up,
22  Mr. Finneran, yes.
23    Q.  (BY MR. FINNERAN)  In other words, in
24  order for the player to learn whether the next
25  outcome of the game after the one displayed by

**Page 72**

1  the prize viewer will be a positive value, is it
2  true that the player must spend the amount of
3  money that corresponds to the play level at which
4  he is playing?

8    A.  If the game is configured as you've
9  stated in your example, the answer is yes.
10    Q.  (BY MR. FINNERAN)  Okay.  We talked
11  earlier about the idea of the game randomly
12  selecting from 12 different starting indices,
13  points at which it will display results of the
14  player for each -- I was right -- game themes,
15  RTP, and play levels.  Do you recall that
16  conversation?
17    A.  Yes.
18        MR. CRAIG:  Object to the form of
19  the question.
20    A.  Yes.  Yes.

24    A.  Yes.
25    Q.  Suppose that a player comes upon a

**Page 73**

1  Banilla device sold to Torch at a time when he
2  would be the first player to play a particular
3  game theme at a given bet level and with a given
4  RTP setting on the device.
5       Is it true that the outcome of that
6  first play of the game would be randomly selected
7  from one of those 12 starting indices by the
8  Torch device?

12    A.  Yes.



25 ▮. Are there

1 any ways in which a player of the devices has the
2 ability to affect the likelihood that any
3 particular turn of the game will result in a
4 positive prize value?

7   A.   No.
8   Q.   (BY MR. FINNERAN)  Is there anything
9 that a player can do to affect whether the
10 game -- excuse me, the timing at which any
11 positive play-outs will be permitted by an NCG
12 device sold to Torch?

15   A.   No.
16   Q.   (BY MR. FINNERAN)  Is there anything
17 that a player that owns a Banilla device sold to
18 Torch can do to affect the amounts of any payout
19 that the device will deliver?

22   A.   No.
23   Q.   (BY MR. FINNERAN)  Is there anything
24 that a player of a Banilla device sold to Torch
25 can do to modify the sequence in which any

1 payouts are made?

4   A.   No.

6        So first, the prize viewer feature we
7 discussed before, is there anything in the
8 function of the NCG devices that makes that a
9 modern feature for the player to use before
10 playing any particular turn of the device?

13   A.   Are you asking me does the player have
14 to look at that next prize?
15   Q.   (BY MR. FINNERAN)  Do they have to
16 access the prize viewer before they play the next
17 game is my question?

20   A.   No.
21   Q.   (BY MR. FINNERAN)  In other words, is
22 the prize viewer an optional feature for players
23 to use or not use at their election?

24 (Pages 90 - 93)



Veritext Legal Solutions

www.veritext.com                                              888-391-3376



Page 98

Page 100

16    So my first question is can you
17  generally describe what relationship Banilla has
18  with Torch Electronics.
19    A.  A very good one.
20    Q.  Is it fair to describe Torch Electronics
21  as a customer of Banilla's?
22    A.  That is fair, yes.
23    Q.  Does Banilla sell NCG devices to Torch?
24    A.  Yes.

Page 99

Page 101

24    Q.  (BY MR. FINNERAN)  Do you have any
25  understanding of the number of devices that

26 (Pages 98 - 101)



Page 102

1  Banilla has sold to Torch over the course of its
2  business relationship with Torch?
3      A.  A vague understanding, and it's
4  thousands.



Page 134

Page 136

Page 135

Page 137

10    A.   Mr. Finneran.
11    Q.   (BY MR. FINNERAN)  Yes, sir.
12    A.   During the break, I took an opportunity
13  to go double-check on the accuracy of my answer
14  when you asked me about what happens to the pools
15  when an operator uses that reset button.
16         And while the answer I gave you was
17  accurate, my understanding was wrong, and I would
18  like to clear that up so there's no
19  misunderstanding.  When that --

23    A.   When that button resets the whole game,
24  it actually does act like a brand new game.  What
25  that means is at that point, the first time it's



1  turned on and played on each play level of each
2  game, it once again picks between those 12
3  preselected starting indices.

6     A.  The starting indices are not random, but
7  it randomly picks between those 12.

3        So now with that understanding can you
4  explain what happens when an operator presses the
5  Restore Terminal button with respect to the
6  starting indices for any particular game on an
7  NCG device.

10    A.  Yes.  After going and doing a little
11  digging, when you restore this terminal, it
12  treats, it restores it to "new," okay, as far as
13  the meters and the prize pools also, so that the
14  game thinks it's new again.
15        The game is activated already, so
16  there's none of that moving around within the
17  5,000 pieces, but on each play of the game, at
18  each play level of each game theme, at the first
19  play of the game, since it's been restored using
20  this button, it will preselect between those 12
21  preselected starting indices.
22     Q.  (BY MR. FINNERAN)  And is it also
23  correct that that selection is made randomly by
24  device at that time?

Page 190

[portions redacted]

12     THE REPORTER:  Thank you all.
13     (Deposition ended at 3:48 p.m.)
14
15
16
17
18
19
20
21
22
23
24
25

---

Page 191

1          C E R T I F I C A T E
2
3          I, Peggy E. Corbett, a Certified Court
4     Reporter of the State of Missouri, do hereby
5     certify:
6          That prior to being examined the
7     witness was by me duly sworn;
8          That said deposition was taken down by
9     me in shorthand at the time and place
10    hereinbefore stated and was thereafter reduced to
11    writing under my direction;
12         That I am not a relative or employee or
13    attorney or counsel of any of the parties, or a
14    relative or employee of such attorney or counsel,
15    or financially interested in the action.
16         WITNESS my hand and seal this 11th day
17    of January, 2024.
18
19
20    _____
      PEGGY E. CORBETT,
21    CCR No. 143, RDR, CRR
22
23
24
25

---

Page 192

1               Veritext Legal Solutions
                   1100 Superior Ave
2                    Suite 1820
                 Cleveland, Ohio 44114
3               Phone: 216-523-1313
4
     January 11, 2024
5
     To: MR. FARACI
6
     Case Name: TNT Amusements, Inc., D/B/A Play-Mor Coin-Op v. Torch
7    Electronics, LLC., Et Al
8    Veritext Reference Number: 6404550
9    Witness:  Kevin Morse , J.D.     Deposition Date: 1/10/2024
10
     Dear Sir/Madam:
11
12   Enclosed please find a deposition transcript.  Please have the witness
13   review the transcript and note any changes or corrections on the
14   included errata sheet, indicating the page, line number, change, and
15   the reason for the change.  Have the witness' signature notarized and
16   forward the completed page(s) back to us at the Production address
     shown
17
     above, or email to production-midwest@veritext.com.
18
19   If the errata is not returned within thirty days of your receipt of
20   this letter, the reading and signing will be deemed waived.
21
     Sincerely,
22
     Production Department
23
24
25   NO NOTARY REQUIRED IN CA

---

Page 193

1               DEPOSITION REVIEW
               CERTIFICATION OF WITNESS
2
        ASSIGNMENT REFERENCE NO: 6404550
3       CASE NAME: TNT Amusements, Inc., D/B/A Play-Mor Coin-Op v.
     Torch Electronics, LLC., Et Al
        DATE OF DEPOSITION: 1/10/2024
4       WITNESS' NAME: Kevin Morse , J.D.
5       In accordance with the Rules of Civil
     Procedure, I have read the entire transcript of
6    my testimony or it has been read to me.
7       I have made no changes to the testimony
     as transcribed by the court reporter.
8
     _____
9    Date        Kevin Morse , J.D.
10      Sworn to and subscribed before me, a
     Notary Public in and for the State and County,
11   the referenced witness did personally appear
     and acknowledge that:
12
        They have read the transcript;
13      They signed the foregoing Sworn
           Statement; and
14      Their execution of this Statement is of
           their free act and deed.
15
        I have affixed my name and official seal
16
     this _____ day of _____, 20____.
17
18      _____
        Notary Public
19
        _____
        Commission Expiration Date
20
21
22
23
24
25

49 (Pages 190 - 193)

```
 1        DEPOSITION REVIEW
          CERTIFICATION OF WITNESS
 2
          ASSIGNMENT REFERENCE NO: 6404550
 3    CASE NAME: TNT Amusements, Inc., D/B/A Play-Mor Coin-Op v.
      Torch Electronics, LLC., Et Al
          DATE OF DEPOSITION: 1/10/2024
 4    WITNESS' NAME: Kevin Morse , J.D.
 5        In accordance with the Rules of Civil
      Procedure, I have read the entire transcript of
 6    my testimony or it has been read to me.
 7        I have listed my changes on the attached
      Errata Sheet, listing page and line numbers as
 8    well as the reason(s) for the change(s).
 9        I request that these changes be entered
      as part of the record of my testimony.
10
          I have executed the Errata Sheet, as well
11    as this Certificate, and request and authorize
      that both be appended to the transcript of my
12    testimony and be incorporated therein.
13    _____
      Date         Kevin Morse , J.D.
14
          Sworn to and subscribed before me, a
15    Notary Public in and for the State and County,
      the referenced witness did personally appear
16    and acknowledge that:
17        They have read the transcript;
          They have listed all of their corrections
18        in the appended Errata Sheet;
          They signed the foregoing Sworn
19        Statement; and
          Their execution of this Statement is of
20        their free act and deed.
21    I have affixed my name and official seal
22    this _____ day of_____, 20____.
23    _____
          Notary Public
24    _____
25    Commission Expiration Date
```

```
 1              COURT MEMO
 2
 3
      TNT Amusements, Inc., D/B/A Play-Mor Coin-Op
 4
 5    Plaintiffs,
                    Cause No.
 6    vs.           4:23cv00330JAR
 7    Torch Electronics, LLC., Et Al
 8    Defendant.
 9        CERTIFICATE OF OFFICER AND
         STATEMENT OF DEPOSITION CHARGES
10    (Rule 57.03 (g) (2) (a) & Sec., 492.590 RsMO 1985.)
11         DEPOSITION OF Kevin Morse , J.D.
                    ON
12              1/10/2024
13    Name and address of person or firm having custody of the
      original transcript:  Richard E. Finneran
14
15    TAXED IN FAVOR OF:  Richard E. Finneran
          TOTAL................ $_____
16
      TAXED IN FAVOR OF:  Other Attorneys
17        TOTAL................ $_____*
18    Upon delivery of transcript, the above charges had not yet
      been paid.  It is required that all charges will be paid in
19    the normal course of business.
20    IN WITNESS WHEREOF, I have hereunto set my hand and seal on
      this     day of     ,   .
21
22    _____
          Notary Public
23
24    * A completed signed Certificate of Officer and Statement of
      Deposition Charges pursuant to Rule 57.03(g)(2)(a) shall be
25    provided upon request.
```

```
 1              ERRATA SHEET
         VERITEXT LEGAL SOLUTIONS MIDWEST
 2         ASSIGNMENT NO: 6404550
 3    PAGE/LINE(S) /      CHANGE      /REASON
 4    _____
 5    _____
 6    _____
 7    _____
 8    _____
 9    _____
10    _____
11    _____
12    _____
13    _____
14    _____
15    _____
16    _____
17    _____
18    _____
19
20    Date          Kevin Morse , J.D.
21    SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
22    DAY OF _____, 20_____ .
23    _____
          Notary Public
24
      _____
25    Commission Expiration Date
```

# Federal Rules of Civil Procedure

## Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.