1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF MISSOURI

3               EASTERN DIVISION

4

5  TNT AMUSEMENTS, INC., )
   d/b/a PLAY-MORE COIN-OP,    )

6                           )
        Plaintiff,          )

7                           )
   vs.                      )  No. 4:23-cv-00330-JAR

8                           )
   TORCH ELECTRONICS, LLC,     )

9  STEVEN MILTENBERGER, and    )
   SONDRA MILTENBERGER,        )

10                           )
        Defendants.      )

11

12

13

14

15

16

17

18   VIDEO-RECORDED DEPOSITION OF SONDRA MILTENBERGER

19        TAKEN ON BEHALF OF THE PLAINTIFFS

20             DECEMBER 8, 2023

21

22

23

24

25

1             I N D E X
2             WITNESSES
3 ALL WITNESSES  PAGE
4 For Plaintiffs
5 SONDRA MILTENBERGER
6     Examination by Mr. Finneran        9
7
8             EXHIBITS
9 NO.            DESCRIPTION    PAGE
10 Exhibit 1  Exhibit A list of Agreed
       Locations              49
11
Exhibit 2  No Contest/No Chance
12     Amusement Device sticker
       affixed to a Torch device      63
13
Exhibit 3  About No Chance Gaming
14     article from Torch website    66
15 Exhibit 4  About No Chance Games
       article from Torch website    68
16
Exhibit 5  MGC July 3, 2019, letter
17     to St. James VFW Post 5608    82
18 Exhibit 6  Missouri MSHP Probable
       Cause Statement dated
19     10/5/2020              84
20 Exhibit 7  Information In A
       Misdemeanor Case against
21     James McNutt            85
22 Exhibit 8  Petition for Forfeiture
       Pursuant to Missouri
23     Revised Statute Section
       513.660                86
24
25

1 EXHIBITS
2 NO.            DESCRIPTION  PAGE
3 Exhibit 9  Investigative Subpoena to
       Torch Electronics dated
4 July 16, 2021            88
5 Exhibit 10 Decision Rendered on
       March 24, 2020, in Mayle
6 Bingo v. Ohio Department
       of Public Safety        89
7
Exhibit 11 Decision decided on
8     March 13, 2020, in Gracie
       Technologies, Incorporated,
9     versus Commonwealth of
       Pennsylvania            90
10
Exhibit 12 Decision in Gift Surplus
11     versus State of North
       Carolina, 2/11/2022       91
12
Exhibit 13 Plaintiff TNT Amusements,
13     Inc.'s First Set of
       Interrogatories   115
14
Exhibit 14 Plaintiff TNT Amusements,
15     Inc.'s First Requests for
       Production         115
16
Exhibit 15 Plaintiff TNT Amusements,
17     Inc.'s Second Requests for
       Production         117
18
Exhibit 16 Plaintiff TNT Amusements,
19     Inc.'s Second Set of
       Interrogatories   117
20
Exhibit 17 Probable Cause Statement
21     dated 12/14/2019      118
22 Exhibit 18 11/6/2019 letter from
       Timothy Sigmund to Shiante

1 EXHIBITS
2 NO.            DESCRIPTION  PAGE
3 Exhibit 20 Application and Affidavit
       for Search Warrant for
4     Evidence of a Criminal
       Offense, dated 8/12/2021     121
5
Exhibit 21 1/21/2019 letter from
6     Timothy Sigmund to John
       Hessel              122
7
Exhibit 22 11/8/2018 letter from
8     Timothy Sigmund to David
       Bandre              122
9
Exhibit 23 Picture of children
10     playing a Torch device      123
11 Exhibit 24 Picture of people playing
       a Torch device          123
12
Exhibit 25 Missouri Revised Statute
13     572.010              131
14
15
16
17
18 (Exhibits attached to transcript.)
19
20
21
22
23
24
25

1 .oOo.
2
3 VIDEO-RECORDED DEPOSITION OF WITNESS,
4 SONDRA MILTENBERGER, produced, sworn and examined
5 on the 8th day of December, 2023, at the offices of
6 Bryan Cave Leighton Paisner, 211 North Broadway,
7 Suite 3600, St. Louis, Missouri, before Tara
8 Schwake, a Registered Professional Reporter,
9 Certified Realtime Reporter, Certified Shorthand
10 Reporter (IL), Certified Court Reporter (MO), and
11 Notary Public within and for the State of Missouri.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Veritext Legal Solutions
www.veritext.com                                  888-391-3376

1 APPEARANCES
2
3 FOR THE PLAINTIFF:
4    BRYAN CAVE LEIGHTON PAISNER, LLP
5    211 North Broadway, Suite 3600
6    St. Louis, Missouri 63102
7    (314) 259-2000
8    by: Mr. Richard Finneran
9      Ms. Mary Grace Warren
10   richard.finneran@bclplaw.com
11   marygrace.warren@bclplaw.com
12 FOR THE DEFENDANTS:
13   GRAVES GARRETT, LLC
14   1100 Main Street, Suite 2700
15   Kansas City, Missouri 64105
16   (816) 256-3181
17   by: Mr. J. Aaron Craig
18   acraig@gravesgarrett.com
19 FOR THE WITNESS:
20   SIGMUND BROWNING, LLC
21   305 East McCarty Street, Suite 300
22   Jefferson City, Missouri 65101
23   (573) 635-7699
24   by: Mr. Timothy T. Sigmund
25   tsigmund@msblawfirm.com

1 COURT REPORTER:
2    TARA SCHWAKE, CRR, RPR, CCR, CSR
3    TIM PERRY, CLVS, Videographer
4    Veritext Legal Solutions
5    701 Market Street, Suite 310
6    St. Louis, Missouri 63101
7    (888) 391-3376
8    calendar-midwest@veritext.com
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1 IT IS HEREBY STIPULATED AND AGREED by
2 and between Counsel for Plaintiff and Counsel for
3 Defendants that this deposition may be taken by
4 Tara Schwake, Notary Public and Certified Realtime
5 Reporter, thereafter transcribed into typewriting,
6 with the signature of the witness being expressly
7 reserved.
8        * * * * *
9   (Deposition commenced at 9:17 AM.)
10   THE VIDEOGRAPHER: Good morning. We
11 are on the record at 9:17 on December 8, 2023.
12 This is media unit one of the video-recorded
13 deposition of Sondra Miltenberger taken by counsel
14 for Plaintiff in the matter of TNT Amusements,
15 Inc., versus Torch Electronics, LLC, et al., filed
16 in the US District Court for the Eastern District
17 of Missouri, Eastern Division, Case Number
18 4:23-cv-00330.
19   This deposition is being held at
20 Bryan Cave Leighton Paisner at 211 North Broadway
21 in
22 St. Louis, Missouri. And my name is Tim Perry,
23 Certified Legal Video Specialist. Our certified
24 court reporter is Tara Schwake. We are with
25 Veritext Legal Solutions.

1 And, Counsel, I would ask you now to
2 introduce yourselves for the record, please.
3 MR. FINNERAN: Richard Finneran on
4 behalf of Plaintiff, TNT Amusements, and
5 accompanied by my colleague, Mary Grace Warren.
6   MR. CRAIG: Aaron Craig on behalf of
7 Defendants.
8   THE VIDEOGRAPHER: Thank you. Tara,
9 please swear in the witness.
10      * * * * *
11   SONDRA MILTENBERGER,
12 of lawful age, having been produced, sworn, and
13 examined on the part of the Plaintiffs, testified
14 as follows:
15   EXAMINATION
16 QUESTIONS BY MR. FINNERAN:
17
18
19
20   A   Sure, it's Sondra, and it's spelled
21 S-o-n-d-r-a, Miltenberger is spelled
22 M-i-l-t-e-n-b-e-r-g-e-r.
23
24
25



Page 10

7    Q    What's your husband's full name?
8    A    Steven, S-t-e-v-e-n, and
9  Miltenberger, M-i-l-t-e-n-b-e-r-g-e-r.

Page 11

Page 12

Page 13

23          But why don't we start by just
24  telling me what is your role, as you would describe
25  it, at Torch Electronics?

4 (Pages 10 - 13)

Veritext Legal Solutions
www.veritext.com                                                    888-391-3376



1    A    Um, I do the accounting work and --
2  basic accounting and the -- the payroll for Torch
3  Electronics.

7 Q    Okay.  So, and you said it was
8  probably then around 2017 where you started to
9  become involved?
10        A    Yes, sir.

23        Q    Okay.  Do you have any people, then,
24  -- well, first of all, let me ask this.  Does Torch
25  have any employees other than yourself and you

r

5 (Pages 14 - 17)



Page 18

1 husband?
2    A    No.
3         Q    Am I correct everybody else is
4 considered an independent contractor?
5    A    Yes, sir.

Page 19

Page 20

Page 21



1 where a higher or a lower percentage of the returns
2 have been agreed to?
3      A    No.

22      Q    And when you say that the money is
23 split with the location owners or location
24 managers, is it -- does that happen on site?  They
25 literally just take half the cash and hand it to

18          So you mentioned the idea that
19 there's a 50/50 split of revenue with the
20 locations; is that correct?
21      A    Yes.
22      Q    Is that uniform throughout Torch's
23 business?
24      A    Yes.
25      Q    Are you aware of any circumstances

1 the manager --
2      A    Yes.
3      Q    -- and then you take the other half?
4      A    Yes.
5      Q    Yes, okay.  Are there any records
6 kept of how much money was earned by each of the
7 machines?
8      A    I don't know.
9      Q    Are there any records kept of how
10 much money is paid out to those individual
11 amusement location proprietors?
12      A    I don't know.
13      Q    Okay.  That's not part of the
14 accounting function that you serve?
15      A    No.
16      Q    Okay.  Are you aware of anybody else
17 in the company who might -- might be aware of
18 whether there are records of those transactions?
19      A    I don't know.



19          So going back to the other
20 independent contractors that Torch works with, you
21 say these are auditors.  How are the auditors
22 compensated?
23      A   How are they paid for, is that what
24 you're asking?
25      Q   Mm-hmm, yes.

1 A    They basically turn in a sheet every
2 week, and then I process -- process it with the
3 payroll.  Like when Steven and I and then the
4 auditor will -- they email it to me, and then we
5 kinda -- well, we review it and then, and we know
6 what they're doing, so just review it and then,
7 basically I put into the Paychex and they get
8 direct deposited and that's pretty much it.
9      Q   Okay.  When you say "into Paychex,"
10 is that the program Paychex?  Or is that -- when
11 you say --
12      A   Paychex like ADP being like a payroll
13 company, Paychex is a payroll company and that's
14 what I mean, yeah.  Yeah.
15      Q   Yeah, and that's -- is that spelled
16 P-a-y-c-h-e-x; is that right?
17      A   Yes, sir.
18      Q   Okay.  And So you say that the way
19 that would work, then, is you would put it into
20 that system and then Paychex, the company, would
21 issue a direct deposit through the Federal Reserve
22 system basically --
23      A   Right.
24      Q   -- to that person's bank account; is
25 that correct?



Page 30

1   A   Correct. Yes. Correct, sir.

11   Q   Okay. Are they paid on an hourly
12   basis?
13   A   No. They're paid per machine. Like
14   if they go into a location, if there's four in
15   there?
16   Q   Mm-hmm.
17   A   They get paid a set amount for each
18   machine that they audit.

Page 31

Page 32

Page 33



Page 34

Page 36

Page 35

Page 37

23      Q     Are you aware of a company called
24   Banilla?
25      A     Yes.

1     Q    And can you tell me what Banilla is?
2     A    Banilla is our main vendor for our
3 machines in the locations.
4 Q    Okay. When you say "vendor," what do
5 you mean?
6 A    Um, "vendor" means we're paying them
7 for the machines. I mean, you know, that's only
8 way I can look at it, is it's they're a vendor, you
9 know.
10     Q    So in other words, do you buy the
11 machines from Banilla?
12     A    Yes.
13     Q    You don't rent or lease the machines?
14     A    Um, no.
15     Q    So the owner of each of the machines
16 is Torch?
17     A    Yes.
18     Q    And likewise, with respect to the
19 amusement locations that we've talked about, when
20 the devices are placed in those locations, are you
21 leasing the devices to the owners, or are they
22 still owned and operated by Torch?
23     A    They're owned and operated by Torch.
24     Q    Okay. How do Banilla's machines get
25 to you when they -- when you buy a machine? Are

1 they shipped? Are they picked up? How do they get
2 to you?
3     A    They are basically out of Wisconsin
4 and North Carolina, so they are shipped to --
5 shipped to us, yes.



Veritext Legal Solutions

3      Q    Okay.  Can you give me just your
4   description of how the machines work, to your
5   understanding?
6      A    I don't know.
7      Q    Okay.  Are you familiar with the term
8   "no chance" game?
9      A    Yes.
10     Q    Okay.  Part of what we're all here to
11  talk about is whether these documents are -- excuse
12  me, these devices are no chance games or not, but I
13  want to make sure I'm understanding is whether
14  there are other kinds of devices that Torch puts
15  out that are not those what you call no chance
16  games.
17          So is it fair to say that, to your
18  knowledge, all of the devices that Torch places in
19  any location in Missouri are what you refer to as,
20  quote, "no chance" games?
21     A    Correct.

7      Q    Okay.  So is it fair to say that all
8   the devices that Torch places in locations in
9   Missouri are electronic game machines that have an
10  entertaining display in which a player can insert
11  money and potentially win money in return?
12          MR. CRAIG:  Object to form.
13     A    Correct.





15  When you are doing accounting for Torch, do you
16  track revenues on a location-by-location basis?
17      A    No.
18      Q    How does Torch account for and track
19  its revenues?
           MR. CRAIG:  Object to form.  If you
21  know.
22      A    I don't know.
23      Q    (BY MR. FINNERAN)  I guess I need to
24  understand your answer better because it must be
25  the case that somehow you get information about

1  what revenue Torch has received.  So how do you
2  obtain information about Torch's revenue?
3 A    Well, through the bank, through the
4  bank statements.
5 Q    So am I to understand then that the
6  auditors would directly deposit into your bank
7  account the money that they collect from various
8  locations?
9      A    Correct, yes, that's the way it
10  works.



7    Q    Where does Torch's bank account
8  reside?  What bank I mean?
9      A    I don't know.  We have quite a few.
10      Q    Well, what are the banks that you
11 bank at, Torch Electronics banks at?
12      A    I don't know.  I mean there's --
13 there's a few.
14      Q    Yeah, so can you --
15      A    I'm not meaning like two or three.
16 Because we -- I mean there's a few banks.

21      Q    And so does Torch maintain bank
22 accounts at each of the banks that you're thinking
23 of?
24      A    Yes.  Oh, yeah.
25      Q    And when it then assesses its

1  revenues, does it transfer money from those banks
2  to a single account, or does it keep those moneys
3  where they were originally deposited as a general
4  rule?
5      A    It transfers.
6      Q    Okay.
7      A    Yeah.
8      Q    Is there one bank account to which
9  money is typically transferred?
10      A    Yes.
11      Q    And what bank is that?
12      A    It's a Busey Bank account.



1 Q (BY MR. FINNERAN) Is it -- is it
2 fair to assume that you -- you believe that the
3 machines are not gambling devices?
4 A Oh, I definitely believe they're not
5 gambling devices, yes.
6 Q So if they're not gambling devices,
7 why would children not be permitted to play them?
9 A I don't know. You go into a casino,
10 can you play at ten years old?
11 Q (BY MR. FINNERAN) No.
12 A Okay.
13 Q But that would be a gambling device.
14 A Right.
15 Q So I'm asking you, if they're not
16 gambling devices, why is it that a child should not
17 be permitted to play the Torch devices?
20 A I don't know.



20    Q    Okay.  And what is it in your mind
21  that makes a Torch machine different from a
22  gambling device like you might have seen when you

1        A    I don't recall.  I don't know.

Veritext Legal Solutions

1 Q   Okay.  I asked you earlier about a
2   company called Accel Entertainment, A-c-c-e-l.  I
3   believe that your husband at one point had that
4   listed on his LinkedIn profile as an employer of
5   his from January of 2014 to March of 2018?
6      A   Mm-hmm.
7      Q   Does that reflect your --
8         MR. CRAIG:  Is that a yes?  Sorry.
9 Excuse me.
10     A   I'm just agreeing, yeah.
11        MR. CRAIG:  Not that there's a
12 question --

19     Q   (BY MR. FINNERAN)  So my question is,
20 does that refresh your recollection about the
21 company Accel Entertainment?
22     A   Yes.  I don't remember the question
23 earlier, but yes, he worked for -- for them --
24     Q   Okay.
25     A   -- at those time periods roundabout

1 yeah.  Yeah.
2 Q   Yeah.  But my question before was
3   simply if you were aware of such a company, and I
4   don't think you recalled it at that --
5      A   Oh, that's what it was.
6      Q   Hopefully I've refreshed your
7 recollection.
8      A   Yes.
9      Q   So what do you know of that company?
10     A   They are, um, they're just another --
11 well, they're a gambling business.  I don't know
12 what you want to, call it gambling or whatever.
13 They're an entertainment company in Illinois.





1  I just don't gamble or entertain myself with those
2  kinds of things, so.

12    Q    [REDACTED]. That's great then.  You
13  mentioned earlier that you have never played a
14  Torch device; is that correct?
15    A    Correct.
16    Q    Is there any reason that you have
17  never played a Torch device?
18    A    No, not really.  I mean, you know, if
19  -- to be honest, if I've played it, it was in the
20  shop and it was just trying it out.  And I really
21  just don't want to be like in the convenient store
22  and playing it and it's -- I'm his wife and that's
23  just, I don't know.  Just the image.
24        I just don't want to be -- I just
25  want it to be like -- I wanted -- if I wanted to --

1        (Deposition to be read and signed by
2  the witness.)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1 CERTIFICATE OF REPORTER
2
3 I, TARA SCHWAKE, a Registered
4 Professional Reporter and Notary Public within and
5 for the State of Missouri, do hereby certify that
6 the witness whose testimony appears in the
7 foregoing deposition was duly sworn by me; that the
8 testimony of said witness was taken by me to the
9 best of my ability and thereafter reduced to
10 typewriting under my direction; that I am neither
11 counsel for, related to, nor employed by any of the
12 parties to the action in which this deposition was
13 taken, and further that I am not a relative or
14 employee of any attorney or counsel employed by the
15 parties thereto, nor financially or otherwise
16 interested in the outcome of the action.
17
18
19
20                Notary Public in and for
21                The State of Missouri
22
23
24
25

---

1 Veritext Legal Solutions
            1100 Superior Ave
2 Suite 1820
            Cleveland, Ohio 44114
3 Phone: 216-523-1313
4
   December 22, 2023
5
   To: Mr. Craig
6
   Case Name: TNT Amusements, Inc., D/B/A Play-Mor Coin-Op v. Torch
7 Electronics, LLC., Et Al
8 Veritext Reference Number: 6343994
9 Witness: Sondra Miltenberger    Deposition Date: 12/8/2023
10
   Dear Sir/Madam:
11
12 Enclosed please find a deposition transcript. Please have the witness
13 review the transcript and note any changes or corrections on the
14 included errata sheet, indicating the page, line number, change, and
15 the reason for the change. Have the witness' signature notarized and
16 forward the completed page(s) back to us at the Production address
   shown
17
   above, or email to production-midwest@veritext.com.
18
19 If the errata is not returned within thirty days of your receipt of
20 this letter, the reading and signing will be deemed waived.
21
   Sincerely,
22
   Production Department

---

1 DEPOSITION REVIEW
              CERTIFICATION OF WITNESS
2
       ASSIGNMENT REFERENCE NO: 6343994
3     CASE NAME: TNT Amusements, Inc., D/B/A Play-Mor Coin-
   Op v.
   Torch Electronics, LLC., Et Al
       DATE OF DEPOSITION: 12/8/2023
4     WITNESS' NAME: Sondra Miltenberger
5     In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6 my testimony or it has been read to me.
7     I have made no changes to the testimony
   as transcribed by the court reporter.
8
                                        _____
9 Date          Sondra Miltenberger
10     Sworn to and subscribed before me, a
   Notary Public in and for the State and County,
11 the referenced witness did personally appear
   and acknowledge that:
12
       They have read the transcript;
13     They signed the foregoing Sworn
          Statement; and
14     Their execution of this Statement is of
          their free act and deed.
15
   I have affixed my name and official seal
16
   this _____ day of_____, 20____.
17                        _____
18     Notary Public
19                        _____
   Commission Expiration Date
20
21
22

---

1 DEPOSITION REVIEW
              CERTIFICATION OF WITNESS
2
       ASSIGNMENT REFERENCE NO: 6343994
3     CASE NAME: TNT Amusements, Inc., D/B/A Play-Mor Coin-
   Op v.
   Torch Electronics, LLC., Et Al
       DATE OF DEPOSITION: 12/8/2023
4     WITNESS' NAME: Sondra Miltenberger
5     In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6 my testimony or it has been read to me.
7     I have listed my changes on the attached
   Errata Sheet, listing page and line numbers as
8 well as the reason(s) for the change(s).
9     I request that these changes be entered
   as part of the record of my testimony.
10
       I have executed the Errata Sheet, as well
11 as this Certificate, and request and authorize
   that both be appended to the transcript of my
12 testimony and be incorporated therein.
13                        _____
   Date          Sondra Miltenberger
14
       Sworn to and subscribed before me, a
15 Notary Public in and for the State and County,
   the referenced witness did personally appear
16 and acknowledge that:
17     They have read the transcript;
       They have listed all of their corrections
18        in the appended Errata Sheet;
       They signed the foregoing Sworn
19        Statement; and
       Their execution of this Statement is of
20        their free act and deed.
21     I have affixed my name and official seal
22 this _____ day of_____, 20____.
23
              Notary Public

1 ERRATA SHEET
     VERITEXT LEGAL SOLUTIONS MIDWEST
2 ASSIGNMENT NO: 6343994
3 PAGE/LINE(S) /    CHANGE    /REASON
4 _____
5 _____
6 _____
7 _____
8 _____
9 _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19
  _____   _____
20 Date      Sondra Miltenberger
21 SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
22 DAY OF _____, 20_____ .
23 _____
     Notary Public
24
     _____
25     Commission Expiration Date

# Federal Rules of Civil Procedure

## Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

# VERITEXT LEGAL SOLUTIONS

## COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.