Page 1

1          IN THE UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF MISSOURI

3                   EASTERN DIVISION

4

5     TNT AMUSEMENTS, INC.,                    )

6                                             )

7        Plaintiff,                           )

8                                             ) Cause No.

9     vs.                                     ) 4:23-cv-330

10                                            ) JAR

11    TORCH ELECTRONICS, LLC, et al.,         )

12                                            )

13       Defendants.                          )

14

15          VIDEO DEPOSITION OF STEVEN MILTENBERGER

16              Taken on behalf of the Plaintiff

17                  December 15, 2023

18

19               Sheryl A. Pautler, RPR,

20           MO-CCR 871, IL-CSR 084-004585

21

22

23          (The proceedings began at 9:21 a.m.)

24

25

Page 2

| 1 | QUESTIONS BY: | | PAGE NO. |
|---|---|---|---|
| 2 | Mr. Finneran | | 8 |
| 3 | Mr. Craig | | 321 |
| 4 | Mr. Finneran | | 323 |

INDEX OF EXHIBITS

| | NO. | | PAGE MKD. |
|---|---|---|---|
| 8 | Exhibit 1 | (List of establishments.) | 97 |
| 9 | Exhibit 2 | (Picture of decal.) | 104 |
| 10 | Exhibit 3 | (A No Chance Gaming Machine overview.) | 113 |
| | Exhibit 4 | (About No Chance Gaming.) | 117 |
| | Exhibit 5 | (November 22 - November 24 2020 e-mail chain.) | 127 |
| | Exhibit 6 | (February 6 - February 8, 2021 e-mail chain.) | 129 |
| | Exhibit 7 | (September 1 - September 3, 2022 e-mail chain.) | 131 |
| 17 | Exhibit 8 | (July 3, 2019 letter.) | 171 |
| 18 | Exhibit 9 | (July 5, 2019 e-mail.) | 175 |
| 19 | Exhibit 10 | (November 10, 2016 e-mail.) | 189 |
| 20 | Exhibit 11 | (March 18, 2016 e-mail.) | 191 |
| 21 | Exhibit 12 | (February 7 - February 9, 2018 e-mail chain.) | 194 |
| | Exhibit 13 | (June 1, 2018 e-mail.) | 198 |
| | Exhibit 14 | (February 2 - February 14, 2017 e-mail chain.) | 200 |
| 25 | Exhibit 15 | (September 9, 2021 e-mail) | 202 |

1

             INDEX OF EXHIBITS CONTINUED

2

   NO.                                      PAGE MKD.

3

   Exhibit 16  (January 28, 2016 e-mail.)      203

4

   Exhibit 17  (Text message.)                 205

5

   Exhibit 18  (February 12 - February 13,
6              2019 e-mail chain.)            210
7  Exhibit 19  (November 27 - November 18,
               2016 e-mail chain.)           215
8

   Exhibit 20  (Iowa Supreme Court ruling.)    216
9

   Exhibit 21  (Pennsylvania Commonwealth
10             Court ruling.)                 218
11 Exhibit 22  (Florida First District
               ruling.)                      219
12

   Exhibit 23  (Court of Appeals of Ohio
13             ruling.)                      221
14 Exhibit 24  (Supreme Court of North
               Carolina ruling.)             222
15

   Exhibit 25  (Photo of gaming machines.)     224
16

   Exhibit 26  (Photo of gaming machines.)     224
17

   Exhibit 27  (Application and affidavit
18             for search warrant.)          237
19 Exhibit 28  (July 14, 2021 Investigative
               Subpoena.)                    240
20

   Exhibit 29  (Petition for forfeiture.)      241
21

   Exhibit 30  (December 14, 2019 probable
22             cause statement.)             246
23 Exhibit 31  (January 1, 2019 letter.)       249
24 Exhibit 32  (November 8, 2018 letter.)      251
25 Exhibit 33  (November 6, 2016 letter.)      252

Page 4

1              INDEX OF EXHIBITS CONTINUED
2    NO.                                      PAGE MKD.
3    Exhibit 34  (First request for
                  production.)                 254
4
     Exhibit 35  (First set of
5                  interrogatories.)           254
6    Exhibit 36  (Second set of
                  interrogatories.)            254
7
     Exhibit 37  (Second request for
8                  production.)                254
9    Exhibit 38  (Nick Farley & Associates
                  June 12, 2018 report.)       267
10
     Exhibit 39  (Review and Analysis, Superior
11                 Skill 2,
                   Version 4.0.0.17956.)       270
12
     Exhibit 40  (June 28, 2023 e-mail.)       272
13
     Exhibit 41  (Missouri Revised Statutes,
14                 Section 572.010 excerpt.)   276
15
16
17
18                   (Whereupon the exhibits were
19                   attached to the original and
20                   copies.)
21
22
23
24
25

```
 1           IN THE UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF MISSOURI
 2                     EASTERN DIVISION
 3    TNT AMUSEMENTS, INC.,                )
                                           )
 4       Plaintiff,                        )
                                           ) Cause No.
 5    vs.                                  ) 4:23-cv-330
                                           ) JAR
 6    TORCH ELECTRONICS, LLC, et al.,      )
                                           )
 7       Defendants.                       )
 8             VIDEO DEPOSITION OF WITNESS, STEVEN
 9         MILTENBERGER, produced, sworn, and examined on
10         the 15th day of December, 2023, between the
11         hours of nine o'clock in the forenoon and seven
12         o'clock in the afternoon of that day, at Bryan
13         Cave Leighton Paisner, LLP, 211 North Broadway,
14         St. Louis, Missouri, before SHERYL A. PAUTLER,
15         RPR, Certified Shorthand Reporter within and
16         for the State of Illinois and Certified Court
17         Reporter within and for the State of Missouri,
18         in a certain cause now pending before the
19         United States District Court, Eastern District
20         of Missouri, Eastern Division, wherein TNT
21         AMUSEMENTS, INC. is the Plaintiff, and TORCH
22         ELECTRONICS, LLC, et al., are the Defendants.
23
24
25
```

Page 6

```
 1                    A P P E A R A N C E S
 2             For the Plaintiff:
 3                   Mr. Richard E. Finneran
                     Ms. Mary Grace Warner
 4                   Bryan Cave Leighton & Paisner, LLP
                     211 North Broadway, Suite 3600
 5                   St. Louis, Missouri  63102
                     314-259-2000
 6                   Richard.finneran@bclplaw.com
 7
             For the Defendants:
 8
                     Mr. J. Aaron Craig
 9                   Graves Garrett, LLC
                     1100 Main Street, Suite 2700
10                   Kansas City, Missouri  64105
                     816-256-5982
11                   Acraig@gravesgarrett.com
12
             For the Defendants:
13
                     Mr. Timothy T. Sigmund
14                   Sigmund Browning, LLC
                     305 East McCarty Street, Suite 300
15                   Jefferson City, Missouri  65101
                     573-635-7699
16                   Tsigmund@msblawfirm.com
17
             The Court Reporter:
18
                     Ms. Sheryl Pautler
19                   Veritext Legal Solutions
                     701 Market Street, Suite 310
20                   St. Louis, Missouri  63101
                     314-241-6750
21
22           The Videographer:
23                   Mr. Tim Perry
                     Veritext Legal Solutions
24                   701 Market Street, Suite 310
                     St. Louis, Missouri  63101
25                   314-241-6750
```

Page 7

```
 1          IT IS HEREBY STIPULATED AND AGREED, by and
 2      between counsel for Plaintiff and counsel for
 3      Defendants, that the deposition of STEVEN
 4      MILTENBERGER may be taken in shorthand by
 5      Sheryl A. Pautler, shorthand reporter, and
 6      afterwards transcribed into typewriting; and
 7      the signature of the witness is expressly
 8      reserved.
 9                      *  *  *  *  *
10              STEVEN MILTENBERGER,
11  of lawful age, being produced, sworn and examined on
12  behalf of the Plaintiff, deposes and says:
13          THE VIDEOGRAPHER:  Good morning.  We are
14      on the record at 9:21 on December 15, 2023.
15      This is Media Unit 1 of the video-recorded
16      deposition of Steven Miltenberger taken by
17      counsel for Plaintiff in the matter of TNT
18      Amusements, Inc. versus Torch Electronics, LLC,
19      et al. filed in the U.S. District Court for the
20      Eastern District of Missouri, Eastern Division,
21      Case No. 4:23-CV-330.
22          And this deposition is being held at Bryan
23      Cave Leighton Paisner at 211 North Broadway in
24      St. Louis, Missouri.  My name is Tim Perry,
25      certified legal video specialist.  Our
```

1    certified court reporter is Sheryl Pautler.

2    And we are with Veritext Legal Solutions.

3         Counsel, will you please identify

4    yourselves for the record.

5         MR. FINNERAN:  Richard Finneran on behalf

6    of Plaintiff TNT Amusements.

7         MR. CRAIG:  Aaron Craig on behalf of

8    Defendants.

9         THE VIDEOGRAPHER:  Thank you.

10        Sheryl please swear in the witness.

11                  (Whereupon the witness responded

12                  "yes" to the oath administered

13                  by the court reporter.)

14                  [EXAMINATION]

15   QUESTIONS BY MR. FINNERAN:

```
19              So why don't we start off, if you can

20    just give me your full name, please.

21         A.   My name is Steven Andrew Miltenberger.
```

6      Q.    What was your role at -- first of all,

7     Accel, is that spelled A-C-C-E-L?

8      A.    That's correct.

9      Q.    And can you tell me what your role was at

10    Accel Entertainment over the course of your

11    employment?

12     A.    At Accel Entertainment, I was their chief

13    marketing officer.

14     Q.    And what generally did your role as chief

15    marketing officer entail?

16     A.    Putting together marketing materials to be

17    used by Accel Entertainment to promote their games.

18     Q.    And you mentioned their games.  What

19    generally was the business of Accel Entertainment,

20    what kind of games did it market?

21     A.    Accel Entertainment was a licensed

22    terminal operator in the state of Illinois, where

23    they provided video games terminals to bars,

24    restaurants, truck stops, nonprofit organizations in

25    Illinois.

Page 15

1      Q.   And when you say licensed terminal

2  operator and refer to these sorts of games, are

3  those games similar to the games that are at issue

4  in this case or are they different in some way?

5      A.   They're different.

6      Q.   How are they different?

7      A.   The games in Illinois are video gaming

8  terminals.  They're random number generated slot

9  machines.  Same slot machines you would see in

10  casinos.

11      Q.   Okay.  And did your -- was chief marketing

12  officer your title at Accel Entertainment your

13  entire tenure there?

14      A.   That's correct, yes.

15      Q.   When did you leave Accel Entertainment?

16      A.   I left Accel Entertainment, I believe, in

17  2017.

18      Q.   And what did you do when you left Accel

19  Entertainment next in terms of your employment or

20  business?

21      A.   I worked for Torch Electronics.

22      Q.   Is that a company that you founded?

23      A.   It is, yes.

7      Q.   Okay.  So when you started Torch

8    Electronics, I presume you -- well, what's the first

9    thing you did when you started Torch Electronics?

10   Did you open a bank account?  Did you file papers

11   with the secretary of state?  How'd you go about

12   starting the company?

13      A.   When we -- when I started Torch

14   Electronics, I had our attorney set up an LLC.

15      Q.   Okay.  When you set up the LLC, were you

16   the sole member of that LLC?

17      A.   That's correct.

18      Q.   Are you still the sole member today?

19      A.   I am the majority owner of Torch

20   Electronics.

21      Q.   Okay.

22      A.   I own 51 percent.

23      Q.   Okay.  Who owns the other 49 percent?

24      A.   The other 49 percent is set up in a trust.

25      Q.   Okay.  Is that a trust for the benefit of

Page 20

1    your family generally?

2        A.    Generally, yes.

Page 25

7        Q.    What title do you hold with Torch

8    Electronics, Missouri?

9        A.    The manager, president.

2          Q.    Is the other employee your wife, Sandra

3    Miltenberger?

4          A.    For Torch, Missouri, yes.

5          Q.    Okay.  I understand that the remainder of

6    individuals who work for Torch Electronics, Missouri

7    are independent contractors; is that correct?

8          A.    That is correct.

Page 37

8        Do all

9    Torch devices only accept cash or do any Torch

10   devices permit a player to pay for play with a

11   credit card or other sort of payment?

12       A.   They are cash only.

24       Q.   Okay.  Let's talk a little bit then about

25   how Torch acquires these machines.  Does Torch

Page 41

1   manufacture any of the devices that it places in

2   Missouri?

3        A.    No.

4        Q.    How does it acquire the devices that it

5   places in Missouri?

6        A.    We buy our games from Banilla Games.

7        Q.    And what is Banilla Games?

8        A.    Banilla Games is a manufacturer of -- of

9   games.

10       Q.    Do you know where Banilla Games is

11  located?

12       A.    Banilla Games headquarters is in North

13  Carolina.

14       Q.    Is that -- well, are -- how are the games

15  delivered from Banilla to Torch?  Are they shipped

16  or transported by truck or how are they -- how do --

17  how do you acquire them?

18       A.    They are shipped on a truck.

19       Q.    Okay.  Are they brought from Banilla

20  directly to an amusement location or is there some

21  intermediate step?

22       A.    The games are brought from Banilla to --

23  to a warehouse that we have.  They're stored there.

24  We then take them from the warehouse to the

25  location.

Page 42

1          Q.    Okay.  Where is your warehouse located?

2          A.    It's in Chesterfield.

3          Q.    Chesterfield Valley, I think your wife

4     told me?

5          A.    That's correct.

6          Q.    And we said Banilla is located in North

7     Carolina.  Is that also the place from which they

8     would ship the devices to you?

9          A.    The majority of the devices that we

10    receive from Banilla come from Wisconsin.

11         Q.    Okay.  Do you know why that is?  Why --

12    why is Banilla operated in Wisconsin?

13         A.    Banilla -- I'm not sure.  Banilla has a

14    warehouse in Wisconsin.

16      Q.    ████    So you mentioned when you were

17    talking about the discussions you would have with

18    owners, that you would describe the games as being

19    No Chance Games.  I think I know what that term

20    means.  But can you explain to me how you would

21    explain that term to any -- any person you'd be

22    pitching to take the machines into their location?

23      A.    I mean, as far as the location is

24    concerned, the games and the way that they operated

25    as far as Missouri law is concerned, there were

Page 55

1   three elements that -- that are involved;

2   consideration, chance and prize.  I would explain to

3   them that, you know, by removing one of those

4   elements, the game is -- is a -- by removing one of

5   those elements, the game complies with the law.

6                    The game operates, you know, as far

7   as the operation is concerned, it has a prize viewer

8   feature that allows for the player to see the prize

9   before any money is put into the game, as well as

10  any play after, the player is able to see that next

11  play.

12                   In addition to that, I would describe

13  the games as a -- also having a predetermined set of

14  events in a finite pool that would go through that

15  finite pool and that static script.  And then it

16  would repeat after that.  The script itself does not

17  shuffle.  There isn't a random number generator in

18  the machine.  And so when it is done with those --

19  that sequence of outcomes, it starts back over at

20  outcome number one.  That is how I describe the

21  games.

22       Q.   Would you ever receive questions from the

23  people that you were pitching as to whether the

24  machines were, in fact, legal devices?

25       A.   Would I receive questions from them during

Page 56

1    the pitch?

2         Q.    Yes.

3         A.    During while I'm talking to them, yes.

4    And then we would go through what I just described.

Page 62

11          Q.    And I believe I understand this from your

12    wife's testimony, but I want to make sure I don't

13    misunderstand.  Am I correct that Torch has numerous

14    bank accounts at multiple different banks across the

15    state basically to make it possible for those

16    auditors to make deposits at a local bank that is

17    nearby to the route?

18          A.    That's correct.

19          Q.    Is it also the case that then funds are

20    transferred from those numerous bank accounts to a

21    single bank account that is sort of Torch's

22    principal operating account?

23          A.    That's correct.

Page 104

```
23        Q.  (By Mr. Finneran)  Mr. Miltenberger, I've
24   just handed you what's been marked for
25   identification as STM 2.  Do you recognize this
```

Page 105

1    document?

2         A.    I do.

3         Q.    Can you describe what it is?

4         A.    It is a picture of a decal that we place

5    on all of the Torch Electronics' games.

6         Q.    And you say on all of Torch Electronics'

7    games.  Has that been consistently true throughout

8    the time Torch has been in operation in the state of

9    Missouri?

10        A.    Yes.

11        Q.    Has this decal been modified in terms of

12   the actual words on the decals at any time in the

13   time that Torch has been operating in Missouri?

14        A.    Not that I can remember, no.

Page 165

18    Q.    Does the prize viewer allow -- does the
19    prize viewer of any Torch device allow the player to
20    see the combination of symbols that will appear on
21    the screen in the next play of the game?
22         A.    No.

Page 166

3      Q.    Do you believe there is any skill involved

4   in the operation of the Torch devices by a player?

5      A.    No.

6      Q.    Do you believe there's anything that a

7   Torch -- a player of a Torch device can do to

8   influence the outcome of any particular play of the

9   device?

10      A.    No.

11      Q.    Is there anything that a player can do to

12   increase the likelihood of a payout to the player on

13   any future play of the device?

14      A.    No.

15      Q.    Is there anything that a player can do to

16   affect the amount of any payout that he might

17   receive from the device?

18      A.    No.

19      Q.    Is there anything the player can do to

20   alter the sequence in which the device would deliver

21   outcomes to the player?

17      Q.   Torch places devices, I understand, in

18   convenience stores, in bars, perhaps in restaurants.

19   Are there any other categories of retail

20   establishments that Torch places devices in?

21      A.   Truck stops.

22      Q.   Okay.

23      A.   Veteran halls, fraternal, AmVeteran,

24   liquor stores, tobacco stores.  That's pretty much

25   the majority of it.

Page 193

2          Do you agree that the Torch devices

3     resemble slot machines games?

7          A.   For me, they look like NCG games.

8          Q.   (By Mr. Finneran)  Do you disagree that

9     they bear a physical resemblance to a common

10    electronic slot machine game?

12         A.   They're not the same.

Page 227

17    Q.    Okay.  What prevents children from playing

18  Torch devices?

19    A.    The staff that are at the location prevent

20  kids from playing the Torch devices.

21    Q.    How are staff instructed to do that?

22    A.    Staff are instructed that anybody that

23  looks under the age of 21 are not to be playing the

24  games.

25    Q.    By whom are staff so instructed?

Page 228

1        A.    By Torch.

2        Q.    Okay.  How does Torch deliver those

3    instructions to staff at locations?

4        A.    Typically it's verbal and it's also on a

5    decal that gets placed on the game.

6        Q.    What does the decal say?

7        A.    Must be 21 or over to play.

8        Q.    Okay.  Why is it that you place that decal

9    on the machines?

10       A.    To restrict the age or the -- is that what

11   you're asking?

12       Q.    Yeah.  I'm asking --

13       A.    To restrict the age.

14       Q.    -- I guess why are you restricting the age

15   of the individuals who can play the game?

16       A.    Because our games cater to adults.  And

17   that's -- that's our business.  The business is not

18   kids.  So we -- we're not interested in kids playing

19   the games.

20       Q.    What about the games caters to adults, as

21   opposed to children?

22       A.    It's a business decision that we made not

23   to allow kids to play the games.

24       Q.    But my question was you said the games

25   cater to adults and not to children.  What is it

Page 229

1  about the games that cater --

2      A.   Well, our business is -- you know, we are

3  not interested in kids playing the games.  Our

4  market is adults.

5      Q.   Do you believe that it would be harmful to

6  children to play these games?

7      A.   No.

8      Q.   Do you believe that it would be damaging

9  to Torch's business if children were to play the

10  games?

11      A.   No.

12      Q.   Then what is the business reason for

13  preventing children from playing the games?

14      A.   Because we have adults that want to play

15  the games.  And, again, it's a business decision.

16      Q.   When you say it's a business decision, do

17  you mean that it's motivated by some business

18  consideration?

19      A.   As far as our market is adults, that's

20  correct.

21      Q.   And why would you make the decision to

22  exclude children from playing the games if that --

23  if having more people playing the games would

24  increase the firm's -- the company's profitability?

25      A.   We don't believe there would be more money

Page 230

1  with children playing the games.

2      Q.   And why do you not believe that?

3      A.   It's just a business decision that we

4  made.

5      Q.   Well, I don't mean to argue with you, but

6  I'm having trouble understanding the logic behind

7  that decision.  Is it not the case that the more

8  people that play Torch's games, the more money Torch

9  makes?

11     A.   Again, the games are for adults.  We set

12 an age restriction of 21, just like any other

13 business can do.  And that's what we decided to do.

14     Q.   (By Mr. Finneran)  Okay.  But my question

15 was, is it not the case the more people play Torch's

16 games, the more money Torch makes?

18     A.   If you're asking me the more money that

19 goes into a game, the more money that Torch would

20 make, then, yes, that's true.

21     Q.   (By Mr. Finneran)  Okay.  So does not

22 prohibiting children from playing the games mean

23 that Torch makes less money than it would if

24 children were permitted to play the games?

Page 231

1          A.    It doesn't mean that.

2          Q.  (By Mr. Finneran)  Okay.  Is one of the

3    reasons that Torch does not want children playing

4    the games is because it does not believe that

5    children should be allowed to gamble?

9          Q.  (By Mr. Finneran)  ▮▮▮▮▮  Would you believe

10   that it would be -- Strike that.

11               Are you aware of any legal reason

12   that Torch could not permit children to play the

13   Torch games?

14         A.    No.

23     Q.   Okay.  So as these new different versions

24  of the Torch devices have come out, the different

25  five or six versions that we talked about before,

Page 287

1    are the only changes to those devices then in terms

2    of the visual appearance of the games and how the

3    games are presented to players?

7         A.    From what I understand, it's the

8    entertainment is different.

9         Q.    (By Mr. Finneran)   Okay.   And by

10   entertainment, do you mean the visual appearance of

11   the game itself?

12        A.    Yes.

Page 302

2     Q.   Okay.  I mentioned earlier the gentleman

3    named James McNutt.  Are you aware that Mr. McNutt

4    has been charged with a violation of Missouri

5    gambling laws?

6     A.   Yes.

22     Q.   Okay.  Have you offered Mr. McNutt any

23    financial assistance with respect to that

24    prosecution?

Page 303

1          THE WITNESS:  What do you mean by

2     financial assistance?

3          Q.  (By Mr. Finneran)  Have you offered to pay

4    for any of his attorney's costs or fees?

5          A.    We have.

6          Q.    Have you been doing so?

7          A.    Yes.

8          Q.    Would that be a portion of the fees or the

9    entirety of the fees?

10         A.    From what I understand, the -- all the

11    fees.

12         Q.    Okay.  Are there any other individuals

13    that you have offered to pay legal expenses for in

14    connection with any enforcement actions taken as a

15    result of Torch devices?

16         A.    Anyone who has been cited with a

17    misdemeanor, we have offered to pay for their legal

18    fees.

Page 312

2        Q.   (By Mr. Finneran)  So can we assume for a

3    moment the player's playing at a play level of a

4    quarter just to help us in the conversation?

5        A.    Okay.

6        Q.    So suppose that I have inserted a dollar

7    into the machine and the prize viewer shows zero

8    dollars.  Is it correct that in order for me to then

9    see what the next outcome of the game will be after

10   that zero dollar bet -- excuse me -- that zero

11   dollar result, that I must spend 25 cents worth of

12   credits that I put into the machine?

13       A.    To see the next play.

14       Q.    Yes.

15       A.    Yes.

16       Q.    Okay.  Is it not then the case that the

17   player who spends 25 cents knowing he will not

18   receive a win on that play, is spending that 25

19   cents in the hopes that he will receive a positive

20   prize on the next play?

24       A.    I don't know what the player's thinking.

Page 318

20      Q.  (By Mr. Finneran)   Okay.   Is it possible to

21  play the Torch device without accessing the prize

22  viewer feature?

23      A.   Yes.

24      Q.   Is a -- in your view, is a player who uses

25  the Torch device without accessing the prize viewer

1    feature, is that player using the device in -- in --

2    excuse me -- in an illegal manner?

5            THE WITNESS:  Yeah, I can't answer that.

Page 320

10              In your view, is a player who uses

11    the Torch device without accessioning the prize

12    viewer, is that player playing a game of chance?

17        A.    I can't answer that.

Page 324

1           CERTIFICATE OF REPORTER

2           I, Sheryl A. Pautler, RPR, Certified Court

3      Reporter (MO), Certified Shorthand Reporter

4      (IL), do hereby certify that the witness whose

5      testimony appears in the foregoing deposition

6      was duly sworn by me; the testimony of said

7      witness was taken by me to the best of my

8      ability and thereafter reduced to typewriting

9      under my direction; that I am neither counsel

10     for, related to, nor employed by any of the

11     parties to the action in which this deposition

12     was taken, and further that I am not a relative

13     or employee of any attorney or counsel employed

14     by the parties thereto, nor financially or

15     otherwise interested in the outcome of the

16     action.

17

18                 _Sheryl Pautler_

19

20          Registered Professional Reporter

21           Certified Court Reporter (MO)

22         Certified Shorthand Reporter (IL)

23

24

25

```
                                                    Page 325
1                      Veritext Legal Solutions
                          1100 Superior Ave
2                            Suite 1820
                        Cleveland, Ohio 44114
3                      Phone: 216-523-1313
4
     December 22, 2023
5
     To: Mr. Craig
6
     Case Name: TNT Amusements, Inc., D/B/A Play-Mor Coin-Op v. Torch
7    Electronics, LLC., Et Al
8    Veritext Reference Number: 6355957
9    Witness:  Steven Miltenberger        Deposition Date:  12/15/2023
10
     Dear Sir/Madam:
11
12   Enclosed please find a deposition transcript.  Please have the witness
13   review the transcript and note any changes or corrections on the
14   included errata sheet, indicating the page, line number, change, and
15   the reason for the change.  Have the witness' signature notarized and
16   forward the completed page(s) back to us at the Production address
     shown
17
     above, or email to production-midwest@veritext.com.
18
19   If the errata is not returned within thirty days of your receipt of
20   this letter, the reading and signing will be deemed waived.
21
     Sincerely,
22
     Production Department
23
24
25   NO NOTARY REQUIRED IN CA
```

Page 326

```
1                    DEPOSITION REVIEW
                  CERTIFICATION OF WITNESS
2
          ASSIGNMENT REFERENCE NO: 6355957
3         CASE NAME: TNT Amusements, Inc., D/B/A Play-Mor Coin-Op v.
   Torch Electronics, LLC., Et Al
          DATE OF DEPOSITION: 12/15/2023
4         WITNESS' NAME: Steven Miltenberger
5         In accordance with the Rules of Civil
     Procedure, I have read the entire transcript of
6    my testimony or it has been read to me.
7         I have made no changes to the testimony
     as transcribed by the court reporter.
8

     _____        _____
9    Date                    Steven Miltenberger
10        Sworn to and subscribed before me, a
     Notary Public in and for the State and County,
11   the referenced witness did personally appear
     and acknowledge that:
12
          They have read the transcript;
13        They signed the foregoing Sworn
               Statement; and
14        Their execution of this Statement is of
               their free act and deed.
15
          I have affixed my name and official seal
16
     this _____ day of_____, 20_____.
17
                    _____
18                  Notary Public
19                  _____
                    Commission Expiration Date
20
21
22
23
24
25
```

Page 327

1              DEPOSITION REVIEW
            CERTIFICATION OF WITNESS

2

       ASSIGNMENT REFERENCE NO: 6355957
3      CASE NAME: TNT Amusements, Inc., D/B/A Play-Mor Coin-Op v.
    Torch Electronics, LLC., Et Al
       DATE OF DEPOSITION: 12/15/2023
4      WITNESS' NAME: Steven Miltenberger
5      In accordance with the Rules of Civil
    Procedure, I have read the entire transcript of
6   my testimony or it has been read to me.
7      I have listed my changes on the attached
    Errata Sheet, listing page and line numbers as
8   well as the reason(s) for the change(s).
9      I request that these changes be entered
    as part of the record of my testimony.

10

       I have executed the Errata Sheet, as well
11  as this Certificate, and request and authorize
    that both be appended to the transcript of my
12  testimony and be incorporated therein.
13  _____        _____
    Date                   Steven Miltenberger

14

       Sworn to and subscribed before me, a
15  Notary Public in and for the State and County,
    the referenced witness did personally appear
16  and acknowledge that:
17      They have read the transcript;
        They have listed all of their corrections
18          in the appended Errata Sheet;
        They signed the foregoing Sworn
19          Statement; and
        Their execution of this Statement is of
20          their free act and deed.
21      I have affixed my name and official seal
22  this _____ day of_____, 20_____.
23          _____
            Notary Public

24

            _____
25          Commission Expiration Date

Page 328

ERRATA SHEET

VERITEXT LEGAL SOLUTIONS MIDWEST

ASSIGNMENT NO: 6355957

PAGE/LINE(S) /          CHANGE          /REASON

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


_____        _____

Date                     Steven Miltenberger

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____

DAY OF _____, 20_____ .

            _____

            Notary Public


            _____

            Commission Expiration Date

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.