UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TNT AMUSEMENTS, INC., <br> d/b/a PLAY-MOR COIN-OP, <br><br>     Plaintiff, <br><br> v. <br><br> TORCH ELECTRONICS, LLC, *et al.,* <br><br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )    Case No. 4:23-CV-330 JAR <br> ) <br> ) <br> ) <br> ) |

**REVISED PROPOSED SCHEDULING ORDER**

Plaintiff TNT Amusements, Inc. ("TNT") and Defendants Torch Electronics, LLC ("Torch") and Steven Miltenberger ("Defendants") hereby submit the following revised proposed scheduling order to correct the proposed date for the parties' summary judgment replies.

1. TNT has indicated that TNT still intends to (1) request a disgorgement award and (2) request an order regarding declaratory relief pursuant to TNT's revived Count VII. Defendants believe both matters should be addressed together at the conclusion of the case rather than on a piecemeal basis. TNT agrees that additional discovery is required before the Court can reach a disgorgement determination but does not agree that further proceedings are necessary before a declaratory judgment issues, especially in light of the extensive prior briefing on the issue, the record developed at trial, and the Court's prior order that it would rule on the declaratory judgment count after trial "with the benefit of factual determinations by the jury." Order (Doc. #332) at 8. TNT intends to file a proposed declaratory judgment order for the Court's consideration on or before November 17, 2025.

2. On October 24, 2025, TNT served Defendants with additional requests for production of documents and interrogatories related to TNT's claim for disgorgement. Defendants

do not believe disgorgement is proper and note that the jury already awarded TNT more than four times the amount of actual damages TNT's own expert opined TNT allegedly sustained. However, Defendants acknowledge the parties agreed to engage in additional discovery specific to disgorgement and they are willing to engage in such discovery to the extent the Court desires to entertain TNT's disgorgement request. *See* Stipulation and Order (Doc. #58) (ordering that "[d]iscovery of Defendants' revenues, costs, profits, and related financial information . . . beyond the agreed-upon set of locations . . . shall be deferred until after trial on the merits"). Assuming such additional discovery is to occur, the parties propose the following discovery, including expert discovery, be ordered:

    a.    Defendants shall disclose all non-rebuttal expert witnesses and provide the reports required by Rule 26(a)(2), Fed. R. Civ. P., no later than January 16, 2026, and shall make such expert witnesses available for depositions, and have depositions completed, no later than **January 30, 2026**.[1]

        i.    TNT shall disclose all rebuttal expert witnesses and provide the reports required by Rule 26(a)(2), Fed. R. Civ. P., no later than **March 9, 2026**, and shall make such rebuttal expert witnesses available for depositions, and have depositions completed, no later than **March 23, 2026**.

    b.    All discovery related to TNT's disgorgement claim shall be completed by **April 20, 2026**.

    c.    Any motions for summary judgment, motions for judgment on the pleadings, or motions to exclude testimony pursuant to *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) or *Kuhmo Tire Co. Ltd. v. Carmichael*, 526

---

[1] TNT does not anticipate designating an affirmative expert with respect to disgorgement.

U.S. 137 (1999), must be filed no later than **May 15, 2026**. Any responses shall be filed no later than **June 15, 2026**. Any reply shall be filed no later than **July 14, 2026**.

    d.    To the extent necessary, the Court sets this matter for an evidentiary hearing on **September 7, 2026**.

Dated: October 30, 2025

Respectfully submitted,

BRYAN CAVE LEIGHTON PAISNER LLP

By  /s/ Richard E. Finneran
    RICHARD E. FINNERAN, #60768MO
    ZOE WOLKOWITZ BRANNON, #74007MO
    211 North Broadway, Suite 3600
    St. Louis, Missouri 63102
    Tel: (314) 259-2000
    Fax: (314) 259-2020
    *richard.finneran@bryancave.com*
    *zoe.brannon@bryancave.com*

    *Attorneys for TNT Amusements, Inc. d/b/a Play-Mor Coin-Op*

AND

GRAVES GARRETT GREIM LLC,

By:  /s/ J. Aaron Craig
    Todd P. Graves #41319 (MO)
    J. Aaron Craig #62041 (MO)
    Chandler E. Carr #68836 (MO)
    1100 Main Street, Suite 2700
    Kansas City, MO 64105
    Phone: (816) 256-3181
    Fax: (816) 256-5958
    tgraves@gravesgarrett.com
    acraig@gravesgarrett.com
    ccarr@gravesgarrett.com

And

BLITZ, BARDGETT & DEUTSCH, L.C.

Robert D. Blitz, #24387
Kelley F. Farrell, #43027
Andrew W. Blackwell, #64734
120 S. Central Avenue, Ste. 1500
St. Louis, MO 63105
Phone: 314-863-1500
rblitz@bbdlc.com
kfarrell@bbdlc.com
ablackwell@bbdlc.com

*Attorneys for Defendants Torch Electronics, LLC, and Steven Miltenberger*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2025, I caused the foregoing was filed with the Court's electronic CM/ECF filing system, which automatically served counsel for Plaintiff TNT Amusements, Inc., d/b/a Play-Mor Coin-Op with a notice of filing the same.

/s/ J. Aaron Craig
Attorney for Defendants