# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| TNT AMUSEMENTS, INC., <br> d/b/a PLAY-MOR COIN-OP, <br><br> Plaintiff, <br><br> v. <br><br> TORCH ELECTRONICS, LLC, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) | Case No. 4:23CV330 JAR |

## ORDER

As discussed during a telephone conference with counsel on November 3, 2025,

**IT IS HEREBY ORDERED** that, by **November 17, 2025**, TNT shall file (1) a proposed order for declaratory judgment on Count VII and (2) a brief in support of any forms of relief it seeks on Counts I and II.  Torch shall submit any response within fourteen (14) days of the corresponding filing. Any reply shall be filed within seven (7) days thereafter. All filings shall comply with the page limitations set forth in Local Rule 4.01.

Dated this 3rd day of November, 2025.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE