**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| TNT AMUSEMENTS, INC., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:23-cv-330-JAR |
| | ) |
| TORCH ELECTRONICS, LLC, et al., | ) |
| | ) |
|    Defendants. | ) |

**PLAINTIFF TNT AMUSEMENTS, INC.'S**
**PROPOSED ORDER FOR DECLARATORY JUDGMENT ON COUNT SEVEN**

      The Court requested TNT file a proposed order for declaratory judgment on Count Seven. Order (Doc. #422). Thus, now that trial has ended and the Court has had "the benefit of factual determinations by the jury," Order (Doc. #332) at 8, TNT submits its proposed order for declaratory judgment on Count Seven.

Dated: November 11, 2025

                                            Respectfully submitted,

                                            BRYAN CAVE LEIGHTON PAISNER LLP

                                            */s/ Richard E. Finneran*
                                            RICHARD E. FINNERAN, #60768MO
                                            ZOE WOLKOWITZ BRANNON, #74007MO
                                            211 North Broadway, Suite 3600
                                            St. Louis, Missouri 63102
                                            Tel: (314) 259-2000
                                            *richard.finneran@bryancave.com*
                                            *zoe.brannon@bclplaw.com*

                                            *Attorneys for TNT Amusements, Inc.*
                                            *d/b/a Play-Mor Coin-Op*

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 11, 2025, a copy of the foregoing was served on all counsel of record by operation of the Court's electronic filing system.

                                                    */s/ Richard E. Finneran*
                                                    RICHARD E. FINNERAN, #60768MO