UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TNT AMUSEMENTS, INC. , ) <br> d/b/a PLAY-MOR COIN-OP, ) <br> ) <br> Plaintiff, ) <br> ) Case No. 4:23-cv-330-JAR <br> v. ) <br> ) <br> TORCH ELECTRONICS, LLC, et al., ) <br> ) <br> Defendants. | |

### ENTRY OF APPEARANCE

Jonathan B. Potts of the law firm Bryan Cave Leighton Paisner LLP enters his appearance as counsel of record in the above-captioned case on behalf of Plaintiff TNT Amusements, Inc., d/b/a Play-Mor Coin-Op.

Respectfully submitted,

BRYAN CAVE LEIGHTON PAISNER LLP


By: /s/ *Jonathan B. Potts*
    Jonathan B. Potts, #64091
    One Metropolitan Square
    211 N. Broadway, Suite 3600
    St. Louis, MO 63102
    Telephone: (314) 259-2000
    Facsimile: (314) 259-2020
    jonathan.potts@bclplaw.com

Attorneys for TNT Amusements, Inc.
d/b/a Play-Mo Coin-Op

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 14, 2025, the foregoing was served via the Court's electronic filing system upon all counsel of record.

                                                 */s/* Jonathan B. Potts