# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TNT AMUSEMENTS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:23-cv-330-JAR |
| | ) |
| TORCH ELECTRONICS, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF TNT AMUSEMENTS, INC.'S UNOPPOSED
## MOTION TO EXTEND TIME TO FILE REPLY MEMORANDA

Plaintiff TNT Amusements, Inc., d/b/a Play-Mor Coin-Op ("TNT") files this unopposed motion (the "Motion") to allow TNT three (3) additional days in which to file its replies to two of Defendants' opposition briefs. *See* Opp. (Doc. #428); Opp. (Doc. #429). Defendants do not oppose the request. In support of its Motion, TNT respectfully submits the following:

1. On November 3, 2025, the Court ordered briefing on "(1) a proposed order for declaratory judgment on Count VII and (2) a brief in support of any forms of relief it seeks on Counts I and II." Order (Doc. # 422). The Court granted TNT until seven (7) days after Defendants' filing of their responses to file any replies.

2. TNT filed the requested filings on November 11, 2025. *See* Proposed Order (Doc. #423); Br. in Supp. of Request for Relief (Doc. #424).

3. Defendants filed their opposition briefs on November 25, 2025, the Tuesday afternoon before Thanksgiving. *See* Opp. (Doc. #428); Opp. (Doc. #429).

4. Pursuant to the Court's Order, TNT's replies would be due seven days later, on December 2, 2025.

5. Due to the Thanksgiving holiday and the press of other business, TNT seeks a modest extension of three (3) additional days to respond to Defendants' two opposition briefs.

WHEREFORE TNT respectfully requests that the Court allow TNT three (3) additional days in which to file its replies to Defendants' two opposition briefs, up to and including December 5, 2025, and that the Court grant such other relief as it deems just and proper.

Dated: December 1, 2025

Respectfully submitted,

BRYAN CAVE LEIGHTON PAISNER LLP

*/s/ Zoe Wolkowitz Brannon*
RICHARD E. FINNERAN, #60768MO
ZOE WOLKOWITZ BRANNON, #74007MO
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Tel: (314) 259-2000
Fax: (314) 259-2020
*richard.finneran@bryancave.com*
*zoe.brannon@bclplaw.com*

*Attorneys for TNT Amusements, Inc.*
*d/b/a Play-Mor Coin-Op*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2025, a copy of the foregoing was served on all counsel of record by operation of the Court's electronic filing system.

*/s/ Zoe Wolkowitz Brannon*
ZOE WOLKOWITZ BRANNON, #74007MO