IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TNT AMUSEMENTS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:23-cv-330-JAR |
| | ) |
| TORCH ELECTRONICS, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF TNT AMUSEMENTS, INC.'S MEMORANDUM IN
OPPOSITION TO DEFENDANTS' MOTION TO FILE SURRESPONSES**

Plaintiff TNT Amusements, Inc. ("TNT") objects to Defendants Torch Electronics, LLC's and Steven Miltenberger's (collectively "Defendants") Motion for Leave of Court to File Surresponses (Doc. #434) (the "Motion"), and respectfully states as follows:

1. This afternoon, counsel for Defendants requested TNT's consent to file surresponses.

2. Counsel for TNT responded that TNT would not consent and opposed such relief, and further requested that Defendants note TNT's opposition in the Motion.

3. Defendants' counsel declined to do so and indicated that TNT should instead file an opposition to the Motion.

4. TNT therefore files this brief memorandum to inform the Court of its opposition to Defendants' Motion.

5. TNT respectfully submits that the Motion fails to present good cause for leave to be granted. Additionally, for the reasons set forth in TNT's Replies, Defendants have failed to present a basis for reconsideration of the Courts' earlier order indicating that it would rule on TNT's declaratory judgment request, Reply (Doc. #432) at 2–7, 12–13; have failed to follow this

1

Court's instructions regarding their response to TNT's proposed declaratory judgment order, *see id.* at 6; and have failed to demonstrate any basis to suggest that TNT is not entitled to discovery of Defendants' financial information or that TNT is not entitled to disgorgement as a matter of law, *see* Reply (Doc. #433) at 1–9. Allowing a surresponse would only further delay the entry of declaratory judgment and the discovery of Defendant's financial information, as is needed to permit the Court to determine the amount of the disgorgement to be ordered.

WHEREFORE TNT respectfully requests that the Court deny Defendants' Motion for Leave of Court to File Surresponses (Doc. #434), and that it grant such other and further relief as the Court deems just and proper.

Dated: December 8, 2025

Respectfully submitted,

BRYAN CAVE LEIGHTON PAISNER LLP

*/s/ Zoe Wolkowitz Brannon*
RICHARD E. FINNERAN, #60768MO
ZOE WOLKOWITZ BRANNON, #74007MO
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Tel: (314) 259-2000
Fax: (314) 259-2020
*richard.finneran@bryancave.com*
*zoe.brannon@bclplaw.com*

*Attorneys for TNT Amusements, Inc.*
*d/b/a Play-Mor Coin-Op*

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2025, a copy of the foregoing was served on all counsel of record by operation of the Court's electronic filing system.

*/s/ Zoe Wolkowitz Brannon*
ZOE WOLKOWITZ BRANNON, #74007MO