# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| TNT AMUSEMENTS, INC., d/b/a PLAY-MOR COIN-OP, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 4:23-CV-330-JAR |
| TORCH ELECTRONICS, LLC, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on Torch's motion for leave to file sur-responses in response to TNT's replies on its proposed declaratory judgment (Doc. 423) and request for equitable relief on Counts I and II (Doc. 424). TNT objects to the motion.

Pursuant to Local Rule 4.01(C), additional memoranda may be filed only with leave of the Court. "Sur-replies are largely disfavored in federal court." *Ware v. Wind Transp. Sols., Inc.*, No. 4:23-CV-00300-AGF, 2025 WL 1178487, at *7 (E.D. Mo. Apr. 23, 2025) (citations omitted). "The Court has discretion to permit a sur-reply when justice requires, but sur-replies are not permitted as a matter of course." *Id.* "In particular, a sur-reply is unwarranted where the reply responds to the argument in the resistance and does not raise new arguments." *Id*. A "strategic effort by the nonmoving party to have the last word on a matter" is not sufficient. *Id*.

Torch has supplied no explanation justifying further briefing, which TNT argues would only delay the Court's resolution of the remaining issues in this long-pending case. The issues have been extensively and fully briefed. The Court understands them and requires no further elaboration from the parties.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' motion for leave to file sur-responses is **DENIED**. (Doc. 434).

Dated this 9th day of December, 2025.

*John A. Ross*
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE