# Ex. A

*Torch Devices installed in The Gym Minor Arcade in Houston, Missouri on or about February 23, 2026*

