**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| TNT AMUSEMENTS, INC.,<br>d/b/a PLAY-MOR COIN-OP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:23CV330 JAR |
| | ) | |
| TORCH ELECTRONICS, LLC, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

**IT IS HEREBY ORDERED** that oral argument on the parties' discovery disputes is set for July 30, 2026, at 10:00 a.m. in Courtroom 12 North.

**IT IS FURTHER ORDERED** that Plaintiff's response to Defendant's motion for protective order shall be filed by noon on July 27. Any reply shall be filed by noon on July 29. Depositions shall be stayed pending the Court's ruling.

Dated July 22, 2026.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE