# Exhibit D

## Letter from Torch

## (April 6, 2026)



April 6, 2026

**Re: Torch NCG Machines**

Because we value our business relationship with you, we want to share some important news about a change in how we are operating. As you know, Torch has been placing No Chance Game machines at locations in Missouri for nearly a decade. From the very beginning, we had our games reviewed by an independent expert to make sure they followed Missouri law. That expert confirmed that our machines were, in fact, no chance devices.

In 2021, we learned that some law enforcement agencies had questions about whether our machines were legal. Rather than wait, we went to court on our own and asked a judge to officially confirm that our machines were legal - because we truly believe they are. However, courts in Cole County and the Missouri Court of Appeals said the only way to resolve the question was through a criminal case. The U.S. Attorney's office and the Missouri Attorney General have indicated that they are going to move forward with criminal investigations and proceedings.

While we are confident in our position, criminal proceedings create real uncertainty for our business - and more importantly, they create risk for all of you. We take that seriously, and we want to do everything we can to protect you.

That is why, beginning April 10, 2026, Torch will be pausing operation of its NCG machines across Missouri and we appreciate your timely cooperation in making this happen.
Torch is choosing to take this step voluntarily while we continue working directly with the U.S. Attorney's office and the Missouri Attorney General. Pausing operations also frees us up to focus our energy on supporting legislation in Missouri that would create a clear, regulated framework for Video Lottery Terminals (VLTs) - we are hoping that bill passes before the current legislative session ends in May.

We know this news comes quickly, and we are sorry for any inconvenience. We believe this is the right path forward - for Torch and for you. Our plan is to leave the machines in place, disable them for the time being, and post a simple notice letting customers know the machines are unavailable while we wait for clarity on the new legislation. Once we know where things stand - with the legislation and our ongoing conversations with regulators - we will be back in touch with next steps. If you prefer that Torch remove the machines, please let us know and we will do so as soon as we can.

Thank you for your patience during this time. We hope this process leads to a fully regulated VLT product that is good for everyone - Torch, you, and our customers. In the meantime, we encourage you to reach out to your state representatives and senators and ask them to vote in favor of VLT legislation for Missouri. Every voice counts!

Sincerely,
Torch Electronics, LLC