# Exhibit E

Torch Suspension Notice Posted at On the Run in St. Peters, MO

(taken April 26, 2026)

