**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| TNT AMUSEMENTS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:23-cv-330-JAR |
| | ) |
| TORCH ELECTRONICS, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Plaintiff TNT Amusements, Inc., d/b/a Play-Mor Coin-Op ("TNT") and Defendants Torch Electronics, LLC, and Steven Miltenberger (together, "Defendants," and together with TNT, the "Parties") jointly move to amend this Court's Scheduling Order (Doc. #440) (the "Scheduling Order") to extend the discovery cut-off in this case by an additional seven (7) days to complete a follow-up deposition of Torch Electronics, LLC. In support of their motion, the Parties respectfully submit the following:

1. On August 25, 2026, this Court granted the Parties' Joint Motion to Amend the Scheduling Order (Doc. #472) (the "Joint Motion"), extending the discovery cut-off until Monday, September 28, 2026. Order (Doc. #473).

2. Among the grounds stated in the Joint Motion was the need for the Parties to exchange additional information prior to the follow-up deposition of Torch Electronics, LLC. *See* Mot. (Doc. #472) ¶ 10–11.

3. The Parties have exchanged some such information; however, the Parties mutually believe that additional time is required to complete the exchange of said information and discussions relating thereto prior to conducting the follow-up deposition.

4. The Parties do not seek an extension of any other deadlines, and granting this request is not likely to result in any further delay with respect to the ultimate conclusion of this action.

5. The instant motion is not made for purposes of delay but instead to promote the orderly and efficient resolution of this action.

WHEREFORE the Parties jointly request that the Court amend its Amended Scheduling Order (Doc. #473) to extend the deadline for the completion of discovery until October 5, 2026 in order to permit the follow-up deposition of Torch Electronics, LLC to be completed on or before that date; and for such other and further relief as the Court deems just and proper.

Dated: September 27, 2026

Respectfully submitted,

BRYAN CAVE LEIGHTON PAISNER LLP

*/s/ Richard E. Finneran*
RICHARD E. FINNERAN, #60768MO
JONATHAN B. POTTS, #64091MO
ZOE WOLKOWITZ BRANNON, #74007MO
HANNAH E. DEMAND, #74911MO
EMILY K.F. HEPPERMANN, #76614MO
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Tel: (314) 259-2000
Fax: (314) 259-2020
*richard.finneran@bryancave.com*
*jonathan.potts@bryancave.com*
*zoe.brannon@bryancave.com*
*hannah.demand@bryancave.com*
*emily.heppermann@bryancave.com*

*Attorneys for TNT Amusements, Inc.*
*d/b/a Play-Mor Coin-Op*

AND

GRAVES GARRETT GREIM LLC

*/s/ J. Aaron Craig*
Todd P. Graves #41319MO
J. Aaron Craig #62041MO
Chandler E. Carr #66836MO
1100 Main Street, Suite 2700
Kansas City, MO 64105
Phone: (816) 256-3181
Fax: (816) 256-5958
tgraves@gravesgarrett.com
acraig@gravesgarrett.com
ccarr@gravesgarrett.com

*Attorneys for Defendants Torch Electronics, LLC, and Steven Miltenberger*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2026, a copy of the foregoing was served on all counsel of record by operation of the Court's electronic filing system.

*/s/ Richard E. Finneran*
RICHARD E. FINNERAN, #60768MO