**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI EASTERN DISTRICT**

| | | |
|---|---|---|
| TNT AMUSEMENTS, INC., d/b/a PLAY-MOR COIN-OP,<br><br>Plaintiff,<br><br>v.<br><br>TORCH ELECTRONICS, LLC, et al.,<br><br>Defendants. | ) | Case No. 4:23-cv-00330-JAR |

**PLAINTIFF TNT AMUSEMENTS, INC.'S MOTION FOR SEALING**

Pursuant this Court's Local Rule 13.05, Plaintiff TNT Amusements, Inc. ("TNT") hereby moves to file under seal the following documents, which are filed contemporaneously herewith:

- its Motion for Summary Judgment and/or Judicial Determination with Respect to Disgorgement;
- its Memorandum in Support of said motion;
- its Preservation Motion for Summary Judgment and/or Judicial Determination with Respect to Disgorgement;
- its Memorandum in Support of said motion; and
- its Statement of Uncontroverted Material Facts in Support of each of the foregoing motions.

Defendants have designated certain information contained within those documents as "confidential" or "attorneys' eyes only" under this Court's Protective Order (Doc. #52)—namely, Torch's financial information, collection data, and the contents of certain communications with customers. To preserve the confidentiality of that information, TNT respectfully requests the aforementioned documents and their exhibits be maintained under seal until further order of this Court. TNT does not thereby waive any right it may have to challenge the confidential designation of such information at a later time.

Dated: October 16, 2026

Respectfully submitted,

BRYAN CAVE LEIGHTON
PAISNER LLP

*/s/ Richard E. Finneran*
RICHARD E. FINNERAN #60768MO
ZOE WOLKOWITZ BRANNON #74007MO
HANNAH WISSLER DEMAND #74911MO
EMILY K.F. HEPPERMANN, #76614MO
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Tel: (314) 259-2000
Fax: (314) 259-2020
*richard.finneran@bryancave.com*
*zoe.brannon@bryancave.com*
*hannah.demand@bryancave.com*
*emily.heppermann@bryancave.com*

*Attorneys for TNT Amusements, Inc.*
*d/b/a Play-Mor Coin-Op*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2026, a copy of the foregoing was served on all counsel of record by operation of the Court's electronic filing system.

*/s/ Richard E. Finneran*
RICHARD E. FINNERAN, #60768MO