**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TNT AMUSEMENTS, INC., d/b/a PLAY-MOR COIN-OP, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 4:23-cv-330-JAR |
| TORCH ELECTRONICS, LLC, *et al.,* | ) | |
| Defendants. | ) | |

**<u>AMENDED SCHEDULING ORDER</u>**

This matter is before the Court on the parties' joint motion to amend the latest scheduling order (Doc. 473) to extend the time to complete briefing on Plaintiff's motions for disgorgement (Doc. 483, 485).

For good cause shown,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. (Doc. 495). Defendants shall file a response to Plaintiff's motions for disgorgement by **November 13, 2026**. Plaintiff shall reply by **December 4, 2026**.

**IT IS FURTHER ORDERED** that the hearing scheduled for November 20, 2026, is **VACATED** and will be reset at a later time if necessary.

Dated this 23rd day of October 2026.

John A. Ross
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE